# In the United States Court of Federal Claims

No. 01-47C
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *

JOSE L. ACEBAL, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The stay issued in accordance with the court's order of May 26, 2006 is hereby lifted. Defendant's response and cross-motion to plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment is due Friday, December 22, 2006 at 5:00 p.m. Subsequent briefing shall be in accordance with Rule 7.2 of the Rules of the Court of Federal Claims.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge