# In the United States Court of Federal Claims

No. 01-47C
(Filed: December 14, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *

JOSE L. ACEBAL, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court's order of December 8, 2006 directing defendant to file a response and cross-motion to plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment by December 22, 2006 is hereby modified to extend the deadline to February 1, 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge