IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-47C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 28 days from February 1, 2007 to March 1, 2007, for defendant to prepare and file its response to plaintiff Lindsey Bledsoe's motion for partial summary judgment in this case. Defendant's response to Mr. Bledsoe's motion is due February 1, 2007. Defendant's counsel informed plaintiffs' counsel, Alan Banov, of this motion, and is authorized to stated that plaintiffs do not oppose defendant's motion for enlargement of time.

The Court initially stayed proceedings regarding plaintiff Lindsey Bledsoe's Motion For Partial Summary Judgment, including defendant's response. In December 2006, the Court lifted the stay and subsequently set a deadline of February 1, 2007, for defendant's response. See Order dated December 14, 2006. Defendant has been gathering the necessary documents, interviewing individuals, and preparing its response to Mr. Bledsoe's motion. Mr. Bledsoe worked at two BOP institutions:

MDC Brooklyn and USP Lewisburg. Thus, preparation of defendant's response has required defendant to update its prior productions of documents by producing additional documents relating to Mr. Bledsoe from both institutions. At the same time, defendant is updating its production of documents regarding another plaintiff, David Tessel, who also worked at MDC Brooklyn. Since January 3, 2007, defendant has produced more than 1,000 pages of documents to plaintiffs' counsel, including additional time and attendance records, Lieutenant meeting minutes, daily rosters, and other documents. Defendant also needs to locate, copy, and produce to plaintiffs' counsel additional documents from MDC Brooklyn. Defendant's counsel also must review all of these documents before filing its response to Mr. Bledsoe's motion.

In addition, defendant's counsel has had to complete other work that was not anticipated at the time that the Court issued its order setting the February 1, 2007 deadline. Specifically, on January 3, 2007, the Court directed the Government to file specific documents in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases. On January 30, 2007, the Government filed more than 1,760 pages of documents as directed in that case. Defendant's counsel also must prepare for and present oral argument on February 9, 2007, in a complex matter, Imagination & Information, Inc. v. Gates, Fed. Cir. 2006-1577. Therefore, defendant requires an additional 28 days to prepare

its response to plaintiff Lindsey Bledsoe's motion for partial summary judgment, and for its review by attorneys at the Bureau of Prisons and the Department of Justice.

Accordingly, defendant respectfully requests that the Court grant this motion for a 28-day enlargement of time to March 1, 2007, for the Government to prepare and file defendant's response to plaintiff Lindsey Bledsoe's motion for partial summary judgment in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Bureau of Prisons
January 31, 2007