IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-47C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 14 days from March 1, 2007 to March 15, 2007, for defendant to prepare and file its response to plaintiff Lindsey Bledsoe's motion for partial summary judgment in this case. Defendant's response to Mr. Bledsoe's motion is due March 1, 2007. On January 31, 2007, the Court previously granted an unopposed motion for a 28-day enlargement of time. Defendant's counsel informed plaintiffs' counsel, Alan Banov, of this motion, and is authorized to state that plaintiffs do not oppose defendant's motion for enlargement of time.

Since the Court lifted the stay with regard to Mr. Bledsoe's motion, defendant's counsel has been gathering the necessary documents, interviewing individuals, and preparing the Government's response to plaintiff Lindsey Bledsoe's Motion For Partial Summary Judgment. See Order dated December 14, 2006. Preparation of defendant's response has required defendant to update its prior productions of documents by producing additional

documents relating to Mr. Bledsoe from both MDC Brooklyn and USP Lewisburg. Defendant is also updating its production of documents regarding another plaintiff, David Tessel, who also worked at MDC Brooklyn. Since January 3, 2007, defendant has produced more than 2,000 pages of documents to plaintiffs' counsel, including additional time and attendance records, Lieutenant meeting minutes, quarterly rosters, daily rosters, e-mails, and other documents. However, defendant needs to locate, copy, and produce additional documents. Defendant's counsel also is reviewing all of these documents in preparation of the Government's response to Mr. Bledsoe's motion.

Defendant's counsel also has had to complete other work that has precluded meeting the March 1, 2007 deadline for the Government's response. On January 30, 2007, the Government filed more than 1,760 pages of documents as directed in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases. On February 7 and 8, 2007, defendant's counsel filed three motions for reconsideration and clarification of the Court's January 26, 2007 decision, and for additional relief in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases. On February 9, 2007, defendant's counsel presented oral argument in Imagination & Information, Inc. v. Gates, Fed. Cir. 2006-1577. On February 20, 2007, defendant's counsel filed the Government's answer in AMEC Construction

Management Inc. v. United States, Fed. Cl. No. 06-867. Defendant's counsel also must prepare for and present oral argument on March 7, 2007, in Davis v. Dept. of Homeland Security, Fed. Cir. No. 2006-3061. Therefore, defendant requires an additional 14 days to prepare its response to plaintiff Lindsey Bledsoe's motion for partial summary judgment, and for its review by attorneys at the Bureau of Prisons and the Department of Justice.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 14-day enlargement of time to March 15, 2007, for the Government to prepare and file defendant's response to plaintiff Lindsey Bledsoe's motion for partial summary judgment in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Bureau of Prisons
February 28, 2007