IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOSE L. ACEBAL, et al., )
)
Plaintiffs, )
)
v. ) No. 01-47C
) (Senior Judge Bruggink)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 18 days from March 15, 2007 to April 2, 2007, for defendant to prepare and file its response to plaintiff Lindsey Bledsoe’s motion for partial summary judgment in this case. Defendant’s response to Mr. Bledsoe’s motion is due March 15, 2007, the Court previously granted two unopposed motions enlargement of time, for a total of 42 days. Defendant's counsel informed plaintiffs’ counsel, Alan Banov, of this motion, and is authorized to state that plaintiffs do not oppose defendant’s motion for enlargement of time.

Since the Court lifted the stay with regard to Mr. Bledsoe’s motion, defendant’s counsel has been gathering the necessary documents, interviewing individuals, and preparing the Government’s response to Mr. Bledsoe’s Motion For Partial Summary Judgment. See Order dated December 14, 2006. Preparation of defendant’s response has required defendant to update its prior productions of documents by producing additional documents

relating to Mr. Bledsoe from both MDC Brooklyn and USP Lewisburg. Defendant also updated its production of documents regarding another plaintiff, David Tessel, who also works at MDC Brooklyn. Defendant has produced more than 2,500 pages of documents to plaintiffs’ counsel, including additional time and attendance records, Lieutenant meeting minutes, quarterly rosters, daily rosters, e-mails, and other documents. However, defendant needs to locate, copy, and produce some additional documents. In addition, a witness for whom defendant is preparing an affidavit unexpectedly has taken leave and will not return until March 19, 2007. Defendant needs to obtain that affidavit before completing its response to Mr. Bledsoe’s motion.

Therefore, defendant requires an additional 18 days to prepare its response to plaintiff Lindsey Bledsoe’s motion for partial summary judgment, and for its review by attorneys at the Bureau of Prisons and the Department of Justice.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 18-day enlargement of time to April 2, 2007, for the Government to prepare and file defendant’s response to plaintiff Lindsey Bledsoe’s motion for partial summary judgment in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Bureau of Prisons
March 13, 2007