IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-47C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 10 days from April 2, 2007 to April 12, 2007, for defendant to prepare and file its response to plaintiff Lindsey Bledsoe’s motion for partial summary judgment in this case. Defendant’s response to Mr. Bledsoe’s motion is due April 2, 2007, the Court having previously granted three unopposed motions for enlargement of time, for a total of 60 days. Defendant's counsel informed plaintiffs’ counsel, Alan Banov, of this motion, and is authorized to state that plaintiffs do not oppose defendant’s motion for enlargement of time.

Defendant’s counsel has completed drafting the Government’s cross-motion and opposition to plaintiff Lindsey Bledsoe’s motion, but requires additional time for its review by attorneys at the Bureau of Prisons and Department of Justice. In addition, defendant’s cross-motion and opposition will be accompanied by a lengthy appendix, and defendant also requires this enlargement of time to scan the appendix electronically and prepare it for an

electronic filing. Therefore, defendant requires an additional 10 days to prepare and file its response to plaintiff Lindsey Bledsoe's motion for partial summary judgment.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 10-day enlargement of time to April 12, 2007, for the Government to prepare and file defendant's response to plaintiff Lindsey Bledsoe's motion for partial summary judgment in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Bureau of Prisons
April 2, 2007