Table of Contents of Appendix

Page
1. Jan. 27, 2004 Deposition of Lindsey Bledsoe....1
2. December17, 1998 Memorandum of USP Lewisburg Captain Lopez....30
3. October 23, 2000 MDC Brooklyn Areas of Responsibility....31
4. October 23, 2000 MDC Brooklyn Perpetual Audit Schedule....32
5. November 1, 1995 BOP Operations Memorandum re Institution Shift Starting and Stopping Times....33
6. April 19, 1996 Change Notice to BOP Human Resource Management Manual re Institution Shift Starting and Stopping Times....38
7. August 2, 1998 SF-50 re Lindsey Bledsoe....41
8. May 21, 2000 SF-50 re Lindsey Bledsoe....42
9. Declaration of MDC Brooklyn Lt. Kristie Theel....43
10. Declaration of USP Lewisburg Tammy Cressinger....44
11. Declaration of MDC Brooklyn Justin Andrews....46
12. Declaration of MDC Brooklyn Judd L. Clemens....53
13. Declaration of Tracy Johns....55
14. BOP Work History of Tracy Johns....57
15. Declaration of Carlyle I. Holder....58
16. BOP Work History of Carlyle I. Holder (Exhibit A)....62
17. June 27, 2000 MDC Brooklyn Overtime Authorization Form (Exhibit B....63
18. July 31, 2000 MDC Brooklyn Overtime Authorization Form....65
19. Minutes of MDC Brooklyn Department Head/Lieutenants' meeting on April 18, 2000 (Exhibit C)....67
20. MDC Brooklyn Quarterly Roster, March 19, 2000-June 18, 2000 (Exhibit D)....77
21. Minutes of MDC Brooklyn Department Head/Lieutenants' meeting on May 30, 2000 (Exhibit E)....81
22. Declaration of Michael A. Zenk....84
23. BOP Work History of Michael A. Zenk (Exhibit A)....89
24. April 25, 2005 E-mail of MDC Brooklyn Lt. Marcial Mundo (Exhibit B)....91
25. Minutes of MDC Brooklyn Department Head/Lieutenants' meeting on April 26, 2005 (Exhibit C)....92
26. April 26, 2005 MDC Brooklyn Daily Roster (Exhibit D)....99
27. April 29, 2003 Memorandum of MDC Brooklyn Warden Zenk to M.E. Ray, Regional Director, re Portal to Portal Issues (Exhibit E)....107
28. June 19, 2003 Memorandum of MDC Brooklyn Warden Zenk to All Staff re Portal-to-Portal Issues/Assigned Work Hours (Exhibit F)....108
29. Minutes of MDC Brooklyn Department Head meeting on December 9, 2003 (Exhibit G)....109
30. MDC Brooklyn Warden Zenk's notes re Reissuance of Memorandum dated June 19, 2003 at Department Head meeting on December 9, 2003 (Exhibit H)....114
31. Excerpt from minutes of MDC Brooklyn Department Head/Lieutenants' meeting on June 24, 2003....114a
32. Excerpts from Jan. 30, 2004 Deposition of Michael A. Zenk....115
33. Excerpt from BOP Human Resource Management Manual on Compensatory Time....119

34. July 18, 2003 Memorandum re Hours of Work from BOP Regional Director M.R. Ray....121
35. Excerpt from BOP Human Resource Management Manual on Attendance and Leave.......122
36. Declaration of James F. Sherman........................................124
37. Excerpt from BOP Correctional Services Manual re Lieutenants' meetings, 10/27/97 (Exhibit 1)........................................139
38. August 17, 2000 Memorandum of MDC Brooklyn Warden Hasty re Schedule of Meetings (Exhibit 2)........................................143
39. April 18, 2001 Memorandum of MDC Brooklyn Warden Hasty re Schedule of Meetings - Revised (Exhibit 3)........................................144
40. April 12, 2001 E-mail of MDC Brooklyn Deputy Captain James Betler (Exhibit 4)..........145
41. May 30, 2001 E-mail of James Sherman (Exhibit 5)........................................146
42. Minutes of May 30, 2000 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 6)........................................147
43. Overtime Authorization Form re June 27, 2000 MDC Brooklyn Lieutenants' meeting (Exhibit 7)........................................157
44. Minutes of June 27, 2000 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 8)........................................159
45. Overtime Authorization Form Re July 31, 2000 MDC Brooklyn Lieutenants' meeting (Exhibit 9)........................................168
46. Minutes of August 14, 2000 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 10)........................................170
47. Minutes of September 19, 2000 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 11)........................................175
48. Minutes of October 31, 2000 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 12)........................................182
49. Minutes of November 28, 2000 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 13)........................................191
50. Overtime Authorization Form re MDC Brooklyn November 28, 2000 Lieutenants' meeting (Exhibit 14)........................................199
51. Minutes of December 26, 2000 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 15)........................................201
52. Minutes of January 23, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 16)........................................207
53. Minutes of February 20, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 17)........................................215
