United States Government
# MEMORANDUM
*United States Penitentiary*
*Lewisburg, Pennsylvania*

DATE: December 17, 1998

Armory

REPLY TO
ATTN OF: L. Lopez, Captain

SUBJECT: Armory Audit Follow-up Response

TO: L. Bledsoe, Lieutenant

You conducted an audit on the Amory and noted several discrepancies and their corrective actions. Please follow-up on the corrective actions to determine if they have been completed as required by policy.

Please submit your response to me no later than January 5, 1999.

Bk1

MDC Brooklyn
Areas of Responsibility

| AREA | RESPONSIBILITY |
|---|---|
| CAPTAIN'S OFFICE | WASH |
| ENTRANCE PROCEDURES | SNYDER |
| PERIMETER SECURITY | BLEDSOE |
| INMATE VISITING | NARED |
| EMERGENCY PREPAREDNESS | KIMBROUGH |
| INMATE DISCIPLINE | PENA |
| URINE/ALCOHOL TESTING | VAUGHN |
| INMATE ACCOUNTABILITY | GORBEA |
| INMATE PERSONAL PROPERTY | JOSEPH |
| ARMORY OPERATIONS | HURLEY |
| LOCKSHOP OPERATIONS | HURLEY |
| SIS OPERATIONS | N'DIAYE |
| USE OF FORCE | TESSEL |
| TOOL CONTROL | PRAY |
| PRISONER TRANSPORTATION | JOHNSON |
| SILS/EVALUATIONS | WASH |
| CONTROL CENTER | VENTIERE |
| SPECIAL HOUSING UNIT | WHITE |
| PROGRAM REVIEW 1997 | CUCITI/LANE |
| OPERATIONAL REVIEW 2000 | MORAN/BARRERE |
| OPERATIONAL REVIEW 1999 | WILKINS/SOTO |

*This is subject to change quarterly.

REVISED COPY

J. Betler, Deputy Captain

10-23-00
Date

# MDC Brooklyn
## Perpetual Audit Schedule
## 4th QUARTER

| Area | Lieutenant | Audit Follow-up |
|---|---|---|
| **Captain's Office** | **Snyder** | **Wash** |
| **Armory Operations** | **Gorbea** | **Joseph** |
| **Entrance Procedures** | **Soto** | **Snyder** |
| **Perimeter Security** | **Cuciti** | **Bledsoe** |
| **Inmate Visiting** | **Tessel** | **Nared** |
| **Emergency Preparedness** | **Rosa** | **Kimbrough** |
| **Inmate Discipline** | **White** | **Pena** |
| **Urine/Alcohol Testing** | **Lane** | **Vaughn** |
| **Inmate Accountability** | **Barrere** | **Gorbea** |
| **Personal Property** | **Johnson** | **Rosa** |
| **Lockshop Operations** | **Pray** | **Hurley** |
| **Inmate Transportation** | **Moran** | **Johnson** |
| **SIS Operations** | **Nared** | **N'Diaye** |
| **Use of Force** | **Littles** | **Tessel** |
| **Tool Control** | **Bledsoe** | **Pray** |
| **SIL & Evaluations** | **Wash** | **N/A** |

**All Perpetual Audits are due by close of business on November 15, 2000. The follow-up audits are due on December 1, 2000.**

*This is subject to change quarterly. REVISED COPY

J. Betler, Deputy Captain

10-23-00
Date

U.S. Department of Justice
Federal Bureau of Prisons

# Operations Memorandum

**NUMBER:** 214-95 (3000)
**DATE:** November 1, 1995
**SUBJECT:** Institution Shift Starting and Stopping Times

**CANCELLATION DATE:** April 26, 1996

1. PURPOSE AND SCOPE. To establish basic parameters for shift starting and stopping times for employees working in Bureau institutions and the procedures to initiate practices at all Bureau institutions which incorporate these parameters.

Shift starting and stopping times for employees who work inside an institution shall be scheduled to begin and end at the point employees pick-up and drop-off equipment (keys, radios, body alarms, work detail pouches, etc.) at the control center. Therefore, employees who work inside institutions and pick-up equipment at the control center, shall have their shifts scheduled to include reasonable time to travel from the control center to their assigned duty post and return (at the end of the shift). Shifts shall not include time spent waiting in the key line prior to receiving equipment before the shift.

**Overtime regulations, procedures, and requirements are not affected by this Operations Memorandum.**

The contents of this Operations Memorandum will be incorporated into P.S. 3000.02, the Human Resource Management Manual (11/01/93).

2. SCHEDULING CONSIDERATIONS

a. An institution employee whose shift starts at 7:30 a.m. must be at the control center and have received his/her equipment no later than 7:30 a.m. to be considered "on time" for the start of his/her shift. To accomplish this, each location should ensure minimum waiting time for the employee in the key line.

If that same employee's shift ends at 4:00 p.m., he/she should drop-off his/her keys/equipment in the control center at 4:00 p.m., the scheduled quitting time. Reasonable travel time to and from the duty post to the control center would be compensable as

part of the employee's tour of duty. Local supervisors should establish expectations that require employees to arrive and leave their duty post in a timely and reasonable manner. Once local practices are reviewed and modified (if necessary), employees shall be notified of these parameters and shall be responsible for entering and exiting the institution on time.

b. Due to these parameters, schedules may have to be adjusted and shifts overlapped for posts which require relief, as employees must be given time to arrive later and leave earlier to be at the control center on time. The length of time necessary to provide the overlap depends on the post location and the reasonable travel time to and from the control center to that post. Attachment A is a sample Correctional Services roster which provides an example for accommodating the parameters. To provide overlap, the roster includes a lunch period for day watch posts and 15 minutes of overtime for morning watch posts.

c. Although waiting time in key lines prior to the beginning of a shift is not "work time", such waiting time is to be reduced to a minimum to assist a smooth transition from shift-to-shift and more timely and predictable movement from the control center to post. This can be accomplished through staggered shift starting and stopping times for day watch positions and placing additional personnel in the control center during busy shift changes.

d. Each institution should consider incorporating practices which include increased costs or resources only after all other options have been exhausted.

3. <u>IMPLEMENTATION</u>

a. <u>Plan Development</u>: Wardens must review all posts, evaluate any effects these established parameters may have on shift starting and stopping times, and determine if changes are necessary to meet the parameters. Wardens are strongly encouraged to include local staff and union officials in this preliminary review and formulation of institution plans. Following the review of all posts, but no later than November 16, 1995, each Warden shall formulate and submit to his/her Regional Director, a plan which includes all work schedules, rosters, and a summary addressing any proposed changes in practice at the institution. The plans must include the following:

(1) List of affected positions/duty posts;
(2) List of unaffected positions/duty posts;
(3) Complete custodial roster;
(4) Other changes which will be initiated as a result of the new parameters (eg. staggered shifts, changed inmate schedules); and
(5) Detailed summary of any costs attributed to these changes.

b. <u>Plan Approval</u>. Regional Directors shall review the plans each institution submits for approval. The Regional Director must approve plans, including any necessary changes, and notify the institution no later than November 21, 1995.

c. <u>Communication to Employees</u>. Once approval is received, each Warden shall ensure that requirements for shift starting and stopping times, and details of the approved institution plan, are clearly communicated to all institution employees.

