U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*OFFICE OF THE WARDEN*

*Brooklyn, New York 11232*

May 30, 2000

**MEMORANDUM TO** CARLYLE I. HOLDER, WARDEN

**FROM:** Christine Rock, Captain's Secretary

**THRU:** James D. Betler, Deputy Captain

**SUBJECT** Department Heads/Lieutenants Meeting Minutes

A Department Head / Lieutenants Meeting was held on May 30, 2000 at 8:00 a.m. in the Warden's Conference Room. The following staff were present:

Carlyle I. Holder, Warden
Sal Lopresti, Act'g, AW(C)
Cynthia Godbold, Act'g AW(P)
Robert Palmquist, AW(O)
B. Wunderle, AW (T)
Sekou Ma'at, Act'g Exec. Asst.
Lynette Bush, Intelligence Tech.
Natalie Ledbetter, Trust Fund Spv.
Manuel Coll, HSA
Sally Hardman, EDM
Azzmeiah Vazquez, Staff Attorney
Sung Lee, Clinical Director
Daniel Garcia, Volunteer Coord.
Art Baggott, Unit Mgr.
Anna Scarpone, HRM
Clemmet Shacks, Unit Mgr.
Raoul Watson, CSM
David Williams, ISM
Martha Licone, Unit Mgr.
Angel Motta, Spv. of Education

James Betler, Captain
Joseph Cuciti, Lieutenant
Ginger Miller, Lieutenant
Lyndsey Bledsoe, Lieutenant
Lacey Littles, Lieutenant
Ralph Gorbea, Lieutenant
Percy Johnson, Lieutenant
Douglas White, Lieutenant
Jose Rosa, Lieutenant
Jacqueline Felton, Act'g Facil. Mgr.
William Moran, Lieutenant
Carlos Duff, Unit Mgr.
John Kroll, Unit Mgr.
Jeff Tacconi, Food Svc Admn
Carolyn Simon, Unit Mgr.
Diana Guerrero, Chief Psych.
Andrew Butler, Safety Mgr.
William Pridgen, Act'g Unit Mgr.
Susan Leibowitz, Designation Coord.
Jacob Hoenig, Chaplain

GOVERNMENT EXHIBIT 6
PENGAD-Bayonne, N. J.

David Tessel, Lieutenant
Thomas Ventiere, Lieutenant
Kelly Snyder, Lieutenant
Nestor Mercado, Safety Spec.
Eddie Soto, Lieutenant
Andrew Long, Lieutenant
Juan Pena, Lieutenant
Anthony Kimbrough, EPO

The following staff were absent:

Muriel Wilkins, Lieutenant-A/L
Steven Barrere, Lieutenant
Rick Nared, Lieutenant-A/L
Vincent Wash, Lieutenant-Comp
Brendon Stokes, Lieutenant-Day Off
Stuart Pray, Lieutenant-Training
Anthony Joseph, Lieutenant-Training
Melvin Vaughn, SIA
John Lane, Lieutenant-Day Off

**Warden Holder (Opening Remarks)**

Warden Holder extended his apologies for not being able to be present when it was announced that he was leaving. Even though he is leaving there is still much for us to do. Staff was encouraged to continue to keep up the good work that put MDC Brooklyn on the map.

**Douglas White:**

- Welcomed all attending staff to May 2000's combined Department Head / Lieutenants Meeting.
- The inmate base count as of this morning is 1692. There are currently 44 inmates in the Special Housing Unit.

**Jacqueline Felton (Duty Officer):**

- Reported that the inmate count at the beginning of her tour was 1692. On May 23, 2000, a staff member was assaulted by an inmate. The staff member sustained no injuries. Sanitation of the institution was good.

**Natalie Ledbetter:**

- No comment

**Sally Hardman:**

- June 12-16, and June 19-23, 2000, will be the make-up dates for Annual Refresher Training. Department Heads are asked to provide the names of their staff who will be attending training and the week they will be going.
- Requested that orderlies be assigned to clean the 7th floor of the East building.

**William Pridgen:**

- Announced that he is acting on behalf of Esker Tatum, Unit Manager.

**Susan Leibowitz:**

- Information regarding sentencing of inmates, and inmate designation was forwarded to department heads.

**John Kroll:**

- Announced the 6th floor unit team in the west building will be receiving inmates shortly.
- Deborah Cavalone, Counselor is also a firearm's instructor. She had been instructing at the range but is back assuming her duties as unit counselor.

**Jeff Tacconi:**

- The food service kitchen is now open in the west building. Food is being prepared there and there is no longer a need to haul food carts from the east building. Eventually, the food service project in the east building will be phased out.

**Lynette Bush:**

- Announced she is acting on behalf of Leroy Pitts, Intelligence Officer.
- Reported she will be attending a meeting at 10:30 this morning with the New York City Department of Corrections.

**Azzmeiah Vazquez:**

- Les Owens, Staff Attorney's last day is today, May 30, 2000.
- We have an increase in inmate population and we have been receiving a lot more lawsuits. Many times officers are named in lawsuits and these lawsuits must be responded to in a timely manner. It is imperative that the officers check their mail on a daily basis.

**Warden Holder:**

- Inquired of Raoul Watson if all staff has been assigned LAN passwords and their ability to access LAN.

**Raoul Watson:**

- The majority of staff have LAN passwords. Anyone who need a password must submit a request to computer services. As for staff's ability to access LAN; computers have been made available for use in many areas throughout the institution.
- Central Office has been conducting tests to see who is opening their resource mailbox. It is imperative that your resource mailbox is checked on a daily basis. A booklet regarding the mailbox will be handed out at the conclusion of the meeting.

**Andrew Butler:**

- Stated he is happy to be at MDC Brooklyn.
- Commended Nestor Mercado, Safety Specialist on the great job he has done, acting as Safety Manager.

**Carlos Duff:**

- No comment.

**Martha Licone:**

- No Comment.

**Anthony Kimbrough:**

- Staff needs to review the Contingency Plans for year 1999. The Contingency Plans in the east and the west building will be combined.
- The staff recall system can be activated from the West Control Center, Lieutenants' Office, and Command Center. A test of the staff recall system will be conducted in the near future.

**Daniel Garcia:**

- An Initial Volunteer Orientation will be held on June 17, 2000 from 7:30 a.m. - 12:00 p.m..

**Angel Motta:**

- Announced that the Parenting Program began today. Approximately 65 inmates are currently enrolled in that program. The Parenting Program lasts 12 weeks. If inmates inquire about enrolling in the program let them know that they will be notified when space becomes available.
- Monday and Tuesday of next week, Angel Motta will be at MCC New York, assisting them with their Operational Review.

**Jacob Hoenig:**

- An Operational Review will be conducted of the Religious Services Department.
- A new Chaplain is expected to join the Religious Services Department next week. Religious services will also hire an Imam as a trainee.

**David Williams:**

- The institutional count is 1693. One inmate is to be released today.
- Unit teams must keep abreast of bed assignments. More than one inmate is being assigned to a bed and causes confusion. We have approximately six beds available for female inmates and there are approximately 245 male inmates to be transferred from FCI Otisville to MDC Brooklyn.

**Clemmet Shacks:**

- Announced we currently have 160 male cadre inmates and 44 female cadre inmates.

**Carolyn Simon:**

- No Comment.

**Anna Scarpone:**

- Stated that she attended an HRM Conference. A lot of automation will be introduced and supervisors will be trained to use it.

**Sung Lee:**

- We have one inmate at Lutheran Hospital undergoing psychiatric treatment and we have one female inmate at a hospital in Westchester for OB/GYN care.

**Manuel Coll:**

- Last week, he attended Instructors Training for Supervisors. At the training they discussed pro active prison management and doing basics right. At a later date, he will arrange for department heads to be trained.

**Art Baggott:**

- No comment.

**William Moran:**

- Announced that he has transferred from FCI Otisville and is currently working the Evening Watch shift. It has been quiet on his shift the last couple of weeks. The Correctional Services Department is trying to keep abreast of sanitation in the institution.

