**incent Wash:**

.raining for the Disturbance Control Team was discussed. The schedule for staff coverage during this training will be e-mailed to everyone.

**Daniel Garcia:**

- Nothing to report.

**Earl Knight:**

- Stated he is acting on behalf of Angel Motta, Education Supervisor. Mr. Motta is annual leave this week.

**Melvin Vaughn:**

- The SIS office is receiving numerous memorandums from staff dealing with illegal activities of inmates. Staff is thanked for their assistance.

**Todd Bailey:**

- Two inmates have filed a lawsuit. One inmate claims that due to lack of a shower curtain on the showers, water was able to leak on the floor and he slipped and broke his tooth when exiting the shower. Another inmate is suing because he claims that staff failed to protect him from being assaulted.

**ob Hoenig:**

- Chaplain Michelle Hunton is still on leave.
- There are two meal programs for inmates. One is the No Flesh Diet and the other is the Common Fare meal. Inmates wanting to apply for the No Flesh Diet must do so with the food service department and those interested in applying for Common Fare meals must get with the religious services department.
- Stated he will be going to the hospital today to visit inmate Medina.

**Lamine N'Diaye:**

- The SIS office is required by policy to conduct training during departmental meetings. Please inform the SIS office via e-mail when departments hold their next departmental meeting.
- Staff was reminded to sign the posted picture file.

BOP 39508

**William Moran:**

- Stated he is working the evening watch shift in the East building. Sanitation of the institution is being kept during his watch.
- Reminded staff to sign the contingency plans.
- Staff working after 4:00 p.m. are encouraged to carry radios.

**ıglas White:**

- Staff are reminded to make daily rounds in the Special Housing Unit. Many inmates complain that they are not seeing unit team staff.
- Inmates are complaining that there is not enough heat in SHU.

**an Pena:**

- Control center staff will not pop doors for inmates. Staff must escort inmates through the doors and to their unit.

**Salvatore LoPresti:**

- Escorting staff should have the unit officer meet the inmates at the door. We must have accountability of inmates and inmates must be pat searched prior to entering the unit.

**Lacey Littles:**

- Staff assigned to mainline are not showing up to relieve the unit officer.
- Bed book cards should follow inmates from unit to unit.
- Over the last couple of weeks he has encountered situations where staff is not getting along. Staff are asked to try to work together.
- The last couple of days, he has been raising funds for the Marine Corp.'s 25th Anniversary. Staff is thanked for their support.

**Eddie Sotto:**

- Staff must respond cop-outs in a timely manner. Inmates get desperate when they do not receive feedback from staff.

**thleen Malone:**

- Thanked all departments for handing in their daily security inspection sheets. Problems are still being experienced with departments not handing in their daily security inspection sheets on weekends.
- There is a plan to impose certain sanctions on inmates who abuse the telephone.

**Lindsay Bledsoe:**

- MDC Brooklyn has more than 2,000 inmates and only 251 officers. Staff was asked to communicate with inmates and help them to resolve issues. Since we are low on officers, we may ask other staff to assist in covering units.

**Muriel Wilkins:**

- We are experiencing problems with finding beds for inmates during the evening watch shift. If inmates are moved during day watch a sentry transaction should be made. If staff does not have enough time to do so, then they should leave a note indicating the inmate and where the inmate was moved.

**Percy Johnson:**

Stated he is overseeing scheduled medical trips. Susan Leibowitz and Annecia Campbell is working hard at preparing the paperwork for the medical trips.

**ncent Wash**:

- Disturbance Control Training has been scheduled for November 14 - 15, 2000.
- There is a new overtime sign-up form in the West lieutenant's office. The overtime form comes out every week and there is plenty of overtime available.

**John Lane**:

- Staff are to be informed that if any item is taken from an inmate, no matter how minor, a confiscation form for that item must be filled out and signed. The legal department is receiving tort claims because procedures relating to this are not being followed.

**Anthony Joseph**:

- Announced he has been assigned to revamp post orders. It is important that staff read and sign the post orders before assuming that post. (Discussed set up of the post orders and showed the new books for the post orders).
- The SPU unit (K-84) was discussed. The unit is up and running.

**Stuart Pray**:

- Tool control was discussed. The Captain must approve the purchase of all tools. It is everyone's responsibility to ensure policy is followed.

**eph Cuciti**:

- Thanked numerous staff with their assistance in addressing the concerns of inmates.
- Unit management has been sympathetic with correctional services situations regarding the lack of staff.
- All staff in the institution after 4:00 p.m. must respond to emergencies. We need everyone's assistance.

**Jose Rosa**:

- Currently we have 433 STG inmates. We know there are more inmates yet to be identified. Staff was asked to notify the SIS office of any inmates suspected to be a STG inmate and they will be interviewed by SIS. Staff was encouraged to review the posted picture file in order to familiarize oneself with these inmates.

**Kelly Snyder**:

- Staff was asked to make rounds in the East and West Special Housing Units.
- Detail pouches should be picked up every day.
- It is important that staff shake down inmates and their area. The I-61 officer found a metal spoon in the middle of a rice pan when he shook down his units food cart.
- If inmates are involved in any type of altercation, the operation ieutenant must be notified. He or she will decide what type of action if any should be taken.

[redacted]olyn Simon:

[redacted]

- Staff was encouraged to attend the Stress Management Workshop.
- The Executive Staff Retreat is scheduled for November 8th and 9th. Azzmeiah Ward will put out a memorandum concerning this.

[redacted]

**Aldopho Maldonado:**

- Updated staff on the East building's projects.
- Department heads needs to take a more active part in getting things out of Warehouse in the Navy Yard.

**James Betler:**

- Discussed emergency responses. Staff was asked not to get in the way of trained staff. Staff is also cautioned to be careful not to ruin a crime scene.
- Unless there is an emergency, key words such as "Attention all radio units" will not be used over the radio. Announcements such as "Attention all radio units. A fire drill is being conducted, will not be used over the radio." Only body alarms and emergencies will call for the attention of All radio units."
- .ll Institution Duty Officer's must make rounds in the Command Center. This will help familiarize them with the Command Center in case of an emergency.
- Ensure release orders are signed and completed before distribution is made.

**Salvatore LoPresti:**

- Some staff have been offended when they are asked to step out of a room during an emergency. Staff should not take offense. Only needed staff are asked to stay once the emergency has been bought under control.
- Staff is asked to slow down on radio transmittance. Conversations should not be held over the radio, the telephone should be used instead.

BOP 39511

**Linda Thomas:**

- A memorandum regarding the holiday committee will be disseminated. Every year a committee is set up to orchestrate the handing out of gift packages to inmates. We will receive direction from Central Office.
- Beginning November 5, 2000, the new visiting schedule will be in effect. Some inmates state that they knew nothing about the new visiting schedule. All inmates should be made aware of this.
- New commissary procedures were implemented yesterday but will not be in effect until the week after next.
- We will implement a p.m. food service detail in the West building. We are looking at putting 60 male inmates on the work detail. The inmates must be medically cleared to work in food service and have no separatee issues. The female inmates will work the a.m. shift.
- Reminded the duty officer, lieutenants and unit managers that it is not part of criteria to lock down unit for food trays. Until approved by the Warden, we are to refrain from locking down the units for food trays.

ames Sherman:

Correctional service is preparing for their Program Review. It is asked that every department work with them.

- Requested that ISM ensure paperwork for inmates is done ahead of time. It does not look good when we are late. We do not need the courts and judges to think that were are incompetent.
- We must be responsive to the needs of inmates. Staff should try to keep their word when they tell an inmate that they are going to do something.
- Thanked the union for their help with the mentoring mixer.
- The ATM machine in the West building is being worked on. We are having a problem with getting money placed in the machine. The machine should be up and running by Thursday.
- Everyone here knows of something or someone who could benefit from one of the CFC charities. Keep this in mind and give generously.

