U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

Brooklyn, New York 11232

April 19, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Ida Otero, Captain's Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on March 20, 2001, at 1:00 p.m. in the Warden's Conference Room. The following staff were present:

Present:
Dennis W. Hasty, Warden
Susan Leibowitz, Acting Executive Assistant
Carolyn Simon, Acting Associate Warden, Programs
Salvatore Lopresti, Acting Associate Warden, Custody
Jeffery Tacconi, Acting Associate Warden, Health/Food Services
James Betler, Deputy Captain
Carlos Duff, Unit Manager
Clemmet Shacks, Unit Manager
Sung Lee, Clinical Doctor
Ulises Vargas, HSA
Michael Lucas, Acting Facilities Manager
Les Owen, Staff Attorney
Jacob Hoenig, Supervisory Chaplain
Astry Rivera, Acting EDM
Natalie Ledbetter, Trust Fund Supervisor
Raoul Watson, Computer Services Manager
Daniel Garcia, Volunteer Coordinator
Linda Draughn, Acting Inmate Systems Manager
Angel Motta, Supervisor of Education
Raymond Cotton, Union President

GOVERNMENT EXHIBIT 18

Melvin Vaughn, Special Investigative Agent
Anthony Kimbrough, Emergency Preparedness Coordinator
William Beck, Lieutenant
Lindsey Bledsoe, Lieutenant
Jose Rosa, Lieutenant
Daniel Ortiz, Lieutenant
Percy Johnson, Lieutenant
William Moran, Lieutenant
Douglas White, Lieutenant
John Lane, Lieutenant
Kelly Snyder, Lieutenant
Anthony Joseph, Lieutenant
Joseph Cuciti, Lieutenant
Steven Barrere, Lieutenant
Muriel Wilkins, Lieutenant
Stuart Pray, Lieutenant
Ralph Gorbea, Lieutenant
Jennifer Mundo, Lieutenant
Marcial Mundo, Lieutenant
Ida Otero, Captain's Secretary/Recorder

The following Lieutenant's were unable to attend:

Thomas Ventiere, Lieutenant (Annual Leave)
Vincent Wash, Lieutenant (Training)

Astry Rivera:

- Mrs. Rivera stated that the next Institutional Familiarization class will begin on March 26, 2001.

Carlos Duff:

- Mr. Duff asked that staff report unacceptable inmate behavior in his units.

Linda Draughn:

- Ms. Draughn stated that ISM is scheduled for Program Review the week of April 16 thru 22, 2001.

Anthony Kimbrough:

- Mr. Kimbrough reminded staff who have recently had their telephone number changed to ensure that he is notified.

- He also congratulated Marcial and Jennifer Mundo on their promotion to Lieutenant.

Raul Watson:

- Mr. Watson asked that all lap top computers be returned to the Computer Services Department.

**Daniel Garcia:**
- Mr. Garcia stated that Volunteer Appreciation Day will be observed on April 23, 2001.

**Angel Motta:**
- Mr. Motta informed everyone that the copier in the Education Department will be repaired this week.

**Raymond Cotton:**
- Mr. Cotton reminded the Department Heads that all changes affecting working conditions must be reported to the Union.

**Michael Lucas:**
- Mr. Lucas stated that a memorandum regarding the submission of R&I and B&F Projects will be forthcoming. He also stated the NICE Project has been started and contractors are also installing the antennas for the radio system.

**Sung Lee:**
- Nothing to discuss.

**Ulises Vargas:**
- Mr. Vargas thanked the Correctional Services department and ISM for providing assistance and cooperation to the Health Services Department.

**Les Owen:**
- Mr. Owen asked that all staff who receive a legal document and or complaints that the Legal Department be notified.

**Melvin Vaughn:**
- Mr. Vaughn advised staff to ensure that inmate orderlies are closely supervised in an effort to detect the introduction and/or possession of contraband.

**Natalie Ledbetter:**
- Ms. Ledbetter stated that inmates will be reduced to 300 minutes of telephone calls per month starting in April.

**Jacob Hoenig:**
- The Rabbi thanked staff for their support with reporting violators of the Common Fair Program. He also stated that inmates are attempting to change their religious preference in an effort to be placed on the Common Fair Program.

**Jeff Tacconi:**
- Mr. Tacconi stated that he had been informed that there have been complaints regarding the meals arriving late in the units and being cold. He asked that staff let the Unit Officers know when the food carts are sitting in front of the units.

<u>Clemmet Shacks:</u>
- Mr. Shacks advised staff that Correctional Programs is scheduled for Program Review the week of April 23, 2001.

<u>William Beck:</u>
- Lt. Beck thanked staff for providing suggestions for "Roll Call Issues". He also reminded staff that a binder is located in the Lt's Office with the previous "Roll Call Issues".

<u>Lindsey Bledsoe:</u>
- Lt. Bledsoe bid farewell to Lt. Rosa.

<u>Jose Rosa:</u>
- Lt. Rosa thanked everyone for their support during his tour at MDC Brooklyn.

<u>Daniel Ortiz:</u>
- Lt. Ortiz congratulated Jennifer and Marcial Mundo on their promotions and wished Jennifer Mundo the best of luck at MCC New York.

<u>Percy Johnson:</u>
- No issues to discuss.

<u>William Moran:</u>
- Lt. Moran thanked Mrs. Simon for her assistance with escorting inmates to the local hospital during the Evening watch.

<u>Douglas White:</u>
- Lt. White stated that he was remaining on the E/W Shift for the next quarter. He thanked the staff from the other departments for their continued support.

- He thanked Lt. Rosa for his hard work and congratulated Jennifer and Marcial Mundo on their promotions.

<u>John Lane:</u>
- No issue to discuss.

<u>Kelly Snyder:</u>
- Lt. Snyder reminded staff to ensure that they pickup delivered FedEx packages in a timely manner.

<u>Anthony Joseph:</u>
- Lt. Joseph stated that a new computer was provided to the East Lieutenant's Office and a new one would also be installed in the West Lieutenant's Office.

- He also reminded staff to enure that the doors between the housing units on the East side remain secured for security reasons.

**Joseph Cuciti:**

- Lt. Cuciti thanked Lt. Rosa for his hard work and congratulated Jennifer and Marcial Mundo on their promotions.

- He stated that the Disturbance Control Teams would be training on March 26, 2001(Team A) and March 27, 2001 (Team B).

- He also advised staff to ensure that all windows on the second floor are checked as required, IE, bartaps etc.

**Steven Barrere:**

- Lt. Barrere inform staff not to ask the Special Housing Unit Officers to open the food slots to talk to inmates. The officers are not permitted to open the slots for this reason.

- He also asked that staff refrain from giving inmates documents to sign while they are handcuffed.

- In addition, he asked that staff try not to conduct rounds in the Special Housing Unit during feeding.

**Muriel Wilkins:**

- Lt. Wilkins asked that the Inmate Visiting List hard copies be submitted for use if needed.

**Stuart Pray:**

- Lt. Pray thanked Lt. Rosa for his hard work and congratulated Jennifer and Marcial Mundo on their promotions.

