Kelly Snyder:
- Lt. Snyder stated that the food carts are being left in front of housing unit doors and are blocking evaluators. Lt. Snyder asked that food carts found in these areas be moved.

Randy Denjen:
- Lt. Denjen stated that the Sallyport needs be cleared of obstructions and remain clean at all times.

Muriel Wilkins:
- Lt. Wilkins stated that inmate visiting is becoming overcrowded. The amount of family members allowed to visit should to be changed to reflect the current inmate population.

John Lane:
- Lt. Lane stated that the visiting room is a hot spot for contraband and if possible the institution should consider assigning more staff to the visiting room.

William Moran:
- Lt. Moran stated that the Contingency Plans need to be signed. Staff are not signing them out for review. Please remind your staff of the importance of completing this task.

Howard Gussak:
- Lt. Gussak stated that staff need to have a radio pouch for their radio. Radio pouches can be chitted out from control. The crew kits need to be returned to control with the inmates picture card along with the detail assignment roster.

Frank Maldonado:
- Lt. Maldonado stated that inmates are to be in uniform from 7:30am to 4:00pm.
- Captain LoPresti added that inmates must be properly dressed. Captain LoPresti also stated that when inmates are in their uniforms it shows that staff are in control of their unit. This also limits problems on the unit.

Thomas Ventiere:
- Lt. Ventiere stated that any staff member who has not received their name tag or any signs that need to be done to please contact him at the East Lieutenant's Office or Officer Cush at the West Tool Room.

Marcial Mundo:
- Lt. Mundo stated that he is the evening West Activities Lieutenant.
  Lt. Mundo also stated that staff are throwing their equipment in the slot at the Control Center and then walking away. This is causing a confusion with staff entering and leaving due to wrong chits being picked up and chits are getting lost.

Joseph Cuciti:
- Lt. Cuciti thanked Mr. Vargas for the call outs.
- Lt. Cuciti stated that shanks are being found on units. One shank was made from a television antenna. Staff need to be very careful.

- Mr. Vaughn stated that inmates are taking parts from the typewriters and other items they can make a weapon out of.
- Staff need to be aware that inmates are using other inmates pin numbers to use the telephones. Pictures are being given to staff by SIS of inmates who have no phone privilege. Staff need to contact SIS if they notice these inmates on the phone.
- The posted picture files need to be signed. There is one book at the East Lieutenants Office and another one at the West Lieutenants Office.
- There is an inmate who informed someone from the outside that legal mail is not checked. Staff need to check legal mail in the presence of the inmate.

<u>Lamine N'Diaye:</u>

- There is an inmate who informed someone from the outside that legal mail is not checked. Staff Mr. N'Diaye conducted training on searching and detaining non inmates.

<u>Vincent Wash:</u>

- Lt. Wash stated that staff need to read their Post Orders.
- Lt. Wash stated staff doing lunch relief needs to sign in the unit log book for proper accountability.

<u>William Beck:</u>

- Lt. Beck stated that he conducted an audit of the Contingency Plans, which reflected that there are 300 staff who have not signed or reviewed the Contingency Plans as of August 22, 2001.
- Correctional Services has only 40 days before Program Review this needs to be completed.
- Staff need to guide the newer staff and share with them the importance of signing and reviewing the Contingency Plans.

<u>James Betler:</u>

- Deputy Captain Betler stated that Security Inspection sheets need to be handed in every day.
- Staff on units who find items that inmates can use as a weapon should contact the lieutenants so the items can be removed from the unit.
- The SHU meeting has been rescheduled to Thursday at 2:30 pm.
- Any staff member can counsel visitors. If you see that visitors are not watching their children, sitting on cars, or standing in front of the institution, let them know that they can not do so.

<u>Azzmeiah Ward:</u>

- Mrs. Ward stated that there will be two community events; one on September 15, 2001, which will be held at Nellie Bly and the other on September 29, 2001, which will be at Bay Ridge and 3rd Ave. to 95th Street.

<u>Ron Booher</u>

- AW Booher stated that Health Services is hiring. If you know of anyone who is interested in the positions let him know.
- Cop-outs: If an inmate has not received a response, contact the Division Head. One of the problems is not meeting the basic needs of the inmates.
- AW Booher asked to be informed if any of his staff have not signed the Contingency Plans and he will ensure they do so.

**Salvatore LoPresti:**

- Captain LoPresti stated staff covering main line need to sign the unit log book.
- Use of Force is a very strong issue and staff need to keep in mind that when using four point restraints they are responsible for the inmate. Not every situation means that staff need to use four-point restraints. Staff need to follow policy.
- Correctional Services Program Review is soon. Any assistance given to Correctional Services will be appreciated.
- Contingency Plans need to be signed no exceptions.

**Linda Thomas:**

- AW Thomas stated that the schedule for main line was disseminated to all staff. After the second week staff stopped going to main line. We have a schedule for main line and staff need follow it. Supervisors and Managers should use the Supplemental Master Agreement. Those who do not have a copy may contact AW Thomas or HRM. AW Thomas will be out next week.

**Luis German:**

- AW German stated that sometimes things said to staff are taken personal and in the wrong way.

**Dennis Hasty:**

- Warden Hasty welcomed Kim Easterling aboard.
- Safety received a Superior on their Program Review.
- Warden Hasty congratulated Mr. Cotton for his re-election to Union President.
- Al Sharpton was released last Friday. He also congratulated Mrs. Ward for the wonderful job she did with the media.
- Unit K-81 will be used for SPU.
- Staff should call the information line at extension 5850. There are only 70 hits on the information line, which means only 70 people have called.
- The Link walls are beginning to deteriorate. Staff are not supervising their inmates carefully or staff themselves are not being careful with the carts.
- On September 19, 2001 Assistant Director, Mr. Cooksey will be here in the institution and Warden Hasty will be showing him around the institution.
- In the last three to four weeks, MDC Brooklyn inmates population has gotten bigger than Atlanta's. This is a large complex institution and it is well managed by staff. A lot of good things are occurring in this institution . Let us continue this team effort.

The meeting adjourned at 3:00pm.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

April 4, 2002

**MEMORANDUM TO:** **James G. Warner, Correctional Services Administrator, Northeast Region**

**FROM:** J. Butler, Deputy Captain

**SUBJECT:** Lieutenant/Department Head Meeting for December 2001

Due to the attack on the World Trade Center, there was no Lieutenant/Department Head Meeting for the month of September.

