IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-47C (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF SALVATORE LOPRESTI

I, Salvatore Lopresti, do declare as follows:

1. From March 2005 to the present, I have been a Correctional Services Specialist in the Northeast Regional Office, Philadelphia, PA. My work history in the Bureau of Prisons ("BOP") is summarized in Exhibit 1.

2. From April 1999 to February 2005, I was the Captain at the Metropolitan Detention Center ("MDC") Brooklyn, NY. MDC Brooklyn is a detention center that houses approximately 2800 inmates. As Captain, I supervised the Lieutenants. Effective May 21, 2000, Lieutenant ("Lt.") Lindsey Bledsoe was promoted to a GS-11 position at MDC Brooklyn.

3. At MDC Brooklyn, Lieutenants were assigned to and worked various shifts. Lieutenants generally were scheduled to work five days a week and had two days off. The shift assignments for correctional officers and Lieutenants were stated in the Quarterly Rosters. There also were daily changes in assignments and a Daily Assignment Roster indicated a Lt.'s daily assignment. The Quarterly Rosters and Daily Rosters did not tell Lieutenants

where they were required to be at the start of their shift or where they were required to be at the end of their shift. The rosters did not tell the Lieutenants that they had to be at a particular location, e.g., the Lieutenants' office, at a particular time. The rosters stated their shift times and assignments.

4. Since November 1, 1995, BOP policy has provided that if employees working in an institution pick-up and drop-off equipment at the Control Center, their shift-starting time is in the key line at the Control Center and their shift-ending time is dropping off their equipment at the Control Center. For example, if a Lieutenant picks up equipment at the Control Center, they are to be in the key line at the Control Center at the start of their shift. Further, if a Lieutenant drops off equipment at the Control Center, they are to be dropping off equipment at the Control Center at the end of their shift. This policy is set forth in the Operations Memorandum No. 214-95, and is incorporated in the BOP Human Resource Management Manual. Some Lieutenants, depending upon their assignments, did not pick up or drop off their keys and radio at the Control Center; instead, they obtained the keys and radio from the Lieutenant whom they relieved. For example, the incoming Morning Watch Operations Lieutenant obtained his keys and radio from the Evening Watch Operations Lieutenant, usually in the Lieutenants' office. The incoming Day Watch Operations Lieutenant obtained his keys and

radio from the Morning Watch Operations Lieutenant, usually in the Lieutenants' office. The Evening Watch Operations Lieutenant obtained his keys and radio from the Day Watch Operations Lieutenant, usually in the Lieutenants' office. The institution issued handcuffs to Lieutenants, and each Lieutenant carried their own handcuffs; Lieutenants did not obtain handcuffs from the Control Center or from other Lieutenants.

5. As Captain at MDC Brooklyn, I did not order Lieutenants orally or in writing to come in early before their scheduled shift and perform activities, including drawing equipment or receiving information. As Captain, I did not order Lieutenants orally or in writing to perform activities after their scheduled shift, including returning equipment to the Control Center or providing information.

6. The location of my office at MDC Brooklyn changed with the opening of the new West Building. Initially, my office was in the East Building; I usually was at the East Building Control Center at about 7:15 a.m.-7:20 a.m., and was at my office by 7:20 a.m.-7:25 a.m. Once my office moved to the West Building, I usually was at the Control Center in the West Building at about 7:20 a.m., and it was about a two-minute elevator ride from there to my office. I usually was at my office in the West Building before 7:25 a.m. As Captain, I had 24-hour keys, and I did not pick up keys or a radio at the Control Center.

7. At MDC Brooklyn, Lt. Bledsoe served as: (1) Security ("SEC") Lt.; (2) Operations Lt.; (3) Admax Lt.; (4) Special Investigative Supervisor ("SIS") Lt.; (5) Special Housing Unit ("SHU") Lt.; and (7) SR-1 or SR-2, which are relief posts for regular assignments.

8. According to his Assignment Card (Exhibit 114) and the Quarterly Rosters (Exhibit 115), Lt. Bledsoe had the following quarterly assignments during my tenure at MDC Brooklyn:

(1) 6/18/2000-9/16/2000, SR-1, variable shifts, Tuesdays and Fridays off;

(2) 9/17/2000-12/16/2000, SR-1, variable shifts, Tuesdays and Fridays off;

(3) 12/17/2000-3/17/2001, SEC Lt., Day Watch (7:45 a.m.-4:15 p.m.), Mondays and Tuesdays off;

(4) 3/18/2001-6/16/2001, SEC Lt., Day Watch (7:45 a.m.-4:15 p.m.), Mondays and Tuesdays off (based on his assignment card);

(5) 6/17/2001-9/15/2001, Operations Lt., Morning Watch (midnight-8:00 a.m.), Tuesdays and Wednesdays off;

(6) 9/16/2001-12/15/2001, Admax Lt., Evening Watch (12 hour emergency roster)(8:00 p.m.-8:00 a.m.), Tuesdays and Wednesdays off (based on his assignment card);

(7) 12/16/2001-3/16/2002, Admax Lt., Morning Watch (midnight-8:00 a.m.), Mondays and Tuesdays off;

(8) 3/31/2002-6/29/2002, SIS Lt., variable shifts, Mondays and Tuesdays off;

(9) 6/30/2002-9/28/2002, SIS Lt., variable shifts, Mondays and Tuesdays off;

(10) 9/29/2002-12/28/2002, SIS Lt., variable shifts, Mondays and Tuesdays off;

(11) 12/29/2002-3/29/2003, SIS Lt., variable shifts, Mondays and Tuesdays off;

(12) 3/30/2003-6/28/2003, SIS Lt., variable shifts, Mondays and Tuesdays off;

(13) 6/29/2003-9/27/2003, SIS Lt., variable shifts, Mondays and Tuesdays off;

(14) 9/28/2003-12/27/2003, Operations Lt., Morning Watch (midnight-8:00 a.m.), Sundays and Mondays off;

(15) 12/28/2003-3/27/2004, Operations Lt., Morning Watch (midnight-8:00 a.m.), Sundays and Mondays off;

(16) 3/28/2004-6/26/2004, SHU Lt., Day Watch (7:30 a.m.-4:00 p.m.), Sundays and Saturdays off;

(17) 6/27/2004-9/25/2004, Operations Lt., Day Watch (7:30 a.m.-4:00 p.m.), Fridays and Saturdays off;

(18) 9/26/2004-1/1/2005, SEC Lt., Day Watch (7:30 a.m.-4:00 p.m.), Sundays and Mondays off;

(19) 1/2/2005-3/26/2005, Operations Lt., Evening Watch (4:00 p.m.-midnight), Thursdays and Fridays off.

Lt. Bledsoe's assignments on Quarterly Rosters were modified by Daily Rosters, which indicated his daily assignments. SR-1 and SR-2 were assignments that could be assigned to various posts, for example, Operations Lt., SHU Lt.

9. During my tenure at MDC Brooklyn, Lieutenants were not required to pick up batteries at the Control Center.

10. During my tenure at MDC Brooklyn, Lieutenants were not required to wait at the institution after their shift had ended for an inmate count to clear. For example, the Day Watch Operations Lt. was not expected or required to stay after the end of their shift until there was a clear count.

11. When I started as Captain at MDC Brooklyn, the shifts for the Operations Lieutenants were as follows: (1) Morning Watch, midnight-8:00 a.m.; (2) Day Watch, 7:45 a.m.-4:15 p.m; and (3) 4:00 p.m.-midnight. The shifts for the Security Lieutenants were the same: (1) Morning Watch, midnight-8:00 a.m.; (2) Day Watch, 7:45 a.m.-4:15 p.m; and (3) 4:00 p.m.-midnight. Effective the quarter March 28, 2004-June 28, 2004, the shift times for Operations Lieutenants and Security Lieutenants were as follows: (1) Morning Watch, midnight-8:00 a.m.; (2) Day Watch, 7:30 a.m.-4:00 p.m; and (3) 4:00 p.m.-midnight.

12. The Admax Lieutenant assignment was created after September 11, 2001. The shifts for Admax Lieutenants initially were 12 hours, including four hours of overtime pay. One Admax Lt. worked 8:00 a.m.-8:00 p.m., and the other worked 8:00 p.m. to 8:00 a.m. Effective the quarter December 16, 2001-March 16, 2002, the shifts for Admax Lieutenants were as follows: (1) Morning Watch, midnight-8:00 a.m.; (2) Day Watch, 7:45 a.m.-4:00 p.m.; and (3) Evening Watch, 4:00 p.m.-midnight.

13. During my tenure at MDC Brooklyn, the procedure for Operations Lieutenants and Security Lieutenants to obtain their keys and radio changed in that chits no longer were used to obtain the keys and radio for these assignments. Previously, the Operations Lieutenants would drop their chits at the Control Center in exchange for the chits of the Lieutenant whom they would relieve. The incoming Operations Lieutenant swapped those

chits for the keys and radio with the Lieutenant they relieved, usually in the Lieutenants' office. Similarly, the Security Lieutenant dropped their chits at the Control Center in exchange for the chits of the Lieutenant whom they would relieve. The incoming Security Lieutenant then swapped those chits for the keys and radio with the Lieutenant they relieved, usually in the Lieutenants' office. Those procedures were changed such that Operations Lieutenants and Security Lieutenants no longer used chits to obtain their keys and radio. For example, Operations Lieutenants obtained their keys and radio from the Operations Lt. on the prior shift without swapping chits. The exchange of keys, radio and information between the Operations Lieutenants usually took a couple of minutes. The procedures for Security Lieutenants were the same. The Security Lieutenants obtained their keys and radio from the Security Lieutenant on the prior shift without swapping chits. The exchange of keys, radio and information between the Security Lieutenants usually took a couple of minutes.

14. According to the MDC Brooklyn Quarterly Roster, during the period December 16, 2001-March 16, 2002, there was: (1) a Morning Watch Admax Lt. (midnight-8:00 a.m.), (2) a Day Watch Admax Lt. (7:45 a.m.-4:00 p.m.), and (3) an Evening Watch Admax Lt. (4:00 p.m.-midnight). Based on the quarterly roster, Lt. Bledsoe was assigned as Admax Lt., Morning Watch (midnight-8:00 a.m.). Admax Lieutenants did not use chits to obtain their keys

and radio. An incoming Admax Lt. went directly to the unit and obtained the keys and radio from the Admax Lt. whom they relieved. The exchange of keys, radio and information between Admax Lieutenants usually took a couple of minutes. The Admax Lt. walked directly out of the institution and did not stop at the Control Center to drop off keys, radio or chits.

15. It would have been difficult to measure and record the number of minutes that Operations Lieutenants, Security Lieutenants, and Admax Lieutenants spent exchanging the keys, radio and information. Lieutenants engage in personal pleasantries and conversations, and it would not have been practical to measure and record the amount of time Lieutenants actually spent conversing on work matters, not including time spent conversing on personal ones. The amount of time Lieutenants spend conversing also would vary. However, it does not take more than a couple of minutes for a Lieutenant to convey to their relief any pertinent information, and the exchange of keys and radio, including counting the keys, can be done simultaneously and in less than a minute. Further, most important information already is recorded in the Lieutenants' log and other reports and documents which are readily available to the incoming Lieutenant in hard copy and on the Lieutenants' computer.