54. Minutes of March 20, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 18)........................................222
55. Overtime Authorization Forms re March 20, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 19)........................................229
56. Overtime Authorization Form re May 29, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 20)........................................232
57. Minutes of June 27, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 21)........................................233
58. Overtime Authorization Forms re June 27, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 22)........................................248

59. Minutes of July 24, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 23)....250
60. Minutes of August 23, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 24)....260
61. Memorandum re no September 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 25)....267
62. Minutes of October 29, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 26)....268
63. Minutes of November 27, 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 27)....273
64. Memorandum re no December 2001 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 28)....283
65. Minutes of January 22, 2002 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 29)....284
66. Minutes of February 19, 2002 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 30)....294
67. Minutes of March 19, 2002 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 31)....299
70. Declaration of Salvatore Lopresti....304
71. Salvatore Lopresti, Work History with Bureau of Prisons (Exhibit 1)....351
72. Memo re March 1999 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 2)....352
73. Excerpt from minutes of May 18, 1999 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 3)....353
74. Excerpt from minutes of June 29, 1999 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 4)....355
75. Excerpt from minutes of July 27, 1999 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 5)....357
76. Excerpt from minutes of August 24, 1999 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 6)....359
77. Excerpt from minutes of October 19, 1999 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 7)....361
78. October 1999 MDC Brooklyn Overtime Form (Exhibit 8)....363
79. Excerpt from minutes of November 30, 1999 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 9)....364
80. Excerpt from minutes of December 28, 1999 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 10)....366
81. Excerpt from minutes of February 22, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 11)....368
82. Excerpt from minutes of April 18, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 12)....370
83. Excerpt from minutes of May 30, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 13)....372
84. Excerpt from minutes of June 27, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 14)....375

85. June 27, 2000 MDC Brooklyn Overtime Authorization Form (Exhibit 15)................378
86. July 31, 2000 MDC Brooklyn Overtime Authorization Form (Exhibit 16).................380
87. Excerpt from minutes of August 14, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 17)..........................................................................................382
88. August 14, 2000 MDC Brooklyn Daily Roster (Exhibit 18)........................................384
89. August 14, 2000 MDC Brooklyn Overtime Authorization Form (Exhibit 19).............390
90. Excerpt from minutes of September 19, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 20)...............................................................................391
91. September 19, 2000 MDC Brooklyn Daily Roster (Exhibit 21)................................393
92. Excerpt from minutes of October 31, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 22)..........................................................................................399
93. October 31, 2000 MDC Brooklyn Daily Roster (Exhibit 23)......................................402
94. Excerpt from minutes of November 28, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 24)..........................................................................................408
95. November 28, 2000 MDC Brooklyn Daily Roster (Exhibit 25)................................410
96. November 28, 2000 MDC Brooklyn Overtime Form (Exhibit 26)............................416
97. Excerpt from minutes of December 26, 2000 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 27)..........................................................................................418
98. December 26, 2000 MDC Brooklyn Daily Roster (Exhibit 28)..................................421
99. Excerpt from minutes of January 23, 2001 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 29)..........................................................................................427