4. <u>EFFECTIVE DATE</u>. Wardens shall ensure that the institution incorporates the approved plan into action and meets the specified parameters for shift starting and stopping times no later than November 26, 1995. Following implementation (within 30 days), the local union may request bargaining over the impact and implementation of the plan.

5. <u>ASSISTANCE</u>. Questions may be directed to the Pay and Position Management Section, Human Resource Management Division, at (202) 307-3073.

\s\
Peter M. Carlson
Assistant Director
Correctional Programs Division

\s\
Calvin R. Edwards
Assistant Director
Human Resource Division

214-95 (3000)
November 1, 1995
Attachment A, Page 1

FEDERAL CORRECTIONAL INSTITUTION
PORTAL, PORTAL
QUARTERLY ASSIGNMENT ROSTER
CORRECTIONAL SERVICES

FROM:
TO:

LIEUTENANTS FROM:
TO:

**MORNING WATCH (11:45-8:00)**

| | | | |
|---|---|---|---|
| MR-1 | | | SUN/MON |
| MR-2 | | | MON/TUE |
| CONTROL | 1 | | TUE/WED1 |
| SEG #1 | 1 | | THU/FRI1 |
| YARD | 1 | | 1SAT/SUN2 |
| CAMP #1 | 1 | *TRAINEE* | WED/THU2 |
| PATROL-O | 1 | *TRAINEE* | FRI/SAT2 |
| MR-3 | | *TRAINEE* | SUN/MON |
| MR-4 | | *TRAINEE* | MON/TUE |
| UNIT I E | 1 | | TUE/WED3 |
| UNIT G 1 | 1 | | THU/FRI3 |
| UNIT G 2 | 1 | *TRAINEE* | 3SAT/SUN4 |
| UNIT A | 1 | *TRAINEE* | WED/THU4 |
| UNIT I W | 1 | | FRI/SAT4 |

**DAY WATCH (7:45-4:15)**

| | | | |
|---|---|---|---|
| DR-1 | | | SUN/MON |
| DR-2 | | | MON/TUE |
| SEG #1 | 4 | | TUE/WED1 |
| SEG #2 | 2 | | THU/FRI1 |
| YARD | 4 | | 1SAT/SUN2 |
| LOBBY #1 | 2 | | WED/THU2 |
| CONTROL | 4 | | FRI/SAT2 |
| DR-3 | | *TRAINEE* | SUN/MON |
| DR-4 | | *TRAINEE* | MON/TUE |
| UNIT I E | 4 | *TRAINEE* | TUE/WED3 |
| UNIT I W | 4 | *TRAINEE* | THU/FRI3 |
| UNIT A | 4 | *TRAINEE* | 3SAT/SUN4 |
| UNIT G 1 | 4 | *TRAINEE* | WED/THU4 |
| UNIT G 2 | 4 | *TRAINEE* | FRI/SAT4 |
| DR-5 | | *TRAINEE* | SUN/MON |
| PATROL-O | 4 | | TUE/WED5 |
| CAMP #1 | 4 | *TRAINEE* | THU/FRI5 |
| PATROL-I | 4 | //////////// | 5SAT/ |

**EVENING WATCH (4:00-12 MID)**

| | | | |
|---|---|---|---|
| ER-1 | | | SUN/MON |
| ER-2 | | | MON/TUE |
| YARD | 7 | | TUE/WED1 |
| CONTROL | 7 | | THU/FRI1 |
| PATROL-O | 7 | | 1SAT/SUN2 |
| SEG #1 | 7 | | WED/THU2 |
| SEG #2 | 6 | | FRI/SAT2 |
| ER-3 | | | SUN/MON |
| ER-4 | | *TRAINEE* | MON/TUE |
| UNIT G 1 | 7 | | TUE/WED3 |
| UNIT G 2 | 7 | *TRAINEE* | THU/FRI3 |
| UNIT A | 7 | *TRAINEE* | 3SAT/SUN4 |
| UNIT I W | 7 | | WED/THU4 |
| UNIT I E | 7 | *TRAINEE* | FRI/SAT4 |
| ER-5 | | | SUN/MON |
| ER-6 | | | MON/TUE |
| V/RM #1* | 6 | | TUE/WED5 |
| V/RM #2* | 6 | | THU/FRI5 |
| PATROL-I | 7 | //////////// | 5SAT/SUN6 |
| LOBBY #2 | 6 | | WED/THU6 |
| CAMP #1 | 7 | | FRI/SAT6 |

* WILL WORK SHIFT 4 ON SUN/SAT AND HOLIDAYS

**LIEUTENANTS**

| | | | |
|---|---|---|---|
| SR-1 | | | TUE/WED |
| SR-2 | | | MON/TUE |
| ACT LT | 6 | | THU/FRI1 |
| ACT LT | 2 | | SUN/SAT1 |
| OPS LT | 1 | | 2SUN/MON1 |
| OPS LT | 7 | | WED/THU2 |
| OPS LT | 4 | | FRI/SAT2 |

**NOTE:** 15 minutes of OT have been scheduled for morning watch posts.
30 minute lunch break scheduled for day watch posts.

214-95 (3000)
November 1, 1995
Attachment A, Page 2

| 5 DAY POST | | SICK AND ANNUAL RELIEF | | |
|---|---|---|---|---|
| CAPTAIN | 3 ____ | SUN/SAT | R-1 | ____ |
| CAPT SEC | 3 ____ | SUN/SAT | R-2 | ____ |
| SIS | 3 ____ | SUN/SAT | R-3 | ____ |
| SEC OFF | 3 ____ | SUN/SAT | R-4 | ____ |
| REAR GATE | 3 ____ | SUN/SAT | R-5 | ____ |
| HOSP OFF | 2 ____ | SUN/SAT | R-6 | ____ |
| CAMP VISIT | 4 ____ | TUE/WED | R-7 | ____ |

TRAINEES

T-1 ____
T-2 ____
T-3 ____
T-4 ____
T-5 ____
T-6 ____
T-7 ____
T-8 ____
T-9 ____
T-10 ____
T-11 ____
T-12 ____
T-13 ____
T-14 ____
T-15 ____
T-16 ____
T-17 ____

____
____
____

SHIFT HOURS

**1 - 11:45 PM TO 8:00 AM ***
2 - 6:00 AM TO 2:30 PM
3 - 7:30 AM TO 4:00 PM
**4 - 7:45 AM TO 4:15 PM**
5 - 12:00 N TO 8:00 PM
6 - 2:00 PM TO 10:00 PM
7 - 4:00 PM TO 12:00 MN
*** .1 - Overtime**

RECAPITULATION

MORNING WATCH ____
DAY WATCH ____
EVENING WATCH ____
5 DAY POSTS ____
LIEUTENANTS ____
TRAINEES ____
SICK & ANNUAL ____

TOTAL ____

APPROVED: ____ CAPTAIN ____ ASSOCIATE WARDEN ____ WARDEN

DATE: ____

U.S. Department of Justice
Federal Bureau of Prisons

# Change Notice

DIRECTIVE BEING CHANGED: 3000.02
CHANGE NOTICE NUMBER: CN-16
DATE: April 19, 1996

1. PURPOSE AND SCOPE. To update the Human Resource Management Manual to include policy on institution shift starting and stopping times.