Ginger Miller:

- Discussed lock down procedures. A large number of staffs have not worked with inmate separations and do not know what it entails. It is important that everyone be patient when waiting to get through doors in the institution. Staff is yelling at Control Center Officers because they feel as though they are made to wait a long period of time at doors. Staff must keep in mind that the institution must be locked down until it is secure from movement.

Ralph Gorbea:

- No Comment.

Percy Johnson:

- A new Daily Security and Fire Inspection Report has been issued and must be used. Thanked the department heads for handing in their reports on a daily basis.

Lindsey Bledsoe:

- Announced he has transferred from MDC Brooklyn from U.S.P. Atlanta.
- Remind all staff to carry their Bureau I.D. on their person at all times, while in the institution. He will be stopping staff and requesting to see their I.D.

Jose Rosa:

- An open invitation is extended to all staff to share intelligence gathered concerning inmate activity.
- It is close to the end of the month and there is staff who has not signed the Posted Picture File. With the increase in inmate population there are now a large percent of STG inmates in the Posted Picture File and it important that staff review it as mandated.
- Expressed the importance of documenting in writing incidents that occur.
- Discussed proper procedures on preserving the area of a crime scene (rape, assault, fight, ECT).

Kelly Snyder:

- Stated that she is the morning watch shift lieutenant. All staff is responsible for maintaining inmate accountability. Staff relieving unit officers should write in the unit log book when an inmate leaves the unit.
- Front Entrance Procedures is her area of responsibility. Inmates must be logged in/out of the institution.

Lacy Littles:

- Inmates are to be pat searched each time they move from one area to another. The past couple of weeks inmates were observed moving from one place to another without being pat searched.

**Andrew Long:**

- Tool control is his area of responsibility. The following was noted:
  * There are still boards that are to be shadowed.
  * Inmates are using extension cords without being under direct supervision.
  * Doors are being propped open. Doors in the corridors that separate the housing units should not be opened simultaneously.
  * Inmates are not being cleared before returning to their housing units.

**Juan Pena:**

- Area of responsibility is Entrance Procedures. The following was noted:
  * Contract workers are not being logged in and out of the institution as directed by policy.
  * Inmates are not being pat searched when moving from one area to the next.

**Warden Holder:**

- The volunteer program received a deficiency on Program Review because the contract workers were not being signed in and out. Corrective action must be taken.

**David Tessel:**

- Last quarter he conducted an audit of the SIS Office. Overall, the department is running within policy guidelines.

**Joseph Cuciti:**

- Area of responsibility is the Lieutenants Office. Institution supplements has been updated and changes have been made to forms. There is now a new Daily Security and Fire Inspection Report. The old form is obsolete and will not be accepted.
- Emergency responses – Control Center cannot control the elevators in the West building. During an emergency the lieutenants must utilize the independent key on the elevator. Responding staff is asked to move quickly when entering the elevator so that the lieutenant can arrive at the emergency in a timely manner.
- Staff should be prepared to be stopped inside the sally port of the Special Housing Unit (SHU) by the Officer in Charge in an event there is an emergency. We do not want an over run of staff in the Special Housing Unit. Do not take it as an insult if you are stopped from going inside. We are trying to protect the lives of staff. It is also asked that staff call SHU before going there. There may be a lot of activity going on and it may not be a convenient time to make rounds.
- The Roster Committee will hold a meeting today.

**Thomas Ventiere:**

- Stated he is the Evening Watch Lieutenant in the West Building. Staff is not calling the C&A Officer to clear inmates for movement.

**Eddie Soto:**

- No comment.

**Diana Guerrero:**

- No comment.

**Douglas White:**

- Unit team staff is asked to assist the unit officers in ensuring the inmates are in proper uniform between the hours of 7:30 a.m. and 4:00 p.m. Inmates are not to wear head rags during that time.

**James Betler:**

- Staff assigned to mainline is asked to be there at 11:00 a.m. to relieve the officer. Mainline staff should become familiar with what the officer is assigned to do. If inmates are not adhering to policy, the Lieutenants Office should be notified.
- Suggestions regarding activation of the housing units are welcomed. It will help Correctional Services if we uniformly know and follow procedures and rules.

**Sekou Ma'at:**

- Copouts are to be responded to within five (5) business days.
- Terri-Ann Mosely, Warden's Secretary, last day is Wednesday. There will be a farewell dinner for Terri-Ann on Wednesday at Hunter's Restaurant.
- Thanked Joseph Cuciti, Lieutenant for his help in updating institution supplements.
- Robert Kaprat is the oncoming Duty Officer.

**Cynthia Godbold:**

- Announced she is acting on behalf of Linda Thomas, AW(P) who is on leave. Wanda Velez is out so, she is to be contacted if there are any CMC issues.
- Congratulated Warden Holder on his selection.
- There will be a cancer walk on June 17, 2000 at Polyprep High School. Two teams from MDC Brooklyn have already been confirmed. If you are a member of one of the teams and you cannot make it, let her know. Jeffrey Napoles was diagnosed with cancer. Information concerning his illness was sent to all staff members via e-mail. We will keep him in our prayers.
- The 8th floor is up and running. William Pridgen, Correctional Counselor, is doing a wonderful job as acting Unit Manager for unit 6.
- Terri's last day is tomorrow. She made everyone feel welcomed in the Warden's Office. Let us all show her how much we appreciated her kindness by attending her farewell party.
- Thanked Carolyn Simon, Unit Manager, for getting the female cadre unit in order.

**B. Wunderle:**

- Thanked Lieutenant David Tessel for his assistance in opening the second avenue gate last Thursday. The Marshal's were stuck inside the gate when it broke down.
- It is imperative to expedite the movement of inmates scheduled to go to court.
- Staff is doing fairly well in making rounds. There is still room for improvement. Rounds need to be made in the East building as well.
- Thanked the Personnel Office for getting candidates for medical staff.

**Sal LoPresti:**

- Ensure the institution supplements are applicable to our institution and update if needed.
- Staff is signing the log book when they enter SHU but they also need to go down range and make rounds.
- Intelligence – We will be getting more high profile inmates and we need to know all of our inmates. A lot of our intelligence is gathered from case managers and counselors. We want to know who is causing problems.
- Tool Control – It is important that direct supervision is maintained on inmates using 50 foot cords. The tool room officer has the right to take tools that are not being properly supervised.

**Warden Holder:**

- Expressed to staff that it is good to be back.
- Thanked the managers for keeping things in order during his absence and asked that his appreciation be relayed to all staff.
- Annual Refresher Training is mandatory. All those who missed ART must make it up.
- Today, May 30, 2000 is the last day of Firearms Training.
- We need to keep abreast of the sanitation in the institution. It should not be done when it is time for him to make rounds but is something that needs to be kept up everyday. If we let it go a couple of days then we will have to build it back up. Staff does not have to clean we have plenty of inmates to do it. There is no excuse why the institution cannot be kept clean.
- Inmates will challenge officers. Seasoned staff can offer constructive criticism to newer staff. We have an obligation to help them succeed.
- Department heads needs to utilize their budget in a constructive manner. Everyone should have everything they need. This is the time to let him know if more funds are needed to operate.
- Everyone should have received yearly evaluations.

- Manuel Coll talked about doing basics well. The true meaning has been lost. We are to ensure that procedures are being followed, e.g., force cell moves. Force cell moves require the Warden's approval.
- We must break the trend of locking up inmates because they have Separatees in the institution. That is something of the past. Inmates should not have to wait to be placed in population because of classification issues. It is not a CMC call.
- Let us change the operational mode from activation to operation. This is the time to make a transition for Program Review. Do not want to see repeat deficiencies.
- A number of staffs received letters about Dayton Manor. Everyone housed there is required to give written intentions of their Bureau careers. If you plan on staying in New York City then you need to find permanent housing. We need staff housing to attract more personnel.
- Asked that the Mentoring Program be continued after he leaves MDC Brooklyn.
- The Employee's Club has tickets available for the boat ride. The soda machines run by the Employee's Club is always sold out. Funds cannot be raised if soda is not being sold.
- It was announced that Warden Dennis Hasty will assume position as Warden of MDC Brooklyn. Until then this is Warden Holder's jail and we must still ensure we go through the proper channels. The next major project is to head up an ACA Accreditation Committee and am looking for volunteers to work on it. Send Warden Holder an e-mail if interested.
- Responsiveness - If you can't meet deadlines, you can't be a supervisor.
- We need to stop and take time to help inmates instead of telling them to write a copout. It will save a lot of time.
- We are only as strong as our weakest link. We all need to work together and help each other out.