W. Wunderle:

- CFC is an outstanding program. There are a lot of worthwhile agencies to donate to.
- There is no such thing as a "free lunch." The debit machine for staff lunch in the East building is operational. Staff who eat in the O.M. must pay. No IOU's are accepted. We may have to have someone there to sell meal tickets.
- Manuel Coll was selected to go to Coleman as the Health Services Administrator.
- There were 33 staff members on the leave error report. This is not acceptable.
- On October 12, 2000, President Clinton passed a bill which will require inmates to pay a co-payment in order to see a BOP physician.
- Quite a few departments are delinquent with the Daily Security Inspection Sheets. Staff need to be cognizant of security issues.
- Raoul Watson set it up so that we can pull the Monday Morning Highlights off of GroupWise.
- Annual Refresher Training will be held from January 9, 2000 through March 9, 2001.
- In honor of the National World War II Memorial there will be a balloon release ceremony on November 11, 2000, at the Fort Hamilton Army Base.
- Unit K-84 is up and running. This unit has been designated as the "special needs" unit.
- Welcomed Aldopho Maldonado to MDC Brooklyn.

The meeting adjourned at 2:15 p.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

December 5, 2000

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Ida Otero, Captain's Secretary

SUBJECT: Department Head Meeting Minutes

A Department Head/Lieutenants Meeting was held on November 28, 2000 at 1:00 p.m., in the Warden's Conference Room. The following staff were present:

Dennis W. Hasty, Warden
William Wunderle, AW(T)
Linda R. Thomas, AW(P)
Luis V. German, AW(O)
Sal Lopresti, Act'g AW(C)
Azzmeiah Ward,Esq., Exec Asst.
Jeff Taconni, FSA
Diana Guerrero, Chief Psych.
Natalie Ledbetter, Trust Fund Spv.
Manuel Coll, HSA
Astry Rivera, Act'g EDM
Todd Bailey, Attorney
Peter Hernandez-Leal, AHSA
John Kroll, Unit Mgr.
Art Baggott, Unit Mgr.
Michael Facey, Act'g Unit Mgr.
Raoul Watson, CSM
Dave Williams, ISM
Martha Licon, Unit Mgr.
Jeff Napoles, Act'g SOE
Susan Leibowitz, Desig. Coord.
Esker Tatum, Unit Mgr.
C. Godbold, CMC
Carlos Duff, Unit Mgr.
Carolyn Simon, Unit Mgr.
Andrew Butler, Safety Mgr.
Ann Scarpone, HRM
Raymond Cotton, Union President
Adolfo Maldonado, Facilities Mgr.
Jacob Hoenig, Chaplain
Clemmie Cooper, DHO
James Betler, Deputy Captain
Douglas White, Lieutenant
Percy Johnson, Lieutenant
Lindsay Bledsoe, Lieutenant
Anthony Joseph, Lieutenant
Kelly Snyder, Lieutenant
Joseph Cuciti, Lieutenant
Kathleen Malone, Lieutenant
Jose Rosa, Lieutenant
Lacey Littles, Lieutenant
William Moran, Lieutenant
Vincent Wash, Lieutenant
Steven Barrere, Lieutenant
Muriel Wilkins, Lieutenant
Thomas Ventiere, Lieutenant
Ralph Gorbea, Lieutenant
Randy Denjen, Lieutenant
Anthony Kimbrough, EPO
Melvin Vaughn, SIA
Ida Otero, Recorder

GOVERNMENT EXHIBIT 13
PENGAD-Bayonne, N. J.

**Kelly Snyder:**

- Welcomed all attending staff to November 2000 combined Department Head / Lieutenants Meeting.

  The inmate base count as of this morning was 2033. There are currently 58 inmates in court, 37 inmates from the Eastern District and 21 inmates from the Southern District. There are 2 inmate on Suicide Watch, both inmates are presently in court.

- Staff are to ensure the trash compactor room is secure.
- All staff are to take appropriate action when it comes to security.

**Peter Hernandez, AHSA:**

- Doctor Lee is attending a Joint Training Symposium with AW William Wunderle. Manny Coll will be at the symposium tomorrow, November 29, 2000.

**Todd Bailey, Staff Attorney:**

- Thanked everyone for completing their investigations in a timely manner.
- All staff are reminded to include all relevant material such as, interview memorandums, when responding to inmate allegations by staff.

**John Kroll, Unit Manager:**

- Lieutenant Denjen has been a positive influence for staff and inmates.
- There will be a Unit Management Retreat on Thursday, November 30, 2000 and Friday, December 1, 2000.

**Diana Guerrero, Chief Psychologist:**

- There are two inmates on Suicide Watch, one inmate is under medical observation.

**E.L. Tatum, Unit Manager:**

- A Unit Management Retreat has been scheduled for Thursday, November 30, 2000 and Friday December 1, 2000. On Thursday, the retreat will be for the Associate Warden and Unit Managers. On Friday, the retreat will be for the Unit Team.

**Jacob Hoenig, Chaplain:**

- This year Ramadan is scheduled from November 28, 2000 until December 26, 2000. There are a total of 174 Ramadan inmates, 117 are Ramadan participants, 54 are housed in the West Building and 63 are housed in the East Building.
- Rabbi Hoenig thanked the Food Service staff. The preparation and presentation of the meals for Ramadan is impressive. MDC and MCC are fortunate that we have not had any problems in regards to the Ramadan program.
- All staff are encouraged to review all GroupWise messages regarding Ramadan.
- Correctional Services was thanked for their assistance in escorting inmates to Ramadan Services.

**Michael Facey, Case Manager:**

- An e-mail was forwarded to everyone regarding Art Baggott's retirement party. The party will be held at Casa De Pepe's on December 9, 2000, from 6:00pm to 12:00am. Tickets can be purchased from M. Facey or Case Manager E. Carrero.

**Astry Rivera, Acting EDM:**

- Employee Development Management is conducting CPR training today and tomorrow. The Annual Refresher Training (ART) schedule has been forwarded to all staff via GroupWise. The ART schedule for Correctional Services will be updated and forwarded.

- Sally Hardman will be away from the institution for the next two weeks and Troylinda Hill is on leave.

**Art Baggott, Unit Manager:**

- I bid farewell to all staff. Mr. Baggott stated it has been a pleasure working at MDC Brooklyn and with the Bureau Of Prisons. He further stated he has met some great people, had fantastic and sad times, and has been lucky to work in Corrections.

**David Williams, ISM:**

- Mr. Williams bid farewell to Mr. Baggott and thanked him for all his assistance with the Work Detail Cards and Crew Kit Cards.

- An airlift has been scheduled for November 29, 2000. The Lewisburg bus will be leaving Thursday. He is in the process of scheduling a trip to FMC Devens and Fort Dix with the next two weeks.

**Jeffrey Tacconi, FSA:**

The remainder of food items will be relocated today.

**Ann Scarpone, HRM:**

- New Managers Preference Profile was e-mailed via GroupWise. Please fill out the paper as soon as possible.

- HRM's Program Review is less than 60 days away. Departments are asked to check their Time and Attendance files for missing paper work. If you have any questions contact Human Resource Management.

**Anthony Kimbrough, EPO:**

- Notices have been sent to the Executive Staff and Department Heads referencing the 105 staff members that have not reviewed and signed the Contingency Plans. New staff members must provide their phone numbers for the Command Center.