- He also reminded staff to ensure that they report to scheduled training on-time.

**Ralph Gorbea:**

- Lt. Gorbea thanked Lt. Rosa for his hard work and congratulated Jennifer and Marcial Mundo on their promotions.

- He also reminded the Department Heads to ensure their staff pickup the Detail Crew Kits as required.

**Susan Leibowitz:**

- Mrs. Leibowitz thanked everyone on behalf of Mrs. Ward for their attendance and support of the Strategic Planning Retreat. She also recognized the Food Service Department and the Union as well.

- She encouraged staff to review the weekly "Roll Call Issues" that are disseminated by Lt. Beck.

- Mrs. Leibowitz reminded everyone that March 12, 2001 was the scheduled "Clean up for Peace" activities.

<u>Marcial Mundo:</u>

- Lt. Mundo thanked the Warden and Captain for his promotion to Lieutenant.

<u>Jennifer Mundo:</u>

- Lt. Mundo also thanked the Warden and Captain for her promotion to Lieutenant and stated that she will miss everyone.

<u>James Betler:</u>

- Deputy Captain Betler thanked everyone for their hard work and support of Correctional Services Department. He also stated that we still have a lot of work to be done and that Program Review is approximately 90 days away.

- He asked that the rules and regulations within the housing units be uniform. He stated that this would assist the officers assigned.

- He also discused missing/lost tools within the institution and the need for increased supervision and accountability in this area.

<u>Sal Lopresti:</u>

- Captain Lopresti reinforced that the only time that the food slots in SHU should open is for meal or property delivery. He asked that staff wait until after the serving of the meals to visit SHU.

- He stated that the "Roll Call Issues" have been well received and Lt. Beck has provided a lot of ideas.

- He reminded staff to ensure that the Daily Fire & Security Inspections are submitted as required.

- Captain Lopresti congratulated Jennifer and Marcial Mundo on their promotions.

- He advised the Department Heads that an Emergency Tool Box would be placed in the Control Center for use.

- He stated that effective April 2, 2001, inmates would be able to make 300 minutes of telephone call per month. He asked that staff remain alert and report any unusual inmate behavior in the event problems occur.

- In conclusion, he thanked Mr. Cotton for his support regarding Labor Management Relations.

<u>Carolyn Simon:</u>

- Mrs. Simon stated that she is acting for Ms. Thomas this week.

- She asked that the officers working the Front Lobby call the Unit Teams before turning away visitors mandated by the courts.

- She stated that there are three female inmates housed in the East SHU and 140 female inmates housed at this institution.

Warden Hasty:

- Warden Hasty informed staff that Dr. Diana Guerrero would be back to work next week. She is looking forward to returning. He also stated that she would only be working on Mondays, Tuesdays and Thursdays.

- He relayed that Art Baggott had called and had informed him that everything was going well for him and his family.

- Mr. Hasty announced that two new GS-9 Lieutenants had been selected. Lt. Frank Maldonado from MCC New York and Lt. Elizabeth Torres from FDC Philadelphia.

- The Warden congratulated both Marcial and Jennifer Mundo on their selections. He then presented Lt. Rosa with a going away plaque and wished him the best of luck.

- He encouraged staff to join and support the Employees Club.

- Mr. Hasty discussed the new rate increases at Dayton Manor. He stated that all staff would be receiving a letter and that the increases were mandated by Office of Management and Budget.

- Mr. Hasty then briefly discussed the installation of security grills in the Special Housing Unit which when installed, will divide inmates housed in Administrative Detention and Disciplinary Segregation. He also outlined the plan to have an area constructed in the Special Housing Unit for high security inmates. The project referred to as a "Side Pocket" will be utilized for inmates who are highly assaultive/disruptive or who require special supervision.

With nothing further to discuss the meeting adjourned at 2:00pm.

BOP 39555

BP-S369.035 OVERTIME AUTH...IZATION CDFRM
NOV 91

DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC BROOKLYN
(Institution Location)

MARCH 20, 2001

To SEE ATTACHMENT
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: MARCH 20, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

?3-0214-53E1
rtime Code

S. LOPRESTI, CAPTAIN
Warden or Authorized Supervisor

accordance with above authorization I certify I worked the following overtime:

Date of week: TUESDAY Date: MARCH 20, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX DOUGLAS/WHITE/

(Signature of Employee)

Time verified S.L. (supervisor's initial)

GOVERNMENT EXHIBIT 19

DEFENDANT'S EXHIBIT 5 Bledsoe 1-27-04 AM

(To be used where not authorized in advance by Warden)

Approved:

DENNIS W. HASTY, WARDEN

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

A 229

(3) To be prepared in Or nal only, processed in accordance ı institutional regulation and filled in payroll foldeı

(This form may be replicated via WP) Continued Below BP-S369 (continued)

ıen employee sign he/she should indicate"P" for Overtime Pay or "C" for Cumpensatory time

| ε of Employee | Date | Time In | Time Out | P* C* | Signature of Employee | Supervisor's |
|---|---|---|---|---|---|---|
| BLEDSOE | 3-20-01 | 1pm | 4:pm | C | [signature] | [initials] |
| MORAN | 3-20-01 | 1pm | 4:pm | C | [signature] | [initials] |
| Johnson | 3-20-01 | 1pm | 4:pm | C | [signature] | [initials] |
| Tessel | 3/20/01 | 1Pm | 4Pm | C | David E Tassel | [initials] |
| | | | | | | |

) FORM

2

5-2

BP-S369.035 OVERTIME AUTH[illegible]ION CDFRM
NOV 91

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC BROOKLYN
(Institution Location)

MARCH 20, 2001

To DOUGLAS WHITE
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: MARCH 20, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

123-0214-53E1
Overtime Code

S. LOPRESTI, CAPTAIN
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: TUESDAY Date: MARCH 20, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX

DOUGLAS WHITE
(Signature of Employee)

Time verified S.L. (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:
DENNIS W. HASTY, WARDEN

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

10-2

BP-S369.035 OVERTIME AUTHORIZATION CDFRM
NOV 91
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC BROOKLYN
(Institution Location)
MAY 29, 2001

To DOUGLAS WHITE
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: MAY 29, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

123-0214-53E1
Overtime Code

S. LoPRESTI, CAPTAIN
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: TUESDAY Date: MARCH 29, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX

DOUGLAS WHITE
(Signature of Employee)

Time verified S.L. (supervisor's initial)

GOVERNMENT EXHIBIT 20

(To be used where not authorized in advance by Warden)

Approved:
DENNIS W. HASTY, WARDEN

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

August 3, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Christine Rock, Captain's Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on June 27, 2001, at 1:25 p.m. in the Warden's Conference Room. The following staff were present:

**Present:**
**Dennis W. Hasty, Warden**
**Azzmeiah V. Ward, Executive Assistant**
**Linda Thomas, Associate Warden, Programs**
**James Sherman, Associate Warden, Custody**
**Ann Scarpone, Acting Associate Warden, Operations**
**Ulises Vargas, Acting Associate Warden, Health/Food Services**
**Salvatore LoPresti, Captain**
**James Betler, Deputy Captain**
**Carlos Duff, Unit Manager I**
**Clemmet Shacks, Unit Manager J/K**
**Sung Lee, Clinical Director**
**Sixto Rios, Acting Health Services Administrator**
**Adolfo Maldonado, Facilities Manager**
**Les Owen, Senior Staff Attorney**
**Todd Bailey, Staff Attorney**
**Sally Hardman, EDM**
**Yemisi Oladunmoye, Acting Trust Fund Supervisor**
**David Lucena, Acting Computer Services Manager**
**Terry Gosnell, Inmate Systems Manager**
Angel Motta, Supervisor of Education



GOVERNMENT EXHIBIT 21

PENGAD-Bayonne, N.J.