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 25

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

October 29, 2001

MEMORANDUM TO: DENNIS W. HASTY, WARDEN

FROM: Ida Otero, Captain's Secretary

SUBJECT: Department Head/Lieutenant's Meeting Minutes

A Department Head/ Lieutenant's Meeting was held on October 29, 2001, at 1:25 p.m. in the Warden's Conference Room. The following staff were present:

Dennis W. Hasty, Warden
Azzmeiah Ward, Executive Assistant
Linda Thomas, AW(P)
James Sherman AW(C)
Salvatore LoPresti, Captain
James Betler, Deputy Captain
Ann Scarpone, HRM
Dianna Guerrero, Chief Psychologist
Clemmet Shacks, Unit Manager
Kim Easterling, Unit Manager
Todd Bailey, Staff Attorney
Lee Tatum, Unit Manager
Robin Williams, Chief Utilities Supervisor
Anthony Kimbrough, EPO
Danny Garcia, Volunteer Coordinator
Carlos Duff, Unit Manager
Brenda Aponte, Intelligent Officer
Jacob Hoeing, Chaplain

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 26

BOP 39588

Sally Hardman, EDM
Herbert Ingram, Assistant Safety Manager
Dr Hope, Psychologist
Sung Lee, Clinical Director
Mario Gonzalez, Acting General Foreman
Daniel Ortiz, Lieutenant
Raoul Watson, Computer Services Manager
Melvin Vaughn, SIA
Lamine N'Diaye, SIA
Jacqueline Felton, General Foreman
Stuart Pray, Lieutenant
Thomas Ventiere, Lieutenant
Kelly Snyder, Lieutenant
Thomas Cush, Lieutenant
Frank Maldonado, Lieutenant
John Lane, Lieutenant
Elizabeth Torres, Lieutenant
Vincent Wash, Lieutenant

Daniel Ortiz:
- Welcomed all attending staff to the Department Head/Lieutenants Meeting.
- The institution's base count as of this morning is 2385.
- Correctional Services has a staff compliment of 274.

Danny Garcia:
- Mr. Garcia stated that on Thursday the Education department will be having their retreat at Dayton Manor.

Dr Hope:
- Nothing to report.

Sung Lee:
- Nothing to report.

Mario Gonzalez:
- Mr. Gonzalez stated that the smoke detectors are being changed throughout the institution. Mr. Maldonado will be out until November 13, 2001.
- The Facilities Department is working on the grease trap project. The SPU Unit is being worked on. Facilities staff are working on the cameras in Special Housing.
- Departments need to submit work orders and each work order has 30 days to be completed.

Stuart Pray:
- Nothing to report.

**Thomas Ventiere:**
- Nothing to report.

**Kelly Snyder:**
- Lieutenant Snyder stated that she is the Administrative Lieutenant.
- Lieutenant Snyder welcomed Lieutenant Cush aboard.

**Thomas Cush:**
- Lieutenant Cush thanked Warden Hasty and Captain LoPresti for promoting him.

**Frank Maldonado:**
- Nothing to report.

**Raul Watson:**
- Nothing to report.

**Melvin Vaughn:**
- Nothing to report.

**Anthony Kimbrough:**
- Mr. Kimbrough reminded staff to review the Contingency Plans.
- Staff who change their address and/or phone number need to contact him.

**John Lane:**
- Nothing to report.

**Vincent Wash:**
- Lieutenant Wash thanked all departments for submitting their Fire & Security Inspection forms.
- Staff visiting the East and West Special Housing Unit need to sign in and out of the unit log book.

**Elizabeth Torres:**
- Lieutenant Torres stated that staff who have detail pouches need to check for inmate ID picture card and their detail assignment.

**Martha Licon:**
- Ms. Licon congratulated Lieutenant Cush on his promotion.

**Jacqueline Felton:**
- Ms. Felton stated that she is the Duty Officer.

**Lamine N'Diaye:**
- Mr. N'Diaye thanked staff for providing the SIS Department with information pertaining to inmates.
- SIS Department conducted training on how to operate a video camera.

Carlos Duff:
- Nothing to report.

Brenda Aponte:
- Ms. Aponte stated that she is located on the 2nd floor in the East building.

Jacob Hoeing:
- This year Ramadan will begin November 17, 2001 or November 18, 2001.

Sally Hardman:
- MDC Brooklyn has an honor graduate returning from Glynco.
- There will be Firearm training for staff on October 31, 2001.
- Ms. Hardman will be Duty Officer next week at MCC.

Herbert Ingram:
- Thanked Correctional Services for assisting the Safety Department.

Dianna Guerrero:
- Dr. Guerrero stated that there are no inmates on suicide watch.
- Dr. Hope will be acting on behalf of Dr. Guerrero the rest of the day.

Ann Scarpone:
- Ms. Scarpone stated that the Human Resource Department will be under going review next week.

Clemmet Shacks:
- Mr. Shacks stated that the CFC Program is a program for those less fortunate. Lets help them out.

Ms. Easterling:
- Nothing to report.

Todd Bailey:
- Mr. Bailey thanked the Captain for his services.
- The Legal Department provided several departments with documents which need to be returned by November 8, 2001.

Mr. Tatum:
- Mr. Tatum stated that Correctional Program's retreat is November 15, 2001 at Dayton Manor.
- He thanked Dr. Hope for her assistance with the inmates on his units.

Mr. Williams:
- Nothing to report.

James Betler:
- Deputy Captain Betler stated that the detail pouches need to be returned to Control Center.
- Deputy Captain Betler congratulated Thomas Cush on his promotion to Lieutenant.

Linda Thomas:
- Ms. Thomas stated that the Union Executive Board members have been touring the institution with Mr. Cotton and Mr. Pridgen.
- Ms. Thomas also stated that Officer Tucker was selected as Unit Secretary for Ms. Easterling.
- Ms. Thomas thanked all the departments for their hard work.

Salvatore LoPresti:
- Captain LoPresti stated that after 6 weeks, Special Housing has been running well.
- The new Regional Director will visit the institution soon.

James Sherman:
- Mr. Sherman congratulated Thomas Cush on his promotion to Lieutenant.
- Correctional Services Program Review will take place the week of January 28, 2002.
- Staff need to make rounds.

Azzmeiah Ward:
- Nothing to report.

Dennis Hasty:
- Warden Hasty stated that there have been some promotions. We have four new Lieutenants. Lieutenant Pray is leaving to MCC. Lt. Pray has been an asset to our institution. Dr. Lee is leaving to Coleman.
- Warden Hasty stated that he attended a conference last week.
- There will be a recall on November 2, 2001, which will be held in the West visiting room at 8:00 am.
- The 12 hour shift will hopefully end within the next three to four weeks.

The meeting adjourned at 2:50pm.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

December 12, 2001

**MEMORANDUM TO** DENNIS W. HASTY, WARDEN

**FROM:** Christine Rock, Captain's Secretary

**SUBJECT** Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on November 27, 2001, at 1:10 p.m. in the Warden's Conference Room. The following staff were present:

**Present:**
**Dennis W. Hasty, Warden**
**Azzmeiah V. Ward, Executive Assistant**
**Linda Thomas, Associate Warden, Programs**
**James Sherman, Associate Warden, Custody**
**Luis German, Associate Warden, Operations**
**Ron Booher, Associate Warden, Health/Food Services**
**Joseph Cuciti, Acting Captain**
**Johanny Handel, Acting HRM**
**Carlos Duff, Unit Manager I**
**Clemmet Shacks, Unit Manager J/K**
**Sung Lee, Clinical Director**
**Adolfo Maldonado, Facilities Manager**
**Todd Bailey, Staff Attorney**
**Maurice Mays, Acting EDM**
**Natalie Ledbetter, Trust Fund Supervisor**
**Raoul Watson, Computer Services Manager**
**Tanya Matthewson, Acting Inmate Systems Manager**
**Angel Motta, Supervisor of Education**
**Wanda Velez, Acting CMC**