16. At MDC Brooklyn, the SHU Lt. stopped at the Control Center to drop off chits in exchange for keys and equipment. The

SHU Lt. was required to be in the key line at the Control Center at the start of the shift. The SHU Lt. was required to be at the Control Center dropping off their keys and equipment in exchange for their chits at the shift-ending time.

17. At MDC Brooklyn, the SIS Lt. turned in his 24-hour key at the Control Center in exchange for the keys to his office. The SIS Lt. was not required to pick up a radio at the Control Center. The SIS Lt. was required to be in the key line at the Control Center at his shift-starting time. The SIS Lt. was required drop off his office key and any equipment at the Control Center at his shift-ending time.

18. MDC Brooklyn held its Lieutenants' meetings as combined Department Head/Lieutenants' meetings. The combined meeting usually was followed by a closed Lieutenants' meeting. As Captain, I attended these meetings.

19. During my tenure at MDC Brooklyn, Lieutenants were not required to attend the Department Head/Lieutenants' meetings or subsequent, closed Lieutenants' meeting at times when they were not on their scheduled shift. The meetings were required for those Lieutenants who were on duty at the time of the meeting, assuming they did not have a conflict such as mandatory training, an institutional emergency, or another assignment. I told Lieutenants that they were not required to attend Department Head/Lieutenants' meetings at times when they were not on duty, but if they did so I would sign-off on compensatory time. I told

Lieutenants that it was their choice whether to attend these meetings when they were not on duty. There were never any consequences for Lieutenants who did not attend these meetings at times when they were not on duty, e.g., when they were on their day off, on their off-shift, or on leave. I never gave any warnings, any written or oral discipline, or any adverse performance evaluations to Lieutenants who did not attend these meetings. There also were no adverse consequences for Lieutenants who did not turn in agenda items prior to the Department Head/Lieutenants' meetings. During my time at MDC Brooklyn, e-mails sometimes were sent informing Lieutenants of the date and time of Department Head/Lieutenants' meetings or requesting submission of agenda items for such meetings. Exhibits 110, 111.

20. During my tenure at MDC Brooklyn, Lieutenants who attended Department Head/Lieutenants' meetings or subsequent, closed Lieutenants meetings at times when they were not on their scheduled shift were compensated with compensatory time for their overtime. Lieutenants who attended the meetings at times when they were not on their scheduled shift were responsible for completing an overtime form certifying that they had worked overtime and submitting it. The Captain or Deputy Captain would sign-off on the overtime form, which was submitted to the Associate Warden and the Warden, for approval. If a Lieutenant failed to certify that they had worked overtime on the overtime

form, they would not be compensated for the overtime. The minutes of Department Head/Lieutenants' meetings were not used for time and attendance purposes or to track Lieutenants' overtime. Instead, the overtime form itself was used to track overtime including Lieutenants' overtime in connection with Department Head/Lieutenants' meetings.

21. During my time at MDC Brooklyn, Lt. Bledsoe submitted overtime forms for compensation for attending Department Head/Lieutenants' meetings and subsequent, closed Lieutenants' meetings at times when he was not on his scheduled shift. I or the Deputy Captain signed-off on Lieutenants' overtime forms. I never refused to sign-off on an overtime form for a Lieutenant who attended these meetings. I am not aware of any Deputy Captain refusing to sign-off on overtime forms for Lieutenants' attendance at these meetings. During my time at MDC Brooklyn, Lt. Bledsoe never brought to my attention his failure to be compensated for attending these meetings.

22. Recently, I reviewed minutes of MDC Brooklyn Department Head/Lieutenants' meetings, Daily Rosters, and time and attendance records for Lt. Bledsoe.

23. The chart attached to my declaration accurately summarizes the attendance of Lieutenants at MDC Brooklyn Department Head/Lieutenants' meetings based upon these records.

24. According to the minutes (Exhibit 14), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on

June 27, 2000, which began at 8:00 a.m. and ended at 9:25 a.m. According to the minutes, the following Lieutenants were on annual leave and did not attend: G. Miller and D. White. According to an overtime form (Exhibit 15), the following Lieutenants were not on their scheduled shift during the meeting and were compensated with compensatory time: (1) E. Soto; (2) J. Pena; (3) R. Gorbea; (4) J. Cuciti; (5) A. Joseph; (6) P. Johnson; (7) K. Snyder; (8) R. Nared; and (9) W. Moran. A Daily Roster for June 27, 2000 is not available, and therefore it is impossible to determine what Lt. Bledsoe's assigned shift was for that day. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify on an overtime form that he attended the June 27, 2000 meeting on overtime.

25. According to the minutes (Exhibit 17), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on August 14, 2000, which began at 3:05 p.m. and ended at 4:10 p.m. According to the minutes, the following Lieutenants did not attend the meeting: (1) D. Tessel (A/L); (2) W. Moran (training); and (3) J. Lane (A/L). According to the Daily Roster (Exhibit 18), on August 14, 2000, Lt. Bledsoe was Operations Lt., Morning Watch, midnight-8:00 a.m. According to his time and attendance records and an overtime form (Exhibits 19, 113), Lt. Bledsoe received overtime pay for working from 8:00 a.m.-4:00 p.m. on August 14, 2000. Lt. Bledsoe was compensated for

attending the Department Head/Lieutenants' meeting on August 14, 2000, until 4:00 p.m.

26. According to the minutes (Exhibit 20), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on September 19, 2000, which began at 1:00 p.m. and ended at 2:30 p.m. According to the minutes and the Daily Roster, the following Lieutenants did not attend the meeting: (1) W. Moran (day off); (2) T. Ventiere (day off); (3) D. Tessel (day off); (4) R. Nared (day off); (5) J. Rosa (training); (6) J. Pena (A/L); and (7) R. Gorbea (day off). According to the Daily Roster (Exhibit 21), on September 19, 2000, Lt. Bledsoe was SEC Lt., Morning Watch, midnight-8:00 a.m. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify on an overtime form that he attended the September 19, 2000 meeting on overtime.

27. According to the minutes (Exhibit 22), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on October 31, 2000, which began at 1:00 p.m. and ended at 2:15 p.m. According to the minutes and the Daily Roster, the following Lieutenants did not attend the meeting: (1) D. Tessel (day off); (2) T. Ventiere (day off); (3) R. Gorbea (day off); (4) S. Barrere (S/L); and (5) L. Hernandez (on duty). According to the Daily Roster (Exhibit 23), on October 31, 2000, Lt. Bledsoe was SEC Lt., Morning Watch, midnight-8:00 a.m. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify

on an overtime form that he attended the October 31, 2000 meeting on overtime.

28. According to the minutes (Exhibit 36), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on June 27, 2001, which began at 1:25 p.m. and ended at 3:05 p.m. According to the minutes, the following Lieutenants did not attend the meeting: (1) V. Wash; (2) D. Tessel; (3) S. Pray; (4) D. Ortiz; (5) L. Littles; (6) A. Joseph; and (7) S. Barrere. According to overtime forms (Exhibit 37), the following Lieutenants were not on their scheduled shift during the meeting and were compensated with compensatory time: (1) D. White and (2) W. Moran. A Daily Roster for June 27, 2001 is not available, and therefore it is impossible to determine what Lt. Bledsoe's assigned shift was for that day. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify on an overtime form that he attended the June 27, 2001 meeting on overtime.

29. According to the minutes (Exhibit 38), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on July 24, 2001, which began at 1:00 p.m. and ended at 2:20 p.m. According to the minutes, six Lieutenants, including Lt. Bledsoe, attended the meeting. According to the Quarterly Roster for Lieutenants for the period June 17,2001-September 15, 2001, there were approximately 20 Lieutenants employed at MDC Brooklyn. A Daily Roster for July 24, 2001 is not available, and therefore it

is impossible to determine what Lt. Bledsoe's assigned shift was for that day. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify on an overtime form that he attended the July 24, 2001 meeting on overtime.

30. According to the minutes (Exhibit 39), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on August 23, 2001, which began at 1:25 p.m. and ended at 3:00 p.m. According to the Daily Roster and the meeting minutes, the following Lieutenants did not attend the meeting: (1) E. Torres (off shift); (2) R. Denjen (on shift); (3) R. Gorbea; (4) D. White (off shift); (5) D. Tessel (day off); (6) S. Pray (A/L); (7) A. Joseph (LWOP); and (8) D. Ortiz (LWOP). According to the Daily Roster (Exhibit 40), on August 23, 2001, Lt. Bledsoe was Operations Lt., Morning Watch, midnight-8:00 a.m. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify on an overtime form that he attended the August 23, 2001 meeting on overtime.

31. According to the minutes (Exhibit 47), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on January 22, 2002, which began at 1:10 p.m. and ended at 2:10 p.m. According to the meeting minutes and the Daily Roster, the following Lieutenants did not attend the meeting: (1) A. Joseph (training); (2) S. Barrere (off shift); (3) D. White (day off); (4) W. Moran (off shift); (5) R. Denjen (S/L); (6) M. Wilkins (A/L); (7) R. Gorbea (day off); (8) E. Torres (day off); (9) V.

Wash (A/L); (10) W. Beck (FAM/L); (11) J. Lane (off shift); (12) H. Gussak (off shift); and (13) C. Cole (on duty). According to the Daily Roster (Exhibit 48), on January 22, 2002, Lt. Bledsoe was on his day off. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify on an overtime form that he attended the January 22, 2002 meeting on overtime.

32. According to the minutes (Exhibit 54), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on September 17, 2002, which began at 1:20 p.m. and ended at 2:35 p.m. According to the meeting minutes and the Daily Roster, the following Lieutenants did not attend the meeting: (1) F. Maldonado (on duty); (2) D. Tessel (off shift); (3) T. Cush (off shift); (4) D. Ortiz (day off); (5) M. Mundo (off shift); (6) J. Maldonado (off shift); (7) W. Moran (S/L); and (8) R. Gorbea (day off). According to the Daily Roster (Exhibit 55), on September 17, 2002, Lt. Bledsoe was on his day off. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify on an overtime form that he attended the September 17, 2002 meeting on overtime.

33. According to the minutes (Exhibit 69), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on June 24, 2003, which began at 1:10 p.m. and ended at 2:15 p.m. According to the Daily Roster (Exhibit 70), on June 24, 2003, Lt. Bledsoe was SIS Lt., shift 5, 7:45 a.m.-4:15 p.m. Lt. Bledsoe attended the meeting during his scheduled shift and was

compensated. Lt. Bledsoe did not work overtime in attending that meeting.