100. Excerpt from minutes of February 20, 2001 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 30)..........................................................................................429
101. February 20, 2001 MDC Brooklyn Daily Roster (Exhibit 31)..................................432
102. Excerpt from minutes of March 20, 2001 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 32)..........................................................................................438
103. March 20, 2001 MDC Brooklyn Daily Roster (Exhibit 33)........................................441
104. March 20, 2001 MDC Brooklyn Overtime Form (Exhibit 34)....................................447
105. May 29, 2001 MDC Brooklyn Overtime Form (Exhibit 35).......................................450
106. Excerpt from minutes of June 27, 2001 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 36)..........................................................................................451
107. June 27, 2001 MDC Brooklyn Overtime Forms (Exhibit 37)....................................454
108. Excerpt from minutes of July 24, 2001 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 38)..........................................................................................456
109. Excerpt from minutes of August 23, 2001 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 39)..........................................................................................458
110. August 23, 2001 MDC Brooklyn Daily Roster (Exhibit 40)......................................461
111. Memorandum re no September 2001 MDC Brooklyn meeting (Exhibit 41)..............467
112. Excerpt from minutes of October 29, 2001 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 42)..........................................................................................468
113. October 29, 2001 MDC Brooklyn Daily Roster (Exhibit 43).....................................471
114. Excerpt from minutes of November 27, 2001 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 44)...............................................................................478
115. November 27, 2001 MDC Brooklyn Daily Roster (Exhibit 45).................................481
116. Memorandum re no December 2001 MDC Brooklyn meeting (Exhibit 46)...............487

117. Excerpt from minutes of January 22, 2002 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 47)....488
118. January 22, 2002 MDC Brooklyn Daily Roster (Exhibit 48)....491
119. Excerpt from minutes of MDC Brooklyn February 19, 2002 Department Head/Lieutenants' Meeting (Exhibit 49)....497
120. February 19, 2002 MDC Brooklyn Daily Roster (Exhibit 50)....500
121. Excerpt from minutes of MDC Brooklyn March 19, 2002 Department Head/Lieutenants' Meeting (Exhibit 51)....508
122. March 19, 2002 MDC Brooklyn Daily Roster (Exhibit 53)....511
123. Excerpt from minutes of MDC Brooklyn August 22, 2002 Department Head/Lieutenants' Meeting (Exhibit 53)....517
124. Excerpt from minutes of MDC Brooklyn September 17, 2002 Department Head/Lieutenants' Meeting (Exhibit 54)....520
125. September 17, 2002 MDC Brooklyn Daily Roster (Exhibit 55)....523
126. Excerpt from minutes of MDC Brooklyn October 28, 2002 Department Head/Lieutenants' Meeting (Exhibit 56)....530
127. October 28, 2002 MDC Brooklyn Daily Roster (Exhibit 57)....533
128. Excerpt from minutes of November 27, 2002 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 58)....541
129. Excerpt from minutes of January 21, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 59)....544
130. January 21, 2003 MDC Brooklyn Daily Roster (Exhibit 60)....547
131. Excerpt from minutes of February 25, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 61)....556
132. February 25, 2003 MDC Brooklyn Daily Roster (Exhibit 62)....559
133. Excerpt from minutes of March 18, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 63)....570
134. March 18, 2003 MDC Brooklyn Daily Roster (Exhibit 64)....573
135. Excerpt from minutes of April 29, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 65)....582
136. April 29, 2003 MDC Brooklyn Daily Roster (Exhibit 66)....585
137. Excerpt from minutes of May 27, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 67)....593
138. May 27, 2003 MDC Brooklyn Daily Roster (Exhibit 68)....596
139. Excerpt from minutes of June 24, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 69)....607
140. June 24, 2003 MDC Brooklyn Daily Roster (Exhibit 70)....610
141. Excerpt from minutes of July 22, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 71)....617
142. July 22, 2003 MDC Brooklyn Daily Roster (Exhibit 72)....620
143. Excerpt from minutes of August 19, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 73)....627
144. August 19, 2003 MDC Brooklyn Daily Roster (Exhibit 74)....630
145. Excerpt from minutes of September 30, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 75)....640