2. DIRECTIVE RESCINDED. O.M. 214-95 (3000) Institution Shift Starting and Stopping Times (11/01/95)

3. SUMMARY OF CHANGES. Section 610.1 has been added to establish basic parameters for shift starting and stopping times for employees working in Bureau institutions. These guidelines will establish practices at all Bureau institutions.

4. TABLE OF CHANGES.

| Remove | Insert |
|---|---|
| Table of Contents pages i through iii | Table of Contents pages i through iii |
| | Chapter 6, pages 3d to 3e |

5. ACTION. File this Change Notice in front of the Human Resource Management Manual (P.S. 3000.02).

\s\
Kathleen M. Hawk
Director

610.1 INSTITUTION SHIFT STARTING AND STOPPING TIMES

1. PURPOSE AND SCOPE. To establish basic parameters for shift starting and stopping times for employees working at Bureau institutions and the procedures to establish these practices at all Bureau institutions.

2. COVERAGE. This section applies to all institution employees who are required to pick up keys or other equipment while passing through control on their way to their assigned duty post.

3. CRITERIA. Each institution shall have approved work schedules with shift starting and stopping times, for employees who work at the institution, to begin and end at the point employees pick-up and drop-off equipment (keys, radios, body alarms, work detail pouches, etc.) at the control center. Therefore, employees who pick-up equipment at the control center, shall have their shifts scheduled to include reasonable time to travel from the control center to their assigned duty post and return (at the end of the shift). If an employee arrives at the key line in a reasonable time to get equipment by the beginning of the shift, this employee is not to be considered late.

4. PROCEDURES. Institution posts that meet the above criteria must have approved rosters which meet required shift starting and stopping times. Wardens shall formulate a plan for all affected posts. Union participation at the local and regional levels in formulating plans is strongly encouraged. The Warden must submit a plan to his/her appropriate Regional Director **only if the plan includes an overlap in work schedules.** The plan, at a minimum, will include the following:

a. List of affected positions/duty posts;
b. Complete custodial roster;
c. Detailed summary of any costs incurred by the implementation of this plan.

5. SCHEDULE APPROVAL AND IMPLEMENTATION. The authority to approve the work schedules rests with the Regional Director. Once approval is received, each Warden shall ensure that requirements for shift starting and stopping times, and details of the approved institution plan, are clearly communicated to all institution employees. If at any time the schedule needs to be revised, follow procedures stated in this section.

6. SCHEDULING CONSIDERATIONS

a. An institution employee whose shift starts at 7:30 a.m. must be at the control center and have received his/her equipment no later than 7:30 a.m. to be considered "on time" for the start of his/her shift. To accomplish this, each location should ensure minimum waiting time for the employee in the key line.

A 39

If that same employee's shift ends at 4:00 p.m., he/she should drop-off his/her keys/equipment in the control center at 4:00 p.m., the scheduled quitting time. Reasonable travel time to and from the duty post to the control center would be compensable as part of the employee's tour of duty. Local supervisors should establish expectations that require employees to arrive and leave their duty post in a timely and reasonable manner. If an employee arrives at the key line in a reasonable time to get equipment prior to the shift, but does not receive the equipment by the beginning of the shift because of unforeseen circumstances, this employee is not to be considered late.

b. Due to these parameters, schedules may have to be adjusted and shifts overlapped for posts which require relief, as employees must be given time to arrive later and leave posts earlier to be at the control center on time. The length of time necessary to provide the overlap depends on the post location and the reasonable travel time to and from the control center to that post.

c. Although waiting time in key lines prior to the beginning of a shift is not "work time", such waiting time is to be reduced to a minimum to assist a smooth transition from shift-to-shift and more timely and predictable movement from the control center to the post. One way to accomplish this is through staggered shift starting and stopping times for day watch positions and placing additional personnel in the control center during busy shift changes. Another option is to assign equipment and keys to posts. If appropriate, assign key ring to 24-hour posts instead of requiring staff to wait in key line to exchange their chit upon arriving and departing work.

d. Physical layout of facilities is to be taken into consideration when establishing a work schedule.

e. If one equipment issue pass is insufficient, institutions should consider installing a second equipment issue pass at the control center.

f. Compressed work schedules may be an appropriate option (follow procedures for compressed work approval).

g. Each institution should consider incorporating practices which include increased costs or resources only after all other options have been exhausted.

h. Overtime may be considered for certain posts/shifts; however, this option is not meant to restrict the employer's management of overtime.

Overtime regulations, procedures, and requirements are not affected by this policy.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BLEDSOE, LINDSEY | [redacted] | 12/15/54 | 08/02/98 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code: 721 | 5-B. Nature of Action: REASSIGNMENT | 6-A. Code: | 6-B. Nature of Action: |
| 5-C. Code: N2M | 5-D. Legal Authority: REG 335.102 | 6-C. Code: | 6-D. Legal Authority: |
| 5-E. Code: | 5-F. Legal Authority: | 6-E. Code: | 6-F. Legal Authority: |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| CORRECTNL OFFCR<br>G2305008 EG2016 | SUPVY CORRECTNL OFFCR<br>J2315003 E02129 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 42,355.00 | PA | GS | 0007 | 09 | 09 | 41,470.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | 3,017.00 | 42,355.00 | .00 | 39,338.00 | 2,132.00 | 41,470.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| BUREAU OF PRISONS<br>NORTHEAST REGION<br>FCI, FAIRTON, NJ<br>UNIT/CASE MANAGEMENT | BUREAU OF PRISONS<br>NORTHEAST REGION<br>USP, LEWISBURG, PA<br>CORRECTIONAL SERVICES |

## EMPLOYEE DATA

23. Veterans Preference: 1 (1 – None; 2 – 5-Point; 3 – 10-Point/Disability; 4 – 10-Point/Compensable; 5 – 10-Point/Other; 6 – 10-Point/Compensable/30%)

24. Tenure: 1 (0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite)

25. Agency Use:

26. Veterans Preference for RIF: YES [ ] NO [X]

27. FEGLI: C BASIC

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 6

30. Retirement Plan: M FERS AND FICA SPECIAL

31. Service Comp. Date (Leave): 07/19/87

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 1 (1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved)

35. FLSA Category: E (E – Exempt; N – Nonexempt)

36. Appropriation Code:

37. Bargaining Unit Status: 8888

38. Duty Station Code: 42-4053-119

39. Duty Station (City – County – State or Overseas Location): KELLY TOWNSHIP UNION PA

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: N | ED LV:04 YR:00 INST PRG:000000 |

45. Remarks

SUBJECT TO COMPLETION OF ONE YEAR PROBATIONARY PERIOD FOR ASSIGNMENT TO SUPERVISORY OR MANAGERIAL POSITION BEGINNING 08/02/98.
POSITION IS AT THE FULL PERFORMANCE LEVEL.
SPECIAL RATE UNDER PUBLIC LAW 101-509
NO ONE ON PPL.
TRAVEL AND TRANSPORTATION IS AUTHORIZED BY THE US GOVERNMENT.
EXCEPTION TO COMPETITIVE MERIT PROMOTION PROCEDURES.
SUBJECT TO COMPLETION OF ONE YEAR PROBATIONARY PERIOD FOR ASSIGNMENT TO SUPERVISORY OR MANAGERIAL POSITION BEGINNING 08/02/98.