The meeting adjourned at 9:10 a.m.

cc:NERO
Exec Staff
Dept Heads
Lt's
AFGE

.. 1991
.epartment [redacted] .stice

[redacted] rederal Bureau of Prisons

CODE: Comp Time

MDC, Brooklyn
(Institution Location)

June 27, 2000

To: See Reverse ,
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: Tuesday Date: June 27, 2000

Starting: 7:30 (AM)(XX) Approximate period: See Reverse minutes

Purpose: To attend a mandatory lieutenant's meeting.

Reason work cannot be accomplished during regular tours of duty: Staff were assigned to work other shifts.

AUTHORIZED SUPERVISOR

In accordance with above authorization I certify I worked the following overtime:

Day of week: Tuesday Date: June 27, 2000

Starting: 7:30 (AM)(XX) Ending: See Reverse (AM)(XX) Total: See Reverse minutes

and request: Overtime Pay________
Compensatory Time XXXX

(Signature of Employee)

Time verified VJW (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Carlyle I. Holder, Warden

Instructions:
1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
3) To be prepared in Original only, processed in accordance with institutional. When employee signs he should indicate "P" or "C" for Compensatory time



GOVERNMENT EXHIBIT 7
PENGAD-Bayonne, N.J.

| NAME OF EMPLOYEE | DATE | TIME IN | TIME OUT | P* C* | | SUPR INTI |
|---|---|---|---|---|---|---|
| Cuciti, J | 6-27-00 | 7:30 AM | 4:00 PM | C | | VJW |
| Moran, W | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Gorbea, R | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Pena, J | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Johnson, P | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Nared, R | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Snyder, K | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Joseph, A | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Soto, E | 6-27-00 | 8:00 AM | 11:00 PM | C | | VJW |
| ~~Tessel, D~~ | ~~6-27-00~~ | ~~8:00 AM~~ | ~~10:15 PM~~ | ~~C~~ | | VJW |

GOVERNMENT EXHIBIT 8

PENGAD-Bayonne, N. J.

*U.S. Department of Justice*

*Federal Bureau of Prisons*

*Metropolitan Detention Center*

---

*Brooklyn, New York 11232*

*June 29, 2000*

*MEMORANDUM TO:* *Carlyle I. Holder, Warden*

*FROM:* *Christine Rock, Captain's Secretary*

*THRU:* *Sal LoPresti, Captain*

*SUBJECT:* *Department Heads / Lieutenants Meeting Minutes*

Department head / Lieutenants Meeting was held on June 27, 2000 at 8:00 a.m., in the Warden's Conference Room. The following staff were present:

Linda Thomas, Act'g Warden
James Sherman, AW(C)
W. Wunderle, AW(T)
Robert Palmquist, AW(O)
Sal LoPresti, Captain
Sekou Ma'at, Act'g Exec. Asst.
Brenda Aponte, Intel. Ofcr.
Natalie Ledbetter, Trust Fund Spv.
Manuel Coll, HSA
Sally Hardman, EDM
Azzmeiah Vasquez, Attorney
Sung Lee, Clinical Director
Raymond Cotton, Union President
Art Baggott, Unit Mgr.
Johanni Handel, Act'g HRM
Clemmet Shacks, Unit Mgr.
Raoul Watson, CSM
David Williams, ISM
Martha Licone, Unit Mgr.
Angel Motta, Spv. of Education
Eddie Soto, Lieutenant
Juan Pena, Lieutenant
Ralph Gorbea, Lieutenant
Vincent Wash, Lieutenant
Melvin Vaughn, SIA
James Betler, Deputy Captain
Steven Barrere, Lieutenant
Joseph Cuciti, Lieutenant
Muriel Wilkins, Lieutenant
Anthony Joseph, Lieutenant
Brendon Stokes, Lieutenant
Percy Johnson, Lieutenant
Lindsay Bledsoe, Lieutenant
Jose Rosa, Lieutenant
Kelly Snyder, Lieutenant
Cynthia Godbold, CMC
Carlos Duff, Unit Mgr.
John Kroll, Unit Mgr.
Jeff Tacconi, Food Svc Admn
Carolyn Simon, Unit Mgr.
Diana Guerrero, Chief Psych.
Andrew Butler, Safety Mgr.
Esker Tatum, Unit Mgr.
Susan Leibowitz, Designation Coord.
David Tessel, Lieutenant
Andrew Long, Lieutenant
Lacey Littles, Lieutenant
Rick Nared, Lieutenant
Stuart Pray, Lieutenant
Michelle Hunton, Chaplain

following staff were anable to attend:

Ginger Miller, Lieutenant - A/L Douglas White, Lieutenant - A/L
Anthony Kimbrough, EPO

**Stuart Pray:**

- Welcomed all attending staff to the combined Department Head / Lieutenants Meeting.
- The inmate base count as of this morning was 1839. There are currently 33 inmates in the Special Housing Unit, five inmates are on D/S and five inmates have total separation.
- Angel Mota is the out-going Duty Officer and Johanni Handel is the on-coming Duty Officer.

**Angel Mota (Duty Officer):**

- Reported that it was very quite in the institution over this past weekend. Visiting was heavy and religious services was well attended. The sanitation of the institution was satisfactory.

**Diana Guerrero:**

- There is no inmates on suicide watch. It is requested that Unit Managers have their staff follow procedures on conducting social interviews of nmates coming into the institution. After the interviews are conducted, chey are to be signed by the inmate and given to the psychology department.

**Michelle Hunton:**

[redacted]

**Natalie Ledbetter:**

- Nothing to report.

**Clemmet Shacks:**

- Nothing to report.

**Carolyn Simon:**

- Reported that Clemmet Shacks is the Unit Manager of the female cadre unit and she is the Unit Manager of the female pre-trial inmates.

D--id Williams:

- .he institutional count is 1839. Special mail is to be picked up today and every day thereafter at 11:30 a.m. Unit Managers are asked to ensure that their staff pick up this mail. Staff will not be tracked down to sign for special mail. The mailroom staff has been instructed to bring the log book on special mail to him and the log will be given to his Associate Warden.
- Inmates have arrived from FCI Otisville and is being processed. Twenty-three inmates are scheduled to go to Fort Dix today. The ISM is now coordinating movement between the Southern and Eastern District which will cause an increase in movement for the Medical Department and Unit Management.

Azzmeiah Vazquez:

- Staff were given an update on inmate lawsuits. Two lawsuits by inmates were combined. Both inmates allege that their legal mail was illegally opened by staff. The Judge threw out the lawsuit. In a separate lawsuit, an inmate claimed that basketball hoops were negligently maintained and because of this, he cut his hand on a screw that was sticking out of the backboard. His claim was found to be untrue. The inmate has filed a new case and we are in the process of gathering affidavits from staff.

Cynthia Godbold:

- Inmate Payroll is due on the 28th of this month. Errors made on the payroll ust be corrected through the business office.
- eminded staff that separatee's are being housed in both buildings.

Raymond Cotton:

- Thanked everyone for their assistance while he was acting on behalf of Martha Licone, Unit Manager.
- Expressed concerns with staff ruling with an iron fist and not being more compassionate to inmates. We also have staff who ensure complaints of inmates are taken care of and there are other staff telling inmates to write a cop-out to the Warden. It is very frustrating trying to handle cop-outs dealing with complaints of other departments.
- The Union will no longer accept late rosters.

Andrew Butler:

- Nothing to report.