**Clemmie Cooper, Discipline Hearing Officer:**

- I have 23 DHO cases pending. There are 15 cases from the Special Housing and 8 from the General Population. These cases have to be closed by this week. The incident reports will be sent back to avoid having to rehear these cases.

**Melvin Vaughn, SIA:**

- I have received bulletins on inmate relatives trying to introduce contraband in newspapers and through legal papers.

**drew Butler, Safety Manager:**

- Mr. Butler bid farewell to Mr. Baggott.

**Cynthia Godbold, Case Management Coordinator:**

- Ms. Godbold bid farewell to Mr. Baggott.
- Inmate Performance Pay is due today.
- A Federally Employed Women's (FEW) Constituency Meeting has been scheduled for November 29, 2000.

**Ebelia Carrero, Acting Assistant CMC:**

- Ms. Carrero stated she is the Acting Assistant CMC, and her extension is 5365 and she is located on the 3rd floor in the West Building.
- Ms. Wanda Velez, former Assistant CMC can be located on Unit I, in the West Building.

**Raymond Cotton, Union President:**

- Several departments are having personal problems and conflicts due to personality. Mr. Cotton stated we need to make an effort to work together.
- Mr. Cotton stated he is the new Special Housing Counselor.
- Mr. Cotton thanked several Department Heads and supervisors for their assistance.
- Inmate Request To Staff Members (Cop-Outs) must be answered in a timely manner.
- All staff making rounds are asked to speak to inmates while conducting SHU rounds. If inmates are unaware of your presence, knock on the door to give them the opportunity to speak to you.

**Marty Licon:**

- Ms. Licon bid farewell to Mr. Baggott.

**Adolfo Maldonado, Facilities Manager:**

- Mr. Maldonado bid farewell to Mr. Baggott.
- The staff from the Facilities Department in Fort Dix will be visiting the institution.
- The new General Foreman Manny DeSoto will be reporting on Monday, December 4, 2000.
- We have three staff members at MCC and one staff member at Fort Dix assisting with Special Projects.

**Clemmet Shacks, Unit Manager:**

- The Combined Federal Campaign (CFC)has collected $15,145.00 and just received an additional $429.00. I am urging all staff who have not done so to contribute to the less fortunate through the CFC program.

**Raoul Watson, Computer Services Managers:**

- I have staple cartridges for the Xerox copier machine.
- Mr. Watson bid farewell to Mr. Baggott and wished him the best of luck.

**Douglas White, Lieutenant:**

- Lt. White stated he is working Evening Watch in the East Building and reminded all staff to make their watch calls from 6pm - 9pm.

**Muriel Wilkins, Lieutenant:**

- Lt. Wilkins stated she is working Morning Watch and asked all staff to ensure they return the inmate detail cards to the inmate detail pouch and return the pouch to the Control Center at the end of their shift.

**Lindsay Bledsoe, Lieutenant:**

- Staff are not to bring tools or supplies into the institution due to safety and security concerns. All tools can be chitted out through Officer Cush, in the Tool Room.
- Lt. Bledsoe stated the soda machine is blocking the camera in the Control Center and it needs to be relocated.

**William Moran, Lieutenant:**

- Lt. Moran stated he is the Security Lieutenant in the East Building.
- Lt. Moran re-emphasize the need for staff to review and sign the Contingency Plans.
- Sanitation has improved in the East building.

**Kathleen Malone, Lieutenant:**

- Lt. Malone request the assistance of Unit Management to provide lunch relief during mainline. Officers are not being relieved for lunch. Staff are expected to report to mainline at 11:00am. If Unit Management is short of staff, please inform the Lieutenant's Office.

**Percy Johnson, Lieutenant:**

- Detail Pouches must be inventoried.

**Lacey Littles, Lieutenant:**

- Lt. Littles bid farewell to Mr. Baggott and welcomed Lt. Denjen.

**Thomas Ventiere, Lieutenant:**

- Daily Security and Fire Inspection reports are not being consistently turned in.

Ralph Gorbea, Lieutenant:

- Lt. Gorbea bid farewell to Mr. Baggott.

ndy Denjen, Lieutenant:

- Lt. Denjen introduced himself to the Department Heads and Executive Staff.

Vincent Wash, Lieutenant:

- Lt. Wash thanked all Department Heads who provided coverage on a correctional post during Disturbance Control Training.

Joseph Cuciti, Lieutenant:

- Lt. Cuciti congratulated and bid farewell to Mr. Baggott. Correctional Services are preparing for Program Review scheduled for July 2001. Any suggestions or assistance will be greatly appreciated.

Jose Rosa, Lieutenant:

- There are 442 Security Threat Group members and 16 Disruptive Group Members.
- Staff are reminded to review and sign the Posted Picture files.
- Staff are to relay any pertinent information regarding inmates or the safety and security of the institution to SIS.
- There are 18 Bloods gang members and 16 Crips gang members housed in our facility. Staff need to familiarize themselves with these members. These two gangs are at war in the streets and will try to continue this war in the prison.

Steven Barrere, Lieutenant:

- Lt. Barrere stated all picture cards must have pictures.

James Betler, Deputy Captain:

- Mr. Betler bid farewell to Mr. Baggott.
- Staff must ensure that there is no contact between male and female inmates.
- Male-cadre inmates must be carefully supervised when conducting repairs on the female unit. Female inmates should be kept away from the immediate area where the work is conducted.
- Staff are encouraged to review the Lieutenants Daily Logs and Confidentials Reports.
- Ensure staff report confidential information on the Daily Report.

Susan Leibowitz, Managed Care and Designations Coordinator:

- Ms. Leibowitz bid farewell to Mr. Baggott.
- Staff residing at Dayton Manor must stop by the Dayton Manor Housing Office to obtain the Dayton Manor Housing Handbook and sign the supplement.

Linda R. Thomas, Associate Warden, Programs:

- A solution regarding inmate accountability will be introduced in the near future. Inmate assignments will be keyed in by AWP only. If an inmate is not on your detail he should not be in your area. Mr. Tatum, Unit Manager and Ms. Godbold, CMC will be the back up staff members authorized to key inmate assignments.

- ISM will key an inmates initial assignment.

Azzmeiah V. Ward, Executive Assistant:

- All staff are encouraged to listen to the information line, ext. 5850.

- The Dayton Manor Supplement can be accessed in WordPerfect on the shared directory.

- Mr. Earl Knight, Recreation Supervisor is the oncoming Duty Officer and Mrs. Ward is the Administrative Duty Officer.

Luis V. German, Associate Warden, Operations:

- AW German stated all staff are aware of Security, Tool Control, Sanitation, Safety and Inmate Accountability and know what needs to be done.

- Staff are to take the time to properly teach new staff members and correct staff when necessary.

Sal LoPresti, Acting Associate Warden, Custody:

- Mr. Lopresti bid farewell to Mr. Baggott.

- All staff inside the institution after 6:00pm must ensure their Watch Call and carry a radio.

- During Activation mistakes were made and corners were cut corners. We are no longer in the Activation stages. Policy must be followed and enforced.

- Lt. Denjen was welcomed to MDC, Brooklyn.

Dennis Hasty, Warden:

- Mr. Hasty stated he bought a ticket to Art Baggott's party. He furthered stated that Mr. Baggott has made contributions for many years and he looks forward to roasting him at the farewell dinner.

- Mr. Hasty stated he has heard all kinds of good things about Lt. Denjen and feels he will be an asset to this institution.

- Ulysses Vargas from USP Allenwood has been selected as the new Health Services Administrator.

- Salvatore Curreri, Electrician will be transferring to FCI Fort Dix.

- David Rardin, Regional Director will be visiting the institution on December 12, 2000. Make sure your department looks it's best.

- News Articles for "The Bridge" are due December 4, 2000.