BOP 39556

Cynthia Godbold, CMC
Carolyn Simon, Unit Manager B/C
Martha Licon, Unit Manager G
Dianna Guerrero, Chief Psychologist
Raymond Kaufman, Acting Unit Manager E
Andrew Butler, Safety Manager
Jacob Hoenig, Chaplain
Jeff Tacconi, Food Service Administrator
Kimo Elraheb, Assistant Food Service Administrator
David Williams, Designation Coordinator
Raymond Cotton, Union President, Local 2005
Clemmie Cooper, DHO
Melvin Vaughn, Special Investigative Agent
Lamine N'Daiye, Special Investigative Agent
Anthony Kimbrough, Emergency Preparedness Officer
William Beck, Lieutenant
Lindsey Bledsoe, Lieutenant
Frank Maldanado, Lieutenant
Douglas White, Lieutenant
Kelly Snyder, Lieutenant
Joseph Cuciti, Lieutenant
John Lane, Lieutenant
Thomas Ventiere, Lieutenant
William Moran, Lieutenant
Randy Denjen, Lieutenant
Muriel Wilkins, Lieutenant
Ralph Gorbea, Lieutenant
Elizabeth Torres, Lieutenant
Marcial Mundo, Lieutenant
Howard Gussak, Lieutenant
Richard Desmond, Intelligence Officer
Christopher Hurley, Security Officer
Christine Rock, Captain's Secretary/Recorder

The following Lieutenants were unable to attend:

Vincent Wash, Lieutenant (Annual Leave)
David Tessel, Lieutenant (Annual Leave)
Stuart Pray, Lieutenant (Sick Leave)
Daniel Ortiz, Lieutenant (LWOP)
Lacey Littles, Lieutenant (Annual Leave)
Anthony Joseph, Lieutenant (LWOP)
Steven Barrere, Lieutenant (Annual Leave)

**Joseph Cuciti:**

- The institution's base count is 2238.
- Correctional Services has a staff compliment of 276.

**Clemmet Shacks (Duty Officer):**

- On Friday, June 22, 2001, the East building experienced a power glitch that affected the inmate telephones. Inmates were not able to make phone calls within the New York City area. A decision was made to shut down the telephones until the problem was rectified.

**Jeff Tacconi**

- Mr. Tacconi stated that Mr. Scott Fisher is here from the Regional Office for a staff assist visit of the Food Service department.

**Yemisi Oladunmoye**

- Nothing to report.

**Andrew Butler**

- The Safety Department's Program Review will be conducted the week of August 6, 2001. The Safety department received a deficiency in chemical control during their last program review. The assistance of staff is needed to ensure a repeat deficiency does not occur.
- Staff are to ensure they have bin cards and safety data sheets for all chemicals in their area.
- Staff are to ensure all spray bottles are properly labeled.

**Jacob Hoenig**

- Religious Services department has a very good handle on the common fare program. Staff who observes an inmate(s) abusing common fare are to notify Religious Services.

**Sung Lee**

- Mr. Lee stated that an inmate who is suffering from a urinary problem was sent to an outside hospital for treatment this afternoon.

Les Owen

- Mr. Owen announced that this would be his last department head meeting at MDC Brooklyn. Mr. Owen stated that he has been selected as Senior Staff Attorney at MCC New York.

- Todd Bailey will be acting Senior Staff Attorney until further notice. The vacancy announcement for Senior Staff Attorney has been posted on the Internet.

  Warden Hasty stated that it has been a privilege to work with Les Owen. He further stated that Les Owen is one of the more experienced and gifted attorneys who is analytical and has very good writing skills. We appreciate all that he has done.

Angel Motta

- Nothing to report.

Terry Gosnell

- Mr. Gosnell briefed staff on the upcoming bus/air lift movements scheduled for this week.

Kimo Elraheb

- Mr. Elraheb announced to everyone that he is happy to be part of the staff at MDC Brooklyn.

Carolyn Simon

- The unit team must be notified when pregnant female inmates are taken to area hospitals for delivery. The unit team notifies the inmate's family to avoid the baby's placement into Foster Care.

Clemmet Shacks

- Inmates on Unit E will be relocated to Unit J72 beginning tomorrow. The Correctional Services department will be needed to assist with this movement.

Sally Hardman

- Annual Refresher Training (ART) in Firearms was completed last month. There were a few people who did not complete this training. Department Heads were notified of staff members who have not completed ART. Staff members that are medically exempt must submit proper medical documentation.

- A training announcement for Crisis Management Role Players has been posted.

- Introduction to Supervision training will be conducted August 6 -10, 2001.

- A new Time and Attendance (T&A) program will be initiated. T&A clerks will receive training for this new program on July 2 - 3, 2001.

- A Basic Prisoner Transportation (BPT) Class will be scheduled for all staff members who have passed the BPT portion of ART in Firearms.

- Six new staff members are scheduled to complete Institution Familiarization Class (IF) on Friday. The next IF class is expected to commence on July 16, 2001.

<u>David Williams</u>

- Nothing to report.

<u>Adolfo Maldonado</u>

- Central Office personnel are here to examine the grease traps located in the West building. It has been determined that there was a design flaw.

- The issue regarding broken elevator buttons was reviewed, and it has determined that staff are using keys or the butt end of their flashlights to depress the elevator buttons causing the buttons to fall off. Department Heads are to inform their staff use their fingers to depress the Elevator buttons.

<u>David Lucena</u>

- Raoul Watson, CSM is attending training this week.

- In addition to calling the Computer Services departments with complaints relating to computers, Mr. Lucena requests that staff submit a "Request for Computer Services" form for computer related problems. This form enables his department to keep a track of work requests.

- Mr. Lucena asked to be informed in advance of staff who will need Sentry/LAN ID's to work their posts. The request forms can be slipped underneath his door.

<u>Diana Guerrero</u>

- Dr. Guerrero announced that the new staff psychologist is

currently in IF class and will begin work on Monday, July 2, 2001.

- There is one inmate on suicide watch. This inmate is psychotic and refuses to take his medication. Dr. Guerrero stated she has requested that the inmate be transferred to a medical facility.
- Suicide Prevention Training will be conducted with the Lieutenants at the conclusion of this meeting.