GOVERNMENT EXHIBIT 27

Kim Easterling, Unit Manager B/C
Martha Licon, Unit Manager G
Perry Hess, Acting Chief Psychologist
Dawn Brideson, Acting Unit Manager E
Danny Garcia, Volunteer Coordinator
Earl Knight, Supervisor of Recreation
Herbert Ingrim, Acting Safety Manager
Jacob Hoenig, Chaplain
Louise Gudonis, Acting Food Service Administrator
David Williams, Designation Coordinator
Clemmie Cooper, DHO
Melvin Vaughn, Special Investigative Agent
Vincent Wash, Lieutenant
Stuart Pray, Lieutenant
William Beck, Lieutenant
Frank Maldanado, Lieutenant
Kelly Snyder, Lieutenant
John Lane, Lieutenant
Howard Gussak, Lieutenant
Thomas Cush, Lieutenant
Christopher Hurley, Security Officer
Christine Rock, Captain's Secretary/Recorder

The following Lieutenants were unable to attend:

Sal LoPresti, Captain (Sick Leave)
James Betler, Deputy Captain (ACA Review Audit)
David Tessel, Lieutenant (Day Off)
Anthony Joseph, Lieutenant (Training)
Steven Barrere, Lieutenant (Annual Leave)
Lyndsay Bledsoe, Lieutenant (Day Off)
Lamine N'Daiye, SIA (Conducting Interviews)
Anthony Kimbrough, EPO (Annual Leave)
Richard Desmond, Intelligence Officer (Field Work)

The following Lieutenants were unable to attend due to mandatory 12 hour shift schedules.

Daniel Ortiz, Lieutenant
Douglas White, Lieutenant
William Moran, Lieutenant
Randy Denjen, Lieutenant
Muriel Wilkins, Lieutenant
Ralph Gorbea, Lieutenant
Elizabeth Torres, Lieutenant
Marcial Mundo, Lieutenant

BOP 39594

**Vincent Wash:**

- Lieutenant Wash welcomed all attending staff to November's 2001 combined Department Head / Lieutenants Meeting.

- He stated that the inmate base count as of this morning was 2361. There is a total of 119 inmates in the Special Housing Unit. Correctional Services has a staff compliment of 275.

**Kim Easterling (Duty Officer):**

- Ms. Easterling reported that everything was satisfactory during her tour as Duty Officer.

- She suggested that the corridor doors in the East building remain locked between units to avoid inmates from adjoining units to intermingle with one another, thereby avoiding fights and other problems.

**Herbert Ingrim**

- Mr. Ingrim stated that a team of staff members has been assigned to conduct ACA inspections throughout the institution beginning Monday, December 3, 2001. The pre-inspection team will conduct inspections throughout the institution on a monthly basis. Central Office will be sending staff to MDC Brooklyn the week of December 17, 2001, to conduct a pre-audit inspection. This inspection is a lot like Program Review. Staff are asked to cooperate with the Inspectors and to please provide them information in a timely manner when asked. An outline of the standards will be prepared and the handout will be given to each department head on Friday of this week.

**Tanya Matthewson:**

- Ms. Matthewson reported that on Wednesday, November 28, 2001, 33 inmates are scheduled to arrive on the Otisville bus, and 27 inmates are scheduled to arrive on the bus from Lewisburg.

**Clemmet Shacks:**

- Mr. Shacks reported that MDC Brooklyn has raised a total of $20,000, thus far for the Combined Federal Campaign.

**Louise Gudonis**

- Ms. Gudonis stated that unit officers are allowing inmates who are fasting for Ramadan to save lunch meals. Some of these inmates are storing food in their living areas. The inmates can get sick from eating meals that are not properly stored. Food Service provides meals to these individuals after sunset. Staff are asked to help ensure that lunch meals are not being saved.

**David Williams:**

- Nothing to report.



BOP 39595

**Johanny Handel:**

- Mrs. Handel stated that Ann Scarpone, Human Resources Manager, is on Annual Leave until Wednesday.

- Open season for health benefits will run from November 12, 2001 through December 10, 2001. Anyone interested in enrolling or changing their health benefits will need to use Employee Express. A PIN number is required for all transactions.

- TSP open season is underway. It will continue through January 1, 2002. Employees' have the opportunity to increase their contribution amount. Anyone interested in doing so, can do so through Employee Express.

**Natalie Ledbetter:**

- Nothing to report.

**Adolfo Maldonado:**

- Nothing to report.

**Todd Bailey:**

- Mr. Bailey stated that someone has applied for the Attorney's position. He will tour the institution with the applicant.

**Ulysis Vargas:**

- Mr. Vargas reported that there was a flood in the Health Services Department over the weekend. His department is working hard to get back on track.

- There has been an increase in complaints of gastrointestinal problems from the inmates. It is believed that it is due to the inmates storing food that needs refrigeration inside of their cells.

- Mr. Vargas thanked the Unit Team staff for sending the Health Services Department e-mail information with the names of inmates who are experiencing medical problems. This enables health services to keep a track of these individuals.

**Parry Hess:**

- Mr. Hess stated that we have one inmate on suicide watch.

**Jacob Hoenig:**

- Mr. Hoenig reported that everything is running smoothly with Ramadan. It would cut down on confusion if staff would read the correspondence (e-mail) sent to them regarding Ramadan.

**Danny Garcia:**

- Mr. Garcia thanked Warden Hasty for allowing the Hostage Negotiation Team to attend training at Rikers Island.

**Earl Knight:**
- Nothing to report.

**Clemmie Cooper:**
- Mr. Cooper stated that there are 19 cased pending DHO.

**Dawn Brideson:**
- Ms. Brideson stated that she is acting on behalf of Raymond Kaufman, Acting Unit Manager.

**Martha Licon:**
- Ms. Licon announced that she will be out of the institution Thursday, November 29, and Friday, November 30, 2001.

**Wanda Velez:**
- Mrs. Velez stated that inmate pay is due Thursday, November 29, 2001.

**Carlos Duff:**
- Mr. Duff asked that the mops, buckets and other cleaning supplies borrowed from his department, be returned.

**Christopher Hurley:**
- Nothing to report.

**Maurice Mays:**
- Mr. Mays requested that Institution Familiarization(I.F.) Instructors notify EDM when they are not able to teach the I.F. class.

- NCIC training is scheduled for Wednesday and Thursday of this week. IDC training will be held the following Tuesday.

**Angel Motto:**
- Nothing to report.

**Raoul Watson:**
- Nothing to report.

**Sung Lee:**
- Dr. Lee reported that there are two inmates at Lutheran Hospital.

**Melvin Vaughn:**
- Mr. Vaughn reiterated that there have always been procedures regarding food storage. Inmates are not allowed to store food other than food from commissary in their living areas.

- He reminded staff that we should be security conscience both on and off of the job. Recently, a staff member had his uniform stolen from his car. Uniforms and other job related materials should not be left unattended inside of your vehicles.

- Mr. Vaughn conducted training on telephone monitoring procedures.

**Stuart Pray:**

- Lieutenant Pray expressed his appreciation toward staff with their assistance in moving inmates to and from interviews with INS Agents.

- Correctional Services is 60 days away from Program Review.

- Staff were reminded to sign the Posted Picture File and hand in their Daily Security and Fire Inspection Report at the end of shift.

**John Lane:**

- Nothing to report.