34. According to the minutes (Exhibit 71), Lt. Bledsoe attended the MDC Brooklyn Department Head/Lieutenants' meeting on July 22, 2003, which began at 1:00 p.m. and ended at 1:40 p.m. According to the minutes and the Daily Roster, the following Lieutenants did not attend the meeting: (1) D. Tessel (LWOP); (2) K. Tassio (LWOP); (3) D. Ortiz (off shift); (4) J. Benitez (on shift); (5) E. Torres (off shift); (6) M. Mundo (off shift); (7) T. Cush (on duty); (8) H. Gussak (off shift); (9) V. Alvarez (A/L); (10) C. Parlo (day off); (11) R. Gorbea (A/L); (12) R. Rojas (LWOP); and (13) C. Fields (A/L). According to the Daily Roster (Exhibit 72), on July 22, 2003, Lt. Bledsoe was SIS Lt., shift 7, 2:30 p.m.-10:30 p.m. According to his time and attendance records (Exhibit 113), Lt. Bledsoe did not certify on an overtime form that he attended the July 22, 2003 meeting on overtime.

35. According to the meeting minutes and Daily Rosters, during the period May 2000 to February 2005, Lt. Bledsoe did not attend the following MDC Brooklyn Department Head/Lieutenants' meetings:

(1) December 26, 2000 (day off);

(2) January 23, 2001;

(3) February 20, 2001 (day off);

(4) October 29, 2001 (off shift);

(5) November 27, 2001 (on duty);

(6) February 19, 2002 (training);

(7) March 19, 2002 (day off);

(8) August 22, 2002;

(9) October 28, 2002 (day off);

(10) January 21, 2003 (day off);

(11) February 25, 2003 (day off);

(12) March 18, 2003 (day off);

(13) April 29, 2003 (day off);

(14) May 27, 2003 (training);

(15) August 19, 2003 (day off);

(16) September 30, 2003 (off shift);

(17) October 28, 2003 (off shift);

(18) November 25, 2003 (off shift);

(19) December 23, 2003 (off shift);

(20) January 20, 2004 (off shift);

(21) February 17, 2004 (off shift);

(22) April 17, 2004 (S/L);

(23) August 31, 2004 (training);

(24) September 28, 2004 (A/L);

(25) December 21, 2004 (off shift); and

(26) February 15, 2005 (off shift).

36. At MDC Brooklyn, Associate Warden Sherman issued one e-mail to Lieutenants regarding Department Head/Lieutenants' meetings. Exhibit 112. After his May 30, 2001 e-mail (Exhibit

112), my instructions to Lieutenants were unchanged. I continued to tell Lieutenants that they were not required to attend Department Head/Lieutenants' meetings or the subsequent, closed Lieutenants' meetings when they were not on their scheduled shift, but if they did so I would sign-off on compensatory time. I continued to tell Lieutenants that it was their choice whether to attend these meetings when they were not on duty. There were never any consequences for Lieutenants who did not attend these meetings at times when they were not on duty, e.g., when they were on their day off, on their off-shift, or on leave. I never gave them any warnings, any written or oral discipline, or any adverse performance evaluations. There also were no adverse consequences for Lieutenants who did not turn in agenda items prior to the Department Head/Lieutenants' meetings. My message to Lieutenants was always the same -- you are not required to attend these meetings when you are not on duty; it is your choice whether to attend when you are not on your scheduled shift.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/09/2007

[signature]

Salvatore Lopresti

Exhibits

| | |
|---|---|
| Exhibit 1 | Salvatore Lopresti, Work History with Bureau of Prisons |
| Exhibit 2 | Memo re March 1999 Department Head/Lieutenants' Meeting |
| Exhibit 3 | Excerpt from minutes of May 18, 1999 Department Head/Lieutenants' Meeting |
| Exhibit 4 | Excerpt from minutes of June 29, 1999 Department Head/Lieutenants' Meeting |
| Exhibit 5 | Excerpt from minutes of July 27, 1999 Department Head/Lieutenants' Meeting |
| Exhibit 6 | Excerpt from minutes of August 24, 1999 Department Head/Lieutenants' Meeting |
| Exhibit 7 | Excerpt from minutes of October 19, 1999 Department Head/Lieutenants' Meeting |
| Exhibit 8 | October 19, 1999 Overtime Form |
| Exhibit 9 | Excerpt from minutes of November 30, 1999 Department Head/Lieutenants' Meeting |
| Exhibit 10 | Excerpt from minutes of December 28, 1999 Department Head/Lieutenants' Meeting |
| Exhibit 11 | Excerpt from minutes of February 22, 2000 Department Head/Lieutenants' Meeting |
| Exhibit 12 | Excerpt from minutes of April 18, 2000 Department Head/Lieutenants' Meeting |
| Exhibit 13 | Excerpt from minutes of May 30, 2000 Department Head/Lieutenants' Meeting |
| Exhibit 14 | Excerpt from minutes of June 27, 2000 Department Head/Lieutenants' Meeting |
| Exhibit 15 | June 27, 2000 Overtime Form |
| Exhibit 16 | July 31, 2000 Overtime Form |
| Exhibit 17 | Excerpt from minutes of August 14, 2000 Department Head/Lieutenants' Meeting |

| | |
|---|---|
| Exhibit 18 | August 14, 2000 Daily Roster |
| Exhibit 19 | August 14, 2000 Overtime Form |
| Exhibit 20 | Excerpt from minutes of September 19, 2000 Department Head/Lieutenants' Meeting |
| Exhibit 21 | September 19, 2000 Daily Roster |
| Exhibit 22 | Excerpt from minutes of October 31, 2000 Department Head/Lieutenants' Meeting |
| Exhibit 23 | October 31, 2000 Daily Roster |
| Exhibit 24 | Excerpt from minutes of November 28, 2000 Department Head/Lieutenants' Meeting |
| Exhibit 25 | November 28, 2000 Daily Roster |
| Exhibit 26 | November 28, 2000 Overtime Form |
| Exhibit 27 | Excerpt from minutes of December 26, 2000 Department Head/Lieutenants' Meeting |
| Exhibit 28 | December 26, 2000 Daily Roster |
| Exhibit 29 | Excerpt from minutes of January 23, 2001 Department Head/Lieutenants' Meeting |
| Exhibit 30 | Excerpt from minutes of February 20, 2001 Department Head/Lieutenants' Meeting |
| Exhibit 31 | February 20, 2001 Daily Roster |
| Exhibit 32 | Excerpt from minutes of March 20, 2001 Department Head/Lieutenants' Meeting |
| Exhibit 33 | March 20, 2001 Daily Roster |
| Exhibit 34 | March 20, 2001 Overtime Form |
| Exhibit 35 | May 29, 2001 Overtime Form |
| Exhibit 36 | Excerpt from minutes of June 27, 2001 Department Head/Lieutenants' Meeting |
| Exhibit 37 | June 27, 2001 Overtime Forms |

| | |
|---|---|
| Exhibit 38 | Excerpt from minutes of July 24, 2001 Department Head/Lieutenants' Meeting |
| Exhibit 39 | Excerpt from minutes of August 23, 2001 Department Head/Lieutenants' Meeting |
| Exhibit 40 | August 23, 2001 Daily Roster |
| Exhibit 41 | Memo re no September 2001 meeting |
| Exhibit 42 | Excerpt from minutes of October 29, 2001 Department Head/Lieutenants' Meeting |
| Exhibit 43 | October 29, 2001 Daily Roster |
| Exhibit 44 | Excerpt from minutes of November 27, 2001 Department Head/Lieutenants' Meeting |
| Exhibit 45 | November 27, 2001 Daily Roster |
| Exhibit 46 | Memo re no December 2001 meeting |
| Exhibit 47 | Excerpt from minutes of January 22, 2002 Department Head/Lieutenants' Meeting |
| Exhibit 48 | January 22, 2002 Daily Roster |
| Exhibit 49 | Excerpt from minutes of February 19, 2002 Department Head/Lieutenants' Meeting |
| Exhibit 50 | February 19, 2002 Daily Roster |
| Exhibit 51 | Excerpt from minutes of March 19, 2002 Department Head/Lieutenants' Meeting |
| Exhibit 52 | March 19, 2002 Daily Roster |
| Exhibit 53 | Excerpt from minutes of August 22, 2002 Department Head/Lieutenants' Meeting |
| Exhibit 54 | Excerpt from minutes of September 17, 2002 Department Head/Lieutenants' Meeting |
| Exhibit 55 | September 17, 2002 Daily Roster |
| Exhibit 56 | Excerpt from minutes of October 28, 2002 Department Head/Lieutenants' Meeting |
| Exhibit 57 | October 28, 2002 Daily Roster |

| | |
|---|---|
| Exhibit 58 | Excerpt from minutes of November 27, 2002 Department Head/Lieutenants' Meeting |
| Exhibit 59 | Excerpt from minutes of January 21, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 60 | January 21, 2003 Daily Roster |
| Exhibit 61 | Excerpt from minutes of February 25, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 62 | February 25, 2003 Daily Roster |
| Exhibit 63 | Excerpt from minutes of March 18, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 64 | March 18, 2003 Daily Roster |
| Exhibit 65 | Excerpt from minutes of April 29, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 66 | April 29, 2003 Daily Roster |
| Exhibit 67 | Excerpt from minutes of May 27, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 68 | May 27, 2003 Daily Roster |
| Exhibit 69 | Excerpt from minutes of June 24, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 70 | June 24, 2003 Daily Roster |
| Exhibit 71 | Excerpt from minutes of July 22, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 72 | July 22, 2003 Daily Roster |
| Exhibit 73 | Excerpt from minutes of August 19, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 74 | August 19, 2003 Daily Roster |
| Exhibit 75 | Excerpt from minutes of September 30, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 76 | September 30, 2003 Daily Roster |

| | |
|---|---|
| Exhibit 77 | Excerpt from minutes of October 28, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 78 | October 28, 2003 Daily Roster |
| Exhibit 79 | Excerpt from minutes of November 25, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 80 | November 25, 2003 Daily Roster |
| Exhibit 81 | Excerpt from minutes of December 23, 2003 Department Head/Lieutenants' Meeting |
| Exhibit 82 | December 23, 2003 Daily Roster |
| Exhibit 83 | Excerpt from minutes of January 20, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 84 | January 20, 2004 Daily Roster |
| Exhibit 85 | Excerpt from minutes of February 17, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 86 | February 17, 2004 Daily Roster |
| Exhibit 87 | Excerpt from minutes of March 30, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 88 | March 30, 2004 Daily Roster |
| Exhibit 89 | Excerpt from minutes of April 27, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 90 | April 27, 2004 Daily Roster |
| Exhibit 91 | Excerpt from minutes of May 25, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 92 | May 25, 2004 Daily Roster |
| Exhibit 93 | Excerpt from minutes of June 22, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 94 | June 22, 2004 Daily Roster |
| Exhibit 95 | Excerpt from minutes of July 20, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 96 | July 20, 2004 Daily Roster |

| | |
|---|---|
| Exhibit 97 | Excerpt from minutes of August 31, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 98 | August 31, 2004 Daily Roster |
| Exhibit 99 | Excerpt from minutes of September 28, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 100 | September 28, 2004 Daily Roster |
| Exhibit 101 | Excerpt from minutes of October 26, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 102 | October 26, 2004 Daily Roster |
| Exhibit 103 | Excerpt from minutes of November 23, 2004Department Head/Lieutenants' Meeting |
| Exhibit 104 | November 23, 2004 Daily Roster |
| Exhibit 105 | Excerpt from minutes of December 21, 2004 Department Head/Lieutenants' Meeting |
| Exhibit 106 | December 21, 2004 Daily Roster |
| Exhibit 107 | Memorandum re January 18, 2005 Department Head/Lieutenants' Meeting |
| Exhibit 108 | Excerpt from minutes of February 15, 2005 Department Head/Lieutenants' Meeting |
| Exhibit 109 | February 15, 2005 Daily Roster |
| Exhibit 110 | October 25, 2000 E-mail of Lt. Vincent Wash |
| Exhibit 111 | April 12, 2001 E-mail of Deputy Captain James Betler |
| Exhibit 112 | May 30, 2001 E-mail of AW James Sherman |
| Exhibit 113 | Excerpts from Lt. Bledsoe's time and attendance records |
| Exhibit 114 | MDC Brooklyn Assignment Card for Lt. Lindsey Bledsoe |
| Exhibit 115 | MDC Brooklyn Quarterly Rosters |