146. September 30, 2003 MDC Brooklyn Daily Roster (Exhibit 76)....643
147. Excerpt from minutes of October 28, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 77)....652
148. October 28, 2003 MDC Brooklyn Daily Roster (Exhibit 78)....655
149. Excerpt from minutes of November 25, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 79)....662
150. November 25, 2003 MDC Brooklyn Daily Roster (Exhibit 80)....665
151. Excerpt from minutes of December 23, 2003 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 81)....674
152. December 23, 2003 MDC Brooklyn Daily Roster (Exhibit 82)....677
153. Excerpt from minutes of January 20, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 83)....689
154. January 20, 2004 MDC Brooklyn Daily Roster (Exhibit 84)....692
155. Excerpt from minutes of February 17, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 85)....702
156. February 17, 2004 MDC Brooklyn Daily Roster (Exhibit 86)....705
157. Excerpt from minutes of March 30, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 87)....714
158. March 30, 2004 MDC Brooklyn Daily Roster (Exhibit 88)....717
159. Excerpt from minutes of April 27, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 89)....726
160. April 27, 2004 MDC Brooklyn Daily Roster (Exhibit 90)....729
161. Excerpt from minutes of May 25, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 91)....742
162. May 25, 2004 MDC Brooklyn Daily Roster (Exhibit 92)....745
163. Excerpt from minutes of June 22, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 93)....754
164. June 22, 2004 MDC Brooklyn Daily Roster (Exhibit 94)....757
165. Excerpt from minutes of July 20, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 95)....768
166. July 20, 2004 MDC Brooklyn Daily Roster (Exhibit 96)....771
167. Excerpt from minutes of August 31, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 97)....781
168. August 31, 2004 MDC Brooklyn Daily Roster (Exhibit 98)....784
169. Excerpt from minutes of September 28, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 99)....795
170. September 28, 2004 MDC Brooklyn Daily Roster (Exhibit 100)....798
171. Excerpt from minutes of October 26, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 101)....807
172. October 26, 2004 MDC Brooklyn Daily Roster (Exhibit 102)....810
173. Excerpt from minutes of November 23, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 103)....819
174. November 23, 2004 MDC Brooklyn Daily Roster (Exhibit 104)....822
175. Excerpt from minutes of December 21, 2004 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 105)....834

176. December 21, 2004 MDC Brooklyn Daily Roster (Exhibit 106)....................................837
177. Memorandum re January 18, 2005 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 107)....................................847
178. Excerpt from minutes of February 15, 2005 MDC Brooklyn Department Head/Lieutenants' Meeting (Exhibit 108)....................................848
179. February 15, 2005 MDC Brooklyn Daily Roster (Exhibit 109)....................................851
180. October 25, 2000 E-mail of MDC Brooklyn Lt. Vincent Wash (Exhibit 110)....................................861
181. April 12, 2001 E-mail of MDC Brooklyn Deputy Captain James Betler (Exhibit 111)...862
182. May 30, 2001 E-mail of MDC Brooklyn AW James Sherman (Exhibit 112)....................................863
183. Excerpts from Lt. Bledsoe's time and attendance records (Exhibit 113)....................................864
184. MDC Brooklyn Assignment Card for Lt. Lindsey Bledsoe (Exhibit 114)....................................900
MDC Brooklyn Quarterly Rosters (Exhibit 115)
185. MDC Brooklyn Quarterly Roster for Lieutenants, June 18, 2000-September 16, 2000....902
186. MDC Brooklyn Quarterly Roster for Lieutenants, September 17, 2000-December 16, 2000....................................906
187. MDC Brooklyn Quarterly Roster for Lieutenants, December 17, 2000-March 17, 2001....................................911
188. MDC Brooklyn Quarterly Roster for Lieutenants, March 18, 2001-June 16, 2001..........916
189. MDC Brooklyn Quarterly Roster for Lieutenants, June 17, 2001-September 15, 2001....921
190. MDC Brooklyn Quarterly Roster for Lieutenants, September 16, 2001-December 15, 2001....................................926
191. MDC Brooklyn Quarterly Roster for Lieutenants, December 16, 2001-March 16, 2002....................................931
192. MDC Brooklyn Quarterly Roster, March 31, 2002-June 29, 2002....................................936
193. MDC Brooklyn Quarterly Roster, June 30, 2002-September 28, 2002....................................950
194. MDC Brooklyn Quarterly Roster, September 29, 2002-December 28, 2002....................................964
195. MDC Brooklyn Quarterly Roster, December 29, 2002-March 29, 2003....................................978
196. MDC Brooklyn Quarterly Roster, March 30, 2003-June 28, 2003....................................992