A 41

46. Employing Department or Agency: U.S. DEPARTMENT OF JUSTICE/FPS

50. Signature/Authentication and Title of Approving Official: V.R. ZIMMERMAN, PERSONNEL OFFICER

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ FP | 1270 | 08/03/98 |

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BLEDSOE, LINDSEY | [redacted] | 12/15/51 | 05/21/00 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |
| **5-C. Code** | **5-D. Legal Authority** |
| N3M | REG 335.102 COMP |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
SUPVY CORRECTNL OFFCR
J2E10001 E02129

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | 09 | 10 | 46,097.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 43,170.00 | 2,927.00 | 46,097.00 | .00 |

14. Name and Location of Position's Organization
BUREAU OF PRISONS
NORTHEAST REGION
USP, LEWISBURG, PA
CORRECTIONAL SERVICES

**15. TO: Position Title and Number**
SUPVY CORRECTNL OFFCR
E2E10012 F02162

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0007 | 11 | 06 | 53,021.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 45,708.00 | 7,313.00 | 53,021.00 | .00 |

22. Name and Location of Position's Organization
BUREAU OF PRISONS
NORTHEAST REGION
MDC, BROOKLYN, NY
CORRECTIONAL SERVICES

DJ FP3002450902000000 PP 11 2000

**EMPLOYEE DATA**

23. Veterans Preference: 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)

24. Tenure: 1 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

25. Agency Use:

26. Veterans Preference for RIF: YES [ ] NO [X]

27. FEGLI: C0 BASIC

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: M FERS AND FICA SPECIAL

31. Service Comp. Date (Leave): 07/19/87

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

34. Position Occupied: 1 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved)

35. FLSA Category: E (E - Exempt; N - Nonexempt)

36. Appropriation Code:

37. Bargaining Unit Status: 8888

38. Duty Station Code: 36-4170-047

39. Duty Station (City - County - State or Overseas Location): NEW YORK-KINGS KINGS NY

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: N | ED LV:04 YR:00 INST PRG:000000 |

45. Remarks

SELECTED FROM 00-NERO-016, DATED: 03/01/00.
CONGRATULATIONS ON YOUR PROMOTION
TRAVEL AND TRANSPORTATION EXPENSES WILL BE PAID BY THE GOVERNMENT
INCLUDING TRANSPORTATION OF HOUSEHOLD EFFECTS AND DEPENDENT FAMILY
MEMBERS.
POSITION IS AT THE FULL PERFORMANCE LEVEL.
AMOUNT IN BLOCK 20-B INCLUDES THE SPECIAL PAY ADJUSTMENT FOR LAW ENFORCE-
MENT OFFICERS OF $ 7,313.00 .
NO ONE ON PPL.

A 42

46. Employing Department or Agency: U.S. DEPARTMENT OF JUSTICE/FPS

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ FP | 4509 | 05/05/00 |

50. Signature/Authentication and Title of Approving Official
A. M. SCARPONE AM Scarpone
PERSONNEL OFFICER

Editions Prior to 7/91 Are Not Usable After 6/30/93

4-Part 50-315

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, *et al.*,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 01-47C<br>(Senior Judge Bruggink) |

DECLARATION OF KRISTIE THEEL

I, Kristie Theel, under penalty of perjury, do hereby state that the following statement is true and correct to the best of my knowledge and belief:

1. Since June 2006, I have been a Lieutenant at the Metropolitan Detention Center ("MDC") Brooklyn, NY. KT

2. At the request of counsel, I have searched for various MDC Brooklyn Daily Rosters. I found and provided most of the Daily Rosters that were requested by counsel but was unable to locate the Daily Rosters for the following dates: (1) June 27, 2000; (2) June 27, 2001, and (3) July 24, 2001. KT

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3.8.07

[signature]

Kristie Theel

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-47C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF TAMMY CRESSINGER

I, Tammy Cressinger, under penalty of perjury, do hereby state that the following statement is true and correct to the best of my knowledge and belief:

1. Since July 1989, I have been working at the United States Penitentiary ("USP") Lewisburg, PA. I am an Employee Services Specialist.

2. On March 5, 2007, at about 7:45 a.m., I used a stop watch to measure the amount of time it takes to walk at a moderate pace from the USP Lewisburg Control Center to the Lieutenants' office. I started the stop watch when I entered the Control Center Sallyport, first grill. I stopped the stop watch when I was inside the Lieutenants' office. It took me one minute and 23 seconds to walk from the Control Center Sallyport, first grill to the Lieutenants' office, and this included the time that I spent waiting for the Control Center officer to open the second grill following a few staff drawing radios at the Control Center. It took me 29 seconds to walk from the Control Center Sallyport, second grill to the Lieutenant's office, if there was no time

spent waiting for the Control Center officer to service other staff by, for example, drawing radios for them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3|6|07

Tammy Cressinger

Tammy Cressinger

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOSE L. ACEBAL, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 01-47C (Senior Judge Bruggink) |

DECLARATION OF JUSTIN ANDREWS

I, Justin Andrews, under penalty of perjury, do hereby state that the following statement is true and correct to the best of my knowledge and belief:

1. Since July 2005, I have been an Associate Warden at the Metropolitan Detention Center ("MDC") Brooklyn, New York. From July 2003 to July 2005, I was the Executive Assistant at MDC Brooklyn.

2. MDC Brooklyn is comprised of two buildings: the East or old building, and the West or new building. The West Building opened in about April 2000.

3. In January 2004, I used a watch with a second hand that could be started and stopped and measured the time that it took me to walk at a moderate pace from the front entrances to various locations in the East and West Buildings at the MDC Brooklyn. Each time I made these measurements, I started the watch at the front entrance and I stopped the watch when I arrived inside the designated office. The times that I measured are set forth in my attached handwritten notes.

4. In traveling from the front entrance to some of these offices, I waited for and took an elevator to the floor where the office was located. In traveling to other offices, I walked up the stairs. The time measured is my travel time from the front entrance of the East or the West Building to each of the offices, and includes all of the time that I spent walking up stairs or waiting for and taking an elevator.

5. Upon opening of the West Building, there were two Lieutenants' offices - one in the East Building and another in the West Building. As indicated in my notes, the time that it took me to walk from the West Building's front entrance to the Lieutenants' office in the West Building was 1 minute and 48 seconds, and required my taking an elevator. In addition, the location of the Lieutenants' office in the East Building was changed. The time that it took me to walk from the East Building's front entrance to the Lieutenants' office where it was previously located on the second floor (now the Computer Services area) was 3 minutes and 50 seconds, and required my taking an elevator. The time that it took me to walk from the East Building's front entrance to the new Lieutenants' office on the second floor of the East Building was 3 minutes and 17 seconds, and required me taking an elevator. This area was formerly an Associate Warden's office.