Carlos Duff:

- Nothing to report.

Raoul Watson:

- Contact the computer services department if you are in need of "Sensitive" stamps.

**'f Tacconi:**

Announced he will be on leave the next two weeks. Robert Kaprat will be acting on his behalf the first week and Michael Ours will be acting on his behalf the second week.

**Johanni Handel:**

- Announced she is the on-coming Duty Officer.
- June 30th marks the end of the first quarter and new rating period.

**John Kroll:**

- Stated his unit is short on beds.
- There will be an activation ceremony next week on the 6th floor for cadre inmates.
- Richard Bloch will be acting on his behalf next week while he is on leave.
- Encouraged staff to be more understanding to the needs of inmates.

**Sally Hardman:**

- There is a lot of mandatory training that staff must complete. The classroom portion of Annual Refresher Training was taped and needs to be viewed by anyone who missed it.
- Introduction to Supervision Training is scheduled for July 10, 2000 and 'here will be another class in August. We are conducting two classes a lot ,f the time because of the increase in staff. We will eventually have three classes and staff will be coming over from MCC New York.
- The classroom portion of BPT training will begin soon.
- A mistake was made to next weeks I.F. schedule.
- Time Management Training will be held in the Chapel Area of the West building on July 21, 2000.
- Thanked several instructors for pitching in to assist with training at the last minute.

**Sung Lee:**

- Announced that two inmates are at an outside hospital.

**Manuel Coll:**

- Nothing to report.

**Sal LoPresti:**

- Inmates in the Special Housing Unit are fed between the hours of 11:30 a.m. and 12:30 p.m. If staff must conduct UDC hearings it is asked that they do not do so during that time.

**·es Betler:**

- We are still experiencing problems with tool control. Any tools that are not etched must be sent to the tool room.
- The unit team is asked to be responsive to SHU when inmates are being released to the unit.

**Melvin Vaughn:**

- An audit was conducted of the Posted Picture File. It was noted that staff are not signing on a monthly/quarterly basis as required by policy.
- There is a criteria to follow for confidential informants. Names of the individuals must be given to the SIS department for documentation.

**Anthony Kimbrough:**

- Last week, testing was conducted on the Staff Recall System. The system seemed to test fine. It is imperative that new staff give in their phone number.
- Staff is reminded to read the contingency plans.

**Jose Rosa:**

- The Posted Picture File must be reviewed and sign by all staff. There is a total of 325 Security Threat Group (STG) inmates and 15 Disruptive Group (DG) inmates that have been placed in the Posted Picture File. Everyone should be familiar with the inmate tracking report. This report must be submitted to the SIS office.
- Staff in the SIS department would be more than happy to attend all department meetings. It will give them the opportunity to gather and/or disseminate information.

**Steven Barrere:**

- Stated that he had spent a couple of quarters as the training lieutenant. Officers expressed to him their concerns about being responsible for maintaining accountability of inmates. Staff are not letting the officers know when they are returning or removing inmates from their unit. Staff need to work together to ensure accountability of inmates is maintained.
- We are still working on updating bed books on the units. The ISM department is taking pictures of inmates. The unit team staff is asked to ensure that inmate bed assignments are kept up to date.

**Stuart Pray:**

- Staff relieving the unit officers for mainline should be familiar with the post orders. Inmates are running amuck on the unit and are not in proper uniform.

**ph Cuciti:**

- We are still experiencing problems in collecting the Daily Security Inspection Sheets. The inspection sheets can be dropped off in the control center or lieutenants office. Some departments are still handing in the old form and they will not be accepted. The supplement changed on March of this year.
- Procedures for clearing inmates are not being followed. An inmate must be cleared before being transported to a location and he must be cleared again before he is returned.

**Lyndsay Bledsoe:**

- Security Inspection Sheets must be handed in on a daily basis. Department heads may not be on duty over the weekend but have staff that are. That staff member is responsible for turning in a Security Inspection Sheet. We do not want to write anyone up for being delinquent.

**William Moran:**

- In order to be more efficient, a class on how to read inmate rosters is needed.
- We are not meeting the criteria with sanitation and he would like to keep abreast of it.

**ph Cuciti:**

- We all need to work together to ensure sanitation of the institution is at an acceptable level. A lot of areas need to be cleaned and correctional services has taken on the brunt of the responsibility.

**David Tessel:**

- Incident reports need to be picked up in a timely manner. There are discrepancies with incidents reports being informally resolved. Procedures are not being adhered to. Paperwork for informally resolved incident reports which must be maintained in the lieutenants office are not being received. A search of SENTRY revealed that 59 incident reports are outstanding. Some reports date back to January of this year. These reports must be updated in SENTRY.
- There is a plan to impose certain sanctions on inmate who abuse the telephone.

**Rick Nared:**

- New officers need help and guidance. Communication is a very important tool in training them. Seasoned staff is asked to lend a helping hand and offer support to the officers.

Discussed overcrowding during weekend visits.

**ent Wash**:

- Inmate accountability is everyone's responsibility. More and more contraband is being found on the units. Inmates should be pat searched when they leave the unit and pat searched when they return. Inmates on work details should be pat searched by their detail supervisor before they are sent back to their housing units.

**Kelly Snyder**:

- Stated her area of responsibility is Front Entrance Procedures. She is in the process of conducting an audit on the staff picture file. An audit was conducted on inmate bed books. The bed books needs to be updated.

**Brendon Stokes**:

- Nothing to report.

**John Lane**:

- It is difficult to maintain a tracking system on Daily Security Inspection Sheets. It would be helpful to hand them in to the control center or somewhere there is a main operation (lieutenant office/captain's office).
- Be mindful of security. Pat search inmates.

**cy Littles**:

- It is observed that staff do not challenge inmates to pat searches, especially cadre inmates. Inmates should be pat searched when they move from one area to another.

**Andrew Butler**:

- Staff are asked to ensure that electronic doors are secured. Many doors are being left open.

**Juan Pena**:

- Staff who are working late nights are asked to assist with the evening feeding.

**Anthony Joseph**:

- In order to ensure inmates are in proper uniform, unit team staff, laundry staff, and the correctional services department must get together and work something out.

**Percy Johnson**:

- Many food carts are bent on the bottom and inmates are able to pull food out of the carts. Extra measure should be taken to ensure this doesn't happen. Upon delivery to the units, the food carts need to be immediately secured inside the unit kitchen.

**...as Ventiere**:

- The Special Housing Unit in the East building has been activated. Female inmates will be housed there. Staff is asked to make daily rounds there.

**Eddie Soto**:

- Staff is encouraged to be more attentive to the needs of inmates.

**Muriel Wilkins**:

- Male and female inmates need to be kept separated. It has been observed on numerous occasions, male cadre inmates coming in contact with female inmates while working on housing units. Usually there is only one foreman present to supervise these inmates.

**Sekou Ma'at**:

- Special thanks was given to those who attended the Leadership 2000 graduation.
- Thanked Lynda Thomas, AW(P) and June Bencibi, Warden's Secretary for their assistance with proof reading the institution supplements and placing them in the shared directory.
- A Law Enforcement Luncheon is scheduled for July 19, 2000. Thanks was given to Robert Palmquist, AW(O) for his assistance.

**...thur Baggott**:

- Commended Officers Welsh and LeFrance on the fine job they are doing on the units.

**W. Wunderle**:

- Unit 5 will be opening next week. It is hoped that the count will start stabilizing. We do not foresee going over 2,000 inmates anytime soon.
- Inmate Thomalson left today. A few more inmates are expected to leave.

**James Sherman**:

- Thanked everyone for the kindness shown him. The facilities department was given special thanks for assisting with moving him into staff housing.
- We need to stop and spend five minutes to examine what we are doing and what needs to be done. It will help save time and avoid problems.
- SHU meetings will resume within the next couple of weeks.