- Information from the Lieutenant's Log and Confidential reports should be disseminate to all staff.

- Raoul Watson has done a wonderful job as Historian for MDC. If you have any memorabilia please give to Mr. Watson.

- All staff are to report to mainline in a timely manner. Unit Team staff should be around during mainline hours.

- Warden Hasty encouraged staff to inform family and friends of Correctional Officer vacancies within the Bureau of Prisons.

- Mr. Hasty extended his appreciation to Mr. Shacks and Ms. Simon for their efforts with the success of the Combined Federal Champaign Program. Mr. Hasty encouraged them to seek out key workers concerning Combined Federal Champaign.

- The Boiler Plate Project is on hold.

- Several staff members have relayed positive comments towards the running of the institution.

- MDC Brooklyn is in need of more Work Cadre inmates

- Staff are doing a good job, keep up the good work.

Mr. Hasty adjourned the meeting at 2:48 p.m.

BP-S369.035 OVERTIME AUTHORIZATION CDFRM
NOV 91
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

November 28, 2000

To SEE REVERSE
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: November 28, 2000

Starting: S.R. (PM) Approximate period: SEE REVERSE minutes

Purpose: TO ATTEND THE MONTHLY SCHEDULED LIEUTENANTS MEETING.

Reason work cannot be accomplished during regular tours of duty: THE MEETING WAS HELD EITHER ON SCHEDULED DAYS OFF OR TIME OFF.

123021453E1
Overtime Code

S. Lopresti, Captain/J. Sherman, AW
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: TUESDAY Date: November 28, 2000

Starting: S.R. (//) (PM) Approximate period: SEE REVERSE minutes
Ending : S.R. (//) (PM)

and request: Overtime Pay
Compensatory Time XXXXXXXXXXXX

SEE REVERSE
Employee's Signature

Time verified KJS (supervisor's initial)

GOVERNMENT EXHIBIT 14
PENGAD-Bayonne, N. J.

(To be used where not authorized in advance by Warden)

Approved:
Warden DENNIS W. HASTY

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulation and

A 199

24.2

filled in payroll folder.
(This form may be replicated via WP) Continued Below BP-S369 (continued)

* When employee sign he/she should indicate"P" for Overtime Pay or "C" for Compensatory time

| Name of Employee | Date | Time In | Time Out | P* C* | Signature of Employee | Supervisor's |
|---|---|---|---|---|---|---|
| DENJEN, RANDY | 11-28-00 | 2:30PM | 4:00PM | C | [signature] | KJS [signature] |
| MORAN, WILLIAM | 11-28-00 | 1:00PM | 4:00PM | C | [signature] | KJS [signature] |
| WHITE, DOUGLAS | 11-28-00 | 1:00PM | 4:00PM | C | [signature] | KJS [signature] |
| BLEDSOE, LINDSEY | 11-28-00 | 1:00PM | 4:00PM | C | [signature] | KJS [signature] |
| GORBEA, RALPH | 11-28-00 | 1:00PM | 4:00PM | C | [signature] | KJS [signature] |
| WILKINS, MURIEL | 11-28-00 | 1:00PM | 4:00PM | c | [signature] | KJS [signature] |

END FORM

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

Brooklyn, New York 11232

December 26, 2000

**MEMORANDUM TO** DENNIS W. HASTY, WARDEN

**FROM:** June Bencebi, Warden's Secretary

**SUBJECT** Department Head/Lieutenants' Meeting Minutes

A Department Head/Lieutenants' meeting was held on December 26, 2000, at 1:00 p.m. in the Warden's Conference Room.

**Present:**
**James F. Sherman, Acting Warden**
**Carolyn Simon, Acting Executive Assistant**
**Ann Scarpone, Acting Associate Warden Operations**
**Cynthia Godbold, Acting Associate Warden Programs**
**Bill Wunderle, Associate Warden Health/Food Services**
**Salvatore LoPresti, Captain**
**Hai June Bencebi, Warden's Secretary/Recorder**
**James Betler, Deputy Captain**
**Rex Ramcharan, Acting Unit Manager J/K**
**Cecil Lloyd, Acting Unit Manager A**
**Charles Neal, Acting Unit Manager Unit I**
**Allia Lewis, Acting Unit Manager Unit B/C**
**Samantha Serrano, Acting EDM**
**Cynthia Godbold, CMC**
**Raoul Watson, Computer Services Manager**
**Peter Hernandez, Acting HSA**
**Linda Draughn, Acting ISM**
**Susan Leibowitz, Managed Care/Designations Coordiator**
**Jeffrey Tacconi, FSA**
**Jacob Hoenig, Chaplain**

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 15

Nestor Mercado, Acting Safety Manager
James Cuffee, Acting Unit Manager D/E
Jessie Barnes, Acting Unit Manager G
Natalie Ledbetter, Trust Fund Supervisor
Todd Bailey, Attorney
Perry Hess, Acting Chief Psychologist
Michael Lucas, Assistant Facilities Manager
Clemmie Cooper, DHO
Jose Rosa, Lieutenant
Vincent Wash, Lieutenant
Daniel Ortiz, Lieutenant
Muriel Wilkins, Lieutenant
Douglass White, Lieutenant
Thomas Ventiere, Lieutenant
Eddie Soto, Lieutenant
Melvin Vaughn, SIA

**Muriel Wilkins:**

- Base count is 2046.
- 13 inmates are out to court.
- 88 inmates are in West SHU
- 28 inmates are on Disciplinary Segregation
- 53 inmates are on Administrative Detention

**Carolyn Simon, Out-Going Duty Officer:**

- On December 20, 2000, there were a few protesters attempting to enter the West building. They were protesting to have inamte [redacted] set free.
- On December 25, 2000, one inmate refused to be stripped after his visit and also refused to be placed in restraints. Immediate use of force was used.

**Peter Hernandez, In-Coming Duty Officer:**

- Manuel Coll, HSA, is still away from the institution. He is due back January 2, 2001.
- New sick call procedures have been implemented. Health Services has been receiving positive feedback from the inmates regarding the new procedures.

**Dr. Perry Hess:**

[redacted]

- Counselors' Training has been scheduled for Wednesday and Thursday, December 27 - 28, 2000, from 12:00 pm - 2:00 pm in the West building.

**Nestor Mercado:**
- A Worker's Compensation meeting has been scheduled for Thursday, December 28, 2000, at 1:00 pm in the Warden's Conference room.
- The main focus of the meeting will be about employees who are required to pay the Bureau back for leave used during the time they were on Worker's Compensation.
- Brian Rivera, Safety Specialist, will be back to work on December 27, 2000.
- Andrew Butler, Safety Manager, will be back to work on January 2, 2001.

**Samantha Serrano:**
- ART will begin on January 8, 2001, and run until March 9, 2001.
- Introduction to Supervision training will be conducted on January 2 - 8, 2001.

**Susan Leibowitz:**
- Happy New Year to everyone.
- Thanked everyone for their assistance with the Escorted Trips.

**Raoul Watson:**
- Nothing to discuss.

**Jeffrey Tacconi:**
- Thursday and Friday, December 28 - 29, 2000, Food Service will be serving steak in the Officers' Mess in the West building.

**Jacob Hoenig:**
- Ramadan will be over this afternoon, December 26, 2000.

[redacted]

**Cecil Lloyd:**
- E. L. Tatum, Unit Manager, will be away from the institution until January 2, 2001.

**James Cuffee:**
- John Kroll, Unit Manager, will be away from the institution until January 2, 2001.

**Jessie Barnes:**
- Marti Licon, Unit Manager, will be away from the institution until January 2, 2001.

**Rex Ramcharan:**
- Clemmet Shacks, Unit Manager, will be away from the institution until January 2, 2001.

**Natalie Ledbetter:**
- Nothing to discuss.

**Linda Draughn:**
- There is no inmate movement scheduled.

**Cynthia Godbold:**
- Inmate Performance Pay is due tomorrow, December 27, 2000. Please check the inmate's register number to ensure that it is correct.
- A memo will be sent to the Warden requesting CIM Certification for staff members who are not certified.