<u>Melvin Vaughn</u>

- Staff were reminded to review and sign the Posted Picture File.
- Mr. Vaughn stated that Wei-Fung Chang, SIS Technician started last week.
- SIS Technicians will be assigned floors in the East and West buildings to familiarize themselves with inmates.
- Mr. Vaughn thanked all staff who have updated the SIS department with information regarding inmates. He further stated that in addition to verbally communication of information, please follow-up by submitting a memorandum.

<u>Richard Desmond</u>

- Nothing to report.

<u>Lamine N'Daiye</u>

- Staff are reminded not to make promises to inmates who relay confidential information, only the Warden can authorize allowances to inmates who are confidential informants.

<u>Thomas Ventiere</u>

- Lieutenant Ventiere stated that the dental tools will be reclassified.
- A quarterly inventory of tools and barber equipment will be conducted next week.
- The quarterly sanitation of the barbers' equipment will be conducted next week.

<u>Cynthia Godbold</u>

- Inmate Performance Pay is due tomorrow. Inmates are complaining that they are not receiving their pay in a timely manner. Department Heads must ensure that the payroll information is correct before it is forwarded.

William Beck

- Lieutenant Beck stated that executive staff, department heads and the IDO are required to visit inmate living areas on a weekly basis and sign the log book. The log books will be checked during Program Review of the Correctional Services department.

- He informed staff that he has received positive feedback from the "Roll Call Issues" that are disseminated weekly via GroupWise.

William Moran

- A shakedown was conducted in the 5th and 6th floor housing units in the East building. A lot of nuisance contraband was found.

Douglas White

- Unit Team staff were asked to assist unit officers in maintaining accountability of inmates by informing the them when they remove an inmate from the unit.

- Staff working in the institution during the hours of 6:00 p.m. - 6:00 a.m., are to ensure that they call in accurate key counts to the control center.

- Evening Watch and Morning Watch staff are to ensure that they conduct watch calls every half an hour.

- Unit Team were asked to leave an adequate amount of cleaning supplies such as trash bags on the unit during the weekends to maintain sanitation.

Muriel Wilkins

- Lieutenant Wilkins stated that she is responsible for monitoring inmates visiting lists. A binder with the visiting list for each unit has been placed in the Lieutenants Office. The Unit Team are to ensure that new and/or updated visiting lists are filed appropriately.

Elizabeth Torres

- Lieutenant Torres extended her thanks to Warden Hasty, Associate Warden Sherman and Captain LoPresti for selecting her as Lieutenant at MDC Brooklyn.

Lindsay Bledsoe

- Lieutenant Bledsoe stated that there is no staff working in R&D on the weekends.

- The US Marshals have attempted to bring in inmates that have serious medical concerns. Health Services was notified and the inmates were denied entry.

- Inmates who are wheelchair bound must sit in their wheelchairs for stand-up counts. No exceptions.

Howard Gussak

- Lieutenant Gussak stated that he is the SHU Lieutenant this week.

- West SHU has a count of 77 inmates. The breakdown is as follows; 54 inmates in A/D, 15 inmates in D/S, and eight inmates on total separation status.

Marcial Mundo

- Unit Officers are given directives by Lieutenants and their Post Orders, however the Unit Team have been requesting officers to adhere to conflicting procedures. Please ensure that correct information is being given.

- If Unit Team staff feels that the Unit Officer is doing something incorrectly, pull the officer to the side and speak with him. The Lieutenants should also be notified as to what is expected of the Unit Officer so that they can work in unison with the Unit Team.

- The Unit Team was asked to notify the Lieutenants of any changes in bed assignments.

- The Unit Team was asked to check their mailboxes, in the West Lieutenants' Office on a daily basis.

- Shanks made from the metal pieces used for hanging files in drawers and file cabinets were found on units. Staff are to ensure the accountability of these items in their areas.

Anthony Kimbrough:

- Staff was informed that the Emergency Staff Recall System will be tested. On July 5, 2001, the test will be conducted of staff living in Dayton Manor and Fort Hamilton, between the hours of 6:00 p.m. and 9:00 p.m.. All other staff will be tested on July 7, 2001.
- Staff are reminded to review the Contingency Plans.

- Staff are reminded to update the EPO with changes in telephone numbers.
- Staff are reminded to utilize the staff accountability chit board located in the East and West Buildings. When entering the secure part of the Institution, staff are to turn their chit over to the "red" side and the chit should be turned to the "blue" side when exiting.

__Christopher Hurley:__

- Several institution padlocks are missing, these locks must be replaced if they cannot be located. Staff were informed not to paint over these locks.

- Stun munition lock boxes have been installed in the East and West Control Centers.

__Ralph Gorbea:__

- Staff have been observed "loitering" in the lobby area. This does not reflect a positive or professional image to visitors of this facility. Staff are to depart the lobby as soon as their business there is completed.

__Frank Maldanado:__

- Lieutenant Maldanado thanked Warden Hasty and Captain LoPresti for selecting him as Lieutenant at MDC Brooklyn. He stated that he is looking forward to working with everyone.

__John Lane:__

- The art of communication is extremely important in a correctional environment. All information that is presented from Executive Staff to Lieutenants is disseminated to officers.

- Staff are advised to physically examine their radio to ensure they are operational before they leave the Control Center area. An audio check of the radio should be conducted because some radios may receive and not transmit or vice versa.

- Staff must use proper radio etiquette. Staff are not allowing radio transmissions to be completed before they begin transmitting.

- Staff were reminded that once a body alarm has been activated, radio silence should be maintained until it is cleared.

Warden Hasty stated that Lieutenant Lane made a very good point. Staff may need to call for additional assistance and radio silence should be maintained until the emergency has been

cleared.

Randy Denjen

- An Institution Lockdown Census count was conducted today. Three Detail Supervisors did not pick up all of their inmates. A total of 15 inmates remained in the housing units when they should have been on their work detail.

  Warden Hasty stated that staff should be held accountable for the whereabouts of their work detail assigned inmates. Detail Supervisors are not authorized to release inmates from their assigned work detail prior to normal working hours. Authorization must be obtained from the Associate Warden prior to releasing inmates early from their work detail.

Joseph Cuciti

- Department Heads were asked to disseminate the information given at this meeting to staff in their departments.

- Staff working in the institution on weekends and after hours are required to chit out radios. Staff who are supervising inmates must also chit out radios to ensure they have a means of communication in case of emergency.

- Staff are to ensure that they chit out body alarms for their assigned area.

James Betler

- Tools that were delivered inside a new washing machine to one of the housing units were displayed. Deputy Captain Betler stated that these tools are placed inside the washing machines to ensure that they remain secured during delivery. He further stated that these tools can be manipulated into weapons and must be removed before delivery to units. All items are to be carefully examined prior to delivery to housing units.

- Operations Lieutenant and/or the Duty Officer will make the determination to deny the entry of inmate visitors due to improper dress attire. Staff were advise to familiarize themselves with Institution Supplement 5267.07, Inmate Visiting.