**Kelly Snyder:**

- Lieutenant Snyder asked unit team staff to please forward a memorandum regarding the unit officer's job performance. This information would assist the lieutenants in giving officers a fair evaluation.

- Annual Refresher Training will begin soon. Correctional Services will need assistance from all departments during this time.

- Lieutenant Snyder announced that next month she will be on leave for a couple of weeks. Lieutenant Wash will assume the duties of Administrative Lieutenant.

**William Beck:**

- Lieutenant Beck reported that Duty Officers are missing areas in the institution when conducting rounds. It is suggested that a check off sheet be placed in the Duty Officer's packet.

**Thomas Cush:**

- Lieutenant Cush thanked everyone for helping him with his transition to Lieutenant.

- The tool room is receiving lots of requests for name tags. The requests will be honored as soon as the equipment used to make the tags is replaced.

**Frank Maldonado:**

- Lieutenant Maldonado stated that all staff must review the Contingency Plans.

**Esker Tatum:**

- Mr. Tatum stated that Introduction to Supervision Training is scheduled for tomorrow at 9:00 a.m.

**Howard Gussak:**

- Lieutenant Gussak stated that Program Review of Correctional Services will take place in January. It is pertinent that all staff stop by Human Resources and have their photograph taken. The photographs will be used for the ICIS system. Correctional Services will also receive copies of staff's photo's. The photo's will be placed in the East and West Control Centers as required by policy.

- As of November 15, 2001, a new sheet to sign out Contingency Plans for fiscal Year 2002, has been established. The Contingency Plans have been updated and staff are encouraged to review them.

**Vincent Wash:**

- Lieutenant Wash stated that a Lockdown Accountability Census was conducted this morning. Fifty-five details called in their Census but not all of them routed the paperwork to the Lieutenants' Office. We are required to keep the documentation on file. This is an area that will be reviewed during Program Review.

**Joseph Cuciti:**

- Acting Captain Cuciti stated that Warden Hasty spoke strongly of inmate accountability. It is unacceptable to not know where your inmates are as well as staff not routing documentation to the Lieutenants Office. Correctional Services needs everyone's assistance in ensuring that accountability of inmates is being maintained.

- He informed staff that our institution has approximately 2,400 inmates and a tremendous amount of new staff. Seasoned staff needs to ensure that rounds are being conducted and inmates are being paid attention to, especially this time of year when suicide rates are high.

- Program Review of Correctional Services will begin the week of January 28, 2002. Unit managers are asked to let Correctional Services know if they have any suggestions or changes to post orders.

- The sanitation level of the institution reflects on our ability to supervise inmates. We need to take the time to have inmates

clean the institution. Having a low sanitation level will hurt us on the ACA audit.

- In conclusion, Acting Captain Cuciti stated that the World Trade Center (WTC) inmates have now become BOP inmates. They know how to manipulate staff. They are asking staff to check on things that are already being looked into. It is suggested that staff ask the SHU lieutenant if anyone has addressed the inmate's concerns before making an attempt to assist the inmate.

**Azzmeiah Ward:**

- Mrs. Ward reminded the lieutenants that the Duty Officer must be notified when a visitor is denied entry into the institution for improper dress. During the closed portion of this meeting, the matter will be discussed in more detail.

- Various staff of all grade levels will be assigned specific areas in the institution to inspect for ACA. Each of the auditors should be given the same respect. It is best if we are critiqued by our staff so that we will be prepared for the actual audit. A summary of Mrs. Ward notes on the audit will be sent to all Department Heads.

- She further stated that the auditors will conduct a pre-audit visit in December 2001. Two of the auditors have extensive backgrounds in safety and health services. We will probably need to gather more than 450 documents for the ACA audit. Cabinets will be set up in the Warden's area with the information needed for administrative work.

- Mrs. Ward reported that there is concern with the way supplies are being issued. During a meeting with Mr. Butler, Mrs. Ward was assured that we will receive ample supplies to perform our duties. Mrs. Ward or Mr. Butler should be informed if supplies are not being received.

**Ron Booher:**

- Mr. Booher stated that the institution does not look good when it comes down to sanitation. We need to come up to standard with it. We also need to work on getting trash out of the institution. The trash must be taken out every day. If anyone thought that Program Review was tough, the ACA audit is much tougher.

**Luis German:**

- Mr. German commended the Employees Club for the outstanding job they did in preparing for the Christmas Party. The tickets to the Christmas Party were sold out. The employee's club even sold extra tickets.

- Mr. German reiterated what was said concerning sanitation of the institution and inmate accountability. We need to get the job done and not just talk about it.

**Linda Thomas:**

- Ms. Thomas commended staff for being responsive to the needs of inmates in SHU. An inmate had medical issues and had to be taken to an outside hospital. The situation was handled well.

- The new Unit Manager for Unit 5, Mr. David Schiavone, will visit the institution this Thursday and Friday. He will be on our payroll December 16, 2001.

- Recently we addressed the issue where staff requested radios be assigned to their department. A review of the requests revealed that there are adequate radios for staff. A memorandum concerning the distribution of radios will be disseminated after being reviewed by E-board Union Members.

**James Sherman:**

- Mr. Sherman requested to briefly meet with the lieutenants immediately following the meeting.

- [redacted] Deputy Captain Betler is at another facility conducting an ACA Audit. Hopefully, the Deputy Captain will bring back pointers that will assist us with our audit.

- He asked staff to answer copouts in a timely manner.

- Mr. Sherman stated that he and Captain LoPresti have concerns with the Institution Lockdown Census. This is a vital function in Correctional Services. We will have the Lockdown Census more frequently. Lieutenants will be sent to various areas within the institution to ensure that staff know what it is they are to do.

- Staff in the East and West buildings must turn their chit over when entering and leaving the institution. This is a safety issue. Someone may be assigned to observe staff to ensure that procedures are being followed.

**Warden Hasty:**

- Warden Hasty stated that sanitation issues have been mentioned quite a bit during this meeting. The Safety Department has been asked to purchase more supplies. Staff are asked not to hoard supplies. The supplies must not be stored in mechanical rooms. As mentioned before, the ACA audit is tougher than Program Review.

- The Warden asked staff not to forget that inmates are not with their families and they may be a little down because of this during the holiday season. Suicide rates go up this time of year and we should look for signs of depression in the inmates.

- Warden Hasty congratulated the following individuals on their promotions:

  * Mickey Velasquez, Assistant Security Officer, MDC Brooklyn.
  * Nestor Mecardo, Safety Manager, FCI Fairton
  * Audrey Taylor, Assistant HRM, MDC Brooklyn
  * Angela Thomas, 2nd Assistant HRM, MDC Brooklyn
  * Joe Eberhart, Lieutenant, MDC Brooklyn
  * Curtis Cole, Lieutenant, MDC Brooklyn
  * Jorge Maldonado, Lieutenant, MDC Brooklyn

- Ms. Licon and Mr. Shacks are still interested in taking donations for the CFC Campaign. All staff are encouraged to support those less fortunate.

- A GroupWise message was sent out concerning the Holiday Committee headed by Earl Knight.

- A memorandum was disseminated on November 16, 2001, concerning sanitation and commissary limitation. If a unit is found to be dirty, the inmate's commissary will be reduced.