MDC Brooklyn Department Head/Lieutenants' meetings

| Date and Time of Meeting | Lts Attending | Lts Not Attending |
|---|---|---|
| March 1999, no date or time available | D. Tessel<br>D. White<br>L. Littles<br>R. Gorbea<br>R. Nared<br>M. Jones<br>D.K. Davis<br>G. Miller<br>J. Pena | not identified |
| May 18, 1999, 8:07-9:17 a.m. | J. Cuciti<br>L. Littles<br>D. White<br>R. Gorbea<br>J. Pena<br>D. Tessel | G. Miller<br>S. Pray<br>R. Nared |
| June 29, 1999, 8:05-9:25 a.m. | L. Littles<br>J. Pena<br>S. Pray<br>R. Nared | D. White<br>G. Miller<br>J. Cuciti<br>R. Gorbea<br>D. Tessel |
| July 27, 1999, 8:05-9:35 a.m. | D. White<br>J. Pena<br>J. Cuciti<br>G. Miller<br>D. Tessel<br>R. Gorbea<br>J. Rosa<br>M. Wilkins | L. Littles<br>R. Nared<br>S. Pray |
| August 24, 1999, 8:12-9:05 a.m. | D. White<br>J. Cuciti<br>S. Pray<br>R. Nared<br>M. Wilkins<br>L. Littles<br>J. Rosa<br>A. Callahan | D. Tessel<br>G. Miller<br>R. Gorbea<br>J. Pena |

| | | |
|---|---|---|
| October 19, 1999<br>8:05-9:15 a.m. | D. Tessel (comp)<br>J. Cuciti<br>S. Pray<br>R. Nared<br>G. Miller<br>L. Littles<br>J. Pena<br>J. Rosa<br>R. Gorbea<br>S. Barrere | M. Wilkins (training)<br>D. White (A/L) |
| November 30, 1999,<br>8:07-10:46 a.m. | D. White<br>J. Cuciti<br>R. Gorbea<br>S. Pray<br>J. Pena<br>V. Wash<br>S. Barrere<br>R. Nared<br>J. Rosa | Not identified in minutes |
| December 28, 1999<br>8:10-9:05 a.m. | S. Barrere<br>J. Cuciti<br>M. Wilkins | R. Gorbea<br>D. White<br>R. Nared<br>V. Wash<br>G. Miller<br>S. Pray<br>J. Pena<br>J. Rosa |
| February 22, 2000<br>8:10-9:10 a.m. | S. Barrere<br>G. Miller<br>M. Wilkins<br>A. Joseph<br>B. Stokes<br>P. Johnson<br>D. White<br>J. Rosa | R. Gorbea<br>J. Cuciti<br>R. Nared<br>V. Wash<br>J. Lane<br>S. Pray<br>J. Pena<br>T. Ventiere |
| April 18, 2000,<br>8:00-10:00 a.m. | Lt. Rosa<br>Lt. Snyder<br>Lt. White<br>Lt. Johnson<br>Lt. Wilkins | Not identified in minutes |

| | | |
|---|---|---|
| May 30, 2000,<br>8:00-9:10 a.m. | J. Cuciti<br>G. Miller<br>**L. Bledsoe**<br>L. Littles<br>R. Gorbea<br>P. Johnson<br>D. White<br>J. Rosa<br>W. Moran<br>D. Tessel<br>T. Ventiere<br>K. Snyder<br>E. Soto<br>A. Long<br>J. Pena | M. Wilkins (A/L)<br>S. Barrere<br>R. Nared (A/L)<br>V. Wash (Comp)<br>B. Stokes (Day off)<br>S. Pray (training)<br>A. Joseph (training)<br>J. Lane (Day off) |
| June 27, 2000,<br>8:00-9:25 a.m. | E. Soto (comp)<br>J. Pena (comp)<br>R. Gorbea (comp)<br>V. Wash<br>S. Barrere<br>J. Cuciti (comp)<br>M. Wilkins<br>A. Joseph (comp)<br>B. Stokes<br>P. Johnson (comp)<br>**L. Bledsoe** (claims overtime)<br>J. Rosa<br>K. Snyder (comp)<br>D. Tessel<br>A. Long<br>L. Littles<br>R. Nared (comp)<br>S. Pray<br>W. Moran (comp) | No Daily Roster<br>G. Miller (A/L)<br>D. White (A/L) |
| July 31, 2000 | No minutes available<br>J. Cuciti (comp)<br>W. Moran (comp)<br>R. Gorbea (comp)<br>D. Tessel (comp)<br>P. Johnson (comp)<br>**L. Bledsoe** (comp)<br>M. Wilkins (comp) | |

| | | |
|---|---|---|
| August 14, 2000,<br>3:05-4:10 p.m. | M. Wilkins<br>B. Stokes<br>D. White<br>R. Gorbea<br>J. Cuciti<br>R. Nared<br>T. Ventiere<br>K. Snyder<br>E. Soto<br>A. Joseph<br>P. Johnson<br>J. Rosa<br>S. Pray<br>J. Pena<br>V. Wash<br>L. Littles<br>**L. Bledsoe** (OPS LT, shift 1, midnight-8:00 a.m.),<br>S. Barrere | D. Tessel (A/L)<br>W. Moran (training)<br>J. Lane (A/L) |
| September 19, 2000,<br>1:00-2:30 p.m. | D. White (Acting Captain)<br>K. Malone<br>P. Johnson<br>**L. Bledsoe** (SEC LT, shift 1, midnight - 8:00 a.m.),<br>A. Joseph<br>K. Snyder<br>J. Cuciti<br>A. Long<br>E. Soto<br>L. Littles<br>S. Pray<br>V. Wash<br>S. Barrere<br>M. Wilkins<br>J. Lane | W. Moran (Day off)<br>T. Ventiere (Day off)<br>D. Tessel (Day off)<br>R. Nared (Day off)<br>J. Rosa (training)<br>J. Pena (A/L)<br>R. Gorbea (Day off) |

| | | |
|---|---|---|
| October 31, 2000,<br>1:00-2:15 p.m. | E. Soto<br>J. Lane<br>J. Pena<br>V. Wash<br>D. White<br>J. Cuciti<br>M. Wilkins<br>A. Joseph<br>K. Malone<br>P. Johnson<br>**L. Bledsoe** (SEC LT, shift 1, midnight - 8:00 a.m.),<br>J. Rosa<br>K. Snyder<br>S. Pray<br>L. Littles<br>R. Nared<br>W. Moran | D. Tessel (Day off)<br>T. Ventiere (Day off),<br>R. Gorbea (Day off)<br>S. Barrere (S/L)<br>L. Hernandez (On duty) |
| November 28, 2000,<br>1:00-2:48 p.m. | D. White (comp)<br>P. Johnson<br>**L. Bledsoe** (comp)<br>A. Joseph<br>K. Snyder<br>J. Cuciti<br>K. Malone<br>J. Rosa<br>L. Littles<br>W. Moran (comp)<br>V. Wash<br>S. Barrere<br>M. Wilkins (comp)<br>T. Ventiere<br>R. Gorbea (comp)<br>R. Denjen (comp) | not identified in minutes, based on Daily Roster<br>E. Soto (Off shift)<br>A. Vero (Off shift)<br>J. Pena (Off shift)<br>H. Gussak (Day off)<br>R. Nared (Day off)<br>D. Tessel (Day off)<br>S. Pray (A/L) |

| | | |
|---|---|---|
| December 26, 2000,<br>1:00-1:25 p.m. | J. Rosa<br>V. Wash<br>D. Ortiz<br>M. Wilkins<br>D. White<br>T. Ventiere<br>E. Soto | not identified in minutes, based on Daily Roster<br>J. Pena (Off shift)<br>R. Denjen (Off shift),<br>C. Parlo (Off shift)<br>L. Littles (Off shift),<br>J. Lane (Off shift)<br>H. Gussak (Day off)<br>**L. Bledsoe** (Day off)<br>D. Tessel (Day off)<br>S. Barrere (A/L)<br>J. Cuciti (A/L)<br>R. Gorbea (A/L)<br>K. Malone (A/L)<br>W. Moran (A/L)<br>M. Mundo (A/L)<br>R. Nared (A/L)<br>S. Pray (A/L)<br>P. Johnson (FAM/L) |
| January 23, 2001,<br>1:00-2:00 p.m. | S. Pray<br>S. Barrere<br>V. Wash<br>T. Ventiere<br>A. Joseph<br>J. Cuciti<br>J. Rosa<br>M. Wilkens<br>R. Nared<br>E. Soto | Not identified in minutes; No Daily Roster<br>**L. Bledsoe**<br>D. Tessel |
| February 20, 2001,<br>1:00-1:55 p.m. | J. Cuciti<br>M. Wilkins<br>A. Joseph<br>S. Pray<br>W. Moran<br>J. Lane<br>V. Wash<br>T. Ventiere,<br>W. Beck | D. Tessel (Off shift)<br>S. Barrere (A/L)<br>J. Pena (ADMIN LV)<br>L. Littles (Off shift)<br>K. Snyder (Day off)<br>J. Rosa (ADMIN LV)<br>D. Ortiz (Day off)<br>R. Gorbea (Day off)<br>E. Soto (ADMIN LV)<br>D. White (Off shift)<br>P. Johnson (training),<br>**L. Bledsoe** (Day Off)<br>R. Denjen (On duty) |