197. MDC Brooklyn Quarterly Roster, June 29, 2003-September 27, 2003....................................1006
198. MDC Brooklyn Quarterly Roster, September 28, 2003-December 27, 2003....................................1020
199. MDC Brooklyn Quarterly Roster, December 28, 2003-March 27, 2004....................................1035
200. MDC Brooklyn Quarterly Roster, March 28, 2004-June 26, 2004....................................1048
201. MDC Brooklyn Quarterly Roster, June 29, 2004-September 27, 2004....................................1063
202. MDC Brooklyn Quarterly Roster, September 26, 2004-December 25, 2004....................................1077
203. MDC Brooklyn Quarterly Roster, January 2, 2005-March 26, 2005....................................1092
204. Declaration of William Ey....................................1106
205. William Ey, Work History with Bureau of Prisons (Exhibit A)....................................1126
206. USP Lewisburg Quarterly Roster, 7/5/98-10/3/98 (Exhibit B)....................................1127
207. USP Lewisburg Quarterly Roster, 10/4/98-1/2/99 (Exhibit C)....................................1133
208. USP Lewisburg Quarterly Roster, 1/3/99-4/3/99 (Exhibit D)....................................1139
209. USP Lewisburg Quarterly Roster for Lieutenants, 3/21/99-6/20/99 (Exhibit E)............1145
210. USP Lewisburg Quarterly Roster, 4/3/99-7/3/99 (Exhibit F)....................................1155
211. USP Lewisburg Quarterly Roster for Lieutenants, 9/19/99-12/18/99 (Exhibit G)...........1161
212. USP Lewisburg Quarterly Roster for Lieutenants, 12/19/99-3/25/00 (Exhibit H)...........1170
213. USP Lewisburg Quarterly Roster for Lieutenants, 3/26/00-6/17/00 (Exhibit I)..............1180

214. Excerpt from June 1993 BOP Correctional Services Manual re Lieutenants' Meetings (Exhibit J)....1188
215. Excerpt from January 1995 BOP Correctional Services Manual re Lieutenants' Meetings (Exhibit K)....1193
216. Excerpt from October 1997 BOP Correctional Services Manual re Lieutenants' Meetings (Exhibit L)....1196
217. Excerpt from October 2003 BOP Correctional Services Manual re Lieutenants' Meetings (Exhibit M)....1199
218. July 11, 2001 E-mail of Cindy Avers, USP Lewisburg (Exhibit N)....1201
219. Excerpt from minutes of January 25, 2000 USP Lewisburg Department Head/Lieutenants' meeting (Exhibit O)....1202
220. January 25, 2000 USP Lewisburg Daily Roster (Exhibit P)....1205
221. Excerpt from minutes of February 22, 2000 USP Lewisburg Department Head/Lieutenants' meeting (Exhibit Q)....1211
222. February 22, 2000 USP Lewisburg Daily Roster (Exhibit R)....1214
223. Excerpt from minutes of March 21, 2000 USP Lewisburg Department Head/Lieutenants' meeting (Exhibit S)....1220
224. March 21, 2000 USP Lewisburg Daily Roster (Exhibit T)....1223
225. Excerpt from minutes of April 18, 2000 USP Lewisburg Department Head/Lieutenants' meeting (Exhibit U)....1229
226. April 18, 2000 USP Lewisburg Daily Roster (Exhibit V)....1232
227. Excerpts from Lindsey Bledsoe's time and attendance records (Exhibit W)....1238
228. MDC Brooklyn Assignment Card for Lindsey Bledsoe (Exhibit X)....1248
229. Excerpts from January 30, 2004 Deposition of William Ey....1250
230. Excerpts from July 21, 2004 Deposition of William Ey....1271
231. Excerpts from Bishop v. United States, Fed. Cl. No. 03-446, Trial Testimony of Captain Douglas K. White....1283
232. Work History of Captain Douglas K. White....1303
233. Excerpts from Bishop v. United States, Fed. Cl. No. 03-446, Trial Testimony of Anthony Haynes....1304
234. BOP Work History of Anthony Haynes....1323
235. Excerpts from Bishop v. United States, Fed. Cl. No. 03-446, Trial Testimony of Billy H. Romero....1324
236. BOP Work History of Billy H. Romero....1329
237. Excerpts from August 6, 2004 Deposition of Warden Menifee....1330
238. Declaration of MDC Brooklyn Captain Ricky A. Schoenfelder....1333
239. Ricky Schoenfelder's Work History (Exhibit 1)....1349
240. MDC Brooklyn Quarterly Rosters (Exhibit 2)
241. MDC Brooklyn Quarterly Roster, 1/2/2005-3/26/2005....1350
242. MDC Brooklyn Quarterly Roster, 3/27/2005-6/25/2005....1364
243. MDC Brooklyn Quarterly Roster, 6/26/2005-9/24/2005....1377
244. MDC Brooklyn Quarterly Roster, 9/25/2005-12/24/2005....1390
245. MDC Brooklyn Quarterly Roster, 1/8/2006-3/25/2006....1403
246. MDC Brooklyn Quarterly Roster, 3/26/2006-6/24/2006....1417
247. MDC Brooklyn Quarterly Roster, 6/25/2006-9/23/2006....1433

248. MDC Brooklyn Quarterly Roster, 9/24/2006-12/23/2006..........1447
249. Lt. Bledsoe's List of Daily Assignments since March 27, 2005 (Exhibit 3)..........1475
250. Lt. Bledsoe's Assignment Cards (Exhibit 4)..........1462
251. Excerpts from minutes of March 29, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 5)..........1477
252. March 29, 2005 MDC Brooklyn Daily Roster (Exhibit 6)..........1480
253. Excerpts from minutes of April 26, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 7)..........1489