6. The Pharmacy's location has not changed. As stated in the attached notes, the time that it took me to walk from the East Building's front entrance to the Pharmacy was 3 minutes and 29 seconds, and required my taking an elevator.

7. Following the opening of the West Building, the office of the Facilities General Foreman was moved from the East to the West Building. As stated in the attached notes, the time that it took me to walk from the East Building's front entrance to the former location of the Facilities General Foreman office on the seventh floor of the East Building was 4 minutes and 53 seconds, and required my taking an elevator. The time that it took me to walk from the West Building's front entrance to the new Facilities General Foreman office in the West Building was 2 minutes and 30 seconds, and required my taking an elevator.

8. The location of the Chaplain's office was changed. As stated in the attached chart, the time that it took me to walk from the East Building's front entrance to the former location of the Chaplain's office on the second floor of the East Building was 3 minutes and 19 seconds, and required my taking an elevator. The time that it took me to walk from the East Building's front entrance to the new Chaplain's office on the fifth floor of the East Building was 3 minutes and 5 seconds, and required my taking an elevator.

9. The location of the Food Service office was changed from the East to the West Building. As stated in my attached notes, the time that it took me to walk from the East Building's front entrance to the Food Service office on the first floor in the East Building was 1 minute and 55 seconds. The time that it took me to walk from the West Building's front entrance to the Food Service office in the West Building was 2 minutes and 30 seconds, and required my taking an elevator.

10. The location of the office of the Emergency Preparedness Officer ("EPO") changed twice. As indicated in my attached notes, the time that it took me to walk from the East Building's front entrance to the former location of this office on the seventh floor of the East Building (now the EDM area) was 5 minutes and 2 seconds, and required my taking an elevator. The time that it took me to walk from the West Building's front entrance to the Administrative West, Telephone Room, where this office was relocated, upon the opening of the West Building, was 1 minute and 23 seconds, and required my taking the stairs. As noted, the EPO office was moved a second time. The time that it took me to walk from the West Building's front entrance to the relocation of this office in the West Building was 1 minute and 6 seconds, and required my taking the stairs.

11. Upon the opening of the West Building, there were two separate Inmate System Management ("ISM") offices - the older one

in the East Building and the new one in the West Building. As stated in my attached notes the time that it took me to walk from the East Building's front entrance to the ISM office on the first floor in the Records office, Rm. 158, East Building, was 3 minutes. The time that it took me to walk from the West Building's front entrance to the ISM office on the first floor of that building was 1 minute and 46 seconds.

12. The location of the Associate Warden's office in the East Building was changed. As stated in my notes, the time that it took me to walk from the East Building's front entrance to the former location of the Associate Warden's office on the second floor of the East Building was 3 minutes, 17 seconds, and required my taking an elevator. The time that it took me to walk from the East Building's front entrance to the relocated Associate Warden's office in the East Building (the former Wellness area) was 55 seconds, and required my taking the stairs; this office is located outside of the secure perimeter of the institution.

13. The location of the Computer Services office was changed. As indicated in my notes, the time that it took me to walk from the East Building's front entrance to the former location of the Computer Services office on the seventh floor of the East Building was 4 minutes and 53 seconds, and required my taking an elevator. The time that it took me to walk from the

East Building's front entrance to the relocated Computer Services office on the second floor of the East Building was 3 minutes and 50 seconds, and required my taking an elevator.

14. As stated in my notes, the time that it took me to walk from the East Building's front entrance to the Unit Management office on the sixth floor of the East Building was 3 minutes and 76 seconds, and required my taking an elevator. The time that it took me to walk from the West Building's front entrance to the Unit Management office on the eighth floor of the West Building was 3 minutes and 10 seconds, and required my taking an elevator.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2007 Justin Andrews

Justin Andrews

| | From: (Depart) | To: (Arrive) | | Total- |
|---|---|---|---|---|
| IS. Office EAST | Front Entrance | 2nd Floor Comp. Svc. | | 3 minutes 50 seconds |
| West | Front Entrance | Operations | | 1 minute 48 seconds |
| PHARMACY East | Front Entrance | 2nd Floor Pharmacy | | 3 minutes 29 seconds |
| FACILITIES GEN. FOREMAN | \| | | | 4 minutes 53 seconds ↓ ↓ |
| EAST | Front Entrance to | 7th Floor EDM | | |
| WEST | Front Entrance | to Facilities Gen Foreman | | 2 minutes 30 seconds |
| CHAPLAIN EAST | Front Entrance | 2nd Floor Lts. Off. | | 3 minutes 19 seconds |
| | Front Entrance | 5th Floor Chaplain's office | | 3 minutes 5 seconds |
| FOOD SVC EAST | Front Entrance | Food Service | | 1 minute 55 seconds |
| WEST | Front Entrance | Food Service | | 2 minutes 38 seconds |
| EPO EAST | Front Entrance to | 7th Floor EDM | | 5 minutes 2 seconds |
| WEST | Front Entrance | EPO Admin. West | | 1 minute 6 seconds |
| | Front Entrance | Admin West Telephone Room | | 1 minute 23 seconds |
| ISM EAST | Front Entrance | Records Off. Room 158 | | 3 minutes |
| WEST | Front Entrance | ISM Office | | 1 minute 46 seconds |
| HW OFFICE | Front Entrance | 2nd Floor CMC Off. | | 3 minutes 17 seconds |
| EAST | Front Entrance | Wellness Area | | 55 seconds |
| COMPUTER EAST | Front Entrance | 7th Floor Safety Dept. | | 4 minutes 53 seconds |
| Unit EAST | Front Entrance | 6th Floor Unit Mgr. Off. | | 3 minutes 76 seconds |
| WEST | Front Entrance | 8th Floor | | 3 minutes 10 seconds |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-47C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF JUDD L. CLEMENS

I, Judd L. Clemens, under penalty of perjury, do hereby state that the following statement is true and correct to the best of my knowledge and belief:

1. Since February 5, 2005, I have been an Associate Warden at the Metropolitan Detention Center ("MDC") Brooklyn, New York.

2. MDC Brooklyn is comprised of two buildings: the East or old building, and the West or new building. There are two Lieutenants' offices, one in the East building and another in the West building. There are also two Control Centers, one in the East building and another in the West building.

3. On February 9, 2007, at about 8:00 a.m., I used a stop watch and measured the time that it took me to walk at a moderate pace from the Control Centers to each of the Lieutenants' offices. When I made the time measurements, I started the watch when I was inside the sallyport and next to the Control Center, and stopped the watch when I arrived inside the designated office. In traveling from the Control Center to each of these offices, I waited for and took an elevator to the floor where the

office was located. The time measured is my travel time from the Control Center in the East or the West Building to each of the offices, and includes all of the time that I spent waiting for and taking an elevator.

4. The time that it took me to walk from the West Building's Control Center to the Lieutenants' office in the West Building was 1 minute, and required my taking an elevator.