**'rt Palmquist:**

- Welcomed Associate Warden James Sherman.
- Central Office staff is expected here tomorrow for a staff assist of the business office.
- All overtime must be signed by your respective Associate Warden.
- We are resolving credit card issues, balancing accounts and sending them to FCI Fort Dix. Departments not consistently balancing accounts will be severely limited at the end of the year.
- Trash compactors will be placed outside of the East building. Hoppers will be used to move trash to the compactors. Hopefully this will reduce the odor. Procedures for the disposal of garbage will soon be in place.
- SENTRY is distributed by computer. If you have not accessed SENTRY from you computer for six months, SENTRY capabilities is automatically taken from your terminal. The SENTRY password is not taken only the use of SENTRY from that computer is taken and given to another terminal within the Bureau.
- The Rolodex of staff photo's will soon be done electronically.

**Linda Thomas:**

- Warden Holder is attending LULAC this week and he will probably return this Friday.
- There is a system in place for pre-sentence interviews. Staff are to be commended. We have not had any complaints with this process.
- Discussed Separation issues. People will make mistakes until we are 'amiliar with the process. We have WITSEC inmates in the institution. Jepartments must ensure we do not breach security. If you are required to be CIM Certified, please ensure it is done and staff is trained.
- There have been misconduct issues involving our staff at Glynco. Supervisors are asked to talk with their staff and let them know what is expected of them before they leave for Glynco.
- Media inquiries are to be referred to Associate Warden Linda Thomas. She is the Acting PIO for the institution. Inmates are under the impression that they can have anyone walk-in and interview them. Staff are not verifying the visiting lists. All media personnel needs to make a written application to the Warden for media inquiries.
- Special visits are a thing of the past. We will try to accommodate those who do not get many visits.
- The Volunteer Program is having their Program Review in August. There is a problem with escorts logging volunteers in and out of the log book. We must account for everyone coming in and leaving out of the institution. We do not want to get a "hit" again on Program Review. Escorts must take the responsibility of logging the volunteers in and out.

The meeting adjourned at 9:25 a.m.

ovember 1991
U.S. Department of [redacted]ce [redacted]ral Bureau of Prisons

CODE: Comp Time

MDC, Brooklyn
(Institution Location)

July 31, 2000

To: See Reverse ,
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: Monday Date: July 31, 2000

Starting: 7:30 (AM) (XX) Approximate period: See Reverse minutes

Purpose: To attend a mandatory lieutenant's meeting.

Reason work cannot be accomplished during regular tours of duty: Staff were assigned to work other shifts.

AUTHORIZED SUPERVISOR

In accordance with above authorization I certify I worked the following overtime:

Day of week: Monday Date: July 31, 2000

Starting: 7:30 (AM) (XX) Ending: 12:00 (XX) (PM) Total: 270 minutes

and request: Overtime Pay ______
Compensatory Time XXXX

(Signature of Employee)

Time verified VJW (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:
Carlyle I. Holder, Warden

Instructions:
1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
3) To be prepared in Original only, processed in accordance with institutional. When employee signs he should indicate "P" or "C" for Compensatory time



GOVERNMENT EXHIBIT 9
PENGAD-Bayonne, N.J.

| NAME OF EMPLOYEE | DATE | TIME IN | TIME OUT | P* C* | | SUPR INTI |
|---|---|---|---|---|---|---|
| Cuciti, J | 7/31/00 | 7:30 AM | 12:00 PM | C | | VJW |
| Moran, W | 7/31/00 | 7:30 AM | 12:00 PM | C | | VJW |
| Gorbea, R | 7/31/00 | 7:30 AM | 12:00 PM | C | | VJW |
| Tessel, D | 7/31/00 | 7:30 AM | 12:00 PM | C | | VJW |
| Johnson, P | 7/31/00 | 7:30 AM | 12:00 PM | C | | VJW |
| Bledsoe, L | 7/31/00 | 7:30 AM | 12:00 PM | C | | VJW |
| Wilkins, M | 7/31/00 | 7:30 AM | 12:00 PM | C | | VJW |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

*U.S. Department of Justice*

*Federal Bureau of Prisons*

*Metropolitan Detention Center*

---

*Brooklyn, New York 11232*

*August 14, 2000*

*MEMORANDUM TO:* *DENNIS W. HASTY, WARDEN*

*FROM:* *Christine Rock, Captain's Secretary*

*THRU:* *Sal LoPresti, Captain*

*SUBJECT:* *Lieutenants Meeting Minutes*

A Lieutenants Meeting was held on August 14, 2000 at 3:05 p.m., in the Warden's Conference Room. The following staff were present:

| | |
|---|---|
| Dennis W. Hasty, Warden | Salvatore LoPresti, Captain |
| James F. Sherman, AW(C) | James Betler, Deputy Captain |
| Muriel Wilkins, Lieutenant | Anthony Joseph, Lieutenant |
| Brendon Stokes, Lieutenant | Percy Johnson, Lieutenant |
| Douglas White, Lieutenant | Jose Rosa, Lieutenant |
| Ralph Gorbea, Lieutenant | Stuart Pray, Lieutenant |
| Joseph Cuciti, Lieutenant | Juan Pena, Lieutenant |
| Rick Nared, Lieutenant | Vincent Wash, Lieutenant |
| Thomas Ventiere, Lieutenant | Lacey Littles, Lieutenant |
| Kelly Snyder, Lieutenant | Lyndsay Bledsoe, Lieutenant |
| Eddie Soto, Lieutenant | Steven Barrere, Lieutenant |
| Christopher Hurley, Security Ofcr | |

The following staff were absent:

| | |
|---|---|
| David Tessel, Lieutenant - A/L | John Lane, Lieutenant - A/L |
| William Moran, Lieutenant - A/L | Melvin Vaughn, SIA - Training |
| Anthony Kimbrough, EPO - IDO | |

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 10

BOP 39492

**Dennis W. Hasty:**

- We have a cadre of lieutenants who form the backbone of the institution. The purpose of this meeting is to let the lieutenants know what is on Warden Hasty's mind and what is expected of them. This meeting will give the lieutenants a chance to introduce themselves and ask questions.
- Correctional Services and Inmate Systems Management are the two departments that are responsible for inmate accountability and ensuring inmates get to court. They are the heart and soul of a jail's operation and both departments belong under the same division. For these reasons, there will be a realignment in divisions as follows:
  **James F. Sherman, AW(C)** - Correctional Services, ISM, Safety, and Mentoring Program (collateral duty).
  **Lynda Thomas, AW(P)** - Unit Management, Education, Religious Services, Affirmative Action (collateral duty).
  **William Wunderle, AW(T)** - Health Services, Food Service, Psychology, Computer Services, LMR (collateral duty).
  **Robert Palmquist, AW(O)** - HRM, Facilities, Financial Management, Dayton Manor (collateral duty).
  **Executive Assistant (Vacant)** - EDM, Public Information Officer, ACA Accreditation, Strategic Planning, Institution Newsletter, Warden's Office Management.
  **Dennis W. Hasty, Warden** - Legal Department, Executive Assistant.
  The aforementioned information will be put out on GroupWise. Ensure that all uniformed staff receives a copy.

**The following topics were discussed:**

- EXECUTIVE STAFF - Salvatore LoPresti, Captain is the newest member of the executive staff. The Captain manages the largest department in the institution. It is very important to have his input on decisions being made and also to keep him abreast of what is going on.
- RETREAT - A retreat for the correctional services department is scheduled in the near future. James Sherman, AW(C) will handle the arrangements.
- INSOLENCE - Inmates found to be insolent toward staff (cursing, talking back, refusing to obey an order) will immediately be placed in SHU and an incident report written. This type of behavior will not be tolerated.
- SANITATION & DISCIPLINE - Maintaining a high standard of sanitation in the institution is very important, as well as maintaining inmate discipline. Any correctional facility visited that is very clean, you can rest assured there is inmate discipline. Sanitation and discipline go hand in hand. You cannot have one without the other. We will be re-enforcing discipline over inmates by having them out mopping, dusting, buffing, etc.