**Clemmie Cooper:**
- There are 21 cases pending. Of the 21 cases, 10 are in Special Housing and 11 are in general population.

**Charles Neal:**
- Carlos Duff, Unit Manager, will be away from the institution until January 2, 2001.

**Michael Lucas:**
- Facilities will acquire a dumpster for large items to be thrown out in.

**Ann Scarpone:**
- Luis German, AWO, will be back in the institution on December 27, 2000.
- T&A training has been scheduled for January 3 and 4, 2001. E-mail Ann Scarpone, Anthony Tabac or Miguel Melenciano, if you have any staff member who needs training.

**Todd Bailey:**
- Les Owen, Assistant Regional Counsel, Northeast Region, has been selected as the new Supervisory Attorney. His report date has not been determined yet.
- An amended lawsuit has been filed by inmate Ashley Khan to include additional staff members. Anyone receiving the complaint should contact Legal as soon as possible for representation.

**Jose Rosa:**
- There are 410 STG inmates housed at MDC Brooklyn.
- A breakdown of the type of STG can be found in the SIS Office or the Lieutenants' Office.
- Unit team conducting rounds of the units should observe all inmate behavior. If an inmate is observed to be drunk or under the influence of drugs, SIS must be notified immediately.

**Allia Lewis:**
- Carolyn Simon, Unit Manager, is acting for the Executive Assistant until January 2, 2001.

**Melvin Vaughn:**
- An individual was found in possession of a falsified MDC Brooklyn identification card.
- Staff members should not store their MDC Brooklyn identification card or uniforms in their cars in case of a break in.

**Douglass White:**
- Any staff member working after 6:00 pm must make watch calls and carry radios.
- Anyone responding to an emergency should be submitting memos to the Lieutenants' Office in a timely manner.

**Vincent Wash:**
- December 31, 2000, is the quarter change for Correctional Officers.

**Daniel Ortiz:**
- Transferred from MCC New York.
- Hopes to learn a lot here at MDC Brooklyn.
- Thank everyone for welcoming him.
- Thank MDC for the opportunity.

**Thomas Ventiere:**
- All incident reports and memos that leads an inmate to be placed in SHU must be submitted in a timely manner. Memos or incident reports received two or three days later are no good.

**Eddie Soto:**
- Thanked Dr. Hess for his assistance on Christmas Eve.
- Welcome Daniel Ortiz to MDC Brooklyn.

**Bill Wunderle:**

[redacted]

- An LMR meeting was held last week. Please ensure that Departmental Quarterly Rosters are sent to the Union before approval.
- Manuel Coll, HSA, will be transferring to Coleman in mid-

January.

- Marguerite Martin, Psychologist, will be transferring to Otisville in mid-January.

**James Betler:**

- Emergency Plans must be signed by all staff by December 31, 2000.
- Inmate quarter changes must be cleared by the C&A Officer. This must be done in a timely manner.
- Rick Nared, Lieutenant, has been selected at USP Atlanta.

**Salvatore LoPresti:**

- Please ensure that you are completing security inspection sheets on a daily basis.

**James F. Sherman:**

- David M. Rardin, Regional Director, Northeast Region, will be visiting MDC Brooklyn on January 4, 2001.
- Please make sure that everyone is cognizant of sanitation.
- Staff parking in non-parking spaces in the parking lot will be warned only twice. The third time you are warned, you will lose your parking pass. Respect your parking pass and park in a parking spot only.
- A draft memo was passed out to all Department Heads regarding Housing of Inmates to Accommodate Increased Population of Male Cadre. The memo was drafted by Linda Thomas. We are requesting your suggestions or input regarding the memo. Inform the Executive Staff if the proposal will benefit or not benefit your department.
- The proposal will definitely impact Health Services, the Warehouse, Laundry and Food Service.
- A Department Head meeting has been scheduled for Thursday, January 4, 2001, at 1:00 p.m.

Meeting adjourned at 1:25 p.m.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

February 16, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Christine Rock, Captain's Secretary

THRU: Salvatore LoPresti, Captain

SUBJECT: Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's meeting was held on January 23, 2001 at 1:00 p.m. in the Warden's Conference Room.

Present:
Dennis W. Hasty, Warden
James F. Sherman, AW(C)
Salvatore LoPresti, Captain
James Betler, Deputy Captain
Ann Scarpone, HRM
Cynthia Godblod, CMC
Carolyn Simon, Unit Mgr.
Rauol Watson, CSM
Stuart Pray, Lieutenant
Steven Barrere, Lieutenant
Vincent Wash, Lieutenant
Thomas Ventiere, Lieutenant
Anthony Joseph, Lieutenant
Melvin Vaughn, SIA
Joseph Cuciti, Lieutenant
Raymond Cotton, Union President
Angel Motta, SOE
Daniel Garcia, Volunteer Coord.
Adolfo Maldonado, Facilities Mgr.
Ida Otero, Recorder
Linda R. Thomas, AW(P)
Sally Hardman, EDM
Luis V. German, AW(O)
Clemmie Cooper, DHO
Bill Wunderle, AW(H/FS)
Jose Rosa, Lieutenant
Peter Hernandez, AHSA
Muriel Wilkens, Lieutenant
Thomas Cush, Tool Room Ofcr.
Sung Lee, Clinical Director
Jacob Hoenig, Chaplain
Rick Nared, Lieutenant
Eddie Soto, Lietuenant
Clemmet Shacks, Unit Mgr.

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 16

Daniel Garcia:

- On January 19, 2001, power in the institution was interrupted. To ensure the security of the institution was not compromised, an emergency inmate count was conducted. All inmates were accounted for.

Adolfo Maldonado:

- The 7th floor storage area in the East building will be cleaned out.
- An activity room and a restroom will be installed in Building #4, located at the Brooklyn Navy Yard.
- The ensuing project for the law library will be presented to the Warden in the near future.
- Thanked the correctional services department for their outstanding support.

Clemmet Shacks:

- The Xerox machine in the unit team's office is inoperable.
- Issues brought up at town hall meetings need to be addressed.
- Clemmet Shacks is the Unit Manager for the 7th and 8th floors.
- New hair cutting clippers are needed for the inmates.

Sally Hardman:

- MCC New York and MDC Brooklyn are attending annual training together. This is a good advantage. The training is coming along very well.
- Thanked Lieutenant Pray for the hard work he put into training staff attending Institution Familiarization.
- Instructors working a post must inform Associate Warden Sherman before they leave their post to conduct training.
- The next IF class will begin next week.

Jacob Hoening:

- We are expecting a new chaplain. He will be here Monday and Tuesday from 9:00am to 1:00pm. The chaplain will make rounds in the units and will conduct Bible classes.
- The new common fare program (No Flesh Diet) will begin February 1, 2001.
- A total of 215 inmates claim that they need a food diet. However, a number of inmates will be cut off from the food diet program. Many copouts are expected to be received.

Sung Lee:

- There are two inmates in Lutheran Hospital. One inmate has a contagious disease and the other inmate has pneumonia.
- The religious diet menu will be alternated weekly. Each week a variety of cheese, omelets, pasta and beans will be served.

Raoul Watson:

- The computer services department will conduct tests on the computer system during evening hours on Monday and Tuesday. There will be an interruption in our computer service.