- Warden Hasty stated that the section of the Institution Supplement that speaks of the dress code is not lengthy. Time and time again, we have encountered situations where visitors were wrongly denied entry because of their dress attire. A lot of input and thought has been put into writing this supplement and staff needs to be familiar with it. The supplement is very explicit and if more clarification is needed after reading it, a Lieutenants should be notified to provide assistance.

- All staff are asked to assist Correctional Services in preparation of Program Review which has been scheduled the week of October 1, 2001.

- Deputy Captain Betler stated that he will be attending the Captain's Conference in St. Louis on July 9 - 13, 2001, along with Captain LoPresti, Lamine N'Daiye and Richard Desmond.

<u>Sal LoPresti</u>

- Captain LoPresti warned staff not to park their vehicles in front of fire hydrants and driveways. The New York Police Department has been courteous in not towing the vehicles. Staff are also not to park in the spots designated for Executive Staff.

- Institution Census Counts are not exact counts. During today's count, about six details were out of order.

- All staff have been assigned a number for the staff accountability chit board. Staff must turn over their chit when they enter or exit the institution.

- All staff were reminded to make watch calls and carry a radio in the institution during the hours of 6:00 p.m. - 6:00 a.m.

- Staff were informed that there is a warehouse outside of the institution where packages should be examined before they are distributed inside of the institution.

- Department Heads must replace all missing padlocks that were issued to them.

- Captain LoPresti welcomed Lieutenants Maldanado and Torres to MDC Brooklyn.

<u>Azzmeiah Ward</u>

- Ms. Ward informed staff that this week she is the Administrative Duty Officer and Mr. Jeff Tacconi is the Institution Duty Officer.

- Staff are encouraged staff to listen to the institutions information line. She stated that thanks to Lieutenant White, the names of the Administrative Duty Officer and Institution

  Duty Officer will be added weekly to the information line (Ext. 5850).

- A GroupWise mailbox has been created for the Lieutenants at MDC Brooklyn. This mailbox will allow information to be

disseminated to every Lieutenant.

- Three of the four Vieques inmates will be released on Friday, June 29, 2001.
- Ms. Ward announced that she will be on leave July 8 - 16, 2001. As of this date, no one has been designated to act on her behalf.

<u>Ulises Vargas</u>

- Mr. Vargas thanked Warden Hasty for initiating the program that has allowed Physician Assistant students from Cornell University to provide assistance to the Health Services department. The University students were instrumental in giving many inmates physicals today.
- Central Office staff are here to conduct a staff assist in Health Services.

<u>Ann Scarpone</u>

- Ms. Scarpone announced that T&A Training will be held for T&A Clerks and their alternates July 2 - 3, 2001.
- Unit Staff are asked to keep the Commissary department abreast of inmate movement, so that they may deliver the inmate's commissary in a timely manner.

<u>Linda Thomas</u>

- Staff was informed that the remaining inmates on unit E will soon be moved to the West building.
- There was a conflict with inmates being keyed into Sentry last week. The ISM was consulted in regards to the time frame that inmates are to be keyed into Sentry. There will be a window where only Unit Management will be allowed to make changes to inmate housing unit/quarter assignment changes. During this time the C&A Officer and ISM staff must not make any housing unit/quarter changes.
- A Detail Supervisor was observed using a computer in the Unit Team's Office on the 5th floor of the West building. The inmates under his supervision had access the restricted area where the Vieques inmates were housed. Specific instructions were given that inmates are not to interact with the Vieques inmates. It is not only the newer staff who are making mistakes. The staff member who made this error has many years with the BOP.
- Staff have been observed spending extended periods of time in the Front Lobby area. We currently have high profile inmates at

MDC Brooklyn and a lot of high-ranking public officials visit here daily. We are sending a bad message to the public by "loitering." Staff are to immediately exit the lobby area after they have finished their business there.

- Ms. Thomas thanked her peers for their support. She stated that she would not have received the "Regional Associate Warden of the Year" award, if it were not for them.

Warden Hasty announced that Linda Thomas received the "Regional Associate Warden of the Year" award and Pat Smith, Case Manager and EEO Counselor received the "Regional EEO Officer of the Year" award. Mr. Hasty further stated that these awards are quite an honor.

**James Sherman**

- AW Sherman welcomed all new staff in attendance.
- AW Sherman congratulated Ms. Thomas and stated that he has known her many years and cannot think of a better person to receive such an award.
- A lot of good information is being disseminated. Staff need to take in the information, digest it and put it to use.
- Staff were reminded that chemical control affects not only the Safety department, but the whole institution.
- Staff are to ensure that all applicable tools and chemicals have bin cards.
- Staff were informed that padlocks are classified as tools. They need to be tracked and controlled.
- Staff are to ensure that inmates use proper cleaning materials to clean. Many times staff allow inmates to utilize bed sheets to clean and this presents a cost issue to replace bed sheets. Staff are to contact the Safety department if there is a need for mops, sponges or other cleaning supplies.

**Warden Hasty**

- Warden Hasty reiterated the message given by AW Sherman regarding sanitation.
- Warden Hasty welcomed Kimo Elraheb, Elizabeth Torres and Frank Maldonado to MDC Brooklyn. He asked that everyone assist them in getting their feet on the ground.
- Warden Hasty thanked all staff who attended AW Wunderle's farewell. AW Roland Booher, will be on-board July 2, 2001.

- David Rardin, Northeast Regional Director, was very complimentary of staff during his visit here. Mr. Rardin also enjoyed the staff recall that was held the day of his visit.

- Warden Hasty stated that he appreciates the Honor Guard and their professionalism during the staff recall.

- Mr. Hasty stated that he admires the dedication of the Disturbance Control Team and that the team consists of outstanding employees. These members were honored during staff recall.

- Ann Scarpone and her staff were thanked for doing a great job with preparing the awards, certificates, etc., that were presented to staff during staff recall.

- Warden Hasty discussed the list of Executive Staff Moves.

- A projected list of new institutions was disseminated at the National Warden's Conference. A copy of the list will be placed in the Warden's Reading File, and a hard copy will be given to Department Heads and Lieutenants for perusal and dissemination to staff. The Director of the Bureau of Prisons stated at this conference that we currently have 101 institutions in operation, and 33 institutions are scheduled to be brought on line by 2006.

- Warden Hasty announced that during the Warden's conference in he had the opportunity to listen to such speakers as Andy Carr, Chief of Staff for the President, Karen Hughes and other high-level officials.

- Warden Hasty briefed staff on the following topics that were discussed at the Warden's Conference:

  - A new Program Statement is being written on Use of Force. The use of four point restraints will only be initiated as a last resort.

  - Currently 55 percent of the BOP Wardens are eligible for retirement. The loss of experienced staff and the need for effective succession planning was covered at this meeting.

  - Ground rules are being negotiated for a new Master Agreement.

  - The BOP has been processing approximately 2,500 new employees through Glynco; these numbers are expected to increase to 5,000.

- Three of the four Vieques inmates will be released on June 29, 2001. Inmate [redacted] will remain for an additional 50 days or

more.

- Department Heads were instructed to pick up the new mouse pads from June Bencebi, following this meeting. The mouse pads displays the realignment of institutions in all regions of the BOP.