- Annual Refresher Training will be nine weeks long this upcoming year.

- In conclusion, Warden Hasty requested that staff get in the state of readiness for the ACA audit and to keep it in the forefront.

- With nothing further to discuss the meeting adjourned at 2:15pm.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

April 4, 2002

MEMORANDUM TO: James G. Warner, Correctional Services Administrator, Northeast Region

FROM: J. Bettler, Deputy Captain

SUBJECT: Lieutenant/Department Head Meeting for December 2001

Due to mandatory twelve hour shifts created by the attack on the World Trade Center, there was no Lieutenant/Department Head Meeting for the month of December.

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 28

BOP 39644

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

January 25, 2002

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: C. Rock
Christine Rock, Captain's Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on January 22, 2002, at 1:10 p.m. in the Warden's Conference Room. The following staff were present:

Present:
Luis German, Acting Warden
Azzmeiah V. Ward, Executive Assistant
Linda Thomas, Associate Warden, Programs
James Sherman, Associate Warden, Custody
Ron Booher, Associate Warden, Health/Food Services
Sal LoPresti, Captain
James Betler, Deputy Captain
Audrey Taylor, Acting HRM
Carlos Duff, Unit Manager I
William Facey, Acting Unit Manager J/K
Adolfo Maldonado, Facilities Manager
Todd Bailey, Staff Attorney
Maurice Mays, Acting EDM
Yemisi Oladunmoye, Acting Trust Fund Supervisor
Raoul Watson, Computer Services Manager
Terry Gosnell, Inmate Systems Manager
Earl Knight, Acting Supervisor of Education
Cynthia Godbold, CMC
Kim Easterling, Unit Manager B/C

GOVERNMENT EXHIBIT 29



BOP 39623

Martha Licon, Unit Manager G
Dianna Guerrero, Chief Psychologist
David Schiavone, Unit Manager D
Esker Tatum, Unit Manager H
Ulysis Vargas, Health Services Administrator
William Pridgen III, Union President
Danny Garcia, Volunteer Coordinator
Earl Knight, Supervisor of Recreation
Andrew Butler, Safety Manager
Jacob Hoenig, Chaplain
Jeff Tacconi, Food Service Administrator
David Williams, Designation Coordinator
Clemmie Cooper, DHO
Melvin Vaughn, Special Investigative Agent
Joe Eberhart, Lieutenant
Joseph Cuciti, Lieutenant
Frank Maldonado, Lieutenant
Kelly Snyder, Lieutenant
David Tessel, Lieutenant
Lyndsay Bledsoe, Lieutenant
Thomas Cush, Lieutenant
Daniel Ortiz, Lieutenant
Marcial Mundo, Lieutenant
Jorge Maldonado, Lieutenant
Lamine N'Daiye, SIA
Anthony Kimbrough, EPO
Richard Desmond, Intelligence Officer
Christopher Hurley, Security Officer
Christine Rock, Captain's Secretary/Recorder

The following Lieutenants were unable to attend:

Anthony Joseph, Lieutenant (Training)
Steven Barrere, Lieutenant (Annual Leave)
Douglas White, Lieutenant
William Moran, Lieutenant
Randy Denjen, Lieutenant
Muriel Wilkins, Lieutenant
Ralph Gorbea, Lieutenant
Elizabeth Torres, Lieutenant
Vincent Wash, Lieutenant
William Beck, Lieutenant
John Lane, Lieutenant
Howard Gussak, Lieutenant

**Luis German:**

- Acting Warden German Welcomed David Eberhart, Lieutenant and Audrey Taylor, Acting HRM to MDC Brooklyn.

**Jorge Maldonado:**

- Lieutenant Maldonado welcomed all attending staff to January's 2002 combined Department Head / Lieutenants Meeting.

- He stated that there are currently two inmates on suicide watch. There is a total of 21 inmates in the East Special Housing Unit, 64 inmates in the West Special Housing Unit and 64 inmates in the WTC Unit of West Special Housing.

**Lamine N'Daiye:**

- Mr. N'Daiye conducted training on the Posted Picture File. In order to identify inmates who are in the Posted Picture File, a red dot has been placed on the inmate's picture card in the unit.

- He stated that the unit team staff and Correctional Services staff must review the Posted Picture File monthly and everyone must review it quarterly.

**William Facey:**

[redacted]

**Cynthia Godbold:**

- Nothing to report.

**Diana Guerrero:**

- Dr. Guerrero reported that there are two inmates on suicide watch.

- Next week, Psychology Services will be undergoing a Program Review of their department.

**Jacob Hoenig:**

- Nothing to report.

**Jeff Tacconi:**

- Mr. Tacconi discussed the Retherm Project. New retherm ovens have been placed on the units. The ovens are being programmed and training on the use of the ovens will be conducted next week. Inmates are not to cook personal food in these ovens. The unit officers have been instructed to keep the kitchens locked at night.

**Marti Licon:**

- Ms. Licon wished Psychology Services the best of luck on their Program Review.

**Carlos Duff:**

- Mr. Duff welcomed Ms. Taylor and Lieutenant Eberhart to MDC Brooklyn.

**David Williams:**

- Mr. Williams thanked Correctional Services for ensuring that medical trips are leaving at their scheduled time.

- The last week of January 2002 through the beginning of February 2002, only inmates who have been scheduled for surgery will go out on hospital trips, due to Program Review of Correctional Services and Annual Refresher Training being held during this time.

**Todd Bailey:**

- Mr. Bailey stated that one of the WTC inmates had asked the court to order MDC Brooklyn to move him from SHU to population. The same Judge who moved inmate [redacted] from SHU to population is the Judge who is set to hear the inmate's request. The U.S. Attorney's Office is not supporting our position. We are awaiting a decision next week.

**Adolfo Maldonado:**

- Mr. Maldonado stated that the Facility Department has taken over the operation of making signs and name tags. He asked that staff not give inmates notes requesting signs or name tags. All requests must be sent via the TMS system.

**Ulysis Vargas:**

- Mr. Vargas welcomed Lieutenant Eberhart and Ms. Taylor to MDC Brooklyn.

- He stated that next week Psychology and Correctional Services will be having a Program Review of their departments. The Health Services Department will gladly assist in any way they can.

- He further stated that Health Services will attempt to receive their Joint Commission on Accreditation of Health Care Organizations in June or July 2002.

**Kim Easterling:**

- Nothing to report.

**Esker Tatum:**

- Mr. Tatum stated that A&O is scheduled for Friday, January 25, 2002.

**Terry Gosnell:**
- Mr. Gosnell reported that 35 inmates are scheduled to arrive from Ft. Dix on Friday, January 25, 2002. On Thursday, January 25, 2002, a total of eight inmates are scheduled to arrive on the Lewisburg bus and 33 inmates are scheduled to depart on the bus.

**Raoul Watson:**
- Mr. Watson directed staff to contact him or anyone in his department if they are in need of assistance with computer related problems.

**Audrey Taylor:**
- Ms. Taylor stated that she is acting on behalf of Ann Scarpone, HRM until her return on February 5, 2002.

**David Schiavone:**
- Nothing to report.

**Maurice Mays:**
- Mr. Mays announced that Annual Refresher Training (ART) is scheduled for February 19 - March 15, 2002. All Department Heads are asked to submit the ART schedule for their staff.