| | | |
|---|---|---|
| March 20, 2001,<br>1:00-2:00 p.m. | W. Beck<br>**L. Bledsoe** (comp)<br>J. Rosa<br>D. Ortiz<br>W. Moran (comp)<br>P. Johnson (comp)<br>D. Tessel (comp)<br>D. White (comp)<br>J. Lane<br>K. Snyder<br>A. Joseph<br>J. Cuciti<br>S. Barrere<br>M. Wilkins<br>S. Pray<br>R. Gorbea<br>J. Mundo<br>M. Mundo | T. Ventiere (using comp time)<br>V. Wash (training) |
| May 29, 2001, | no minutes, 5 Lts and SIA<br>D. White (comp) | |
| June 27, 2001,<br>1:25-3:05 p.m. | W. Beck<br>**L. Bledsoe** (claims overtime)<br>F. Maldanado<br>D. White (comp)<br>K. Snyder<br>J. Cuciti<br>J. Lane<br>T. Ventiere<br>W. Moran (comp)<br>R. Denjen<br>M. Wilkins<br>R. Gorbea<br>E. Torres<br>M. Mundo<br>H. Gussak | No Daily Roster<br>V. Wash<br>D. Tessel<br>S. Pray<br>D. Ortiz<br>L. Littles<br>A. Joseph<br>S. Barrere |
| July 24, 2001,<br>1:00-2:20 p.m. | V. Wash<br>**L. Bledsoe** (claims overtime)<br>R. Denjen<br>T. Ventiere<br>F. Maldonado<br>S. Barrere | not identified in minutes; No Daily Roster |

| | | |
|---|---|---|
| August 23, 2001, 1:25-3:00 p.m. | V. Wash<br>W. Beck<br>M. Wilkins<br>J. Lane<br>W. Moran<br>H. Gussak<br>F. Maldonado<br>T. Ventiere<br>M. Mundo<br>J. Cuciti<br>K. Snyder<br>**L. Bledsoe** (OPS LT, shift 1, midnight-8:00 a.m.) | not identified in minutes, based on Daily Roster<br>E. Torres (Off shift),<br>R. Denjen (On duty)<br>R. Gorbea (Off shift)<br>D. White (Off shift)<br>D. Tessel (Day off)<br>S. Pray (A/L)<br>A. Joseph (LWOP)<br>D. Ortiz (LWOP) |
| September 2001 | no meeting | |
| October 29, 2001, 1:25-2:50 p.m. | S. Pray<br>T. Ventiere<br>K. Snyder<br>T. Cush<br>F. Maldonado<br>J. Lane<br>E. Torres<br>V. Wash<br>D. Ortiz | not identified in minutes, based on Daily Roster<br>R. Denjen (Off shift),<br>D. White (Off shift)<br>D. Tessel (Off shift),<br>W. Beck (On duty)<br>**L. Bledsoe** (Off shift),<br>W. Moran (Day off)<br>R. Gorbea (Day off)<br>H. Gussak (Day off)<br>M. Mundo (A/L)<br>M. Wilkins (A/L)<br>S. Barrere (On duty)<br>J. Cuciti (On duty) |
| November 27, 2001, 1:10-2:15 p.m. | J. Cuciti (Acting Captain)<br>V. Wash<br>S. Pray<br>W. Beck<br>F. Maldanado<br>K. Snyder<br>J. Lane<br>H. Gussak<br>T. Cush | D. Tessel (Off shift)<br>A. Joseph (training)<br>S. Barrere (On duty)<br>**L. Bledsoe** (On duty)<br>D. Ortiz (S/L)<br>D. White (Off shift)<br>W. Moran (Day off)<br>R. Denjen (A/L)<br>M. Wilkins (Off shift)<br>R. Gorbea (Day off)<br>E. Torres (training)<br>M. Mundo (S/L) |

| | | |
|---|---|---|
| December 2001 | no meeting | |
| January 22, 2002, 1:10-2:10 pm. | J. Eberhart<br>J. Cuciti<br>F. Maldonado<br>K. Snyder<br>D. Tessel<br>**L. Bledsoe** (Day off)<br>T. Cush<br>D. Ortiz<br>M. Mundo<br>J. Maldonado | A. Joseph (training)<br>S. Barrere (Off shift)<br>D. White (Day off)<br>W. Moran (Off shift)<br>R. Denjen (S/L)<br>M. Wilkins (A/L)<br>R. Gorbea (Day off)<br>E. Torres (Day off)<br>V. Wash (A/L)<br>W. Beck (FAM/L)<br>J. Lane (Off shift)<br>H. Gussak (Off shift)<br>C. Cole (On duty) |
| February 19, 2002, 1:05-1:30 p.m. | J. Lane<br>K. Snyder<br>C. Cole | J. Eberhart (Off shift)<br>J. Cuciti (Off shift)<br>F. Maldonado (Day off)<br>D. Tessel (Off shift)<br>**L. Bledsoe** (training)<br>T. Cush (Day off)<br>D. Ortiz (On duty)<br>M. Mundo (ADMIN/L)<br>J. Maldonado (Day off)<br>A. Joseph (training)<br>S. Barrere (A/L)<br>D. White (On duty)<br>W. Moran (training)<br>M. Wilkins (training)<br>R. Gorbea (Off shift)<br>E. Torres (training)<br>V. Wash (A/L)<br>W. Beck (On duty)<br>H. Gussak (A/L)<br>R. Denjen (LWOP) |

| | | |
|---|---|---|
| March 19, 2002, 1:00 - 1:30 p.m. | F. Maldonado<br>E. Torres<br>W. Beck<br>J. Lane<br>H. Gussak<br>M. Mundo<br>J. Cuciti<br>K. Snyder<br>T. Cush | not identified in minutes; based on Daily Roster<br>W. Moran (Off shift)<br>C. Cole (Off shift)<br>J. Eberhardt (Off shift),<br>D. Tessel (Off shift)<br>J. Maldonado (Off shift),<br>S. Barrere (On duty)<br>**L. Bledsoe** (Day off)<br>D. White (Day off)<br>T. Cush (Day off)<br>R. Gorbea (Day off)<br>D. Ortiz (FAM/L)<br>R. Denjen (LWOP) |
| August 22, 2002, 1:00-2:00 p.m. | W. Beck<br>M. Wilkens<br>J. Lane<br>H. Gussak<br>F. Maldonado<br>J. Maldonado<br>E. Torres<br>K. Tassio<br>D. White | not identified in minutes, No Daily Roster<br>**L. Bledsoe**<br>D. Tessel |
| September 17, 2002, 1:20-2:35 p.m. | J. Lane<br>K. Tassio<br>**L. Bledsoe** (Day off)<br>S. Barrere<br>M. Wilkins<br>E. Torres<br>J. Eberhardt<br>W. Beck<br>H. Gussak<br>C. Parlo<br>R. Rojas<br>R. Thomas | F. Maldonado (On duty)<br>D. Tessel (Off shift)<br>T. Cush (Off shift)<br>D. Ortiz (Day off)<br>M. Mundo (Off shift)<br>J. Maldonado (Off shift),<br>W. Moran (S/L)<br>R. Gorbea (Day off) |

| | | |
|---|---|---|
| October 28, 2002,<br>1:05-1:55 p.m. | K. Tassio<br>M. Wilkins<br>E. Torres<br>J. Eberhardt<br>J. Maldonado<br>W. Beck<br>F. Maldonado<br>C. Cole | **L. Bledsoe** (Day off)<br>S. Barrere (Day off)<br>H. Gussak(Off shift)<br>C. Parlo (A/L)<br>R. Rojas (On duty)<br>D. Tessel (FAM/L)<br>T. Cush (Off shift)<br>D. Ortiz (A/L)<br>M. Mundo (Off shift)<br>W. Moran (Day off)<br>R. Gorbea (Day off) |
| November 27, 2002,<br>1:00-1:55 p.m. | S. Barrere<br>M. Wilkens<br>T. Cush<br>H. Gussak<br>W. Beck<br>E. Torres<br>J. Benitez<br>J. Maldonado<br>M. Mundo<br>D. Ortiz<br>**L. Bledsoe**<br>J. Eberhardt<br>C. Cole<br>R. Rojas | not identified in minutes, no Daily Roster<br>D. Tessel |
| January 21, 2003,<br>1:05-1:45 p.m. | K. Tassio<br>S. Barrere<br>E. Torres<br>J. Maldonado<br>H. Gussak<br>T. Cush<br>W. Moran<br>W. Beck | D. Tessel (COP)<br>S. Barrere (Off shift)<br>M. Wilkins (Off shift)<br>C. Cole (Day off)<br>J. Eberhardt (Day off)<br>D. Ortiz (Day off)<br>M. Mundo (On duty)<br>F. Maldonado (On duty)<br>**L. Bledsoe** (Day off)<br>C. Parlo (Off shift)<br>R. Gorbea (Off shift)<br>R. Rojas (Off shift) |

| | | |
|---|---|---|
| February 25, 2003, 1:00-2:00 p.m. | K. Tassio<br>E. Torres<br>J. Maldonado<br>W. Beck<br>H. Gussak<br>T. Cush<br>M. Mundo | **L. Bledsoe** (Day off)<br>S. Barrere (Off shift),<br>C. Cole (Day off)<br>C. Parlo (training)<br>R. Rojas (MIL LV)<br>D. Tessel (CONT OF PAY)<br>M. Wilkins (Off shift)<br>D. Ortiz (Day off)<br>J. Eberhardt (Day off)<br>W. Moran (S/L)<br>R. Gorbea (Off shift) |
| March 18, 2003, 1:20-2:35 p.m. | K. Tassio<br>S. Barrere<br>M. Wilkins<br>C. Cole<br>E. Torres<br>F. Maldonado<br>W. Beck<br>J. Eberhardt | D. Tessel (S/L)<br>T. Cush (A/L)<br>D. Ortiz (Off shift)<br>M. Mundo (off shift)<br>J. Maldonado (Off shift),<br>**L. Bledsoe** (Day off)<br>H. Gussak (Off shift)<br>C. Parlo (Day off)<br>W. Moran (Time Off Award),<br>R. Gorbea (FAM/L)<br>R. Rojas (LWOP) |
| April 29, 2003, 1:05-1:45 p.m. | T. Cush<br>M. Wilkins<br>C. Cole<br>W. Beck<br>E. Torres<br>M. Mundo<br>J. Eberhardt | D. Tessel (LWOP)<br>K. Tassio (S/L)<br>S. Barrere (Time off award)<br>D. Ortiz (Off shift)<br>F. Maldonado (On duty)<br>J. Maldonado (Off shift)<br>**L. Bledsoe** (Day Off)<br>H. Gussak (On duty)<br>C. Parlo (Day off)<br>W. Moran (S/L)<br>R. Gorbea (Day off)<br>R. Rojas (LWOP) |