254. April 26, 2005 MDC Brooklyn Daily Roster (Exhibit 8)..........1492
255. Excerpts from minutes of May 10, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 9)..........1500
256. May 10, 2005 MDC Brooklyn Daily Roster (Exhibit 10)..........1503
257. Excerpts from minutes of June 21, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 11)..........1511
258. June 21, 2005 MDC Brooklyn Daily Roster (Exhibit 12)..........1514
259. Excerpts from minutes of July 5, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 13)..........1524
260. July 5, 2005 MDC Brooklyn Daily Roster (Exhibit 14)..........1527
261. Excerpts from minutes of August 16, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 15)..........1538
262. August 16, 2005 MDC Brooklyn Daily Roster (Exhibit 16)..........1541
263. Excerpts from minutes of September 14, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 17)..........1548
264. September 14, 2005 MDC Brooklyn Daily Roster (Exhibit 18)..........1551
265. Excerpts from minutes of October 11, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 19)..........1558
266. October 11, 2005 MDC Brooklyn Daily Roster (Exhibit 20)..........1562
267. Excerpts from minutes of November 22, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 21)..........1570
268. November 22, 2005 MDC Brooklyn Daily Roster (Exhibit 22)..........1573
269. Excerpts from minutes of December 6, 2005 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 23)..........1581
270. December 6, 2005 MDC Brooklyn Daily Roster (Exhibit 24)..........1584
271. Excerpts from minutes of January 18, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 25)..........1592
272. January 18, 2006 MDC Brooklyn Daily Roster (Exhibit 26)..........1598
273. Excerpts from minutes of February 3, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 27)..........1604
274. February 3, 2006 MDC Brooklyn Daily Roster (Exhibit 28)..........1606
275. Excerpts from minutes of March 7, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 29)..........1614
276. March 7, 2006 MDC Brooklyn Daily Roster (Exhibit 30)..........1617
277. Excerpts from minutes of April 28, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 31)..........1624

278. April 28, 2006 MDC Brooklyn Daily Roster (Exhibit 32)........................................1627
279. Excerpts from minutes of May 9, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 33)........................................1633
280. May 9, 2006 MDC Brooklyn Daily Roster (Exhibit 34)........................................1638
281. Excerpts from minutes of June 13, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 35)........................................1645
282. June 13, 2006 MDC Brooklyn Daily Roster (Exhibit 36)........................................1648
283. Excerpts from minutes of July 18, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 37)........................................1654
284. July 18, 2006 MDC Brooklyn Daily Roster (Exhibit 38)........................................1657
285. Excerpts from minutes of August 15, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 39)........................................1665
286. August 15, 2006 MDC Brooklyn Daily Roster (Exhibit 40)........................................1669
287. Excerpts from minutes of September 12, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 41)........................................1677
288. September 12, 2006 MDC Brooklyn Daily Roster (Exhibit 42)........................................1680
289. Excerpts from minutes of October 10, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 43)........................................1687
290. October 10, 2006 MDC Brooklyn Daily Roster (Exhibit 44)........................................1690
291. Excerpts from minutes of November 7, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 45)........................................1698
292. November 7, 2006 MDC Brooklyn Daily Roster (Excerpt 46)........................................1701
293. Excerpts from minutes of December 5, 2006 MDC Brooklyn Department Head/Lieutenants' meeting (Exhibit 47)........................................1708
294. December 5, 2006 MDC Brooklyn Daily Roster (Exhibit 48)........................................1711
295. MDC Brooklyn Overtime Authorization Forms (Exhibit 49)........................................1718
296. April 25, 2005 E-mail of Lt. Marcial Mundo (Exhibit 50)........................................1727
297. May 5, 2006 E-mail of Lt. Marcial Mundo (Exhibit 51)........................................1728
298. June 1, 2005 E-mail of Captain Rick Schoenfelder (Exhibit 52)........................................1729
299. April 20, 2006 E-mail of Lt. Marcial Mundo (Exhibit 53)........................................1730
300. October 6, 2006 E-mail of Lt. Marcial Mundo (Exhibit 54)........................................1731