5. The location of the Lieutenants' office in the East Building was changed. The time that it took me to walk from the East Building's Control Center to the Lieutenants' office where it was previously located on the second floor (now the Computer Services area) was 2 minutes and 15 seconds, and required my taking an elevator. The time that it took me to walk from the East Building's Control Center to the new Lieutenants' office on the second floor of the East Building was 1 minute and 45 seconds, and required my taking an elevator. This area was formerly an Associate Warden's office.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/14/07

Judd L. Clemens

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOSE L. ACEBAL, *et al.*, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 01-47C (Senior Judge Bruggink) |

DECLARATION OF TRACY JOHNS

I, Tracy Johns, do declare as follows:

1. Since 2005, I have been the Warden at the United States Penitentiary ("USP")-1 and Federal Correctional Institution ("FCI")-Low, Coleman, FL. A summary of my work history with the Bureau of Prisons is attached.

2. From February 2, 1998 to May 1999, I served as an Associate Warden at the United States Penitentiary ("USP") Lewisburg, PA. As Associate Warden, I supervised various departments.

3. As an Associate Warden at USP Lewisburg, I attended the monthly, combined Department Head/Lieutenants' meetings. I sometimes also attended the subsequent, closed Lieutenants' meetings.

4. At USP Lewisburg, the Department Head/Lieutenants' meetings and subsequent, closed Lieutenants' meetings were required for those Lieutenants who were on duty at the time of the meeting, assuming that they did not have a conflict such as mandatory training, an institutional emergency, or another

assignment. Lieutenants who were not on duty at the time of these meetings were not required to attend the meetings. Lieutenants who were on leave, on their day off, or on their off-shift were not required to attend the meetings. Lieutenants who attended the Department Head/Lieutenants' meetings and subsequent, closed Lieutenants' meetings at times when they were not on their scheduled shift were compensated for their overtime. Lieutenants who attended these meetings at times when they were not on their scheduled shift were responsible for certifying their overtime on an overtime form and submitting it to the Captain.

5. I did not tell Lieutenant Lindsay Bledsoe or the other USP Lewisburg Lieutenants that they had to be at the Department Head/Lieutenants' meetings or the subsequent, closed Lieutenants' meetings. I never ordered in writing that USP Lewisburg Lieutenants attend the Department Head/Lieutenants' meetings or the subsequent, closed Lieutenants' meetings. I am not aware of written orders issued by others directing that USP Lewisburg Lieutenants attend these meetings.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

Tracy Johns

# Tracy Johns
# Warden
# USP-1 & Low, Coleman, Florida

## BOP EXPERIENCE

| | | |
|---|---|---|
| 1986 | Sr. Officer Specialist | USP Marion |
| 1984 | Correctional Officer | USP Marion |
| 1988 | Lieutenant | USP Leavenworth |
| 1989 | Special Investigative Supervisor | FCI Tucson |
| 1991 | Captain | FPC Eglin AFB |
| 1992 | Captain | FCI Jesup |
| 1993 | Asst. Corr. Svc. Admin. | NCRO |
| 1995 | Captain | USP Leavenworth |
| 1998 | Associate Warden (2/98 - 5/99) | USP Lewisburg |
| 1999 | Administrator, Correctional Services Branch | Central Office |
| 2003 | Warden | FCI Loretto |
| 2005 | Warden | USP-1 Coleman<br>FCI - Low, Coleman |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., Plaintiffs, | ) | |
| v. | ) | No. 01-47C (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

DECLARATION OF CARLYLE I. HOLDER

I, Carlyle I. Holder, do declare as follows:

1. Since August 2000, I have been the Warden at the Federal Correctional Center ("FCC"), Coleman, FL. My work history with the Bureau of Prisons is summarized in Exhibit A.

2. From March 1998 to August 2000, I was the Warden at the Metropolitan Detention Center ("MDC") Brooklyn, NY.

3. As Warden at MDC Brooklyn, I attended the combined Department Head/Lieutenants' meetings. I sometimes also attended the subsequent, closed Lieutenants' meetings.

4. During my time at MDC Brooklyn, the Department Head/Lieutenants' meetings and subsequent, closed Lieutenants' meetings were required for those Lieutenants who were on duty at the time of the meeting. Lieutenants who were not on duty at the time of these meetings were not required to attend the meetings. Lieutenants who were on leave, on their day off, or on their off-shift were not required to attend these meetings.

5. During my time at MDC Brooklyn, Lieutenants who attended the Department Head/Lieutenants' meetings and subsequent, closed

Lieutenants' meetings at times when they were not on their scheduled shift were compensated with compensatory time for their overtime. Exhibit B. Lieutenants who attended the Department Head/Lieutenants' meetings and subsequent, closed Lieutenants' meetings at times when they were not on their scheduled shift would certify their overtime on an overtime form and submit the form to the Captain. The overtime forms would be approved by an Associate Warden or by me as Warden, and the Lieutenants would be compensated. I never refused to approve compensation for Lieutenants who attended the Department Head/Lieutenants' meetings and subsequent, closed meetings at times when they were not on their scheduled shift. I am not aware of any MDC Brooklyn Associate Warden refusing to approve compensation for Lieutenants who attended these meetings at times when they were not on their scheduled shift.

6. During my time at MDC Brooklyn, Lieutenants who were not on duty at the time of the Department Head/Lieutenants' meetings or subsequent, closed Lieutenants' meetings were encouraged to attend these meetings, but were not required to do so.

7. At the April 18, 2000, Department Head/Lieutenants meeting, I made statements to encourage all Lieutenants to attend these meetings. According to the minutes (Exhibit C), I made statements to the effect that:

> This is a called a Department Heads/Lieutenants meeting, but we don't seem to have many Lieutenants

> present. All Lieutenants should be present. These meetings are critical. The information gathered during these meetings needs to be trickled down to all staff.

According to the minutes, I stated all Lieutenants "should be present," not that all Lieutenants must be present. My statement was not an order or instruction requiring Lieutenants who were not on their scheduled shift at the time of the meeting to attend the meeting. According to the minutes, only five Lieutenants were present at the April 18, 2000 meeting. Our complement at that time was approximately 14 Lieutenants. Exhibit D. My statement was made to encourage Lieutenants to attend these meetings. My statement was not an order directing Lieutenants who were not on duty to work overtime, and it did not direct or approve any overtime work.

7. According to the minutes (Exhibit E), at the next Department Head/Lieutenants' meeting on May 30, 2000, 15 Lieutenants were present and seven Lieutenants were absent from the meeting.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/28/07

Carlyle I. Holder

Exhibits

| | |
|---|---|
| Exhibit A | Carlyle I. Holder, Work History with Bureau of Prisons |
| Exhibit B | MDC Brooklyn Overtime Forms |
| Exhibit C | Minutes of April 18, 2000 MDC Brooklyn Department Head/Lieutenants' meeting |
| Exhibit D | MDC Brooklyn Quarterly Roster, March 19, 2000-June 18, 2000 (Lts) |
| Exhibit E | Excerpt from Minutes of May 30, 2000 MDC Brooklyn Department Head/Lieutenants' meeting |

# Carlyle I. Holder
# Warden
# Admin/Medium/USP-2
# FCC Coleman, FL

## EDUCATION

Warden Holder served 4 years in the United States Marine Corps and attended Allan Hancock College and majored in Criminal Justice