- NMATE APPEARANCE - Inmates wearing doo rags, walking around with one pant leg up, shirts hanging out of their pants and bandanas hanging out of their back pocket is not in proper uniform. All staff has the responsibility to ensure that inmates are in proper uniform. Any inmate found not to be in compliance is to be instructed to adhere to policy. It will be considered a form of passive aggressive behavior if an inmate begins to walk slow or question staff after being told to correct their dress. An incident report should be written and the inmate placed in SHU.
- STAFF UNIFORMS - Overall, staff is looking good in their uniforms. Some staff have been seen wearing baseball caps. Wearing baseball caps other than BOP caps, is inappropriate and not allowed.
- SPECIAL HOUSING UNIT - Staff are calling SHU and requesting the release of inmates. **No one** other than the Captain is to authorize the release of inmates. If anyone other than the Captain calls SHU and requests an inmate(s) be released should be told in a professional way that the Captain is the only individual who can authorize the release of inmates. The sign-in sheets from both Special Housing Units will be delivered to the Warden's office on Monday mornings. Staff entering SHU is not to sign the log book and leave. They are to go down range and make rounds. If the inmate is not sleeping at the time, staff should bump or rattle the cell door a little bit to make them aware of their presence. Staff working in SHU at MCC, New York were giving inmates ice, hot water and lights for their cigarettes. The noise level was deafening and inmates were knocking blocks out of walls. Changes were made. The inmates no longer received ice or hot water. Smoking in SHU was not allowed and the walls were reinforced. Inmates being disruptive were placed in four point restraints. After the changes took place, SHU was clean and quiet. We want the same for SHU at MDC Brooklyn.
- DAILY SECURITY INSPECTIONS - Every Morning at MCC New York, the Daily Security Inspection Reports were given to the Warden. The same procedures will be incorporated at MDC Brooklyn. If needed, reports of delinquent Daily Inspection sheets will be included in the package.
- HOLDING STAFF ACCOUNTABLE - Lieutenants will be held accountable for ensuring that officers are doing the job that they were hired to do. The officers are to be dealt with and made to understand that they cannot circumvent the chain-of-command by going straight to the Warden and bypassing the Lieutenants, Captain and Associate Warden. These officers will be sent back. Warden Hasty is giving his full support on the matter.
- RESPONDING TO EMERGENCIES - We must all respond to emergencies. If an employee does not respond to an emergency, that person will be dealt with accordingly. It is a very serious issue. The Warden should receive names of individuals who refuses or makes excuses for not responding to emergencies.

- OUR POINT RESTRAINTS - Permission was needed here to place an inmate in four point restraints and was done so with reluctance. As of today, there is no need for reluctance, especially when time is of the essence. If an inmate needs to be placed in four point restraints the Captain or Associate Warden is granted permission to make that decision if the Warden cannot be reached. The paperwork should be routed to the Warden ASAP.
- USE OF CHEMICAL AGENTS - Some institutions are reluctant to use chemical agents. Warden Hasty is in agreement with using chemical agents (CN gas) if it is necessary and the inmate is in a confined area.
- USE OF FORCE - Warden Hasty does not believe in badgering and brutalizing inmates. He believes in being professional to the last measure and using verbal skills to de-escalate a situation. If all else fails and use of force is needed, only the minimal amount of force necessary to control the situation will be used. Keep in mind that being professional reduces altercations.

Before the meeting adjourned, everyone in attendance was introduced to Warden Hasty. Questions/concerns was addressed as follows:

**Lieutenants:**

- What could be done about male cadre inmates coming into contact with female inmates while doing repair work on the units?

**den Hasty:**

- If the repair work is done outside of the unit, the unit should be locked down until completion of the work. Inmates must be constantly supervised by their detail supervisor in the event the repair work is being done inside of the units.

**Lieutenants**

- Can there be a weekly or monthly schedule for shakedowns? Is it possible to occasionally have canine dogs' assist with shakedowns?

**Warden Hasty:**

- Commented that he does not see a problem with initiating a weekly or monthly shakedown. It is a great idea to have canines assist with shakedowns.

**Lieutenants:**

- Inquired about the extent of authority the IDO has over custody matters.

**Warden Hasty:**

- Warden Hasty stated that he will look at what is required of the Duty Officer and will get back with the Captain.

Meeting adjourned at 4:10 p.m.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

October 30, 2000

**MEMORANDUM TO DENNIS W. HASTY, WARDEN**

**FROM:** Carla R. Allen, Associate Warden's Secretary

**SUBJECT:** Department Head Meeting Minutes

A Department Head/Lieutenants Meeting was held on September 19, 2000 at 1:00 p.m., in the Warden's Conference Room. The following staff were present:

Linda R. Thomas, Act'g Warden
David Williams, Act'g AW(C)
W.Wunderle, AW(T)
Robert Palmquist, AW(O)
Azzmehiah Ward, Act'g Exec Asst.
Jeff Taconni, FSA
Perry Hess, Act'g Chief Psych.
Natalie Ledbetter, Trust Fund Spv.
Manuel Coll, HSA
Troylinda Hill, EDM
Todd Bailey, Attorney
Sung Lee, Clinical Director
John Kroll, Unit Mgr.
Art Baggott, Unit Mgr.
Clemmet Shacks, Unit Mgr.
Raoul Watson, CSM
Linda Draughn, Act'g ISM
Marti Licon, Unit Mgr.
Earl Knight, Act'g SOE
Susan Leibowitz, Desig. Coord.
Esker Tatum, Unit Mgr.
W. Velez, Assistant CMC
Carlos Duff, Unit Mgr.
Carolyn Simon, Unit Mgr.
Andrew Butler, Safety Mgr.
Pedro Hernandez-Leal, PA
Ann Scarpone, HRM
Michael Lucas, Act'g Facilities Mgr.
Clemmie Cooper, DHO
Jacob Hoenig, Chaplain
Douglas White, Acting Captain
Kathleen Malone, Lieutenant
Percy Johnson, Lieutenant
Lindsay Bledsoe, Lieutenant
Anthony Joseph, Lieutenant
Kelly Snyder, Lieutenant
Joseph Cuciti, Lieutenant
Andrew Long, Lieutenant
Eddie Soto, Lieutenant
Lacey Littles, Lieutenant
Stuart Pray, Lieutenant
Vincent Wash, Lieutenant
Steven Barrere, Lieutenant
Muriel Wilkins, Lieutenant
Brenda Aponte, Intelligence Officer
Lynette Bush, Intelligence Officer
John Lane, Lieutenant

The following staff were absent:

James F. Sherman, AWO
Raymond Cotton, Union President
Sal Lopresti, Captain
James Betler, Deputy Captain
Willliam Moran, Lieutenant
Thomas Ventiere, Lieutenant
Angel Motta, SOE
David Tessel,Lieutenant
Melvin Vaughn, SIA
Rick Nared, Lieutenant
Jose Rosa, Lieutenant
Juan Pena, Lieutenant
Ralph Gorbea, Lieutenant
Anthony Kimbrough, EPO

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 11

**Kelly Snyder:**

- Welcomed all attending staff to the September 2000 combined Department Head / Lieutenants Meeting.
- The inmate base count is 1911. There are currently 42 inmates in the Special Housing Unit. Inmate Ahmed is currently in four point restraints.

**Carlos Duff:(Duty Officer):**

- Inmate Ahmed was placed in four point restraints on Friday, September 15, 2000. The base count at the beginning of the tour was 1945 the base count at the end of tour is 1912. Visiting was heavy and religious services were well attended. The sanitation of the institution was satisfactory.

**Carolyn Simon:**

- Ms. Simon addressed her concerns that incident reports logged for pickup are not readily available.
- Ms. Simon also addressed her concerns regarding inmates not given access to clean areas after hours upon approval from the Captain.

**Raoul Watson:**

- Mr. Watson stressed the importance of all staff to ensure their offices are secure when unattended and to shred all Sentry print outs when discarding.
- Mr. Watson informed the group to check with Computer services before purchasing any computer software/hardware or accessories.