Ann Scarpone:

- Program Review of the Human Resources Department is being conducted.
- There will be five officers and one secretary attending the next IF class.

Peter Hernandez:

- A Blood Drive is being conducted in the East Building.
- Aramis Martinez, Health Service Adminstrator, Northeast Region, will be back next week.

Raymond Cotton:

- The West Special Housing Unit needs a xerox machine. Inmates in the Special Housing Unit are not receiving responses to copouts that are being sent to staff.
- Managers at MDC Brooklyn now have a better relationship with each other.

Angel Motta:

- Staff have been giving inmates original documents to make copies. The cooperation of all staff is needed to ensure that "sensitive" documents are not given to inmates to be copied.

Cynthia Godbold:

- Inmate pay is due on January 24, 2001.
- All changes regarding FRP refuse on inmates must be made by the supervisor who submitted the FRP refuse.
- Staff is instructed to be very careful when keying inmate pay. Inmates are stating that they are not getting paid accurately. Inmate pay should be double checked before it is submitted.
- Locator center and screening site staff must be extra careful when answering phone calls pertaining to inmates.

Carolyn Simon:

- Lobby officers must be made aware that inmates will receive visits from Social Workers. The Social Workers are mandated by the courts to visit these inmates and are not to be listed as regular visitors.

Clemmie Cooper:

- There is one female in the East Special Housing Unit. The number of female inmates has dropped since last month.

Melvin Vaughn:

- Please report to the SIS/SIA Office if you encounter unusual activities with the inmates.

Eddie Soto:

- There is confusion as to where to place Security Inspection reports. Security Inspection Reports can be dropped off in the East or West lieutenants office.

Thomas Ventiere:

- Inmate [redacted] was placed in East SHU for assaulting an officer. The officer did not sustain any injuries. Inmate [redacted] was placed on suicide watch and is currently in four point restraints.

Anthony Joseph:

- Lieutnant Soto and Lieutenant Joseph are trying to collect delinquent Security Inspection reports. Staff are asked not to get upset if they receive a phone call regarding the reports. The forms may be dropped off at the East side or West side lieutenants office.

Rick Nared:

- The Spanish version of the inmate visiting form will be revised.
- This is Lieutenant Nared's last week at MDC Brooklyn. He is looking forward to new challenges.
- Thanked all staff, especially the captain and executive staff for the knowledge and support given him while at MDC Brooklyn.

Jose Rosa:

- The Posted Picture file needs to be reviewed and signed by all staff.
- There has been a big increase in weapons confiscated from inmates. Last year the SIS department found 102 weapons. So far this month ten weapons have been found.

Stuart Pray:

- Staff need to read and sign the Emergency Plans.

Joseph Cuciti:

- The security of the institution has been reviewed. The West freight elevator and the rear sallyport area are one-door away from freedom for the inmates. Staff need to notify one another when they have inmates loading or unloading material by the double doors.
- Seasoned staff need to assist and guide newer staff members.

Steven Barrere:

- Staff are asked to respond to copouts, even if the response is not favorable.
- Staff conducting rounds in the Special Housing Unit must ensure that the inmates know who they are and from which department they are working.
- The CMC must be notified when a call regarding a WITSEC inmate is received at the locator center/screening site.

Vincent Wash:

- Thanked all of the department heads and unit managers for assisting the correctional services department during Annual Refresher Training.

Thomas Cush:

- A total of 10 tools is missing. In the year 1999, there was a total of 19 tools missing. An inventory of tools is conducted quarterly. A report on the missing tools is then completed. Tool accountability is very important.

James Betler:

- The inmate elevator in the West building is now operational.
- Staff who are escorting contractors/volunteers must stay with them until the work is completed. This is for safety reasons.
- Captain Betler wished Lieutenant Nared good luck.

Azzmeiah Ward:

- A survey on sexual harassment will be administered to staff. The surveys must be completed and cooperation of managers is needed. Managers are asked to allow their staff 30 minutes to complete the survey.
- Every department must submit copies of their last Operational and Program Review report. All reports should be forwarded to Azzmeiah Ward.
- Department heads are scheduled to have a retreat in the month of March 2001.

Sal LoPresti:

- Security Inspection reports need to be completed daily. In the event a department is closed for the day, an e-mail indicating this should be sent to Captain LoPresti. The e-mail will be placed with the other security reports.
- Staff are accountable for the tools they chit out. If a tool falls behind a wall and cannot be retrieved, a memorandum must be submitted regarding that tool.
- The Posted Picture file needs to be signed by all staff.
- Bar taps should be checked daily.
- An officer is now assigned as the inmate elevator for security reasons. Inmates needing to go from one floor to another must use the inmate elevator. The officer operating the inmate elevator will ensure the inmates get off on the proper floors and into their units.
- Thanked Lieutenant Rick Nared for his years of dedication to MDC Brooklyn and wished him good luck.

- James F. Sherman:
- Department heads and officers were commended for working together.
- A total of 180 inmates are scheduled to be transferred to other institutions. All documentation related to the inmates transfer must be submitted to ISM prior to the inmates' departure.
- The Posted Picture file needs to be reviewed and signed by all staff.
- Staff needs to sign Post Orders before assuming new posts.
- Staff are coming to work 10 to 15 minutes late and it is unacceptable.
- ISM and Custody staff will join forces to prepare the ISM department for their Operational Review.
- Wished Lieutenant Nared good luck.

Luis German:

- Thanked Raymond Cotton and the union board for their assistance with developing an overtime workshop committee. The committee came up with suggestions on how to reduce overtime.
- Thanked the correctional officers for removing snow from the grounds in front of the institution.
- Wished Lieutenant Nared good luck.

- Linda Thomas:
- Annual Refresher Training is being conducted. Please remind staff not to bring cell phones into the institution. Staff has brought cell phones to training and the phones were ringing during class. Staff entering the institution with cell phones need to know that the phones are against institution security.
- Staff providing security for the Russian inmate on the 5th floor of the West building was complimented for their professionalism. The media and the inmates' attorney are watching how we treat this inmate. The inmates' next scheduled court date is Thursday, January 25, 2001.
- We must be careful with inmates legal visits. Staff must ensure that attorneys visit only with inmates that are requested on their title 18, visitor's form.
- Inmates on work details must not leave their work area. Staff must ensure inmates are at their detailed area.
- The chaplains at MDC Brooklyn were commended for the outstanding job they are doing.

William Wunderle:

- There are a number of parking spots outside of Dayton Manor. Questionnaires have been sent to all Dayton Manor residents. The questionnaires are to be returned to Associate Warden William Wunderle as soon as possible. Any problems or complaints regarding Dayton Manor should be reported to him.

Dennis W. Hasty:

[redacted]

- Lieutenants Eddie Soto and Juan Pena will be leaving us soon. They will continue their career with the bureau at other institutions. Lieutenant Soto has been selected as lieutenant at USP Coleman and Leiutenant Pena has been selected as Lieutenant at FDC Honolulu.
- Lieutenant Nared has been selected as Lieutenant at USP Atlanta. Lieutenant Nared has made valuable contributions over his many years at MDC Brooklyn. We wish him all the best as he endeavors to expand his knowledge and enhance his career in the Bureau of Prisons.
- Program Review will soon be conducted in the correctional programs and correctional services departments. Staff are asked to give Associate Warden Linda Thomas and Captain Sal LoPresti their support.

Warden Hasty's Comments Continued:

- We are going to need a second visiting area in the West building. There is a place we are considering to designate as the visiting area.
- Staff from the training center in Glynco is expected to shoot a training film at MDC Brooklyn on the use of firearms in an MCC and MDC setting.