- Warden Hasty stated that David Rardin and himself feel that MDC Brooklyn is on the right course. He thanked staff for the good job that they are doing and encouraged them to continue to stay on the right course.

The meeting adjourned at 3:05pm.

BP-S369.035 OVERTIME AUTHORIZATION CDFRM
NOV 91
U S. DEPARTMENT OF JUSTICE

122

FEDERAL BUREAU OF PRISONS

MDC BROOKLYN
(Institution Location)

JUNE 27, 2001

To WILLIAM MORAN
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: WEDNESDAY Date: JUNE 27, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

123-0214-53E1
Overtime Code

S/ LoPRESTI, CAPTAIN
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: WEDNESDAY Date: JUNE 27, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX

WILLIAM MORAN
(Signature of Employee)

Time verified S/L/ (supervisor's initial)

GOVERNMENT EXHIBIT 22

(To be used where not authorized in advance by Warden)

Approved:
DENNIS W. HASTY, WARDEN

tructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

BP-S369.035 OVERTIME AUTHORIZ. ION CDFRM
NOV 91
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

12-2

MDC BROOKLYN
(Institution Location)

JUNE 27, 2001

To DOUGLAS WHITE
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: WEDNESDAY Date: JUNE 27, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

123-0214-53E1
Overtime Code

S. LoPRESTI, CAPTAIN
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: WEDNESDAY Date: JUNE 27, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX

DOUGLAS WHITE
(Signature of Employee)

Time verified S.L. (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:
DENNIS W. HASTY, WARDEN

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

A 249

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

July 27, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Carla R. Allen, Associate Warden Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head Meeting was held on Tuesday, July 24, 2001 at 1:00 p.m., in the Wardens Conference Room. The following staff were present:

Dennis W. Hasty, Warden
James F. Sherman, AW(C)
Angel Motta, Act'g AW (P)
R. M. Booher, AW(T)
Luis V. German, AW(O)
Carolyn Simon, Act'g Exec Asst.
Jeff Taconni, FSA
Diana Guerrero, Chief Psych.
Todd Bailey, Attorney
Sal Lopresti, Captain
Clemmet Shacks, Unit Manager
Raoul Watson, CSM
Terry Gosnell, ISM
Andrew Butler, Safety Manager
Marti Licon, Oncoming Duty Officer
Natalie Ledbetter, Trust Fund Supvr.
Vincent Wash, Lieutenant
Lindsay Bledsoe, Lieutenant
Randy Denjen, Lieutenant
Thomas Ventiere, Lieutenant
Sung Lee, Clinical Director
Esker Tatum, Duty Officer
Deborah Cavalone, Act'g Unit Mgr
Raymond Kaufman, Act'g Unit Mgr
Cynthia Godbold, CMC
Ulises Vargas, HSA
Sally Hardman, EDM
Lamine N'Diaye, SIS
James Betler, Deputy Captain
Ann Scarpone, HRM
Adolfo Maldonado, Facilities Mgr
Frank Maldanado, Lieutenant
Steven Barrere, Lieutenant
Robert Lytle, Security Specialist
Carla Allen, AW Secretary

GOVERNMENT EXHIBIT 23
PENGAD-Bayonne, N. J.

***Vincent Wash*:**

- The institution count is 2342. There are 97 inmates housed in the West Special Housing Unit (SHU) and 4 inmates housed in the

East SHU.

- Correctional Services has a staff complement of 278.

Esker Tatum

- On July 23, 2001, it was necessary to apply use of force to control a disturbance. There were no injuries to report.
- Twenty incident reports were written.
- Sanitation is at a satisfactory level.
- Officer Parrish was commended for her efforts in the processing of visitors during a computer outage.
- I will be away from the institution until August 3, 2001. Cynthia Audain, Case Manager will be acting in my behalf.

Marti Licon

- I am the oncoming Duty Officer.

Cynthia Godbold

- Ms. Godbold bid farewell to Carolyn Simon and wished her well.
- Ms. Godbold congratulated Astry Rivera on her recent promotion as Employee Development Manager (EDM) at FCI Fairton.

Astry Rivera

- Ms. Rivera stated that she is acting in behalf of Sally Hardman, EDM.
- There are 7 new officers in the Institutional Familiarization class.
- There was very little response to the FEAT training announcement. All department heads are asked to encourage their staff to apply.
- Ms. Rivera bid farewell to Carolyn Simon.
- A Firearms ART make-up has been scheduled. All affecting staff must attend. Staff are to be advised the Firearms ART is mandatory.

Diana Guerrero

- There are currently two suicide watches in progress.

- Ms. Guerrero bid farewell to Carolyn Simon.

Deborah Cavalone

- I am acting Unit Manager for Unit I.

Clemmet Shacks

- A review of bed assignments were conducted and it has been determined that R&D are assigning inmates to the PA rooms.

  To alleviate this problem, Raoul Watson suggested having PA cell rooms deleted off SENTRY.

- Mr. Shacks bid a heartfelt farewell to Ms. Simon and wished her well in her future endeavors.

- Mr. Shacks also stated in light of Ms. Simon's departure, he will be recruiting for a co-chairperson, Combined Federal Campaign.

Natalie Ledbetter

- No concerns.

Carolyn Simon

- Ms. Simon thanked all staff, the Warden, Ms. Godbold and Lieutenants whom she has had the pleasure of working with. Ms. Simon wished everyone well in their future endeavors and extended an open invitation for staff visiting the Petersburg, VA area.

Raymond Kaufman

- All staff are asked to inform the unit team of the removal of any items/property from the vacant units/offices on Unit E. All property must accounted for.

Terry Gosnell

- Mr. Gosnell thanked the Lieutenants and their staff for their assistance in processing inmates for the airlift this week.

- Mr. Gosnell stated Bruce Kleinfeldt has been promoted to Inmate Systems Supervisor. Additionally, MCC New York has been selected as Inmate Systems Supervisor at MDC Brooklyn.

- Mr. Gosnell briefed staff on the upcoming scheduled bus/airlift

movements.

<u>Adolfo Maldonado</u>

- I attended a Facilities Manager training wherein solutions to offset the high cost of utilities such as machinery designed to reduce the cost of utilities and water less urinals were discussed.

- The Northeast Region has approved $40,000 dollars to upgrade the Rethermes.

- Staff are asked to properly dispose their trash and/or discarded furniture. No trash or discarded furniture should be left in the Facilities Department area.

<u>Ulises Vargas</u>

- Health Services is currently undergoing program review. All staff were thanked for their assistance in preparation of program review.

<u>Angel Motta</u>

- I am acting Associate Warden, Programs until July 26, 2001.

- Mr. Motta informed all staff that the Education department stores all inmate audio/video (cd rom format) legal material. This material should be confiscated if found in possession of inmates outside the Education Department area.

- To expedite the movement of inmates attending Law Library, all moves will be lockdown controlled movements.

<u>Raoul Watson</u>

- Mr. Watson bid farewell to Carolyn Simon and congratulated Astry Rivera.