- He stated that there are six openings for CPR Instructors.

- He further stated that Retirement Training will be held Wednesday, January 24, 2002, for all staff who signed up for it.

**Earl Knight:**
- Mr. Knight stated that he is acting on behalf of Angel Motta, Supervisor of Education.

- The Education Department is preparing for Program Review. Program Review of their department is scheduled for the week of February 25, 2002.

**Danny Garcia:**
- Nothing to report.

**Melvin Vaughn:**
- Mr. Vaughn thanked staff standing mainline on the units for the abundance of information given to the SIS department regarding inmate activity, gang involvement, etc.

- Staff were also reminded not to leave their uniforms unattended inside their vehicles.

**Andrew Butler:**
- Nothing to report.

**Clemmie Cooper:**
- Mr. Cooper stated that there are three cases pending DHO. The lieutenants have cleared up a lot of delinquent DHO reports.

**Yemisi Oladunmoye:**
- Mr. Oladunmoye reported that a wall to wall inventory of government property in the institution will be conducted soon. All departments should contact Mr. Oladunmoye or Mr. Gonzalez for a listing of their departments' property.

**Thomas Cush:**
- Lieutenant Cush Welcomed Lieutenant Eberhart and Ms. Taylor to MDC Brooklyn.

- He stated that his area of responsibility is tool control. Extension cords were taken off the units to have chits placed on them and repairs were made to damaged cords. Each unit has three extension cords. Once two extension cords are put together, they are considered a class "A" tool. Supervision of these cords is to be kept at all times. Fifteen foot extension cords can be chitted out from the East tool room. These extension cords also require supervision at all times.

- An inventory of all food service utensils has been placed in all of the units. All items must be accounted for.

**Acting Warden's Comment:**
- Mr. German instructed staff to ensure that extension cords that are taped together are seperated.

**Daniel Ortiz:**
- Lieutenant Ortiz stated that he is the SHU Lieutenant. The West Special Housing unit is undergoing renovations. The windows are being frosted, inmate property shelves are being placed underneath the inmate beds and East and West Special Housing Unit is being painted.

**Frank Maldonado:**
- Lieutenant Maldonado stated that he is the Quarters Lieutenant. He asked each department to ensure that a Daily Security Inspection Sheet is handed in at the end of their tour of duty.

**Acting Warden's Comment:**
- Mr. German stated that it is extremely important that Daily Security Inspection sheets are handed in. A memorandum was disseminated by Warden Hasty concerning delinquent Security Inspection reports. Department heads will be called in from home if necessary to complete delinquent reports.

**Joe Eberhart:**
- Lieutenant Eberhart stated that he is happy to be a part MDC Brooklyn.

**David Tessel:**
- Lieutenant Tessel stated that staff must sign the Escort Instructions and the inventory sheet within the escort bag located in the Control Center.

**Marcial Mundo:**
- Lieutenant Mundo reported that he is the Admax Lieutenant. The inmates in Admax are becoming agitated. They ask questions that SHU staff do not have answers to. The Officers are handling the inquiries well but it will make their job easier if staff from other departments make more rounds in SHU.

- Program Review of Correctional Services is next week. We need to keep abreast of security procedures.

**Lyndsay Bledsoe:**
- Lieutenant Bledsoe reminded staff to have their keys attached to their key chains.

- Staff was instructed to place chits on the board for extension cords.

**Kelly Snyder:**
- Lieutenant Snyder reported that the probationary roster changes on Monday. Seasoned staff are asked to assist new staff.

**Christopher Hurley:**
- Mr. Hurley stated that the monthly padlock reports are due to the Captain on Monday, January 25, 2002.

**Richard Desmond:**
- During the meeting, Mr. Desmond passed around photographs of two rival street gangs assigned to MDC Brooklyn. He requested that staff notify the intelligence office of all inmates they feel have gang affiliation.

**Anthony Kimbrough:**
- Mr. Kimbrough thanked staff for signing the Contingency Plans for Fiscal Year 2001 and for having their photographs taken for the ICIS system.

- Staff must turn over their number on the chit board whenever they enter or exit the institution. The chit board will be monitored next week during Program Review.

BOP 39629

- Any change in staff address and/ or telephone numbers must be reported to Mr. Kimbrough.
- Staff were asked to sign the Contingency Plans. There are only three working days left before Program Review of Correctional Services is conducted.

**William Pridgen:**

- Mr. Pridgen announced that he is now the President of Union Local 2005. Ms. Wanda Velez is the Vice President. The former Union President, Mr. Raymond Cotton, is still affiliated with the union but only as an advisor. An e-mail regarding the Union's reorganization was sent to all staff.

**James Betler:**

- Deputy Captain Betler stated that Mr. Bonita from the INS agency was contacted in reference to INS Hearings being held during the week of January 24, 2002. There will be no INS Hearings conducted this week due to Program Review of Correctional Services.

- Program Review of Correctional Services is one of the largest departmental reviews in the institution. Everyone's assistance is needed to ensure that Program Review runs smoothly.

- He further stated that the rear gate must stay clear at all times of boxes, trash and other obstructions.

- Staff must turn over their chit on the staff chit board whenever they enter or exit the institution in the East and West buildings. Please advise staff seen not turning over chits to do so.

- It is mandatory that all staff carry their identification while inside the institution. We should challenge anyone we are not familiar with and ask to see identification.

- Tool control is everyone's responsibility. Staff must put a chit on the board when using extension cords. Inmates utilizing more than one extension cords must be supervised.

- An inmate having had his gate pass pulled must be placed in "Unassigned" status. Any changes to gate passes must be made through the Captain's Office.

- Staff must keep abreast of inmate accountability. Detail supervisors and unit officers must know where their inmates are at all times.

**Acting Warden's Comment:**

- Mr. German added that detail supervisors must ensure their inmates are picked up. The detail pouch is to be checked for accuracy.

**Linda Thomas:**

- Associate Warden Thomas added that staff must also be careful with inmate movement. On occasions, up to three inmates have been assigned to the same bunk. Everyone needs to be aware that this is problematic to accountability of inmates.

**David Tessel:**

- Lieutenant Tessel stated that Detail Crew Kits are not being returned to the Control Center at the end of shift. This too, is an accountability issue.

**Sal LoPresti:**

- Captain LoPresti commented that Detail Supervisors must have an inmate's detail cards when out counting an inmate. Staffs support with this issue is appreciated.

**Azzmeiah Ward:**

- Mrs. Ward asked staff to focus on ACA after Program Review of Correctional Services and Psychology. There will be an ACA Audit in the near future. An E-mail was disseminated to Department Heads outlining potential questions that will be asked during the ACA Audit. Please ensure the unit officers know the answers.

- She stated that notes taken during the walk through with an ACA Auditor was disseminated to the Department Heads. An official report was sent to Warden Hasty from Washington, D.C.

- Mrs. Ward stated that she will be here the next five weeks. Mr. Andrew Butler will take over as the ACA Chairperson while she is on maternity leave. Staff are asked to give Mr. Butler the same respect given her.

- She further stated that the Staff Information Line is updated every week. Staff are encouraged to call the Information Line at extension 5850.