| | | |
|---|---|---|
| May 27, 2003,<br>1:00-1:30 p.m. | T. Cush<br>M. Wilkins<br>C. Cole<br>W. Beck<br>E. Torres<br>J. Benitez | D. Tessel (LWOP)<br>K. Tassio (S/L)<br>S. Barrere (Off shift),<br>D. Ortiz (training)<br>F. Maldonado (On duty)<br>J. Maldonado (training),<br>M. Mundo (A/L)<br>**L. Bledsoe** (training),<br>H. Gussak (A/L)<br>J. Eberhardt (Off shift),<br>C. Parlo (Day off)<br>W. Moran (S/L)<br>R. Gorbea (training)<br>R. Rojas (LWOP)<br>V. Alvarez (On duty) |
| June 24, 2003,<br>1:10-2:15 p.m. | T. Cush<br>**L. Bledsoe** (SIS Lt shift 5, 7:45 a.m. - 4:15 p.m.)<br>C. Cole<br>J. Maldonado<br>W. Beck<br>S. Barrere<br>F. Maldonado<br>V. Alvarez | D. Tessel (LWOP)<br>K. Tassio (S/L)<br>D. Ortiz (training)<br>J. Benitez (On duty)<br>E. Torres (Off shift)<br>M. Mundo (Off shift)<br>M. Wilkins (On duty)<br>H. Gussak (Off shift)<br>J. Eberhardt (Day off),<br>C. Parlo (Day off)<br>R. Gorbea (On duty)<br>R. Rojas (LWOP)<br>W. Moran (S/L) |
| July 22, 2003,<br>1:00-1:40 p.m. | M. Wilkins<br>**L. Bledsoe** (SIS Lt, shift 7, 2:30-10:30 p.m.)<br>C. Cole<br>J. Maldonado<br>W. Beck<br>S. Barrere<br>F. Maldonado<br>J. Eberhardt | D. Tessel (LWOP)<br>K. Tassio (LWOP)<br>D. Ortiz (Off shift)<br>J. Benitez (On duty)<br>E. Torres (Off shift)<br>M. Mundo (Off shift)<br>T. Cush (On duty)<br>H. Gussak (Off shift)<br>V. Alvarez (A/L)<br>C. Parlo (Day off)<br>R. Gorbea (A/L)<br>R. Rojas (LWOP)<br>C. Fields (A/L) |

| | | |
|---|---|---|
| August 19, 2003,<br>1:05-1:50 p.m. | M. Wilkins<br>J. Maldonado<br>J. Eberhardt<br>A. Cacciappoli<br>T. Cush<br>C. Parlo<br>V. Alvarez | D. Tessel (LWOP)<br>K. Tassio (LWOP)<br>D. Ortiz (FAM/L)<br>J. Benitez (On duty)<br>E. Torres (Off shift)<br>M. Mundo (Off shift)<br>H. Gussak (Off shift)<br>R. Gorbea (On shift)<br>R. Rojas (Off shift)<br>C. Fields (Day off)<br>C. Cole (A/L)<br>**L. Bledsoe** (Day off)<br>F. Maldonado (On duty),<br>S. Barrere (A/L) |
| September 30, 2003,<br>1:00-1:45 p.m. | M. Wilkins<br>T. Cush<br>C. Parlo<br>S. Barrere<br>S. Liddicker<br>A. Pisaneschi | D. Tessel (LWOP)<br>K. Tassio (LWOP)<br>D. Ortiz (On duty)<br>J. Benitez (Off shift),<br>V. Alvarez (Off shift),<br>E. Torres (Day off)<br>A. Cacciappoli (Day off)<br>M. Mundo (Day off)<br>R. Gorbea (ADMIN/LV)<br>R. Rojas (Off shift)<br>C. Fields (On duty)<br>C. Cole (Off shift)<br>**L. Bledsoe** (Off shift),<br>F. Maldonado (A/L) |

| | | |
|---|---|---|
| October 28, 2003, 1:10-2:00 p.m. | T. Cush<br>C. Parlo<br>S. Barrere<br>S. Liddicker<br>H. Sladek | D. Tessel (LWOP)<br>K. Tassio (LWOP)<br>D. Ortiz (On duty)<br>J. Benitez (Off shift),<br>V. Alvarez (Off shift),<br>M. Wilkins (On duty)<br>E. Torres (Day off)<br>A. Cacciappoli (Day off)<br>M. Mundo (Day off)<br>R. Gorbea (Day off)<br>R. Rojas (On duty)<br>C. Fields (On duty)<br>C. Cole (Off shift)<br>**L. Bledsoe** (Off shift),<br>A. Pisaneschi (S/L)<br>F. Maldonado (S/L) |
| November 25, 2003, 1:05-1:55 p.m. | W. Beck<br>M. Wilkins<br>D. Ortiz<br>S. Barrere<br>H. Sladek<br>L. Tamayo<br>T. Raines<br>A. Cacciappoli<br>T. Cush<br>C. Parlo<br>V. Alvarez | D. Tessel (LWOP)<br>K. Tassio (LWOP)<br>J. Benitez (Off shift),<br>E. Torres (Day off)<br>M. Mundo (Day off)<br>C. Parlo (On duty)<br>R. Rojas (FAM/L)<br>C. Fields (On duty)<br>C. Cole (Off shift)<br>**L. Bledsoe** (Off shift),<br>F. Maldonado (On duty)<br>A. Pisaneschi (Off shift)<br>S. Lidicker (Off shift) |

| | | |
|---|---|---|
| December 23, 2003,<br>1:15-1:55 p.m. | S. Barrere<br>M. Wilkins<br>C. Parlo | D. Tessel (Day off)<br>K. Tassio (LWOP)<br>W. Beck (On duty)<br>J. Benitez (On duty)<br>E. Torres (Day off)<br>M. Mundo (A/L)<br>D. Ortiz (A/L)<br>H. Sladek (On duty)<br>L. Tamayo (On duty)<br>T. Raines (Off shift)<br>A. Cacciappoli (Day off)<br>T. Cush (On duty)<br>V. Alvarez (On duty)<br>R. Rojas (Day off)<br>C. Fields (Off shift)<br>C. Cole (Off shift)<br>**L. Bledsoe** (Off shift),<br>F. Maldonado (A/L)<br>S. Lidicker (Off shift) |
| January 20, 2004,<br>1:20-2:00 p.m. | S. Barrere<br>M. Wilkins<br>M. Mundo<br>C. Parlo<br>T. Cush<br>S. Lidicker<br>H. Sladek<br>A. Pisaneschi<br>J. Benitez<br>L. Tamayo<br>V. Alvarez<br>J. Torres | D. Tessel (Day off)<br>K. Tassio (LWOP)<br>W. Beck (On duty)<br>E. Torres (Day off)<br>D. Ortiz (On duty)<br>T. Raines (Off shift)<br>A. Cacciappoli (A/L)<br>R. Rojas (Day off)<br>C. Fields (Off shift),<br>C. Cole (Off shift)<br>**L. Bledsoe** (Off shift),<br>F. Maldonado (Off shift) |

| | | |
|---|---|---|
| February 17, 2004,<br>1:05-1:20 p.m. | S. Barrere<br>M. Wilkins<br>M. Mundo<br>C. Parlo<br>L. Tamayo<br>V. Alvarez | D. Tessel (Day off)<br>K. Tassio (LWOP)<br>W. Beck (A/L)<br>E. Torres (Day off)<br>T. Cush (On duty)<br>D. Ortiz (On duty)<br>S. Lidicker (Off shift)<br>H. Sladek (On duty)<br>J. Torres (On duty)<br>T. Raines (Off shift)<br>C. Cole (Off shift)<br>**L. Bledsoe** (Off shift),<br>F. Maldonado (FAM/L)<br>C. Fields (Off shift)<br>A. Caccioppoli (Day off) |
| March 30, 2004,<br>1:00-1:55 p.m. | M. Mundo<br>**L. Bledsoe** (SHU Lt, shift 4, 7:30 a.m.-4:00 p.m.)<br>C. Parlo<br>S. Barrere<br>M. Wilkins<br>F. Maldonado<br>W. Beck<br>T. Raines<br>L. Tamayo<br>V. Alvarez | D. Tessel (A/L)<br>T. Cush (Day Off)<br>D. Ortiz (Off shift)<br>K. Tassio (LWOP)<br>C. Cole (Off shift)<br>E. Torres (training)<br>J. Benitez (Day off)<br>A. Cacccioppoli (Day off),<br>S. Lidicker(On duty)<br>J. Torres (A/L)<br>R. Rojas (Off shift)<br>W. Toledo (Off shift) |

| | | |
|---|---|---|
| April 27, 2004,<br>1:45 p.m. | M. Mundo<br>C. Parlo<br>S. Barrere<br>F. Maldonado<br>W. Beck<br>T. Raines<br>L. Tamayo<br>V. Alvarez<br>S. Lidicker | D. Tessel (Day off)<br>T. Cush (Off shift)<br>D. Ortiz (On duty)<br>K. Tassio (LWOP)<br>C. Cole (Off shift)<br>E. Torres (Off shift)<br>J. Benitez (Day off)<br>A. Caccioppoli (Day off)<br>M. Wilkins (FAM/L)<br>J. Torres (Day off)<br>**L. Bledsoe** (S/L)<br>W. Toledo (Off shift)<br>R. Rojas (Off shift) |
| May 25, 2004,<br>1:00 p.m. | M. Mundo<br>C. Parlo<br>S. Barrere<br>L. Tamayo<br>W. Toledo<br>R. Rojas<br>**L. Bledsoe** (OPS LT, shift 4, 7:30 a.m.-4:00 p.m.) | D. Tessel (Day off)<br>T. Cush (Off shift)<br>D. Ortiz (Off shift)<br>K. Tassio (LWOP)<br>C. Cole (Off shift)<br>E. Torres (On duty)<br>J. Benitez (Day off)<br>A. Caccioppoli (Day off),<br>M. Wilkins (A/L)<br>J. Torres (Day off)<br>F. Maldonando (A/L)<br>W. Beck (S/L)<br>T. Raines(Off shift)<br>V. Alvarez (Off shift),<br>S. Lidicker(On duty) |
| June 22, 2004,<br>1:00 p.m. | W. Beck<br>M. Mundo<br>L. Tamayo<br>**L. Bledsoe**<br>J. Torres<br>T. Raines<br>A. Caccioppoli<br>E. Torres<br>W. Toledo<br>R. Rojas | T. Cush (Off shift)<br>D. Ortiz (On duty)<br>K. Tassio (LWOP)<br>C. Cole (Day off)<br>J. Benitez (Off shift)<br>M. Wilkins (Off shift)<br>F. Maldonando (Day off)<br>S. Barrere (S/L)<br>V. Alvarez (S/L)<br>S. Lidicker (Day off) |