## BOP EXPERIENCE

| | | |
|---|---|---|
| 1980-1982 | Correctional Officer | USP Lompoc, CA |
| 1982-1984 | Legal Technician | MCC New York |
| 1984-1985 | Supervisory Legal Technician | MCC New York |
| 1985-1987 | Inmate Systems Manager | MCC New York |
| 1987-1988 | EEO Investigator | NERO |
| 1988-1990 | Regional Affirmative Action Administrator | NERO |
| 1990-1992 | Executive Assistant | FCI Three Rivers, TX |
| 1992-1994 | Associate Warden | FDC Oakdale, LA |
| 1994-1996 | Associate Warden | FMC Fort Worth, TX |
| 1996-1998 | Warden | FPC Eglin, FL |
| 1998-2000 | Warden | MDC Brooklyn, NY |
| 2000-Present | Warden | FCC Coleman, FL |



PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
A

- 1991
epartment ( __stice                                                  Federal Bureau of Prisons

---

CODE: Comp Time

MDC, Brooklyn
(Institution Location)

June 27, 2000

To: See Reverse ,
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: Tuesday          Date: June 27, 2000

Starting: 7:30 (AM)(XX) Approximate period: See Reverse minutes

Purpose: To attend a mandatory lieutenant's meeting.

Reason work cannot be accomplished during regular tours of duty: Staff were assigned to work other shifts.

AUTHORIZED SUPERVISOR

---

In accordance with above authorization I certify I worked the following overtime:

Day of week: Tuesday          Date: June 27, 2000

Starting: 7:30 (AM)(XX) Ending: See Reverse (AM)(XX) Total: See Reverse minutes

and request: Overtime Pay ________
Compensatory Time XXXX

(Signature of Employee)

Time verified VJW (supervisor's initial)

---

(To be used where not authorized in advance by Warden)

Approved:

Carlyle I. Holder, Warden

---

Instructions:
1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
3) To be prepared in Original only, processed in accordance with institutional. When employee signs he should indicate "P" or "C" for Compensatory time

GOVERNMENT EXHIBIT B

| NAME OF EMPLOYEE | DATE | TIME IN | TIME OUT | P* C* | | SUPR INTI |
|---|---|---|---|---|---|---|
| Cuciti, J | 6-27-00 | 7:30 AM | 4:00 PM | C | | VJW |
| Moran, W | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Gorbea, R | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Pena, J | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Johnson, P | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Nared, R | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Snyder, K | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Joseph, A | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Soto, E | 6-27-00 | 8:00 AM | 11:00 PM | C | | VJW |
| ~~Tessel, D~~ | ~~6-27-00~~ | ~~8:00 AM~~ | ~~10:15 PM~~ | ~~C~~ | | VJW |

November 1991
~~U.S. Department of Ju~~ ~~ice~~ ...eral Bureau of Prisons

CODE: Comp Time

MDC, Brooklyn
(Institution Location)

July 31, 2000

To: See Reverse,
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: Monday Date: July 31, 2000

Starting: 7:30 (AM) (XX) Approximate period: See Reverse minutes

Purpose: To attend a mandatory lieutenant's meeting.

Reason work cannot be accomplished during regular tours of duty: Staff were assigned to work other shifts.

AUTHORIZED SUPERVISOR

In accordance with above authorization I certify I worked the following overtime:

Day of week: Monday Date: July 31, 2000

Starting: 7:30 (AM) (XX) Ending: 12:00 (XX) (PM) Total: 270 minutes

and request: Overtime Pay ______
Compensatory Time XXXX

(Signature of Employee)

Time verified VJW (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Carlyle I. Holder, Warden

Instructions:
1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
3) To be prepared in Original only, processed in accordance with institutional. When employee signs he should indicate "P" or "C" for Compensatory time

5

| NAME OF EMPLOYEE | DATE | TIME IN | TIME OUT | P* C* | | SUPR INTI |
|---|---|---|---|---|---|---|
| Cuciti, J | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Moran, W | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Gorbea, R | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Tessel, D | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Johnson, P | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Bledsoe, L | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Wilkins, M | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

April 18, 2000

**MEMORANDUM TO** CARLYLE I. HOLDER, WARDEN

**FROM:** June Bencebi, Associate Wardens' Secretary

**SUBJECT** Department Heads/Lieutenants Meeting

A Department Heads / Lieutenants meeting was held on April 18, 2000 at 8:00 a.m. in the Warden's Conference Room.

**Present:**

Carlyle I. Holder
Robert Palmquist
David Schaaff
Ralph Montalvo
Deputy Captain Betler
Lt. Rosa
Lt. Snyder
David Williams
John Kroll
Sally Hardman
Diana Guerrero
Anthony Kimbrough
Melvin Vaughn
Sung Lee
Arthur Baggott
Clemmie Cooper
Susan Leibowitz
Carolyn Simon
Tanya Matthewson
Azzmeiah Vazquez
Scott Middlebrooks
William Wunderle
Linda Thomas
Captain LoPresti
Lt. White
Lt. Johnson
Lt. Wilkins
Anna Scarpone
Raoul Watson
Natalie Ledbetter
Jacob Hoenig
Daniel Garcia
Leroy Pitts
Verma Arun
Nestor Mercado
Wanda Velez
Carlos Duff
Clemmet Shacks
Angel Motta

GOVERNMENT EXHIBIT C
PENGAD-Bayonne, N.J.

***Duty Officer Verma Arun:***

- There were two incidents on Sunday, April 16, 2000 in 5 South at 6:00 pm and 7:00 pm.

***Lieutenant White:***

- The base count for today is 1454. We currently have one cadre at Lutheran Hospital.
- There are a lot of activities going on at this time. The Operations Lieutenant is in charge of all operations. If there are any problems, please contact the Operations Lieutenant before any of the Associate Wardens; this is the correct procedure. If the Operations Lieutenant cannot assist you with your problem, then you are to inform the Associate Wardens.
- There will only be one Operations Lieutenant. He/She will oversee all operations in the East and West building.

***Daniel Garcia, Volunteer Coordinator:***

- Thank everyone for their assistance with the Volunteers Banquet that was held on Tuesday, April 11, 2000. It was a success.

***Angel Motta, Supervisor of Education:***

- There are two Recreation Specialist, Raymond Thomas and Brenda Williams. They will be assisting with the Recreation Decks.
- If anyone needs to use the copy machine and have a massive copying job, please use the risograph in the Education Department in the East building. We should not be using the inmate copy machine for massive copying jobs. This causes the machine to break down.

***Anthony Kimbrough, Emergency Preparedness Officer:***

- If anyone has changed their home phone numbers, please call Mr. Kimbrough at ext. 4742.

***Jacob Hoenig, Chaplain:***

- Wednesday, April 19 -20, 2000 is Passover, Friday, April 21, 2000 is Good Friday and Sunday, April 23, 2000 is Easter/Palm Sunday.
- Inmate must fill out an application to receive the work proscription day for Good Friday.
- Inmates must sign a list to receive the Seder meal on Thursday, April 20, 2000. If they are not on the list they will not be able to participate.

***Sung Lee, Clinical Doctor:***

- There is one inmate at Lutheran Hospital suffering from multiple sclerosis. He is in stable condition.