**Susan Leibowitz:**

- Expressed thanks to Correctional Services for assistance during a recent video conference.
- Unit Managers are asked to provide the district and date of sentencing for inmates who have been awaiting designation for a considerable amount of time.

**Jeff Tacconi:**

- Beginning October 1, 2000, Food Service will be offering a "No Flesh Diet" program to the inmate population. To apply for this diet, inmates are to submit a "Inmate Request To Staff Member" to Food Service.

**Lynette Bush:**

- Richard Desmond from MCC New York has been selected as Intelligence Officer. Mr. Desmond is will be on board November 5, 2000.

**Clemmet Shacks:**

- Correctional Programs is undergoing a staff assist this week.

**Earl Knight:**

- Mr. Motta is on leave this week, I am Acting SOE until Thursday, September 28, 2000. Candace Johnson, Education Program Specialist will be Acting SOE on Friday, September 29, 2000.

**Jacob Hoenig:**

- Rabbi Hoenig clarified that the "No Flesh Diet" is not a religious diet and Inmates will not be allowed to be on more than one diet program.

**Troylinda Hill:**

- Sally Hardman is working at MCC New York, I am Acting EDM.
- Department Heads were reminded to submit Annual Training Needs Assessments for their department. This is the second week for the current I.F. class. A new I.F. class will begin next week. Basic Prisoner Transport training has been scheduled for September 26-27, 2000.
- Annual Training has been scheduled to begin January 8, 2001.

**Perry Hess:**

- Dr. Guerrero is on leave, I am Acting Chief Psychologist.
- Lisa Hope, Psychologist was acknowledge as a new staff member.

**Clemmie Cooper:**

- Mr. Cooper stated there has been a significant increase in 201 level incident reports.
- Mr. Cooper stated staff representatives are not being consistently notified prior to hearings and are not cognizant about that responsibility.

**Linda Draughn:**

- I am Acting ISM. The institution count is 1911. We have Otisville, Lewisburg and Raybrook bus movements scheduled this week.
- Units are asked to forward all files and paperwork of inmates scheduled for movements.

**Andrew Butler:**

- Mr. Butler bid farewell to Robert Palmquist, Associate Warden, Operations.

**Ann Scarpone:**

- Staff signatures are required for receipt of the Fire Arms/Badges Program Statement.
- Timekeepers were notified not to use project code 03Q after September 23, 2000 (Pay Period 19).

**ohn Kroll:**

- Mr. Kroll stated there are a lot of rumors circulating among the inmate population regarding the proposed visiting policy.

**Michael Lucas:**

- Mr. Lucas acknowledged Lt. Bledsoe for his sound judgment during a situation wherein a visitor tried to gain access into the institution posing as a contractor from Con Edison.
- Mr. Lucas re-emphasized that no contractors should be granted access to the institution after hours unless there is an emergency and the contractor is still obligated to provide credentials.
- Mr. Lucas stated effective the first week of October 2000, the contractor for the elevators will be Action Elevator Company.
- Mr. Adolfo Maldonado, the new Facilities Manager will be on board effective October 14, 2000. Francisco Lopez, General Maintenance Foreman was acknowledged as a new staff member.
- Facilities currently has an opening for General Foreman.
- Mr. Lucas stated that non-emergency work requests will be on hold, Facilities is concentrating on the EDM area in preparation for Annual Training and the Special Programs Unit.

**Art Baggott:**

- The Special Programs Unit is schedule to be inmate ready October 2000. I will be on annual leave next week.

**Lindsey Bledsoe:**

- Lt. Bledsoe cautioned staff regarding blocking exits/entrances.

**Anthony Joseph:**

- Lt. Joseph clarified the process to have inmates provide sanitation after hours.

**Steven Barrere**

- Addressed concerns of incorrect cell numbers labeled on the upper tiers of the units in the west building.
- Lt. Barrere stated all inmate files should contain photographs and unit teams are to ensure they receive the file of each inmate reassigned to their units.

**Joseph Cuciti**

- All staff are to ensure institution equipment is returned at the end of their shift.
- Supervision of inmates should be constant.

**Percy Johnson**

- Beginning October 1, 2000 the Transportation Lieutenant will be working with ISM and the Managed Care/Designation Coordinator.

**Lacy Littles**

- Staff are reminded to challenge inmates for passes and conduct random pat searches.
- An abundance of Food Service contraband has been found on the cadre units.
- Addressed concern of Furlough releasees scheduled to return during the 9pm count. It was stated by Acting Warden Thomas that these inmates can wait outside until the count clears.

**Stuart Pray**

- Pat searches are the responsibility of all staff.
- All staff are asked to assist new employees.

**Kathleen Malone**

- Unit Teams responsible for more than one floor are to submit Security Inspections for each floor.

**Vincent Wash**

- A Lieutenant's retreat has been scheduled for October 5-6, 2000, during these days unit team staff are asked to assist Correctional Services.
- Staff escorting inmates are reminded to have inmates face the back of elevators.

**Douglas White**

- Staff are reminded to sign the SHU sign-in sheet as well as the SHU log book. These sheets are forwarded to the Warden.
- Staff are to walk down range while making SHU rounds.
- The Lieutenants schedule changes on September 17, 2000.
- Correctional Officer Roster changes on October 1, 2000. Staff are asked to assist new officers assigned to their areas.
- At 9:00 p.m., the key for the C (Charlie) door will be removed from the unit officers key ring in the East building.
- Staff are asked to be courteous and patient to control room officers. Acting Warden Thomas stated staff can assist by not calling Control for telephone numbers or to locate personnel in non-emergency situations. Staff are to utilize the phone directory or radios.
- Due to the large compliment of staff and new employees, when Control asks for identification all staff are to comply.

**John Lane**

- Lt. Lane stated during a recent tele-conference at Central Office it appears twenty new USP's are scheduled to come on line by the year 2005.
- Staff are encouraged to review policy as much as possible, although all policy/standards and plans are in place, human error is always possible.

**Azzmeiah Ward**

- All staff interested in participating in the Raggamuffin Parade on Saturday, are asked to contact me so that I can have an approximate head count.
- Ms. Ward extended her appreciation to department heads for submitting newsletter articles.
- The MDC information line is extension 5850.
- Members of the Brazilian Embassy toured the institution today, and were impressed by the sanitation of the institution. Ms. Ward thanked all department heads who took the time to greet these visitors and give a brief overview of their department.

**William Wunderle**

- A.W. Wunderle bid farewell to A.W. Palmquist.
- A.W. Wunderle stated during adverse weather, bread delivered to the institution will be moved inside the East Sally Port.

**Robert Palmquist**

- Beginning October 16, 2000, their will be changes to the Commissary Operations, memo will be forwarded next week. These changes will affect commissary items and spending limits.
- Luis German, Associate Warden, Operations will be on board November 5, 2000.
- Overtime will be curtailed to emergency situations.
- The Bureau Of Prisons has no approved budget as of this day.
- Staff are reminded to seek approval by the Associate Warden before making any purchases, including emergency purchases. Purchases must be forwarded to Fort Dix for fund control.
- A.W. Palmquist gave status of Navy Yard operations.
- This year MDC Brooklyn and MCC New York will have joint Annual Training on the 7th floor of the East Building.
- Facilities have begun and will continue construction on the 7th Floor of the East Building until training begins and after training commences.
- Executive Staff will have a retreat on September 27, 2000.
- If you have construction projects to be considered, see Mike Lucas.

- A.W. Palmquist gave a brief overview over the accomplishments and achievements demonstrated during the activation of MDC Brooklyn, West.
- A.W. Palmquist made a farewell speech.

**Dave Williams**

- Acting A.W. Williams asked all staff to take time to address concerns of new staff members.
- Keys and equipment not turned in at the end of shift must be returned to the institution immediately.
- ISM will have a staff assist next week.