The meeting adjourned at 2:00 p.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

February 20, 2001

**MEMORANDUM TO:** DENNIS W. HASTY, WARDEN

**FROM:** Christine Rock, Captain's Secretary

**THRU:** Salvatore LoPresti, Captain

**SUBJECT:** Department Head / Lieutenants Meeting Minutes

A Department Head / Lieutenants Meeting was held on February 20, 2001 at 1:00 p.m., in the Warden's Conference Room. The following staff were present:

Dennis W. Hasty, Warden
Sal LoPresti, Acting AW(C)
Linda Thomas, AW (P)
Luis German, AW(O)
William Wunderle, AW(H/FS)
Azzmeiah V. Ward, Executive Assist.
Christine Rock, Secretary/Recorder
Clemmie Cooper, DHO
Yemisi Oladunmoye, Act'g Trust Fund Spv.
Ulises Vargas, HSA
Sally Hardman, EDM
Todd Bailey, Attorney
Angel Motta, Education Supv.
Lamine N'Diaye, SIA
Ann Scarpone, HRM
Clemmet Shacks, Unit Mgr. J/K
Orlando Valentin, Act'g CSM
David Williams, Unit Manager H
Martha Licon, Unit Manager G
Linda Draughn, Act'g ISM
Melvin Vaughn, SIA
Joseph Cuciti, Lieutenant
Muriel Wilkins, Lieutenant
Anthony Joseph, Lieutenant
Stuart Pray, Lieutenant
William Moran, Lieutenant
John Lane, Lieutenant
Vincent Wash, Lieutenant
Thomas Ventiere, Lieutenant
William Beck, Lieutenant
John Kroll, Unit Manager D/E
Jeff Tacconi, Food Svc Admn
Carolyn Simon, Unit Mgr. B/C
Emily Streeter, Act'g Chief Psych.
Andrew Butler, Safety Mgr.
Sereathia Kesee, Act'g Unit Mgr. A
Susan Leibowitz, Designation Coord.
Jacob Hoenig, Rabbi
Sung Lee, Clinical Director
Danny Garcia, Volunteer Coordinator
Cynthia Godbold, CMC
Carlos Duff, Unit Manager I

GOVERNMENT EXHIBIT 17

BOP 39527

The following Staff were absent:

David Tessel, Lieutenant - S/L
Steven Barrere, Lieutenant - A/L
Juan Pena, Lieutenant - ADMIN LV
Lacy Littles, Lieutenant - S/L
Kelly Snyder, Lieutenant - Day Off
Jose Rosa, Lieutenant - ADMIN LV
James Betler, Deputy Capt.- Training
Daniel Oritiz, Lieutenant - Day Off
Ralph Gorbea, Lieutenant - Day Off
Eddie Soto, Lieutenant - ADMIN LV
Douglas White, Lieutenant - A/L
Percy Johnson, Lieutenant - Training
Linday Bledsoe, Lieutenant - Day Off
Anthony Kimbrough, EPO - A/L
Randy Denjen, Lieutenant - A/L

**Muriel Wilkins:**
- Welcomed all attending staff to February's 2001 combined Department Head / Lieutenants Meeting.
- The inmate base count as of this morning was 2066. There is a total of 78 inmates in West Special Housing. The breakdown is as follows; 53 inmates in D/S, 20 inmates in A/D and five inmates on total separation status.

**Angel Motta (Duty Officer):**
- It was reported that the sanitation of the institution was at an acceptable level.
- Staff morale was good. Inmate visiting was heavy and went well.
- Last Tuesday, inmate [redacted], who was on suicide watch, began banging her head on the wall inside her cell. Inmate [redacted] had to be placed in four point. The restraints were removed from the inmate the next day. On February 15, 2001, inmate [redacted] was transferred to FMC Carswell.
- On Friday, February 16, 2001, two fights occurred simultaneously at 9:40 p.m. One fight occurred on Unit G-41. Two inmates were fighting over the use of the telephone. The other fight occurred on Unit D-A. The fight may have stemmed from an inmate's religious rug being used for an exercise mat by another inmate. The SIS office is investigating the altercation.
- Saturday, February 17, 2001, [redacted] was housed in the Special Housing Unit at MDC Brooklyn and was released from our custody the next day.
- Saturday, February 17, 2001, a pregnant female inmate was experiencing discharge and it was thought the inmate was preparing to give birth. The inmate was taken to Lutheran Hospital but was later returned to the institution.

**Anna Scarpone (On-coming Duty Officer):**
- Nothing to report.

**Todd Bailey:**
- This will probably be the last Department Head Meeting that he will attend because Les Owens, Supervisory Attorney, will be on our payroll as of February 25, 2001.
- Thanked everyone for assisting the legal department while they were going through their transition.

**Jeff Taconni:**
- Nothing to report.

**Yemis Oladunmoye:**
- He is acting on behalf of Natalie Ledbetter, Trust Fund Supervisor.

Danny Garcia:

- Nothing to report.

Emily Streeter:

- Intake Screening questionnaires are missing. The psychology department can get a deficiency on program review if one questionnaire is missing. It is asked that staff ensure the forms are accounted for.

Linda Draughn:

- A total of 142 inmates are scheduled to be transferred from MDC Brooklyn within the next two days.

Cynthia Godbold:

- Inmate performance pay is due by February 28, 2001.
- The locator center/screening site is a crucial post. We must be careful of staff being placed at the locater center/screening site. It is preferred that experienced staff be posted at this site. The locator site is being tested by the duty officer and regional staff. It is pertinent that all phone calls for a WITSEC inmate is answered by everyone the same way and ensure the CMC is sent the WITSEC inquiry form.
- Inmates who show on the Financial Responsibility Program (FRP) refuse the 10th of each month will be held to FRP refuse status. Their status cannot be modified and they will not be reimbursed.
- March is Women's History Month.
- Training for escorted trips and WITSEC will be provided to all lieutenants.

Carlos Duff:

- Nothing to report.

Martha Licon:

- Nothing to report.

Carolyn Simon:

- There will be a luncheon in the unit team's office for Allia Lewis who transferred laterally to Coleman as a Case Manager.

Sally Hardman:

- We are in the seventh week of Annual Refresher Training. There are two weeks remaining.
- An Institutional Familiarization class will begin next week.
- NCIC training is scheduled for March 14-15, 2001. An additional class will be added.
- Basic Prisoner Training will be held in April, 2001.

Adolpho Maldonado:

- The seventh floor of the East building is being cleaned out. Other departments will be housed there. The area on 30th street is also being cleaned. It is asked that refuse not be placed in those areas.
- Broken hot water dispensers on the units in the West building are being capped and will not be replaced. Inmates wanting hot water can get it from the unit kitchen.
- Individuals needing certification for use of the forklift should get with the safety department.
- Michael Lucas will be acting on his behalf while he is attending training in San Antonio.

Jacob Hoenig:
- Staff is instructed to give him names of inmates who is violating the Certified Food Program (common fare meals).
- Next week Rabbi Hoenig will be attending training.
- Thanked all the lieutenants, especially Lieutenant Wilkins for the assistance given in getting the volunteers out Sunday.

Clemmet Shacks:
- Correctional Programs is scheduled to have their program review in April. All inmates that are pre-trail and do not have a work assignment must be listed as unassigned.

John Kroll:
[redacted]

Sereathia Kesee:
- Nothing to report.

Sung Lee:
- MDC Brooklyn has three inmates at a local hospital.

Ulises Vargas:
- Inmates who need to be medically cleared for job assignments are being manually processed because of a glitch in the computer system. This process takes time. Get with him if there is an immediate need for an inmate to be placed in an assignment.
- A package authorization must be routed to health services for approval in order for an inmate to receive personal eyeglasses from home.