<u>Jeff Taconni</u>

- Mr. Taconni introduce Louise Gonzalez, his new Assistant Food Service Administrator.

- Mr. Taconni addressed the concerns of ensuring food carts are delivered (temperature appropriate) to the units. Mr. Taconni further stated that until the Retherm project is completed and

the cook and chill operation is in effect, all staff are asked to assist food service by utilizing other elevators during the food cart movement.

**Melvin Vaughn**

- No concerns.

**Anthony Kimbrough**

- Staff are advised to review/sign contingency plans.
- Mr. Kimbrough bid farewell to Carolyn Simon and wished her well.

**Lamine N'Diaye**

- Staff are asked to ensure the integrity of a crime scene by immediately securing the area after the victim(s) have been removed and control has been restored.
- Mr. N'Diaye bid farewell to Carolyn Simon.

**Robert Lytle**

- Mr. Lytle bid farewell to Carolyn Simon.

**Andrew Butler**

- All staff were thanked for their assistance to the Safety Department in preparation of program review.
- Mr. Butler bid farewell to Carolyn Simon and congratulated Astry Rivera.
- Mr. Butler congratulated Adolfo Maldonado on his recent program review.

**Ann Scarpone**

- The conversion to the STAR system went well.
- Time and attendance clerks are asked to comply with requests for copies of their reports from time and attendance reports. There is currently a portal to portal case and staff will need to retrieve copies of these forms.
- Additionally, Ms. Scarpone stated that time and attendance reports are to be properly maintain and reminded staff that these are official and legal documents.

Todd Bailey

- Mr. Bailey briefed staff on the portal to portal case.
- Mr. Bailey stated that he attended the Summer Intern/Volunteers conference for attorney recruitment in Washington, D.C.
- Mr. Bailey bid farewell to Carolyn Simon.

Sung Lee

- Dr. Lee stated that there is currently one inmate in New York Downtown Hospital.

Randy Denjen

- Staff are encouraged to conduct frequent/random pat searches.

Thomas Ventiere

- The quarterly Tool Control inventory has been completed. Staff were advised that Dental Tools are now classified as Class B tools.

Lindsey Bledsoe

- Staff are asked to return to control any radio batteries found in offices.
- Additionally, staff who have been informed that they are in possession of any equipment mistakenly taken out of the institution are to **immediately** return this equipment to the institution. No exceptions.
- Staff are reminded to review the Posted Picture/Hot Files.

Steven Barrere

- Lt. Barrere stated that the West Special Housing unit is full.
- Staff are to be cognizant of the inmates being admitted to this facility.
- Food Service and Health Services were thanked for there assistance in addressing concerns to inmates.
- Staff are reminded to submit memorandums to the lobby, in regards to official visitors and/or extended visits.

- Staff are advised that the West freight elevator is not to be used to transport inmates.
- Staff are asked to review the new entrance procedures.
- Staff were asked to respond to "Inmate Request To Staff Member" (cop-outs) in a timely manner.

Vincent Wash

- Staff were reminded to submit the Daily Security and Fire Inspection Report.

James Betler

- Staff suicide is on the rise.
- Staff are to familiarize themselves with emergency preparedness. Mr. Betler further stated that the correct response to emergencies, communication, use of force and documentation can used for future litigation.
- An updated Use of Force policy statement is forthcoming.
- The Disturbance Control Team's tactical training held last week went well.

Sal Lopresti

- Captain Lopresti stated program review will do an overview of tool control/supervision/pat searches and proper maintenance of crew kits.
- All staff were asked for feedback from inmates on the new odd/even visiting schedule.
- Visitors awaiting visits must remain to the side of the building in the enclosed seating area or adjacent to it. Visitors refusing to comply will not be allowed to visit.
- Inmates are no longer authorized to wear religious medallions/chains in the visiting room. Inmates may wear wedding bands.
- Institution shoes are the only authorized foot wear for inmate visits.
- Captain Lopresti stated that when responding to emergencies,

staff should always secure the scene and then administer first aid.

R. M. Booger

- Associate Warden Booger introduced himself. Associate Warden Booger formally welcomed and introduced Louise Gonzalez.
- Staff are to issue incident reports to any inmate found tampering with the grates over the floor drains in food service.

Luis German

- Associate Warden German welcomed Ms. Gonzalez to MDC Brooklyn and welcome back Natalie Ledbetter, who has been out sick and recovering.
- Associate Warden German bid farewell to Carolyn Simon and congratulated Astry Rivera.
- During a recent audit 19 pieces of equipment were found to be missing. Equipment should not be moved to another location without proper authorization and notification.
- Staff are not authorized to accept discarded property.
- No "controlled" items will be purchased without Executive Staff approval.

James F. Sherman

- The Safety Department is scheduled for program review the week of August 6, 2001. All staff are to ensure chemicals are properly labeled and their areas of concern are inspection ready.
- Associate Warden Sherman reiterated that the property must be accounted for and the department head must approve to the removal of property to a different location. Staff who fail to comply will be subject to investigation.
- The Correctional Services department is scheduled for program review in October.
- Staff are to ensure pat searches are conducted frequently and randomly to reduce contraband.
- Associate Warden Sherman welcomed Louise Gonzalez to MDC Brooklyn.

- Associate Warden Sherman bid farewell to Carolyn Simon and congratulated Astry Rivera.

Warden Hasty

- Warden Hasty welcomed back Natalie Ledbetter and encourage staff to take the opportunity to welcome her as well.
- Warden Hasty welcomed Louise Gonzalez and stated she will be a tremendous asset to Food Service.
- All visiting and telephone concerns are to be addressed to ensure inmates receive their allotted time.
- Warden Hasty stated that the lieutenants vacancies will be filled in the near future.
- Approximately 25 Chinese law enforcement officials toured the institution and were very impressed, with staff professionalism and the food that is prepared for inmates.
- US District Judge Sederbohm, District Attorney Wooden and their staff also toured the institution and were very impressed with our operation.
- Sanitation needs to be improved.
- During a recent Community Relations Board meeting I addressed the issues of pot holes along 29th Street. I have been assured that the street will be repaved.
- The east building will be refaced to closely resemble the west building. In efforts to beautify the institution trees will be planted.
- MDC Brooklyn has adopted the 69th Street pier in Brooklyn. A sign will be posted in the vicinity of the pier signifying this. MDC Brooklyn will assign a work crew to clean that area for a few hours every other week.
- Quarterly Law Enforcement meetings allow staff to network with other city and state law enforcement officials and channel communication with them. Food Service was thanked for their preparation of meals during these meetings.
- Kim Easterling, Unit Manager will be on board July 30, 2001.
- Malika Reeder and Stacey Leneck were selected as case managers.

- Staff are to assist Food Service until equipment is in place and the Cook/Chill program is underway.

- The Food Service Department's program review has been postponed until March 31, 2002 through April 5, 2002.

- I have been assured that the rear gate will be repaired by the end of the day. It appears to be closed (in control) when it actually is wide open. Proper security measures will be taken until this is corrected.

- Warden Hasty stated during his leave of absence next week, Associate Warden Sherman will be acting in his behalf.

- Staff are asked to challenge staff members who are not familiar to them. Have them produce credentials and do not be embarrassed.

[redacted]

- Congratulations to Astry Rivera, she has been selected as EDM at FCI Fairton. Fairton will be receiving a well trained EDM.

[redacted]

- Warden Hasty bid farewell to Carolyn Simon. The Warden stated Ms. Simon has done an outstanding job and is a very solid confident and knowledgeable individual. He further stated Ms. Simon has been an asset to this institution and will be leaving our midst.

Meeting adjourned at 2:20pm.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

August 28, 2002

MEMORANDUM TO: DENNIS W. HASTY, WARDEN

FROM: Ida Otero, Captain's Secretary

SUBJECT: Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on August 23,2001 at 1:25 p.m. in the Warden's Conference Room. The following staff were present.

Dennis W. Hasty, Warden
Azzmeiah Ward, Executive Assistant
Linda Thomas, AW(P)
Luis German, AW(O)
Salvatore LoPresti, Captain
James Betler, Deputy Captain
Ron Booher, AW (Health/Food Services)
Melvin Vaughn, SIA
Lamine N'Diaye, SIA
Vincent Wash, Lieutenant
William Beck, Lieutenant
Muriel Wilkins, Lieutenant
John Lane, Lieutenant
William Moran, Lieutenant
Howard Gussak, Lieutenant
Frank Maldonado, Lieutenant
Thomas Ventiere, Lieutenant
Marcial Mundo, Lieutenant
Joseph Cuciti, Lieutenant

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 24

BOP 39581

Kelly Snyder, Lieutenant
Lindsey Bledsoe, Lieutenant
Andrew Butler, Safety Manager
Perry Hess, Psychologist
Mario Gonzalez, Acting General Foreman
Daniel Garcia, Volunteer Coordinator
Kim Easterling, Unit Manager
Jeff Tacconi, Food Service Administrative
Todd Bailey, Staff Attorney
Raymond Cotton, Union President
Nestor Mercardo, Assistant Safety Manager
Sung Lee, Clinical Director
Lee Tatum, Unit Manager
Martha Licon, Unit Manager
Robin Williams, Duty Officer
Raoul Watson, Computer Service Manager
Angel Motta, Education Supervisor
Natalie Ledbetter, Trust Fund Supervisor
Sally Hardman, EDM
Jacob Hoenig, Chaplain
Adolfo Maldonado, Facility Manager

<u>William Beck:</u>

- Lt. Beck welcomed all attending staff to the Department Head/Lieutenants Meeting.
- Lieutenant Beck stated the institution's base count is 2387.

<u>Martha Licon:</u>

- Ms. Licon stated that inmate visiting is getting very crowded during both visiting hours.

<u>Parry Hess:</u>

- Nothing to report.

<u>Luis Williams:</u>

- Nothing to report.

<u>Raul Watson:</u>

- Mr. Watson asked Department Heads to remind their staff to be especially careful with the printer due to printers being jammed with paper.

<u>Angel Motta:</u>

- Nothing to report.

<u>Natalie Ledbetter:</u>

- Ms. Ledbetter stated they will be having a budget meeting on inmate services.

**Sally Hardman:**
- Ms. Hardman stated that the next IF class begins September 10, 2001.
- The Need Assessments are due on August 27, 2001. Ms. Hardman offered her assistance to staff.
- EEO training will be held in September at MDC Brooklyn for 3 days and Dr. Sherman will be here September 12th through the 14th.
- On August 22, 2001 15 staff members will be taking the notary examination.
- Staff who have not settled their travel need to do so.
- On September 15th there will be a going away picnic for Ms. Rivera.

**Jacob Hoeing:**
- Nothing to report.

**Adolfo Maldonado:**
- Mr. Maldonado had contractors come into the institution and reprogram the smoke detectors.

**Jeff Tacconi:**
- Mr. Tacconi stated that inmate population will be using paper plates until the ending of this quarter.
- Food Services is aware that the grease traps are leaking down to the lower floors.

**Todd Bailey:**
- Mr. Bailey stated that Tort Claims need to be assigned control numbers.
- He will be e-mailing departments regarding the Tort Claims. There are some Tort Claims that both staff and inmates have agreed to settle.

**Ulises Vargas:**
- Mr. Vargas thanked all Unit Managers for e-mailing the Medical Department regarding inmates who need assistance. The Medical Department is in the process of establishing a sick call process form.

**Warden Hasty:**
- Warden Hasty added that they will have positions for P.A.'s instead of nurses. The Medical Department has a total of 35 positions and 6 vacancies.

**Raymond Cotton:**
- Mr. Cotton stated that staff need to keep their attitudes and egos outside the institution. Staff are wondering why we are losing so many people. Mr. Cotton stated that he sees preferential and favoritism with some of the Lieutenants. We have to work together. If you take care of your staff, your staff will take care of you.

**Warden Hasty:**
- Warden Hasty added that staff have spoken with him and Lieutenant Cuciti's name often comes up. Lieutenant Cuciti takes the time to stop by their post just to see how they are doing, and to answer any questions they may have.

Nestor Mercado:
- Nothing to report.

Sung Lee:
- Dr. Lee stated that there are four inmates at Lutheran Hospital.

Lee Tatum:
- Mr. Tatum stated that A&O will be conducted on Unit H-52.
- Mr. Tatum also stated that inmate's are complaining that staff are not responding to cop-outs. The Unit Team has been advising inmates to give them their cop-outs so they can forward the cop-outs to the proper departments. Mr. Tatum asked for staff who receive cop-outs to please follow up with an answer.
- Mr. Tatum stated that his department is in need of furniture. He asked departments heads to please notify him if they have extra furniture.

Clemmet Shacks:
- Mr. Shacks thanked Ms. Ledbetter regarding the phones on the 7th floor being fixed. He also thanked Mr. Maldonado for having the phones installed.
- Mr. Shacks asked the Department Heads to please respond to cop-outs when they are received.

Andrew Butler:
- Mr. Butler thanked staff for their assistance during Program Review. The Safety Department received a "Superior" on Program Review.

Mario Gonzalez:
- Mr. Gonzalez stated that he had contacted the Red Hawk Indian Council in reference to the Native American commemorative month in November. He has tentatively scheduled a Native American Cultural Performance on November 11th. He also stated that if anyone had information on additional guests speakers, they should contact him so that he may coordinate other activities during that month.

Daniel Garcia:
- Mr. Garcia stated that DCT training will be held this Thursday, August 23rd. Training will also be held next week at Fort Dix.

Kim Easterling:
- Ms. Easterling stated that inmate cop-outs need to be answered. Incident reports need to be investigated and taken care of.

Carlos Duff:
- Nothing to report.

Lindsey Bledsoe:
- Lt. Bledsoe stated that staff are entering the institution improperly dressed.
- Lt. Bledsoe also stated that there are some staff who talk to Lieutenants in an unprofessional manner. Please inform your staff to interact with other staff on a professional level at all times.