**James Sherman:**

- Mr. Sherman extended his appreciation to all staff for assistance given to Correctional Services in preparing for the upcoming Program Review of their department.

- Mr. Sherman congratulated Joe Eberhart, Lieutenant and Audrey Taylor, Assistant HRM on being selected to their current position.

Ron Booher:

- Mr. Booher reported that stretchers that were stationed in various areas in the institution have been moved. One stretcher has been placed in the break room on the second floor of the West building. Stretchers have also been placed in the stairwell on floors 6 - 8 of the West building.

- Sanitation in the institution needs to be improved. Staff must ensure that inmates clean the thresholds underneath doorways. Stairwells are also in need of cleaning. Staff are asked to check these areas.

- New equipment will soon be used to make signs and name tags. The operation has been moved over to Dayton Manor. Hopefully, staff will begin to receive the signs and name tags they requested.

Linda Thomas:

- Ms. Thomas stated that WTC inmates are asking questions as to why they are still being housed in the Special Housing Unit. The inmates may have deportation issues.

- She further stated that the only social visit's WTC inmates are allowed are visits from immediate family members. Staff are asked not to add individuals to the list who have not been cleared.

- She announced that Lieutenant Eberhart's wife has been assigned as Unit Secretary.

- Ms. Thomas wished Psychology and Correctional Services good luck on their Program Review next week.

Luis German:

- Acting Warden German stated that Sal Paparone and James Lombardo will be supervising the inmates assigned to make name tags and signs.

- He announced that we have four buffers in the warehouse. If anyone is in need of a buffer, they can contact Mr. Harris in the Warehouse.

- He stated that Department Heads need to stand mainline.

- In conclusion, staff were asked to support the Psychology Department and Correctional Services during Program Review of their departments.

- With nothing further to discuss the meeting adjourned at 2:10pm.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

February 19, 2002

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: C. Rock
Christine Rock, Captain's Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on February 19, 2002, at 1:05 p.m. in the Warden's Conference Room. The following staff were present:

Present:
Luis German, Acting Warden
Diana Guerrero, Acting Executive Assistant
Esker Tatum, Acting Associate Warden, Programs
James Sherman, Associate Warden, Custody
Sal LoPresti, Captain
Ann Scarpone, Human Resource Manager
Peter Levasseur, Chaplain
Carlos Duff, Unit Manager I
Clemmet Shacks, Unit Manager J/K
Francisco Lopez, Acting Facilities Manager
Parry Hess, Acting Chief Psychologist
Francis Francin, Medical Officer
Natalie Ledbetter, Trust Fund Supervisor
Raoul Watson, Computer Services Manager
Tanya Matthewson, Acting Inmate Systems Manager
Kim Easterling, Unit Manager B/C
Martha Licon, Unit Manager G
David Schiavone, Unit Manager D
Janet Seegers, Acting Health Services Administrator

GOVERNMENT EXHIBIT 30
PENGAD-Bayonne, N. J.

Andrew Butler, Safety Manager
Jeff Tacconi, Food Service Administrator
Troylinda Hill, Acting EDM
Clemmie Cooper, DHO
Lamine N'Diaye, Special Investigative Agent
John Lane, Lieutenant
Kelly Snyder, Lieutenant
Curtis Cole, Lieutenant
Christine Rock, Captain's Secretary/Recorder

The following Lieutenants were unable to attend:

Joe Eberhart, Lieutenant
Joseph Cuciti, Lieutenant
Frank Maldonado, Lieutenant
David Tessel, Lieutenant
Lyndsay Bledsoe, Lieutenant
Thomas Cush, Lieutenant
Daniel Ortiz, Lieutenant
Marcial Mundo, Lieutenant
Jorge Maldonado, Lieutenant
Anthony Joseph, Lieutenant (Training)
Steven Barrere, Lieutenant
Douglas White, Lieutenant
William Moran, Lieutenant
Muriel Wilkins, Lieutenant
Ralph Gorbea, Lieutenant
Elizabeth Torres, Lieutenant
Vincent Wash, Lieutenant
William Beck, Lieutenant
Howard Gussak, Lieutenant
Melvin Vaughn, SIA
Anthony Kimbrough, EPO
Richard Desmond, Intelligence Officer
Christopher Hurley, Security Officer

<u>Luis German:</u>
- ♦ Acting Warden German Welcomed all attending staff to February's 2002 combined Department Head / Lieutenants Meeting.

<u>Troylinda Hill:</u>
- ♦ Ms. Hill announced that today is the first day of Annual Refresher Training. Supervisors are asked to allow staff who were selected as self defense and CPR instructors to teach their class for the duration of training.

<u>Ann Scarpone:</u>
- ♦ Mrs. Scarpone welcomed Audrey Taylor and Angela Thomas to the Human Resources department at MDC Brooklyn.
- ♦ She further stated the six new employees have been confirmed for the next Institution Familiarization Class.

<u>Carlos Duff:</u>
- ♦ Nothing to report.

<u>Martha Licon:</u>
- ♦ Nothing to report.

<u>Francisco Lopez:</u>
- ♦ Mr. Lopez stated that he is acting on behalf of Adolfo Maldonado, Facility Manager.

<u>Clemmie Cooper:</u>
- ♦ Mr. Cooper stated that there are seven cases pending DHO.

<u>Peter Levasseur:</u>
- ♦ Chaplain Levasseur stated that he is acting on behalf of James McDevitt, Chaplain who is TDY at FCI Allenwood for the next five weeks.

<u>Raoul Watson:</u>
- ♦ Mr. Watson informed everyone that there will be only one staff member working in the Computer Services department next week.
- ♦ Staff were asked not to move computer equipment without informing someone in Computer Services.

<u>Parry Hess:</u>
- ♦ Dr. Hess stated that he is acting on behalf of Diana Guerrero, Chief Psychologist.

<u>Andrew Butler:</u>
- ♦ Mr. Butler provided staff with ACA updates.
- ♦ He welcomed Mr. Esker Tatum as Co-Chairperson of ACA.

Francin Francis:

- Dr. Francis stated that we have two inmates at an outside hospital.

Clemmet Shacks:

- Nothing to report.

John Lane:

- Nothing to report.

Kelly Snyder:

- Lieutenant Snyder stated that she is currently working on Correctional Services work schedule for Annual Refresher Training.

Curtis Cole:

- Nothing to report.

Esker Tatum:

- Mr. Tatum stated that he is acting on behalf of Linda Thomas, Associate Warden, Programs.

- He reported that a Cadre inmate walked away from a detail at Dayton Manor. The inmate had four and a half years left to his sentence. He was nonviolent and had no history of escape. Staff who are responsible for gate pass inmates need to be vigilant and observant when supervising.

Sal LoPresti:

- Captain LoPresti thanked everyone for their support during Program Review of Correctional Services.

Diana Guerrero:

[redacted]

James Sherman:

- Mr. Sherman thanked everyone for assisting Correctional Services with covering various posts throughout the institution during Annual Refresher Training.

Luis German:

- Mr. German requested that accountability of inmates in the Education area be maintained at all times during Program Review of the Education Department. Staff must ensure that inmates scheduled to attend classes are there during this time.

- He stated that overtime is designed to provide services for the institution. Department heads identify the need for overtime and provide staff. A proportionate amount of overtime is being granted. We must make sure that all avenues have been exhausted before overtime is granted.

Lamine N'Diaye:

- Mr. N'Diaye conducted Intelligence Gathering Training.

- With nothing further to discuss the meeting adjourned at 1:30pm.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

March 19, 2002

MEMORANDUM TO: DENNIS W. HASTY, WARDEN

FROM: Ida Otero, Captain's Secretary

SUBJECT: Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on March 19, 2002, at 1:00p.m. in the Warden's Conference Room. The following staff were present:

Dennis W. Hasty, Warden
Diana Guerrero, Acting Executive Assistant
James Sherman, AW Correctional Services
Salvatore LoPresti, Captain
James Betler, Deputy Captain
Ron Booher, AW(Health/Food Service)
Frank Maldonado, Lieutenant
Thomas Cush, Lieutenant
Elizabeth Torres, Lieutenant
William Beck, Lieutenant
John Lane, Lieutenant
Howard Gussak, Lieutenant
Frank Maldonado, Lieutenant
Marcial Mundo, Lieutenant
Joseph Cuciti, Lieutenant
Kelly Snyder, Lieutenant
Perry Hess, Psychologist
Andrew Butler, Safety Manager
Daniel Garcia, Volunteer Coordinator

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 31

BOP 39638

Cynthia Audain, Acting Unit Manager
Carlos Duff, Unit Manager
Jeff Tacconi, Food Service administrator
Francis Francin, Clinical Director
Esker Tatum, Unit Manager
Martha Licon, Unit Manager
Robin Williams, Duty Office
Angel Motta, Education Supervisor
Jacob Hoenig, Chaplain
Terry Gosnell, ISM
Raoul Watson, Computer Services
Aldopho Maldonado, Facility Manager
Christopher Hurley, Lockshop
Anna Scarpone, Human Resource
Pat Smith, Case Manager
Natalie Ledbetter, Trust Fund Supervisor
Sixto Rios, Acting Health Services Administrator
Cynthia Godbold, CMC
Ida Otero, Recorder

Joseph Cuciti:

- Lt. Cuciti welcomed all attending staff to March's 2002 combined Department Head/Lieutenant's meeting.
- The inmate base count as of this morning was 2508.
- Unit K-84 inmates were moved to the 6th floor of the East building, the move was completed at 12:15pm and inmate Carlton was moved to Special Housing.

Parry Hess:

- Nothing to report.

Natalie Ledbetter:

- Nothing to report.

Jeff Tacconi:

- Mr. Tacconi stated that Food Service Department Program Review will be the first week of April.

Pat Smith:

- Nothing to report.

Clemmet Shack:

- Mr. Shacks stated that the institution received a Pace Setter Award from the CFC campaign. Mr. Shacks and Ms. Licon will be picking up the Goal Buster Award. Mr. Shacks thanked all staff who contributed to the campaign and his staff for their hard work.

Cynthia Godbold:
- Ms. Godbold stated that this is Women's History Month and there will be a recall on Friday March 20, 2002 at 2:00pm it will be held at the West Visiting Room.

Jacob Hoenig:
- Chaplain Hoenig will be out the rest of this week.

Daniel Garcia:
- Mr. Garcia stated that the Hostage Negation Team training will be held Friday March 20, 2002.

Andrew Butler:
- Mr. Butler thanked staff for their assistance with unit K-84 move.

Sixto Rios:
- Mr. Rios stated that Mr. Vargas will be out the rest of the week.

Francis Francin:
- Dr. Francin stated that there are two inmates at Lutheran Hospital.

Terry Gosnell:
- Mr. Gosnell stated that there is a bus trip scheduled for tomorrow leaving the institution with twenty-eight inmates, and MDC Brooklyn will be receiving a total of twenty-two new inmates.

Esker Tatum:
- Nothing to report.

Carlos Duff:
- Nothing to report.

Cynthia Audain:
- Ms. Audain stated that she was acting on behalf of unit manager Ms. Easterling.
- Employee's Club still has tickets for the circus for any staff interested. Employee's Club will be having a trip to Atlantic City.

Aldopho Maldonado:
- Nothing to report.

Raoul Watson:
- Nothing to report.

Christopher Hurley:
- Nothing to report.

William Beck:
- Lt. Beck stated that Correctional Services staff are not being relieved for lunch.

**Thomas Cush:**

- Lt. Cush thanked Unit Team for their assistance with the inmate movement to the East building.

**Elizabeth Torres:**

- Lt. Torres stated that staff are still not submitting their Daily Fire and Security Inspection reports on time.

**Kelly Snyder:**

- Lt. Snyder stated that Unit Teams need to start relieving officers for lunch.

**Frank Maldonado:**

- Lt. Maldonado stated he is the Security Lieutenant for the quarter.

**Marcial Mundo:**

- Lt. Mundo stated that he is the West Activities Lieutenant for the quarter.
- Staff need to be relieved for lunch.

**Howard Gussak:**

- Lt. Gussak stated that the DCT team will being practicing on Tuesday's and Thursday's.

**John Lane:**

- Lt. Lane stated that staff need to advise visitors that they can not stand in front of the institution or lean on vehicles.

**Joseph Cuciti:**

- Lt. Cuciti stated the Correctional Services is short staffed and the new staff are working two to three overtimes a week. Staff need to provide guidance and support to the staff members.

**James Betler:**

- Deputy Captain Betler stated that he was on leave last week.
- Deputy Captain Betler thanked staff for their assistance with Correctional Services Program Review.

**Sal LoPresti:**

- Captain LoPresti stated that a binder was created for Correctional Service supervisor's with their information and a picture of each person for the new Warden.

**Diana Guerrero:**

- Dr. Guerrero stated that she sent out a memo to department heads regarding the binder for the Warden. The binders are due on March 25, 2002.

**Ron Booher:**

- AW Booher stated that medical staff will being using unit K-84 as a screening room for new inmates entering the institution.

- Medical trips are limited to two trips per day unless an emergency. AW Booher asked lieutenants to keep him posted regarding trips.
- AW Booher stated that this is Warden Hasty's last meeting. He stated that Warden Hasty has been very supportive and its been great working with him.

Anna Scarpone:
- Nothing to report.

James Sherman:
- AW Sherman stated that Warden Hasty has been very supportive and it has been great working with him. AW Sherman thanked Warden Hasty for the support he has Correctional Services department.

Dennis Hasty:
- Warden Hasty stated that Friday March 20, 2002 there will be a recall.
- MDC Brooklyn has another honor graduate, Officer Gregory. Warden Hasty stated that a plaque was placed on the outside wall of Warden's Conference Room, and the purpose of the plaque is to identify all of the Honor Graduates.
- The new Warden will be here next week.
- The Community Relations Board meeting will be held next week.
- Next Wednesday will Warden Hasty's last day.
- Warden Hasty stated that the emergency response of all staff regarding body alarms has been outstanding. He also stated that he has been very pleased with staff team work regarding body alarms. He thanked Associate Warden's, Captain's and Lieutenants for the outstanding job they have done.
- Warden Hasty stated that he has enjoyed his assignment here at MDC Brooklyn and that it has been a real honor to serve as Warden. He thanked all staff for all their support.

Meeting ended at 2:00pm