| | | |
|---|---|---|
| July 20, 2004,<br>1:00-1:40 p.m. | **L. Bledsoe** (OPS LT, shift 4, 7:30 a.m.-4:00 p.m.)<br>W. Beck<br>S. Barrere<br>L. Tamayo | D. Tessel (Day off)<br>K. Tassio (LWOP)<br>M. Wilkins (Off shift),<br>E. Torres (Day off)<br>T. Cush (training)<br>M. Mundo (A/L)<br>D. Ortiz (training)<br>C. Parlo (Off shift)<br>V. Alvarez(training)<br>S. Lidicker (training),<br>H. Sladek (On duty)<br>J. Torres (training)<br>T. Raines (training)<br>C. Cole (A/L)<br>F. Maldonado (training),<br>P. Kearns (Off shift)<br>S. Munoz (On duty)<br>A. Caccioppoli (A/L)<br>J. Benitez (training) |
| August 31, 2004,<br>1:00-2:00 p.m. | W. Beck<br>L. Tamayo<br>T. Raines<br>A. Caccioppoli<br>C. Cole | T. Cush (training)<br>D. Ortiz (training)<br>K. Tassio (LWOP)<br>E. Torres (Day off)<br>J. Benitez (training),<br>M. Wilkins (Off shift),<br>F. Maldonando (training),<br>S. Barrere (On duty)<br>V. Alvarez (Off shift),<br>S. Lidicker(Day off)<br>M. Mundo (S/L)<br>**L. Bledsoe** (training),<br>J. Torres (Off shift)<br>R. Rojas (Off shift)<br>D. Tessel (Day off) |

| | | |
|---|---|---|
| September 28, 2004,<br>1:00-2:00 p.m. | W. Beck<br>S. Barrere<br>C. Cole<br>M. Wilkins<br>S. Lidicker | T. Cush (Day off)<br>D. Ortiz (Off shift)<br>K. Tassio (LWOP)<br>E. Torres (On duty)<br>J. Benitez (Off shift),<br>F. Maldonando (Off shift),<br>V. Alvarez (On duty)<br>M. Mundo (Off shift)<br>**L. Bledsoe** (A/L)<br>J. Torres (Off shift),<br>R. Rojas (MIL/L)<br>L. Tamayo (Off shift)<br>T. Raines (Day off)<br>A. Caccioppoli (Off shift)<br>C. Parlo (On duty)<br>D. Tessel (Day off) |
| October 26, 2004,<br>1:15-1:55 p.m. | **L. Bledsoe** (SEC LT, shift 4, 7:30 a.m.-4:00 p.m.)<br>W. Beck<br>C. Cole<br>V. Alvarez<br>C. Parlo<br>E. Torres | D. Tessel (Day off)<br>K. Tassio (LWOP)<br>M. Wilkins (A/L)<br>S. Barrere (S/L)<br>T. Cush (Day off)<br>M. Mundo (S/L)<br>D. Ortiz (training)<br>S. Lidicker (Off shift),<br>J. Torres (A/L)<br>T. Raines (Day off)<br>L. Tamayo (Off shift),<br>F. Maldonado (Off shift)<br>S. Munoz (On duty)<br>J. Benitez (Off shift)<br>A. Caccioppoli (training)<br>R. Rojas (training) |

| | | |
|---|---|---|
| November 23, 2004, 2:13 p.m. | **L. Bledsoe** (SEC LT, shift 4, 7:30 a.m.-4:00 p.m.)<br>W. Beck<br>C. Cole<br>V. Alvarez<br>C. Parlo<br>S. Barrere<br>M. Wilkins | D. Tessel (Day off)<br>K. Tassio (LWOP)<br>E. Torres (training)<br>T. Cush (Day off)<br>M. Mundo (FAM/L)<br>D. Ortiz (Off shift)<br>S. Lidicker (Off shift),<br>J. Torres(Off shift)<br>T. Raines (Day off)<br>L. Tamayo (Off shift)<br>F. Maldonado (Off shift)<br>A. Caccioppoli (training)<br>R. Rojas (A/L)<br>J. Benitez (S/L) |
| December 21, 2004, 1:00-2:30 p.m. | T. Raines<br>M. Wilkins<br>E. Torres<br>C. Parlo<br>S. Barrere | D. Tessel (S/L)<br>K. Tassio (LWOP)<br>T. Cush (Off shift)<br>M. Mundo (Day off)<br>D. Ortiz (A/L)<br>S. Lidicker (Off shift)<br>J. Torres (Day off)<br>F. Maldonado (Day off),<br>C. Cole (Off shift)<br>S. Munoz (On duty)<br>W. Beck (On duty)<br>**L. Bledsoe** (Off shift)<br>A. Caccioppoli (Off shift) |
| January 18, 2005 | no minutes available | |

| | | |
|---|---|---|
| February 15, 2005,<br>1:00-2:00 p.m. | T. Raines<br>M. Wilkins | E. Torres (On duty)<br>C. Parlo (Day off)<br>S. Barrere (Off shift),<br>D. Tessel (S/L)<br>K. Tassio (LWOP)<br>T. Cush (Off shift)<br>M. Mundo (A/L)<br>D. Ortiz (training)<br>S. Lidicker (Off shift),<br>J. Torres (training)<br>F. Maldonado (Day off)<br>**L. Bledsoe** (Off shift)<br>J. Benitez (On duty)<br>C. Cole (A/L)<br>R. Rojas (MIL/L)<br>W. Beck (FAM/L) |

Salvatore A. Lopresti

06/87-12/90 MCC New York, Correctional officer

12/90-09/96 FCI Otisville, GS-9/11 Lieutenant

09/96-04/99 FCI Fort Dix, GS-12 Captain

04/99-02/05 MDC Brooklyn, GS-13 Captain

02/05-present NERO, Correctional Services Specialist



PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
1

From: Christine Rock
To: NERDOM1.NERADM1.JSV
Subject: Department Heads/Liuetenants Meeting Minutes

There were no meeting minutes taken during March 1999's Department Heads/Lieutnkants meeting, due to it being a "Closed Meeting". The following staff were in attendance:

Carlyle I. Holder, Warden
B. Wunderle, AW(O)
A. Baggott, Acting Captain
D. Tessel, Lt.
D. White, Lt.
L. Littles, Lt.
R. Gorbea, Lt.
M. Vaughn, SIA
R. Palmquist, AW(T)
D. Schaaff, AW(P)
R. Nared, Lt.
M. Jones, Lt.
D.K. Davis, Lt.
G. Miller, Lt.
J. Pena, Lt.

If you should require further assistance, feel free to contact me at extension 5272.

CAPTAIN, I TALKED to MR. VENERONI in the NER - this WAS SENT ON 4/20/99
R

MDC Brooklyn
Lt. Mtg Minutes
3/99 - present

GOVERNMENT EXHIBIT 2
PENGAD-Bayonne, N.J.

BOP 39400

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Office of the Captain* *Brooklyn, New York 11232*

May 19, 1999

**MEMORANDUM TO** CARLYLE I. HOLDER, WARDEN

**FROM:** Sal Lopresti, Captain

**SUBJECT:** Department head / Lieutenants Meeting Minutes

A Department head / Lieutenants Meeting was held on May 18, 1999 at 8:07 am in the Warden's Conference Room.

**PRESENT:**

| | |
|---|---|
| Carlyle I. Holder, Warden | Sal Lopresti, Captain |
| Scott Middlebrooks, Exec Asst | Melvin Vaughn, SIA |
| Robert Palmquist, AWT | Joseph Cuciti, Lieutenant |
| David A. Schaaff, AWO | Lacy Littles, Lieutenant |
| B. Wunderle, AWP | Douglas White, Lieutenant |
| Dawn Brideson, AW's Secy/Recorder | Ralph Gorbea, Lieutenant |
| Sally Hardman, EDM | Juan Pena, Lieutenant |
| Linda McGrew, Unit Mgr 2 | David Tessel, Lieutenant |
| Arthur Baggott, Unit Mgr 3/4 | Anthony Kimbrough, EPO |
| Carlos Duff, Unit mgr 5/6 | Clemmie Cooper, DHO |
| Cynthia Godbold, CMC | Sheila Kiernan, HRM |
| Ezell Jackson, Safety Mgr/IDO | Jacob Hoenig, Chaplain |
| Raoul Watson, CSM | David Williams, ISM |
| Diana Guerrero, Chief Psych | Kevin Page, OIDO |
| Natalie Ledbetter, Trust Fund Supv | Jeff Tacconi, FSA |
| Nicholas Caiazza, Facilities Mgr | Roberto Bustamante, SOE |
| Azzmeiah Vazquez, Supv Attorney | Manuel Coll, HSA |

**ABSENT:**

| | |
|---|---|
| Ginger Miller, Lieutenant | Rick Nared, Lieutenant |
| Stuart Pray, Lieutenant | |

***Joseph Cuciti:***

- Welcomed everyone to May 1999's combined Department Head / Lieutenants Meeting.
- The base count as of this morning was 1215. There will be 45 inmates going out to court today.



BOP 39401

A 353

GOVERNMENT EXHIBIT 3

PENGAD-Bayonne, N. J.

- Thanked supervisors for being on standby on Sunday.
- Apologized for the jackets that were given to staff for Correctional Workers' Week. Those staff members whose jackets do not fit them properly will receive new jackets.
- Sanitation throughout the institution must be a natural process. The garbage carts must be utilized.
- Quote for the day:

**"Time wasted is gone forever. Maximize the moment. Life is a short walk. There is so little time and so much living to achieve. In the words of Benjamin Mays, 'You have only just a minute - only sixty seconds in it. Forced upon you - can't refuse it - didn't seek it, didn't choose it, but it is up to you to use it...You must suffer if you lose it, give account if you abuse it, just a tiny little minute, but eternity is in it.'"**

The meeting adjourned at 9:17 am.

cc: Department Heads
Bill Thorpe, Correctional Services Administrator
Northeast Regional Office

U. S. Department of Justice
Federal Bureau of Prisons
*Metropolitan Detention Center*

*Brooklyn, New York 11232*

July 07, 1999

MEMORANDUM TO: Carlyle I. Holder, Warden

FROM: Sal LoPresti, Captain

SUBJECT: Department Heads / Lieutenants Meeting Minutes

A Department head / Lieutenants Meeting was held on June 29, 1999 at 8:05 am in the Warden's Conference Room. The following staff were present:

Carlyle I. Holder, Warden
B. Wunderle, AW(P)
David A. Schaaff, AW (O)
Robert Palmquist, AW(T)
Kevin Page, Act'g Exec Asst.
Clemmie Cooper, DHO
Michelle Hunton, Chaplain
Sally Hardman, EDM
Manuel Coll, HSA
Jeff Tacconi, Food Svc Admin.
Linda Draughn, AISM
Sheila Kiernan, HRM
Jackie Felton,
Diana Guerrero, Chief Psych.
Raymond Kaufman, Act'g Unit Mgr
Sal LoPresti, Captain
Lacy Littles, Lieutenant
Juan Pena, Lieutenant
Stuart Pray, Lieutenant
Rick Nared, Lieutenant
Steven Barrere, Act'g Lieutenant
Azzmeiah Vazquez, Staff Attorney
Raoul Watson, CSM
Earl Knight, Act'g SOE
Louis German, Controller
Carla Allen, Unit Secretary
Ezell Jackson, Safety Mgr
Natalie Ledbetter, Trust Fund Spv
Arthur Baggott, Unit Mgr
Robin Williams, Act'g Facil Mgr

The following staff were absent:

Douglas White, Lieutenant
Ginger Miller, Lieutenant
Joseph Cuciti, Lieutenant
Anthony Kimbrough, EPO
Ralph Gorbea, Lieutenant
David Tessel, Lieutenant
Melvin Vaughn, SIA

GOVERNMENT EXHIBIT 4

BOP 39408

**N HOLDER**

* Many staff have sent e-mail's and/or personally congratulated him on his award and he graciou thanks them for their support. **Remember:** You are only as good as the people around you.
* Expressed happiness on Sally Hardman being promoted.
* Department heads are cautioned not to let their operation budget fall behind because they working on activation.
* We need to keep abreast of sanitation. An e-mail was sent to this regard.
* Requests that each department send him copies of their meeting minutes to ensure that informat is passed on to staff.
* Discussed plans for additional staff housing and the proposed institutional supplement regard it.
* William Oakley, Regional Facilities Administrator, will be touring our institution this Thurs and Kathy Hawk-Sawyer, Regional Director will visit the end of July.
* This Friday is Linda McGrew's last day. We will be having a farewell buffet dinner at Hunte Steak House. The cost per person is $26.00.
* Attended the Warden's Conference June 14 - 18, 1999. The following are some topics discussed the Director:
  - Enhancement of the drug abuse program.
  - Abuse of the telephone by inmates. The Inspector General will be coming out with a rep this that will make the Bureau look bad.
  - Our most important job is to keep peace and protect the public.
  - Statistics reveal by the year 2006, there will be 197,000 inmates in the federal prison sys and, 15 new facilities will be founded.
  - Many Warden's are close to retirement and the Bureau is working on an incentive to retain th
  - Congress may soon pass a bill to limit privatization of prisons.
  - LMR issues: Remind staff that grievances should be handled at the local level instead of tak it further.
  - Gang Management at Marion.
  - Plans to activate death row at Terrehaute.
  - Alcohol testing of inmate's.
  - The Department Of Justice has a budget of 2.1 billion dollars which will increase to billion in the year 2000 and 4.8 billion by the year 2001.
  - EMT's will no longer be hired in the Bureau of Prisons.
  - Bureau of Prisons spends the least in the Department of Justice.
  - Employee Standards will be updated.
  - Crisis Management for correctional workers.
  - We are "Merchants of Hope" for the inmates. Staff can have a positive impact on the individuals by complimenting their strong points and encouraging them to use these qualit in a positive way.

The meeting adjourned at 9:25 a.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

*U.S. Department of Justice*

*Federal Bureau of Prisons*

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

*July 30, 1999*

*MEMORANDUM TO:* *Carlyle I. Holder, Warden*

*FROM:* *Christine Rock, Captain's Secretary*

*THRU:* *Sal LoPresti, Captain*

*SUBJECT:* *Department Heads / Lieutenants Meeting Minutes*

A Department head / Lieutenants Meeting was held on July 27, 1999 at 8:05 am the Warden's Conference Room. The following staff were present:

Carlyle I. Holder, Warden
Robert Palmquist, AW(T)
David A. Schaaff, AW (O)
Carlos Duff, Act'g AW(P)
Scott Middlebrooks, Exec Asst.
Clemmie Cooper, DHO
Michelle Hunton, Chaplain
Sally Hardman, EDM
Pedro Hernandez, Act'g HSA
Jeff Tacconi, Food Svc Admin.
Linda Draughn, Act'g ISM
Sheila Kiernan, HRM
Nestor Mercado, Act'g Safety Mgr.
Diana Guerrero, Chief Psych.
Cynthia Godbold, CMC
Kevin Page, Management Analyst
Eddie Soto, Act'g Unit Mgr
Sal LoPresti, Captain
Douglas White, Lieutenant
Juan Pena, Lieutenant
Joseph Cuciti, Lieutenant
Ginger Miller, Lieutenant
David Tessel, Lieutenant
Azzmeiah Vazquez, Staff Attorney
Raoul Watson, CSM
Earl Knight, Act'g SOE
Ralph Gorbea, Lieutenant
Jose Rosa, Lieutenant
Muriel Wilkins, Lieutenant
Natalie Ledbetter, Trust Fund Spv
Anthony Kimbrough, EPO
Nick Caiazza, Facilities Mgr.
Robert Unverricht, Act'g Unit Mgr

The following staff were absent:

Lacy Littles, Lieutenant
Rick Nared, Lieutenant
Stuart Pray, Lieutenant
Melvin Vaughn, SIA

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
5

BOP 39414

Warden Holder's Comments Cont'd:

* Gave thanks to staff for the fine job they are doing day in and day out. Given life's opportunities, we can always improve. Department heads were asked to relay to their staff that the fine job they are doing is appreciated.

The meeting adjourned at 9:35 a.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

*U.S. Department of Justice*

*Federal Bureau of Prisons*

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

*August 26, 1999*

*MEMORANDUM TO:* *Carlyle I. Holder, Warden*

*FROM:* *Christine Rock, Captain's Secretary*

*THRU:* *Sal LoPresti, Captain*

*SUBJECT:* *Department Heads / Lieutenants Meeting Minutes*

A Department head / Lieutenants Meeting was held on August 24, 1999 at 12 am in the Warden's Conference Room. The following staff were present:

Robert Palmquist, AW(T)
Ezell Jackson, Act'g AW(O)
Cynthia Godbold, Act'g AW(P)
Scott Middlebrooks, Exec Asst.
Carlos Duff, Unit Manager
Clemmie Cooper, DHO
Jacob Hoenig, Chaplain
Astry Rivera, Act'g EDM
Manuel Coll, HSA
Jeff Tacconi, Food Svc Admin.
Linda Draughn, Act'g ISM
Sheila Kiernan, HRM
Daniel Garcia, Act'g Unit Mgr.
Diana Guerrero, Chief Psych.
Cynthia Godbold, CMC
Kevin Page, Management Analyst
Raoul Watson, CSM

James Betler, Deputy Captain
Douglas White, Lieutenant
Joseph Cuciti, Lieutenant
Stuart Pray, Lieutenant
Rick Nared, Lieutenant
Muriel Wilkins, Lieutenant
Azzmeiah Vazquez, Staff Attorney
Lacey Littles, Lieutenant
Earl Knight, Act'g SOE
Melvin Vaughn, SIA
Jose Rosa, Lieutenant
Anna Callahan, Lieutenant
Natalie Ledbetter, Trust Fund Spv
Leroy Pitts, Intelligence Officer
Nick Caiazza, Facilities Mgr
Robert Unverricht, Act'g Unit Mgr

The following staff were absent:

David Tessel, Lieutenant
Ginger Miller, Lieutenant
Anthony Kimbrough, EPO

Ralph Gorbea, Lieutenant
Juan Pena, Lieutenant

GOVERNMENT EXHIBIT 6

PENGAD-Bayonne, N.J.

BOP 39424

ert Palmquist:

* Announced that Warden Holder will not be attending the Department Heads and Lieutenants Meeting due to being on a conference call with the Regional Office. After today, Warden Holder will be out of the institution the remainder of this week.
* We are to ensure that all the inmates are given a copy of the updated supplement on inmate publications.
* Inmate disciplinary information needs to be checked daily on Sentry. Any UDC that is more than three (3) days old should not be on Sentry. If there are any incident reports for code 406 to be expunged, see B. Wunderle, AW(P) or Robert Palmquist, AW(T).
* A Budget and Salary Meeting will commence following this meeting.
* The Regional Director is scheduled to tour both of our institutions on September 1, 1999. We must make sure the institution is kept clean. Let Warden Holder be proud of the fact that we keep the institution clean at all times and not only when we expect visitors. There are a few areas in the institution that need to be waxed and stripped. There is no need to strip and wax the entire institution.
* Anyone with questions as to how their department will operate in the new institution, should ask their respective Associate Warden.

The meeting adjourned at 9:05 a.m.

:NERO
Exec Staff
Dept Heads
Lt's
AFGE

*U.S. Department of Justice*

*Federal Bureau of Prisons*

*Metropolitan Detention Center*

---

*Brooklyn, New York 11232*

*October 22, 1999*

| | |
|---|---|
| *MEMORANDUM TO:* | *Carlyle I. Holder, Warden* |
| *FROM:* | *Christine Rock, Captain's Secretary* |
| *THRU:* | *Sal LoPresti, Captain* |
| *SUBJECT:* | *Department Heads / Lieutenants Meeting Minutes* |

A Department head / Lieutenants Meeting was held on October 19, 1999 at 05 am in the Warden's Conference Room. The following staff was present:

| | |
|---|---|
| Robert Palmquist, Act'g Warden | James Betler, Deputy Captain |
| Linda Thomas, AW(C) | David Tessel, Lieutenant |
| David Schaaff, AW(P) | Joseph Cuciti, Lieutenant |
| W. Wunderle, AW(T) | Stuart Pray, Lieutenant |
| Scott Middlebrooks, Exec. Asst. | Rick Nared, Lieutenant |
| Clemmie Cooper, DHO | Ginger Miller, Lieutenant |
| Jacob Hoenig, Chaplain | Azzmeiah Vazquez, Staff Attorney |
| Sally Hardman, EDM | Lacey Littles, Lieutenant |
| Manuel Coll, HSA | Earl Knight, Act'g SOE |
| Jeff Tacconi, Food Svc Admin. | Juan Pena, Lieutenant |
| Dave Williams, ISM | Jose Rosa, Lieutenant |
| Johanni Handel, Act'g HRM | Ralph Gorbea, Lieutenant |
| Ezell Jackson, Safety Mgr. | Natalie Ledbetter, Trust Fund Spv |
| Diana Guerrero, Chief Psych. | Steven Barrere, Lieutenant |
| Cynthia Godbold, CMC | Nick Caiazza, Facilities Mgr |
| Theodore Raines, Act'g Unit Mgr. | Anthony Kimbrough, EPO |
| Raoul Watson, CSM | John Kroll, Unit Mgr. |
| Sung Lee, Clinical Director | Clemmet Shacks, Unit Mgr. |

The following staff was absent:

Muriel Wilkins, Lieutenant (Training)
Douglas White, Lieutenant (A/L)
Melvin Vaughn, SIA (Training)

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 7

BOP 39430

ert Palmquist:

* Reported that Nick Caiazza and Sal LoPresti are working on a plan to eliminate trash in front of the institution.
* We were promised money for our Fund Control System and have yet to receive it. Items that need to be purchased can be charged on your credit card. Keep track of all purchases. The purchase information will be entered in the system when it comes on line.
* Staff will receive a memorandum from Warden Holder regarding resource mailboxes.
* All purchase requests were approved for the new facility. Notify Scott Middlebrooks when these items arrive.
* Remind staff to look for LAN and telephone connections when looking to set up an office in the new facility. If it does not have LAN and telephone connections, it is not an office. We will not be able to put connections in those areas for a while.
* We are trying to have Annual Refresher Training completed within three weeks. It is important that we know the key posts and who will be working them. It is vital that everyone participate 100% within those three weeks. If everyone works their shift and not "bang in", training will run smoothly.
* There will be a going away party for Sheila Kiernan on October 29th.
* Bob Matthews will be guest speaker at the Leadership Conference on November 5th.

e meeting adjourned at 9:15 a.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

BOP 39437