***Nestor Mercado, Acting Safety Manager:***
- Is currently conducting Department Safety Inspections. Would like the Department Heads to walk with him, so there are no problems with issues brought up.

***Clemmie Cooper, DHO:***
- Nothing to discuss.

***Carlos Duff, Unit Manager:***
- Nothing to discuss.

***Wanda Velez, Assistant CMC:***
- Nothing to discuss.

***Tanya Matthewson, Counselor:***
- Went on a recruitment trip with Ramon Lassi, SIS to Camp Lejeune. There were many interested in working with the BOP in Brooklyn.

***Diana Guerrero, Chief Psychologist:***
- Nothing to discuss.

***Natalie Ledbetter, Trust Fund Supervisor:***
- Nothing to discuss.

***Arthur Baggott, Unit Manager:***
- One pod has been painted on the 4th floor. Will move the inmates down to paint the next pod. Painting project should be completed by Wednesday/Thursday, April 26 -27, 2000.

***Sally Hardman, Employee Development Manager:***
- Annual Refresher Firearms Training begins on Wednesday, April 26, 2000. The schedule has been GroupWise for all departments except Correctional Services. The schedule for Correctional Services will be GroupWise by the Operations Lieutenant.
- Any changes must be GroupWise to EDM by Wednesday, April 19, 2000.
- There are various training opportunities available, such as, LULAC, NABJA

- All new GS-9 Lieutenants can get with Astry Rivera to complete their training modules.

***Raoul Watson, Computer Service Manager:***
- SENTRY passwords are being issued through GroupWise. You must check your e-mail's in order to get your passwords. There have been numerous individuals not utilizing GroupWise for their e-mail, Department Heads must inform their staff that they must use GroupWise.

***John Kroll, Unit Manager:***

- Contractors are putting up signs in the unit. Some signs are not being put up in the correct places. Unit Managers should walk with the contractors to ensure that when they place a sign up it is the correct sign. Once these signs are place, it is very difficult to take them down.

***Anna Scarpone, Human Resource Manager:***

- Performance Appraisals are due by the end of this week.
- Human Resources are currently conducting their Operational Review. Please provide any input you may have.

***Jeff Tacconi, Food Service Administrator:***

- Tiling has been completed in the kitchen area.
- Starting today, April 18, 2000, the female cadres will be brought over to work.

***David Williams, Inmate Systems Manager:***

- New ISM staff have been trained to take fingerprints and photographs.
- Thanked everyone for their assistance.
- Currently working on the SENTRY Quarter project. The East building will be set up as Units A - E. The West building will be set up as Units G - K.
- It is extremely critical that work assignments are set up for the West building. If your department has a need for an inmate work assignment, please GroupWise David Williams with that information.

***Susan Leibowitz, Designation Coordinator:***

- Will be on annual leave April 21, 2000 and

***Carolyn Simon, Unit Manager:***

- 3 North is designated as the pre-trial female unit, 3 West is designated as the female cadre unit and 3 South is still the pre-trial male unit.
- When moving an inmate, please be cognizant of security. If an inmate ask why he is being moved or not being moved, **DO NOT** tell him it is because he has separatees. First an inmate should not know that he has any separatees and second if another inmate hears, they will automatically think he is the snitch; this will create many security problems.

***Clemmet Shacks, Unit Manager:***

- Is still the Unit Manager for the male and female cadres.
- Thank all departments for their assistance.

***Lieutenant Rosa:***

- Only 75% of staff signed the posted picture file last quarter.
- There are currently 297 Security Threat Groups (STG), when the institution is filled the number of STG's will double.
- 42 UAs were conducted on the G Unit and 3 tested positive for marijuana use.

***Melvin Vaughn, SIA:***

- Procedures for the inmate telephone was implemented on April 1, 2000. 50 inmates have received incident reports for telephone abuse.

***Lieutenant Johnson:***

- Morning Watch has been quiet.
- There has been problems with inmate accountability. Inmates are moving without the changes being made in SENTRY.

***Warden Holder's Response:***

- Inmate are only suppose to be moved one time a week. If inmate are being moved everyday, it makes tracking impossible. If an inmate is moved on any other day (other than the designated day) it should be for an emergency only.
- In order to do things right, we must do them efficiently. When you have to do something 3 or 4 times it holds you back from do other things.
- The West building is being treated like a stepchild. We cannot neglect one building for the other. Yes, it is two buildings, but it is also one institution, one goal and one team.
- If an inmate moves on his own, then he should be put on notice - given extra duty.
- ISM should distribute an operational memo describing the procedures/requirements for making a bed to bed move.

***Robert Palmquist's Response:***

- Cell moves should not be made by anyone but R&D. If the Unit Managers decide to move an inmate, they need to contact R&D first. R&D may have already placed a transferred inmate into that space.
- Counselors must learn to tell the inmates "no" until they can verify with R&D that it is okay to move the inmate to another cell/bed.

***Lieutenant Snyder:***

- There are many new officers, please do not get upset when they ask to see your identification.
- When an inmate is moved from the East to the West building, there have been problems obtaining his visiting information.

***Warden Holder's Response:***

- If an inmate is moved from the East to the West building, his visiting information should be taken to the West Lobby Officer immediately. It is the unit team's responsibility to make sure that the visiting information is updated.

- These are issues that we should not be faced with. If any problems should arise, we need to resolve them by closing the communication gap.
- New officers need to be taught how to interpret the codes on the roster.
- Again, East and West are not two separate operations. They are one institution.

***Lieutenant Wilkins:***
- The gate is currently being worked on.
- Officer Haywood smashed her hand during a food cart move.

***James Betler, Deputy Captain:***
- The Special Housing Unit is near completion. Visits to SHU in the West building are being restricted. If you have a need to go to SHU, please contact the Operations Lieutenant.
- Procedures for discarding trash has been GroupWise to everyone. When you are discarding your trash, please double bag them. This is to ensure that liquids in the trash are not leaking out.
- There is no parking in front of the West building from the entrance to the parking lot (between the East and West building) to 2nd Avenue beginning Monday, April 17, 2000 at 4:00 pm through Wednesday, April 19, 2000 at 4:00 pm.

***Sal LoPresti, Captain:***
- The Annual Refresher Firearms Training schedule for Correctional Service will be GroupWise on Wednesday, April 19, 2000.
- Correctional Worker Week is April 23 - 29, 2000. There are many activities scheduled, so please come and support us. On Tuesday, April 25, 2000 there will be a basketball game at Franco's at 5:00 pm. On Thursday, April 27, 2000 there will be a bowling tournament at the Fort Hamilton Army Base at 5:00 pm. On Saturday, April 28, 2000 there will be a picnic at the Fort Hamilton Army Base starting at 11:00 pm. There will also be a Softball and Volleyball tournament at the picnic.
- Do not be offended because we are restricting access to SHU. We need to ensure that it is contraband free during this time.
- Thanked unit team for all the assistance with the new COs.

***Warden Holder's Response:***
- All Correctional Officers need to qualify for BPT during Annual Refresher Firearms Training.

***Sally Hardman's Response:***
- It will not be a problem to qualify all Correctional Officers for BPT. Those that pass, we will provide them with the two day training.