**Linda R. Thomas**

- Acting Warden Thomas reminded staff to be cognizant of their meeting times.
- Warden Hasty, A.W. Sherman, Captain Lopresti, and Deputy Captain Betler are attending Crisis Management Training at FCI Fort Dix this week.
- All staff are to address inmates by their names listed on Sentry. Staff using codes or nicknames to refer to WITSEC inmates are compromising that inmates identity.
- Issues discussed in Department Head meeting regarding forthcoming policy changes that will have a profound affect on the inmate population should not be addressed to the inmate population until the memorandum or institution supplement has been signed by the Warden.
- The Furlough Release paperwork will contain only one Furlough application. Copies are to be made, however the original form with the MDC Brooklyn seal will be given to ISM.
- Acting Warden Thomas bid farewell to A.W. Palmquist

Meeting adjourned at 2:30 p.m.

GOVERNMENT EXHIBIT 12

U.S. Department of Justice

Federal Bureau of Prisons

Metropolitan Detention Center

Brooklyn, New York 11232

October 31, 2000

MEMORANDUM TO: DENNIS W. HASTY, WARDEN

FROM: Christine Rock, Captain's Secretary

THRU: Sal LoPresti, Captain

SUBJECT: Department Heads / Lieutenants Meeting Minutes

A Department head / Lieutenants Meeting was held on October 31, 2000 at 1:00 p.m., in the Warden's Conference Room. The following staff were present:

William Wunderle, Act'g Warden
James Sherman, AW(C)
Linda Thomas, AW(P)
Aldopho Maldonado, Act'g (O)
Sal LoPresti, Captain
Azzmeiah Ward, Executive Asst.
Clemmie Cooper, DHO
Natalie Ledbetter, Trust Fund Spv.
Manuel Coll, HSA
Sally Hardman, EDM
Todd Baily, Attorney
Earl Knight, Act'g Education Spv.
Lamine N'Diaye, SIA
Art Baggott, Unit Mgr.
Johanny Handel, Act'g HRM
Clemmet Shacks, Unit Mgr.
Raoul Watson, CSM
David Williams, ISM
Martha Licone, Unit Mgr.
Anthony Kimbrough, EPO
Eddie Soto, Lieutenant
John Lane, Lieutenant
Juan Pena, Lieutenant
Vincent Wash, Lieutenant
Melvin Vaughn, SIA
Christine Rock, Captain's Secretary/Recorder

James Betler, Deputy Captain
Douglas White, Lieutenant
Joseph Cuciti, Lieutenant
Muriel Wilkins, Lieutenant
Anthony Joseph, Lieutenant
Kathlene Malone, Lieutenant
Percy Johnson, Lieutenant
Lindsay Bledsoe, Lieutenant
Jose Rosa, Lieutenant
Kelly Snyder, Lieutenant
Cynthia Godbold, CMC
Carlos Duff, Unit Mgr.
John Kroll, Unit Mgr.
Jeff Tacconi, Food Svc Admn
Carolyn Simon, Unit Mgr.
Diana Guerrero, Chief Psych.
Andrew Butler, Safety Mgr.
Esker Tatum, Unit Mgr.
Susan Leibowitz, Designation Coord.
Michael Facey, Act'g Unit Mgr.
Stuart Pray, Lieutenant
Lacey Littles, Lieutenant
Rick Nared, Lieutenant
William Moran, Lieutenant
Jacob Hoenig, Rabbi

The following staff were absent:

David Tessel, Lieutenant Day Off
Thomas Ventiere, Lieutenant - Day Off
Ralph Gorbea, Lieutenant S/L
Steven Barrere, Lieutenant-S/L

**Kelly Snyder:**

- Welcomed all attending staff to October's 2000 combined Department Head / Lieutenants Meeting.
- The inmate base count as of this morning was 2040. One inmate is on suicide watch and we have one inmate at an outside .

**John Kroll (Duty Officer):**

- Reported that at the beginning of his tour the inmate count was 2017 with 94 inmates in the Special Housing Unit. At the end of his tour the inmate count was 2039 with 102 inmates in the Special Housing Unit. Minor incidents occurred during his tour of duty.
- The inmates behaved well while observing the World Series on television.
- There was a total of 1,431 inmate visitors over the course of the past week.
- Commissary sales were down from last week.
- Reported that a total of 56 incident reports were written.
- The locator center tested well.
- Noted that hot trash is being mixed in with regular trash.
- Lieutenant Rosa along with John Kroll, opened the command center. Everything reportedly went well.

**Jeff Tacconi (On-coming Duty Officer):**

- The officer's mess hall (OM) is scheduled to open next week in the West building and the OM in the East building will close.

**Dianna Guerrero:**

- Announced that one inmate is on Suicide Watch.
- Counselor's Training is scheduled for next Tuesday (A draft of the outline for the training was handed out).

**Esker Tatum:**

- Nothing to report.

**Cynthia Godbold:**

- The inmate payroll will close out on November 3, 2000 and will be posted on November 9, 2000. Any corrections that need to be made must be done by Friday, November 3, 2000.

**talie Ledbetter:**

- Announced that Louis German (new Associate Warden of Operations) will arrive next week.

ly Hardman:

- Thanked all those who attended the Mentoring Mixer last week.
- Departmental Needs Assessments are due.
- The class schedule for Annual Refresher has been approved. A total of 100 participants will attend the 9-week course. MCC staff will be attending classes along with MDC Brooklyn staff.
- A new I.F. Class will begin next week at MCC New York.
- The IDC test has been rescheduled to Thursday morning.
- Memorandum concerning the Executive Staff Retreat was placed in department head mailboxes.
- Announced she will be attending training next week in Houston.
- EDM office hours will change next week due to shortage of staff.

David Williams:

- Thanked Captain LoPresti and correctional staff for assisting the ISM department during their retreat. The EDM department was thanked for the use their office space for training and thanks was given to Computer Services staff for providing computer training.
- A total of 76 inmates is designated to go to Ft. Dix this week. The Lewisburg bus will arrive on Thursday, an airlift is scheduled for Wednesday and we are scheduled to receive inmates from MCC New York on Friday.
- Thanked everyone for helping out R&D during their shortage. Jeffrey McLaurin, Legal Instrument Technician has gone to work in the food service department. There is now one opening for a Legal Instrument Technician.

Susan Leibowitz:

- Announced that she will be attending training in Houston next week. Legal Services will handle the video conferences while she is away.
- Thanked Lieutenant Percy Johnson and Annecia Campbell, A.W's Secretary for assisting her with paperwork for medical trips.

Carolyn Simon:
- Nothing to report.

Clemmet Shacks:

- Warden Hasty has appointed him as chairperson at this institution for the CFC campaign. Everyone is asked to make a donation to a charity. Gold pins will be given to those who contribute.

Clemmie Cooper:

- Commended officers in the West Special Housing Unit for the outstanding work they are doing.
- Staff was reminded of the new telephone codes to be used beginning November 6, 2000. A memorandum concerning the telephone codes will be distributed to everyone.

**anny Handel:**

- Ann Scarpone is on leave this week.
- We had 33 errors on the leave error report. Supervisors are asked to look at the accounting codes to ensure they are correct.
- Progress Review Certifications are now due.

**Martha Lecon:**

- Stated her secretary went to a new position. Staff was asked to call other extensions in her office if they cannot reach anyone at the secretary's extension.

**Aldopho Maldonado:**

- Mr. Maldonado introduced himself as the new Facilities Manager.

**Andrew Butler:**

- Nothing to report.

**Carlos Duff:**

- Nothing to report.

**uel Coll:**

- Nothing to report.

**Michael Facey:**

- Stated that he is acting on behalf of Unit Manager Art Baggott who will be returning next week.

**Anthony Kimbrough:**

- There is a total of 173 staff members who have not yet signed the contingency plans for this fiscal year. The contingency plans must be signed by November 15th. Currently, he is working on getting signatures from managers for the 2001 contingency plans.
- A memorandum was sent to all managers concerning staff duty officers checking the command center.
- All new staff must submit a staff data sheet to him.

**Raoul Watson:**

- Announced that the computer services department will be undergoing an Operational Review next week.

**hn Kroll:**

- Thanked the correctional services and facilities' department for the assistance and support given to his unit team.

[redacted] A 185 [redacted]