Orlando Valentin:
- For the next two weeks, he is acting on behalf of Raoul Watson, Computer Services Manager.
- A memorandum regarding the inventory of institution laptops was sent to all staff via GroupWise. Anyone in possession of a laptop computer must bring it in to be physically checked.
- The computer services department has received numerous inquiries regarding ICIS 2000. Anyone who experience problems with the program can send him e-mail. Computer services will get with the lobby officers regarding the new ICIS program.
- A number of equipment brought over from the East building needs to be inventoried according to their FPS number.

Lamine N'Diaye:
- During the staff assist in January it was noted that numerous staff did not sign the Posted Picture File as required. Policy requires that the SIS department conduct training at department head meetings (Training relating to the Posted Picture File was then conducted). In addition to the Posted Picture File, staff was encouraged to review inmates that are posted on the bulletin board outside of the SIS office.

Melvin Vaughn:
- Nothing to report.

Anthony Joseph:
- Boxes for Daily Security Inspection Sheets were mounted on the wall outside the East and West Control Centers. The inspection sheets should not be left in any place other than the two boxes or the lieutenants office.
- There is a lot of new staff who is working in the units. It is asked that seasoned staff assist the newer staff.

William Beck:
- Thanked everyone for making both him and his family feel welcomed.
- Inmates are making weapons from parts of paint cans. It is requested that paint be stored where it cannot be accessed by inmates.

Thomas Ventiere:
- Announced that he is the lieutenant in charge of tool control. Staff has been lax keeping up with tools. We are in the midst of redoing the tool room and we must get a handle on tool accountability.

William Moran:
- Announced that he is the security lieutenant during evening watch in the East building. Sanitation in the East building needs improving.
- Staff must be cognizant of items that can be converted into weapons. A picture of a weapon made from the handle of a paint was passed around.

Vincent Wash:
- Thanked all department heads for assisting the correctional services department during Annual Refresher Training.
- March 31, 2001, is the last day of this quarter for the officers. Comments regarding the performance of any officer should be e-mailed to him and it will be added to the officer's evaluation.

Muriel Wilkins:
- Hard copies of inmate visiting lists need to be sent to the lieutenants office.

John Lane:
- Everyone is doing a great job. MDC Brooklyn is better because of it.
- Inmate separation is an area of concern. An inmate approached a unit officer and informed him that he had a separatee on the unit. This situation could have been hazardous. The problem was rectified immediately.
- Inmates in Unit K-84 have been placed there for a reason. This unit houses problem inmates. Many of the inmates may not look dangerous and they should not be under estimated. Last week, an inmate on that unit who looked to be harmless became very violent and assaulted staff when they attempted to handcuff him. Staff must be careful when dealing with these inmates.

Azzmeiah Ward:
- We have received the Prison Social Climate Survey. Assistance of department heads is needed to have their staff available to participate in the survey.
- Inmates assigned to Dayton Manor will help set up for the boxing event at St. Patrick's Church.
- Staff is encouraged to use the institution information line at extension 5850.
- The City of New York has given a permit to supporters of inmate Kissinger in order that they may protest on Sunday, February 25, 2001, on 2nd Avenue. Staff is reminded not to speak with the media.
- Thanked Todd Bailey for assisting the legal department during their transition.

**Sal LoPresti:**

- Don Diva Magazine has been banned from most institution. An article on an inmate who was housed here at MDC Brooklyn was featured in a recent issue of the magazine. A picture the inmate had taken with a family member in our visiting room was also printed in the magazine. We are taking steps to ban Don Diva Magazine at MDC Brooklyn.
- A lieutenant in Beaumont pleaded guilty to obstruction of justice. An incident happened at his institution and the lieutenant tried to forge documentation. The Lieutenant is now facing jail time. Staff is reminded that all paperwork, log books, etc., must be well documented.
- Executive staff vehicles are not to be chitted out by anyone unless authorization is given. Staff who are chitting out vehicles must return the vehicle to their allocated parking area. In the event a vehicle is involved in an accident, staff is required to fill out an accident report. Failure to report an accident becomes a conduct issue.
- Discussed the change to the duty/carry policy.
- Lieutenant Ralph Gorbea sent a memorandum via GroupWise regarding inmate accountability. All staff is encouraged to review the memorandum.

**B. Wunderle:**

- The health services department is scheduled to have a staff assist the week of March 12, 2001.
- Thanks was given to staff attorney, Todd Bailey for helping to get inmate [redacted] moved to FMC Carswell.
- The health services department is expecting two new Assistant Health Services Administrators.
- Chief Psychologist, Diana Guerrero's health continues to improve.

**Linda Thomas:**

- Staff is doing a great job monitoring inmate Boradin on Unit H. There are some kinks in the program such as medical issues. Inmate Boradin's medical issues must be brought to the immediate attention of the medical department and/or executive staff even if it occurs in the evening when most supervisory staff have left. Staff monitoring the inmate should review their log books and see when medical staff last saw him. Any discrepancies should be corrected immediately. Serious liability can result if discrepancies are not addressed properly.
- Inmate [redacted] was interviewed last Friday by the New York Times Newspaper. The article appeared in yesterday's New York Times. Nothing negative was noted about MDC Brooklyn in the article.
- All Associate Wardens in the Northeast Region will be attending training in Philadelphia March 19-23, 2001.
- Program Review will be conducted of the correctional programs department April 23-27, 2001.
- Our locator/screening center is being tested. Attention must be paid to phone calls regarding WITSEC inmates. Ensure the CMC is notified of these inquiries.

**Luis German:**

- There will be a salary meeting for executive staff on Thursday, February 22, 2001 at 9:00 a.m.
- A retreat for executive staff is scheduled for March 12-13, 2001. The executive staff discussed goals some time ago, those goals need to be reviewed.
- Stationary bikes were removed from all of the units. Someone asked if they could take a bike home with them. Of course the answer was no. Government property, no matter how cheap the item is not to be given to anyone.
- Staff is drawing restricted keys, going into other department's areas and taking property such as cameras, equipment, supplies, ect. We must remember that property in other departments are not ours. To enter someone else's area and take something without permission is disrespectful. We are here to enforce the law, not break it.

Warden Hasty:

- An FBI agent with 27 years on the job was arrested at his home for espionage. It was determined that the FBI agent was giving information to the Russians.
- A lot of MDC Brooklyn staff is on the move. It is good to see that our staff are wanted at other institutions. To name a few, Officer Anthony Caccioppoli was selected at FCI Otisville, Materials Handler Supervisor Richard Everest and Lieutenant Eddie Soto was selected at Coleman, Officer Michael Woerner was selected at Hawaii as was Lieutenant Juan Pena and wife, and Lieutenant Jose Rosa was selected at MDC Guaynabo.
- Inmates will be moved from the East building to the West building. Anyone having questions as to how the transition will occur should speak with Associate Warden Linda Thomas.
- Congratulations are in order for Kecia Carter, Annecia Campbell, Carolyn Simon and Emily Streeter for doing a great job arranging recall for Black History Month. The recall went well because of excellent planning.
- Line staff are sending out a great deal of e-mail. Some of the e-mail's are inappropriate. Staff need to get with their department head before sending out GroupWise messages to alleviate the large volume of e-mail.
- Associate Warden Luis German touched on the subject of taking other people's property. It is also a concern of Warden Hasty. It needs to be reinforced to staff that it is inappropriate to take belongings from one another. We know the difference between right and wrong. This information need to be passed on to staff at meetings. An e-mail concerning this matter may be sent to line staff.
- The Special Housing Unit Meeting is scheduled for Wednesday, February 21, 2001, at 1:00 p.m.

The meeting adjorned at 1:55 p.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE