-S369.035 OVERTIME AUTHORIZATION RM
V 91
.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

****DUPLCATE***** MDC BROOKLYN
(Institution Location)
OCTOBER 12 , 1999

o D. TESSEL
(Name of Employee)

You are authorized to work overtime as follows:

ay of week: TUESDAY Date: OCTOBER 12 , 1999

tarting: 7:30 (A.M.) (XXXX) Approximate period: 270
inutes

urpose: TO ATTENDED MANDATORY LIEUTENANTS MEETING, ON MY REGULAR SCHEDULED
AY OFF

eason work cannot be accomplished during regular tours of duty: NO OTHER
TAFF AVAILABLE ON THE DAILY ROSTER TO PROVIDE THE NECESSARY COVERAGE.

S. LOPRESTI, CAPTAIN
Warden or Authorized Supervisor

n accordance with above authorization I certify I worked the following
vertime:

ay of week: TUESDAY Date: OCTOBER 12 , 1999

tarting: 7:30 (A.M.) (XXXX) Approximate period: 270 minutes

nd request: Overtime Pay ____
Compensatory Time XXXXXX

(Signature of Employee)

ime verified D.T D.T (supervisor's initial)

To be used where not authorized
in advance by Warden)

Approved:
CARLYLE I. HOLDER, WARDEN

structions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.

his form may be replicated via WP)

A 363

GOVERNMENT EXHIBIT 8

PENGAD-Bayonne, N. J.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

December 2, 1999

**MEMORANDUM TO** CARLYLE I. HOLDER, WARDEN

**FROM:** Hai Bencebi, Associate Wardens' Secretary

**SUBJECT** Department Heads / Lieutenants Meeting Minutes

A Department Head / Lieutenants Meeting was held on November 30, 1999 at 8:07 a.m. in the Warden's Conference room. The following staff were present:

Carlyle I. Holder, Warden
Robert Palmquist, AW (O)
David Schaaff, AW (P)
Bill Wunderle, AW (T)
Sal LoPresti, Act'g AW (C)
Clemmie Cooper, DHO
Jacob Hoenig, Chaplain
Sally Hardman, EDM
Manuel Coll, HSA
Jeff Tacconi, Food Svc Admin
Dave Williams, ISM
Natalie Ledbetter, Trust Fund Spv
Jacqueline Felton, Gen Foreman
Aaron Merino, Acting Spv Rec Spec
Clemmet Shacks, Unit Mgr
Les Owen, Attorney
Sung Lee, Clinical Director
Melvin Vaughn, SIA

James Betler, Act'g Captain
Douglas White, Lieutenant
Joseph Cuciti, Lieutenant
Ralph Gorbea, Lieutenant
Stuart Pray, Lieutenant
Juan Pena, Lieutenant
Vincent Wash, Lieutenant
Steven Barrere, Lieutenant
Rick Nared, Lieutenant
Jose Rosa, Lieutenant
Ezell Jackson, Safety Mgr.
Nick Caiazza, Facilities Mgr
Diana Guerrero, Chief Psych
Wanda Velez, Act'g CMC
Carlos Duff, Unit Mgr
Anthony Kimbrough, EPO
John Kroll, Unit Mgr
Ann Scarpone, HRM

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 9

BOP 39438

*The Warden wishes to thank all MDC employees for the work completed day in and day out. It is a momentous task maintaining 1260 inmates. Department Heads please pass this along to your staff; Everyone has done and is doing an outstanding job. There is always room for improvement. Strive to be the best at what you do. Your work is always appreciated. We all need to work together as a team. This goes for all departments and staff. No one department is more important than another department. We are all equally important to the functions of this institution.

Meeting adjourned at 10:46 a.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

BOP 39449

U.S. Department of Justice

Federal Bureau of Prisons

Metropolitan Detention Center

Brooklyn, New York 11232

January 4, 2000

*MEMORANDUM TO:* Carlyle I. Holder, Warden

*FROM:* Christine Rock, Captain's Secretary

*THRU:* Sal LoPresti, Captain

*SUBJECT:* Department Heads / Lieutenants Meeting Minutes

A Department head / Lieutenants Meeting was held on December 28, 1999 at 10 am in the Warden's Conference Room. The following staff was present:

Robert Palmquist, Act'g Warden
Linda Thomas, AW(C)
W. Wunderle, AW(T)
Clemmet Shacks, Act'g AW(P)
Sal LoPresti, Captain
Peter Hernandez, Act'g HSA
Astry Rivera, Act'g EDM
Les Owens, Staff Attorney
Sung Lee,m Clinical Director
Melvin Vaughn, SIA
Art Baggott, Unit Mgr.
Shirley Robinson, Act'g HRM
Natalie Ledbetter, Trust Fund Spv.
James Betler, Deputy Captain
Steven Barrere, Lieutenant
Joseph Cuciti, Lieutenant
Muriel Wilkins, Lieutenant
Parry Hess, Act'g Chief Psych
Nestor Mercado, Act'g Safety Mgr.
Nick Caiazza, Facilities Mgr.
Cynthia Godbold, CMC
Jesse Barnes, Act'g Unit Mgr.
John Kroll, Unit Mgr.
Robert Kaprat, Act'g Food Svc Admn
Carolyn Simon, Unit Mgr

The following staff were absent:

Ralph Gorbea, Lieutenant
Douglas White, Lieutenant
Rick Nared, Lieutenant
Vincent Wash, Lieutenant
Ginger Miller, Lieutenant
Stuart Pray, Lieutenant
Juan Pena, Lieutenant
Jose Rosa, Lieutenant
Anthony Kimbrough, EPO

GOVERNMENT EXHIBIT 10

BOP 39450

**Wunderle:**

- Communication is deteriorating. Staff is encouraged to communicate with each other and inmates a little better. We want a well managed institution and it starts with everyone at this meeting.

**Robert Palmquist:**

- Supervisors are to ensure that their staff are aware of and understand their schedule for Annual Refresher Training (ART) because it will have a major impact on how the institution is run. Finding parking will be difficult so staff is encouraged to use the subway as a means of transportation to ART. This is a duty assignment and staff is responsible for getting there.
- The captain must sign off on all tool purchases and accountability must be maintained. If a lieutenant walks through the new building and sees tools that are not etched, the tools will be confiscated and taken to the tool room to be inventoried.
- Next week is Ezell Jackson's last week with us. He will be reporting to the Regional Office on January 10th.
- The FEAT Center will commence at 4:00 p.m. in the new building. Food Service will provide food to staff. All staff and their family members are welcomed. Let Scott Middlebrooks know by this Wednesday if you your family plan on participating.
- There is a contingency plan for New Year's which will go into effect beginning at 4:00 P.m. on December 31st. The command center will be set up in the Warden's Office in the new institution. There will be two teams of executive staff and managers who will work 12 hours shifts in case anything should occur. The first team will be on duty from 4 p.m. - 4 a.m. The second team of staff will be on duty from 4 a.m. - 4 p.m. There will be one additional officer per housing unit and the Disturbance Control Team will be on standby. There will be an hourly watch call to the Regional Office.
- Computer services converted to a new computer system. The average down time for the conversion is three weeks and we were only been down three days. We still have to work out some kinks. LAN may lock-up but SENTRY is still accessible. Computers with 100 Megs or less will be replaced. If problems are experienced with your system and no one can be reached in the computer services department, contact him.
- Appreciates everyone's hard work on the ITS system and activation of the new institution.

The meeting adjourned at 9:05 a.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

*U.S. Department of Justice*

*Federal Bureau of Prisons*

*Metropolitan Detention Center*

---

*Brooklyn, New York 11232*

*March 6, 2000*

LEO 3/17/00

*MEMORANDUM TO:* *Carlyle I. Holder, Warden*

*FROM:* C. Rock *Christine Rock, Captain's Secretary*

*THRU:* *Sal LoPresti, Captain*

*SUBJECT:* *Department Heads / Lieutenants Meeting Minutes*

A Department head / Lieutenants Meeting was held on February 22, 1999 at 8:10 am in the Warden's Conference Room. The following staff was present:

Carlyle I. Holder, Warden
Linda Thomas, AW(C)
W. Wunderle, AW(T)
David Schaaff, AW(P)
Robert Palmquist AW(O)
Darlene Alexander, AW(E)
Ralph Montalvo, AW(A)
Sekou Ma'at, Act'g Exec. Asst.
Manuel Coll, HSA
Astry Rivera, Act'g EDM
Les Owens, Staff Attorney
Sung Lee, Clinical Director
Daniel Garcia, Volunteer Coord.
Art Baggott, Unit Mgr.
Anna Scarpone, HRM
Clemmet Shacks, Unit Mgr.
Raoul Watson, CSM
David Williams, ISM
Martha Licone, Unit Mgr.
Angel Motta, Spv. of Education
James Betler, Deputy Captain
Steven Barrere, Lieutenant
Ginger Miller, Lieutenant
Muriel Wilkins, Lieutenant
Anthony Joseph, Lieutenant
Brendon Stokes, Lieutenant
Percy Johnson, Lieutenant
Douglas White, Lieutenant
Jose Rosa, Lieutenant
Jacqueline Felton, Act'g Facil. Mgr.
Cynthia Godbold, CMC
Carlos Duff, Unit Mgr.
John Kroll, Unit Mgr.
Jeff Tacconi, Food Svc Admn
Carolyn Simon, Unit Mgr.
Diana Guerrero, Chief Psych.
Clemmie Cooper, DHO
Esker Tatum, Unit Mgr.
Susan Leibowitz, Designation Coord.

The following staff were absent:

Ralph Gorbea, Lieutenant
Joseph Cuciti, Lieutenant
Rick Nared, Lieutenant
Vincent Wash, Lieutenant
John Lane, Lieutenant
Stuart Pray, Lieutenant
Juan Pena, Lieutenant
Melvin Vaughn, SIA
Anthony Kimbrough, EPO
Thomas Ventiere, Lieutenant

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 11

rden's Comments Continued:

There are three critical elements to remember in order to remain successful which will enable you to establish a solid relationship with your peers and employees who will admire and respect you:
**#1. Reserve a half hour every day to return calls.** Even if it means cutting into your lunch hour. Develop a reputation as someone who "always gets back to people right away." It sends the message that you respect other people. Also, people will be much more likely to call you back when you need them to.
**#2. Demand that people criticize you.** There are two types of managers: those who avoid criticism at all costs because they think it makes them look weak; and those who encourage criticism and use it to improve their performance. Be the latter kind of manager. Let your colleagues, supervisors, and employees know that you welcome criticism, as long as it is constructive.
**#3. Reputations are built at the bottom, not at the top.** Remember the low-level manager who helped you out so much when you were first starting out? When was the last time you took him/her to lunch? What about the team of employees who worked so hard on the project that garnered you so much praise? Did you thank them and point out their accomplishments? As you move up to the next level, don't forget about the people on the previous one. These, "little people" are responsible for your success - and they hold your reputation in their hands.

The meeting adjourned at 9:10 a.m.

cc:NERO
Exec Staff
Dept Heads
Lt's
AFGE

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

April 18, 2000

**MEMORANDUM TO** CARLYLE I. HOLDER, WARDEN

**FROM:** June Bencebi, Associate Wardens' Secretary

**SUBJECT** Department Heads/Lieutenants Meeting

A Department Heads / Lieutenants meeting was held on April 18, 2000 at 8:00 a.m. in the Warden's Conference Room.

**Present:**

Carlyle I. Holder
Robert Palmquist
David Schaaff
Ralph Montalvo
Deputy Captain Betler
Lt. Rosa
Lt. Snyder
David Williams
John Kroll
Sally Hardman
Diana Guerrero
Anthony Kimbrough
Melvin Vaughn
Sung Lee
Arthur Baggott
Clemmie Cooper
Susan Leibowitz
Carolyn Simon
Tanya Matthewson
Azzmeiah Vazquez
Scott Middlebrooks
William Wunderle
Linda Thomas
Captain LoPresti
Lt. White
Lt. Johnson
Lt. Wilkins
Anna Scarpone
Raoul Watson
Natalie Ledbetter
Jacob Hoenig
Daniel Garcia
Leroy Pitts
Verma Arun
Nestor Mercado
Wanda Velez
Carlos Duff
Clemmet Shacks
Angel Motta

GOVERNMENT EXHIBIT 12
PENGAD-Bayonne, N. J.



BOP 39463

Competitiveness is needed for success. Accept different opinions. Effective teamwork takes planning; Set clear cut goals, discuss those goals and distribute them to all members. Measure progress and work together.

Be proud of what we have accomplished. The activation of MDC Brooklyn West was a monumental task that was given to us. The rewards will come, but first hard work and teamwork is required.

We need to nurture our new staff members. If you see something wrong, correct it in a respectful, dignified way.

**YOU ARE ONLY AS STRONG AS YOUR WEAKEST LINK**

With nothing further to discuss the meaning adjourned at 10:00 am.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*OFFICE OF THE WARDEN*

*Brooklyn, New York 11232*

May 30, 2000

**MEMORANDUM TO** CARLYLE I. HOLDER, WARDEN

**FROM:** Christine Rock, Captain's Secretary

**THRU:** James D. Betler, Deputy Captain

**SUBJECT** Department Heads/Lieutenants Meeting Minutes

A Department Head / Lieutenants Meeting was held on May 30, 2000 at 8:00 a.m. in the Warden's Conference Room. The following staff were present:

Carlyle I. Holder, Warden
Sal Lopresti, Act'g, AW(C)
Cynthia Godbold, Act'g AW(P)
Robert Palmquist, AW(O)
B. Wunderle, AW (T)
Sekou Ma'at, Act'g Exec. Asst.
Lynette Bush, Intelligence Tech.
Natalie Ledbetter, Trust Fund Spv.
Manuel Coll, HSA
Sally Hardman, EDM
Azzmeiah Vazquez, Staff Attorney
Sung Lee, Clinical Director
Daniel Garcia, Volunteer Coord.
Art Baggott, Unit Mgr.
Anna Scarpone, HRM
Clemmet Shacks, Unit Mgr.
Raoul Watson, CSM
David Williams, ISM
Martha Licone, Unit Mgr.
Angel Motta, Spv. of Education

James Betler, Captain
Joseph Cuciti, Lieutenant
Ginger Miller, Lieutenant
Lyndsey Bledsoe, Lieutenant
Lacey Littles, Lieutenant
Ralph Gorbea, Lieutenant
Percy Johnson, Lieutenant
Douglas White, Lieutenant
Jose Rosa, Lieutenant
Jacqueline Felton, Act'g Facil. Mgr.
William Moran, Lieutenant
Carlos Duff, Unit Mgr.
John Kroll, Unit Mgr.
Jeff Tacconi, Food Svc Admn
Carolyn Simon, Unit Mgr.
Diana Guerrero, Chief Psych.
Andrew Butler, Safety Mgr.
William Pridgen, Act'g Unit Mgr.
Susan Leibowitz, Designation Coord.
Jacob Hoenig, Chaplain

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 13

David Tessel, Lieutenant
Thomas Ventiere, Lieutenant
Kelly Snyder, Lieutenant
Nestor Mercado, Safety Spec.
Eddie Soto, Lieutenant
Andrew Long, Lieutenant
Juan Pena, Lieutenant
Anthony Kimbrough, EPO

The following staff were absent:

Muriel Wilkins, Lieutenant-A/L
Steven Barrere, Lieutenant
Rick Nared, Lieutenant-A/L
Vincent Wash, Lieutenant-Comp
Brendon Stokes, Lieutenant-Day Off
Stuart Pray, Lieutenant-Training
Anthony Joseph, Lieutenant-Training
Melvin Vaughn, SIA
John Lane, Lieutenant-Day Off

**Warden Holder (Opening Remarks)**

Warden Holder extended his apologies for not being able to be present when it was announced that he was leaving. Even though he is leaving there is still much for us to do. Staff was encouraged to continue to keep up the good work that put MDC Brooklyn on the map.

**Douglas White:**

- Welcomed all attending staff to May 2000's combined Department Head / Lieutenants Meeting.
- The inmate base count as of this morning is 1692. There are currently 44 inmates in the Special Housing Unit.

**Jacqueline Felton (Duty Officer):**

- Reported that the inmate count at the beginning of her tour was 1692. On May 23, 2000, a staff member was assaulted by an inmate. The staff member sustained no injuries. Sanitation of the institution was good.

**Natalie Ledbetter:**

- No comment

**Sally Hardman:**

- June 12-16, and June 19-23, 2000, will be the make-up dates for Annual Refresher Training. Department Heads are asked to provide the names of their staff who will be attending training and the week they will be going.
- Requested that orderlies be assigned to clean the 7th floor of the East building.

- Manuel Coll talked about doing basics well. The true meaning has been lost. We are to ensure that procedures are being followed, e.g., force cell moves. Force cell moves require the Warden's approval.
- We must break the trend of locking up inmates because they have Separatees in the institution. That is something of the past. Inmates should not have to wait to be placed in population because of classification issues. It is not a CMC call.
- Let us change the operational mode from activation to operation. This is the time to make a transition for Program Review. Do not want to see repeat deficiencies.
- A number of staffs received letters about Dayton Manor. Everyone housed there is required to give written intentions of their Bureau careers. If you plan on staying in New York City then you need to find permanent housing. We need staff housing to attract more personnel.
- Asked that the Mentoring Program be continued after he leaves MDC Brooklyn.
- The Employee's Club has tickets available for the boat ride. The soda machines run by the Employee's Club is always sold out. Funds cannot be raised if soda is not being sold.
- It was announced that Warden Dennis Hasty will assume position as Warden of MDC Brooklyn. Until then this is Warden Holder's jail and we must still ensure we go through the proper channels. The next major project is to head up an ACA Accreditation Committee and am looking for volunteers to work on it. Send Warden Holder an e-mail if interested.
- Responsiveness – If you can't meet deadlines, you can't be a supervisor.
- We need to stop and take time to help inmates instead of telling them to write a copout. It will save a lot of time.
- We are only as strong as our weakest link. We all need to work together and help each other out.

The meeting adjourned at 9:10 a.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

GOVERNMENT EXHIBIT 14

DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

*U.S. Department of Justice*

*Federal Bureau of Prisons*

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

*June 29, 2000*

*MEMORANDUM TO:* *Carlyle I. Holder, Warden*

*FROM:* *Christine Rock, Captain's Secretary*

*THRU:* *Sal LoPresti, Captain*

*SUBJECT:* *Department Heads / Lieutenants Meeting Minutes*

Department head / Lieutenants Meeting was held on June 27, 2000 at 8:00 a.m., in the Warden's Conference Room. The following staff were present:

Linda Thomas, Act'g Warden
James Sherman, AW(C)
W. Wunderle, AW(T)
Robert Palmquist, AW(O)
Sal LoPresti, Captain
Sekou Ma'at, Act'g Exec. Asst.
Brenda Aponte, Intel. Ofcr.
Natalie Ledbetter, Trust Fund Spv.
Manuel Coll, HSA
Sally Hardman, EDM
Azzmeiah Vasquez, Attorney
Sung Lee, Clinical Director
Raymond Cotton, Union President
Art Baggott, Unit Mgr.
Johanni Handel, Act'g HRM
Clemmet Shacks, Unit Mgr.
Raoul Watson, CSM
David Williams, ISM
Martha Licone, Unit Mgr.
Angel Motta, Spv. of Education
Eddie Soto, Lieutenant
Juan Pena, Lieutenant
Ralph Gorbea, Lieutenant
Vincent Wash, Lieutenant
Melvin Vaughn, SIA

James Betler, Deputy Captain
Steven Barrere, Lieutenant
Joseph Cuciti, Lieutenant
Muriel Wilkins, Lieutenant
Anthony Joseph, Lieutenant
Brendon Stokes, Lieutenant
Percy Johnson, Lieutenant
Lindsay Bledsoe, Lieutenant
Jose Rosa, Lieutenant
Kelly Snyder, Lieutenant
Cynthia Godbold, CMC
Carlos Duff, Unit Mgr.
John Kroll, Unit Mgr.
Jeff Tacconi, Food Svc Admn
Carolyn Simon, Unit Mgr.
Diana Guerrero, Chief Psych.
Andrew Butler, Safety Mgr.
Esker Tatum, Unit Mgr.
Susan Leibowitz, Designation Coord.
David Tessel, Lieutenant
Andrew Long, Lieutenant
Lacey Littles, Lieutenant
Rick Nared, Lieutenant
Stuart Pray, Lieutenant
Michelle Hunton, Chaplain

following staff were anable to attend:

Ginger Miller, Lieutenant - A/L    Douglas White, Lieutenant - A/L
Anthony Kimbrough, EPO

**Stuart Pray:**

- Welcomed all attending staff to the combined Department Head / Lieutenants Meeting.
- The inmate base count as of this morning was 1839. There are currently 33 inmates in the Special Housing Unit, five inmates are on D/S and five inmates have total separation.
- Angel Mota is the out-going Duty Officer and Johanni Handel is the on-coming Duty Officer.

**Angel Mota (Duty Officer):**

- Reported that it was very quite in the institution over this past weekend. Visiting was heavy and religious services was well attended. The sanitation of the institution was satisfactory.

**Diana Guerrero:**

- There is no inmates on suicide watch. It is requested that Unit Managers have their staff follow procedures on conducting social interviews of nmates coming into the institution. After the interviews are conducted, chey are to be signed by the inmate and given to the psychology department.

**Michelle Hunton:**

[redacted]

**Natalie Ledbetter:**

- Nothing to report.

**Clemmet Shacks:**

- Nothing to report.

**Carolyn Simon:**

- Reported that Clemmet Shacks is the Unit Manager of the female cadre unit and she is the Unit Manager of the female pre-trial inmates.

BOP 39484

**rt Palmquist:**

- Welcomed Associate Warden James Sherman.
- Central Office staff is expected here tomorrow for a staff assist of the business office.
- All overtime must be signed by your respective Associate Warden.
- We are resolving credit card issues, balancing accounts and sending them to FCI Fort Dix. Departments not consistently balancing accounts will be severely limited at the end of the year.
- Trash compactors will be placed outside of the East building. Hoppers will be used to move trash to the compactors. Hopefully this will reduce the odor. Procedures for the disposal of garbage will soon be in place.
- SENTRY is distributed by computer. If you have not accessed SENTRY from you computer for six months, SENTRY capabilities is automatically taken from your terminal. The SENTRY password is not taken only the use of SENTRY from that computer is taken and given to another terminal within the Bureau.
- The Rolodex of staff photo's will soon be done electronically.

**Linda Thomas:**

- Warden Holder is attending LULAC this week and he will probably return this Friday.
- There is a system in place for pre-sentence interviews. Staff are to be commended. We have not had any complaints with this process.
- Discussed Separation issues. People will make mistakes until we are familiar with the process. We have WITSEC inmates in the institution. Departments must ensure we do not breach security. If you are required to be CIM Certified, please ensure it is done and staff is trained.
- There have been misconduct issues involving our staff at Glynco. Supervisors are asked to talk with their staff and let them know what is expected of them before they leave for Glynco.
- Media inquiries are to be referred to Associate Warden Linda Thomas. She is the Acting PIO for the institution. Inmates are under the impression that they can have anyone walk-in and interview them. Staff are not verifying the visiting lists. All media personnel needs to make a written application to the Warden for media inquiries.
- Special visits are a thing of the past. We will try to accommodate those who do not get many visits.
- The Volunteer Program is having their Program Review in August. There is a problem with escorts logging volunteers in and out of the log book. We must account for everyone coming in and leaving out of the institution. We do not want to get a "hit" again on Program Review. Escorts must take the responsibility of logging the volunteers in and out.

The meeting adjourned at 9:25 a.m.

-· 1991
,epartment c· -_stice | Federal Bureau of Prisons

CODE: Comp Time

MDC, Brooklyn
(Institution Location)

June 27, 2000

To: See Reverse ,
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: Tuesday Date: June 27, 2000

Starting: 7:30 (AM)(XX) Approximate period: See Reverse minutes

Purpose: To attend a mandatory lieutenant's meeting.

Reason work cannot be accomplished during regular tours of duty: Staff were assigned to work other shifts.

AUTHORIZED SUPERVISOR

In accordance with above authorization I certify I worked the following overtime:

Day of week: Tuesday Date: June 27, 2000

Starting: 7:30 (AM)(XX) Ending: See Reverse (AM)(XX) Total: See Reverse minutes

and request: Overtime Pay ____________
Compensatory Time XXXX

(Signature of Employee)

Time verified VJW (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Carlyle I. Holder, Warden

Instructions:
1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
3) To be prepared in Original only, processed in accordance with institutional. When employee signs he should indicate "P" or "C" for Compensatory time

GOVERNMENT EXHIBIT 15

PENGAD-Bayonne, N.J.

| NAME OF EMPLOYEE | DATE | TIME IN | TIME OUT | P* C* | | SUPR INTI |
|---|---|---|---|---|---|---|
| Cuciti, J | 6-27-00 | 7:30 AM | 4:00 PM | C | | VJW |
| Moran, W | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Gorbea, R | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Pena, J | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Johnson, P | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Nared, R | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Snyder, K | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Joseph, A | 6-27-00 | 7:30 AM | 12:00 PM | C | | VJW |
| Soto, E | 6-27-00 | 8:00 AM | 11:00 PM | C | | VJW |
| ~~Tessel, D~~ | ~~6-27-00~~ | ~~8:00 AM~~ | ~~10:15 PM~~ | ~~C~~ | | VJW |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

November 1991
~~U.S. Department of J~~ ~~ice~~ Federal Bureau of Prisons

CODE: Comp Time

MDC, Brooklyn
(Institution Location)

July 31, 2000

To: See Reverse ,
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: Monday Date: July 31, 2000

Starting: 7:30 (AM) (XX) Approximate period: See Reverse minutes

Purpose: To attend a mandatory lieutenant's meeting.

Reason work cannot be accomplished during regular tours of duty: Staff were assigned to work other shifts.

AUTHORIZED SUPERVISOR

In accordance with above authorization I certify I worked the following overtime:

Day of week: Monday Date: July 31, 2000

Starting: 7:30 (AM) (XX) Ending: 12:00 (XX) (PM) Total: 270 minutes

GOVERNMENT EXHIBIT 16
PENGAD-Bayonne, N. J.

and request: Overtime Pay ____
Compensatory Time XXXX

(Signature of Employee)

Time verified VJW (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Carlyle I. Holder, Warden

Instructions:
1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
3) To be prepared in Original only, processed in accordance with institutional. When employee signs he should indicate "P" or "C" for Compensatory time

5

| NAME OF EMPLOYEE | DATE | TIME IN | TIME OUT | P* C* | | SUPR INTI |
|---|---|---|---|---|---|---|
| Cuciti, J | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Moran, W | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Gorbea, R | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Tessel, D | 7/31/00 | 7:30 AM | 12:00 PM | C | Johnson | VJW |
| Johnson, P | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Bledsoe, L | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| Wilkins, M | 7/31/00 | 7:30 AM | 12:00 PM | C | [illegible] | VJW |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

U.S. Department of Justice

Federal Bureau of Prisons

Metropolitan Detention Center

Brooklyn, New York 11232

August 14, 2000

MEMORANDUM TO: DENNIS W. HASTY, WARDEN

FROM: Christine Rock, Captain's Secretary

THRU: Sal LoPresti, Captain

SUBJECT: Lieutenants Meeting Minutes

A Lieutenants Meeting was held on August 14, 2000 at 3:05 p.m., in the Warden's Conference Room. The following staff were present:

| | |
|---|---|
| Dennis W. Hasty, Warden | Salvatore LoPresti, Captain |
| James F. Sherman, AW(C) | James Betler, Deputy Captain |
| Muriel Wilkins, Lieutenant | Anthony Joseph, Lieutenant |
| Brendon Stokes, Lieutenant | Percy Johnson, Lieutenant |
| Douglas White, Lieutenant | Jose Rosa, Lieutenant |
| Ralph Gorbea, Lieutenant | Stuart Pray, Lieutenant |
| Joseph Cuciti, Lieutenant | Juan Pena, Lieutenant |
| Rick Nared, Lieutenant | Vincent Wash, Lieutenant |
| Thomas Ventiere, Lieutenant | Lacey Littles, Lieutenant |
| Kelly Snyder, Lieutenant | Lyndsay Bledsoe, Lieutenant |
| Eddie Soto, Lieutenant | Steven Barrere, Lieutenant |
| Christopher Hurley, Security Ofcr | |

The following staff were absent:

| | |
|---|---|
| David Tessel, Lieutenant - A/L | John Lane, Lieutenant - A/L |
| William Moran, Lieutenant - A/L | Melvin Vaughn, SIA - Training |
| Anthony Kimbrough, EPO - IDO | |

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 17

**Warden Hasty:**

- Warden Hasty stated that he will look at what is required of the Duty Officer and will get back with the Captain.

Meeting adjourned at 4:10 p.m.

Monday August 14, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 1

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 6:30AM--3:00PM<br>4 7:00AM--3:30PM<br>A/M | 5 7:30AM--4:00PM<br>6 7:45AM--4:15PM<br>D/W | 7 12:00P--8:00PM<br>8 12:30PM--9:00PM<br>9 2:00PM-10:30PM<br>P/M | 10 3:00PM-11:00PM<br>11 4:00PM-12:00AM<br>E/W |
|---|---|---|---|---|---|
| CAPTAIN | | | 6 LOPRESTI, SA | | |
| DEPUTY | | | 5 BETLER, JAME | | |
| OPS LT | 1 BLEDSOE, LIN | | 6 NARED, RICK | | 11 CUCITI, JOSE |
| W-ACT LT | | 2 SOTO, EDDIE | | | 11 JOHNSON, PER |
| SEC LT | 1 WHITE, DOUGL | | 6 LITTLES, LAC | | 11 PENA, JUAN |
| E-ACT LT | | 2 MUNDO, JENNI | | 9 JOSEPH, ANTH | |
| EPO | | | | | |
| INTEL OFF | | | 5 ~~PITTS, LEROY~~ VACATE | | |
| INTEL TECH #1 | | | 5 APONTE, BREN | | |
| INTEL TECH #2 | | | 5 BANKS, SYLVI | | |
| INTEL TECH #3 | | | 5 BUSH, LYNETT | | |
| SIA | | | 5 VAUGHN, MELV | | |
| SIS LT #1 | | | 5 ROSA, JOSE | | |
| SIS LT #2 | | | | | |
| SIS TECH #1 | | | | | |
| SIS TECH #2 | | | | | 10 ~~COTTO, EDUAR~~ |
| SIS TECH #3 | | | 5 OBANDO, WALT | | |
| PHONE MON | | 2 | 6 | | |
| E-1 FLR SAL | | 4 DEISHER, KYL | | | |
| FREIGHT | | 4 KEARINS, MIC | | | |
| E-TOOL ROOM | | 4 LUGO, ISMAEL | | | |
| E-REAR GATE | | 4 HOLT, ALFRED | 6 | | |
| E-HOSP OFF | | | 6 PARLO, CHRIS | | |
| SHU LT | | | | | |
| W-SHU OIC | 1 O'BRIEN, JOH | | 6 ROSEBERY, SC | | 11 FORTIER, PED |
| W-SHU #1 | 1 EDWARDS, GLE | | 6 SOMERVILLE, | | 11 DIAZ, RICHAR |
| W-SHU #2 | | 2 ~~TERBECKI, KE~~ | Reeves | 9 REID, NORMAN | |
| W-SHU #3 | | | | | |
| SHU REC | | | 5 JEMISON, JAM | | |
| SHU PROP | | | | 8 WEBB, BRIAN | |
| RECEPTION | | | 5 | | |
| E-CONTROL #1 | 1 JAMES, LONNI | | 6 MCMILLIAN, G | | 11 BRANDT, CHRI |
| E-CONTROL #2 | | 2 TAYLOR, RUPE | | 9 MURRAY, MARC | |
| E-INTERN #1 | 1 KEARNS, PATR | | 6 MALONE | | 11 FIELDS, CW |
| E-ACTIVITIES | 1 GATES, ROBER | | | | 11 WASHINGTON, |
| E-I/M ELV OP | | | 6 CLARKE, SHEL | | |
| ATTY CONF | | | 5 GORDON, SHEI | | |
| E-ACIS #1 | | 2 WITSCHEL, CH | | | 11 DAVIDSON, MA |
| E-ACIS #2 | | | | 7 GREEN, NORRI | |
| E-VISIT #1 | | | | 8 HEYWARD, DAR | |
| E-VISIT #2 | | | | 8 HAGRE, PETER | |
| E-VISIT #3 | | | 6 | [redacted] | |
| E-VISIT #4 | | | | 8 SMITH, KATIN | |
| E-VISIT ESCT | | | | [redacted] | |
| A-21 UNIT | 1 THOMPASIONAS | | 6 DUPREE, HERM | | 11 NALES, MOISE |
| A-22 UNIT | 1 PATTERSON, G | | 6 GIOVANIELLO, | | 11 GOUVATSOS, G |
| B-31 UNIT | 1 MONASTIRIOTI | | 6 VASQUEZ, MAR | | 11 TENNANT, DEN |
| B-32 UNIT | 1 JOHNSON, TYR | | 6 FRANKS, JOHN | | 11 CAMBRIDGE, A |

BOP 150459

GOVERNMENT EXHIBIT 18

PENGAD-Bayonne, N. J.

Monday August 14, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 2

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 6:30AM--3:00PM<br>4 7:00AM--3:30PM<br>A/M | 5 7:30AM--4:00PM<br>6 7:45AM--4:15PM<br>D/W | 7 12:00P--8:00PM<br>8 12:30PM--9:00PM<br>9 2:00PM--10:30PM<br>P/M | 10 3:00PM-11:00PM<br>11 4:00PM-12:00AM<br>E/W |
|---|---|---|---|---|---|
| 3-WEST | | | 6 SULLIVAN, WI Vacate | | |
| C-41 UNIT | 1 CLARDY, JAME | | 6 ALVELO, ROBE | | 11 BENYARD, WIL |
| C-42 UNIT | 1 SINGH, YOLDY GITTENS | | 6 STUBBS, KATI | | 11 BATISTA, ONA |
| D-51 UNIT | 1 BEST, ALFRED | | 6 WRIGHT, MICH | | 11 MANNING, ANG |
| D-52 UNIT | 1 SERVELLON, L | | 6 TRELLES, LIS | | 11 PURTA, JOSEP |
| E-61 UNIT | 1 MCCROREY, PH | | 6 RAMIREZ, OSC | | 11 SANTANA, ALF |
| E-62 UNIT | 1 ESPINELL, PH | | 6 MUNOZ, CHARL | | 11 PUZIE, WAYNE |
| G-41 UNIT | 1 TONANI, ANTH | | 6 KIRCHNER, GE | | 11 VASQUEZ (OT) |
| G-42 UNIT | 1 TILLERY, CHR | | 6 GALE, JOHN A | | 11 ALEXANDER, G |
| G-43 UNIT | 1 CRUMP, ALBER | | 6 WILKES, DEID | | 11 GRIMES, NADI |
| H-51 UNIT | | | | | |
| H-52 UNIT | | | 6 WINDHAM, LIS Vacate | | |
| H-53 UNIT | | | 6 REEVES, WILB Vacate | | |
| I-61 UNIT | 1 CUMMINGS, GL | | 6 HAGENBURG, T | | 11 LAHOZ, GEORG |
| I-62 UNIT | 1 DAVIS, NIEMA | | 6 OSTEEN, JOHN | | 11 MONASTRIOTIS (OT) |
| I-63 UNIT | | | | | |
| J-71 UNIT | 1 CHRISTIE, PAY VACATE | | 6 GRANT, MARK Vacate | | Vacate 11 SMITH, TONAN |
| J-72 UNIT | | | | | |
| J-73 UNIT | 1 DRAKE, AHMED | | Grant, M | | 11 Smith, T TRAN |
| K-81 UNIT | 1 GITTENS, KIR VACATE | | | | |
| K-82 UNIT | 1 OVERTON, JAS | | 6 NOBLES-HILL, | | 11 YOUNG, DEMET |
| K-83 UNIT | | | 6 MOSES, DEATR | | |
| K-84 UNIT | | | | | |
| ADMIN LT | | | 6 WASH, VINCEN | | |
| T&A OFF #1 | | | 6 ROSADO, DENA | | |
| CAPT SEC | | | 6 ROCK, CHRIST | | |
| TRAIN LT | | | 5 PRAY | | |
| W-TOOL ROOM | | 4 CUSH, THOMAS | | | |
| W-REAR GATE | | 4 MORALES, DAV MACHADO | | | |
| W-HOSP OFF | | | 6 CONNOR, CORN | | |
| SEC OFF #1 | | | 6 HURLEY, CHRI | | |
| SEC OFF #2 | | | 5 BARLITZ, MIC | | |
| COURT OFF #1 | 1 BESS, DAVID (1:00-8:00a.m.) | | | | |
| COURT OFF #2 | 1 RODRIGUEZ, R | | | | |
| W-INTERN #1 | 1 ALLEN, GARY | | 6 MACHADO, MAR VACATE | | 11 MUNDO, MARCI |
| W-INTERN #2 | | | | | |
| W-ACTIVITIES | 1 SANTANA, VIC | | | | 11 HICKS, CLIFT |
| W-1 FLR SAL | | | | | |
| W-I/M ELV OP | | | | | |
| PERIMETER #1 | 1 ALLEN, KIYO | | 6 GRAYTON, MEM | | 11 LAKAT, ZOLTA |
| PERIMETER #2 | 1 WALSH, JAMES | | 6 PARISH, HAZE | | 11 FRYAR-ASHLEY |
| C&A OFF | 1 MOORE, DEXTE | | 6 GUSSAK, HOWA | | 11 LAWRENCE, DA |
| W-CONTROL #1 | 1 LOVE, CHARLE | | 6 HOUK, PETER | | 11 DUPUY, CLAUD |
| W-CONTROL #2 | 1 PRICE, VINCE | | 6 LAKERAM, NAV | | 11 TRAN, KE CACCHIOPOLI |
| W-CONTROL #3 | | 2 FERGUSON, AR | | 9 MENDEZ, MARI | |
| W-ACIS #1 | | 2 DELPESHE, CH | | 9 PADILLA, FRA | |
| W-ACIS #2 | | 2 RIVERA, CHRI | | 9 TAYLOR, HARV | |
| W-LOBBY | | 2 NUNEZ, EDILI | | 9 BECKLES, GEO | |

BOP 150460

Monday August 14, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 3

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM<br>3 6:30AM--3:00PM<br>4 7:00AM--3:30PM A/M | 5 7:30AM--4:00PM<br>6 7:45AM--4:15PM D/W | 7 12:00P--8:00PM<br>8 12:30PM--9:00PM<br>9 2:00PM-10:30PM P/M | 10 3:00PM-11:00PM<br>11 4:00PM-12:00AM E/W |
|---|---|---|---|---|---|
| W-VISIT #1 | | 2 ISAAC, DONNE | | 9 LOPEZ, KEVIN | |
| W-VISIT #2 | | | | 9 PEREZ, VERON | |
| W-VISIT #3 | | 2 YANCEY, TONI | | 9 RAMIREZ, ROB | |
| W-VISIT #4 | | 2 MEDINA, DOLL | | 9 RICE, ROOSEV | |
| W-VISIT ESCT | | 2 CANDELARIO, | | 9 GALLETA, AND | |
| LINK OFF | | 2 JADAN, DAIWI | | 9 GOMEZ, RICHA | |
| SHAKEDOWN OFF | 1/BROTHERS//CH VACATE | | | | |

CERTIFIED CORRECT:

M/W LIEUTENANT D/W LIEUTENANT E/W LIEUTENANT

BOP 150461

Monday August 14, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 4

| DAY OFF | DAY OFF | ANNUAL LEAVE | SICK LEAVE | TRAINING | HOLIDAY | LWOP | LOANS | MIL. LEAVE |
|---|---|---|---|---|---|---|---|---|
| ANDERSON, D | ANDERSON, L | ASTACIO, D2 | SILVA, PED11 | ALAMO, REY11 | | CERDA, ALF6 | JOHNSON, E6 | TAYLOR, OZ6 |
| BACSO, PAUL | BALDEAU, SH | BACOTE, CR6 | THERVENAY,5 | ALAVA, EDU11 | | GONZALEZ, 5 | JONES, ARM6 | |
| BARRERE, ST | BONILLA, AN | DAVISON, J4 | SINGH | BRITO, JOH6 | | KIRTON, MI5 | LORENZO, J6 | |
| BYNUM, WALT | CATALDO, AN | HERNANDEZ,6 | Terbecki | CHASE, SID1 | | SANON, ANT5 | SERRAO, DE6 | |
| CHARIANDY, | CLEARE, CLA | HERNANDEZ,11 | Cotto | CORBETT, L6 | | THOMAS, VI6 | WOODS, VIC5 | |
| COX, DONNA | DEFRANCISCO | LANE, JOHN2 | | GONELL, IS1 | | TORO, JAIM5 | | |
| DILONE, FRA | FERREIRA, C | PEREZ, JES6 | | HUBER, DEA6 | | | | |
| FREITAG, GR | GARCIA, ISA | RIVERA, ST6 | | JOHNSON, F6 | | | | |
| GORBEA, RAL | HOLLAND, RA | SAEZ, WILL2 | | KENNEDY, R11 | | ~~AWOL/MORALES~~ | | |
| INNISS, ELV | JAIKISSOON | TESSEL, DA1 | | LABELLA, L6 | | | | |
| JAMES, LATE | JOHNSON, DA | THOMAS, RO6 | | LYTLE, ROB11 | | | | |
| KIMBROUGH, | LAFRANCE, M | WHITE, RAY4 | | MARIN, LOR6 | | | | |
| LANDVREUGD, | LASSI, RAMO | CHRISTIE | | MARTINEZ, 6 | | | | |
| MELVIN, YAL | MICKENS, RA | Bess (1Hr) | | ~~MILLER, AN6~~ | VACATE | | | |
| MOFFATT, MA | MOORE, GLAD | PITTS | | MORAN, WIL6 | | | AWOL | |
| MOORE, IVY | MOSCHELLO, | SOMERVILLE(2HR) | | NEWSOME, K6 | | | MILLER,A | |
| MURPHY, RAN | MURRAY, LAW | VAUGHN (3HR) | | REDA, MICH6 | | | | |
| NORMAN, DEN | OGLE, TODD | SMITH,T (EAL) | | ROBINSON, 6 | | | | |
| PATTERSON, | PETERSON, S | | | ROSA, IVET6 | | | | |
| PITTMAN, GA | PORTU, FELI | | | SMALLS, KA6 | | | | |
| POWELL, BRY | PRATHER, GR | | | TORRES, AR6 | | | | |
| PURCELL, LO | PURDIE, DER | | | VELASQUEZ,5 | | | | |
| REID, SHAWN | ROBINSON, F | | | VENTIERE, 6 | | | | |
| RODRIGUEZ, | ROJAS, RONN | | | WILSON, EL11 | | | | |
| RUPCHAND, R | SHAW, ROBER | | | | | | | |
| SNYDER, KEL | TESTMAN, RO | | | | | | | |
| VERO, AL | WHEELESS, T | | | | | | | |
| WILKINS, MU | WILSON, LEO | | | | | | | |
| WOERNER, MI | | | | | | | | |

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| ~~PRAY, STUA6~~ VACATE | | | ~~CACCIOPPOLI1~~ | VACATE | | CARTER, ER6 | ROCK (11) | |
| MORALES | | | MUNOZ, SAM1 | | SANITATION | LEON, CHRI1 | ROSADO(11) | |
| | | | | | E-SHU | BROTHERS(1) | MONASTIRIOTIS(11) | |

E-SHU Windham (6) ANDERSON (6)CMS
E-SHU Sullivan (6) ALLEN, G. (6)CMS
DAIZ (6)CMS
E-SHU #1 ROCK(11)-OT DRAKE (6)CMS
E-SHU #2 ROSADO(11)-OT

BOP 150462

A 387

Monday August 14, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER
RECORD OF CHANGES

PAGE: 5

| SHIFT | POST | OFFICER | RELIEVED BY | STATUS | REMARKS | LT'S INITIALS |
|---|---|---|---|---|---|---|
| 1 | C-42 UNIT | SINGH | GITTENS | SICK LEAVE | REQUESTED | JJC |
| 1 | K-81 UNIT | GITTENS | VACATE | C-42 UNIT | ROS ADJ | JJC |
| 1 | J-71 UNIT | CHRISTIE | VACATE | ANNUAL LEAVE | REQUESTED | JJC |
| 1 | SHAKEDOWN OFF | BROTHERS | VACATE | E-SHU | ROS ADJ | JJC |
| 6 | J-71 Unit | Grant, M | Vacate | J-73 Unit | ROS ADJUST | IB |
| 11 | J-71 Unit | Smith, T | Vacate | J-73 Unit | ROS ADJUST | IB |
| 6 | 3-West Unit | Sullivan | Vacate | E-SHU (6) | ROS ADJUST | IB |
| 6 | H-52 Unit | Windham | Vacate | E-SHU (6) | ROS ADJUST | IB |
| 2 | W-SHU #2 | Terbecki | Reeves | SICK LEAVE | REQUESTED | IB |
| 6 | H-53 Unit | Reeves | Vacate | W-SHU #2 | ROS ADJUST | IB |
| 1 | Court OFF #1 | Bess | Kearns | Annual Lea (1HR) | REQUESTED | IB |
| N/A | COP | PRAY | VACATE | TRAIN LT | ROS ADJ | SP |
| 5 | INTEL OFF | PITTS | VACATE | ANNAUL LEAVE | ROS ADJ | RN |
| 4 | W-REAR GATE | MORALES | MACHADO | AWOL | ROS ADJ | RN |
| 6 | W-INTER #1 | MACHADO | VACATE | W-REAR GATE | ROS ADJ | RN |
| 11 | I-62 | MONASTIRIOTIS | NONE | I62 (11) | OVERTIME | RN |
| 11 | E-SHU #1 | ROCK | NONE | E-SHU (11) | OVERTIME | RN |
| 11 | E-SHU #2 | ROSADO | NONE | E-SHU (11) | OVERTIME | RN |
| 11 | G-41 | VASQUEZ, M | NONE | G-41 (11) | OVERTIME | RN |
| N/A | AWOL | MORALES | NONE | COP | ROS ADJ | RN |
| 11 | W-CONtrol #2 | TRAN | CACCIOPOLI | J 73 UNIT | ROS ADJ | JJC |
| 11 | J-73 UNIT | SMITH, T. | TRAN | ANNUAL LEAVE | REQUESTED | JJC |
| 11 | ADMIN LEAVE | CACCIOPOLI | N/A | W-CONTROL #2 | REQUESTED | JJC |
| 10 | SIS Tech #2 | Cotto | N/A | Sick Leave | Requested | PJ |
| 06 | TRAIN | MILLER,A | VACATE | AWOL | ROSTER ADJ | KEM |

BOP 150463

Monday August 14, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 6

RECAPITULATION

| | | |
|---|---|---|
| MORNING WATCH | ~~36~~ | 033 |
| A/M | 20 | |
| DAY WATCH | ~~52~~ | 048 |
| P/M | 18 | |
| EVENING WATCH | ~~32~~ | 031 |
| TRIP STATUS | 0 | |
| SPECIAL ASSIGN | ~~2~~ | 005 |
| ANNUAL LEAVE | ~~12~~ | 015 |
| SICK LEAVE | ~~2~~ | ~~004~~ 005 |
| DAY OFF | 57 | |
| TRAINING | ~~24~~ | 23 |
| LOANS | 5 | |
| HOLIDAY | 0 | |
| LEAVE W/O PAY | 6 | |
| MIL. LEAVE | 1 | |
| CONT. OF PAY | 1 | |
| HOME DUTY | 0 | |
| ADMIN LEAVE | ~~2~~ | 001 |
| T. O. A. | 0 | |
| COMP. TIME | 0 | |
| OVERTIME | ~~6~~ | 008 |
| OTHER AWOL | ~~0~~ | 001 |
| TOTAL | 270 | + 08 Overtimes |

CAPTAIN: ____________________

DATE: Monday August 14, 00

BOP 150464

5369.035 OVERTIME AUTHORIZATION CDFRM
NOV 91

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

AUGUST 14,2000

To BLEDSOE, Lindsey
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: MONDAY Date: 8-14-2000

Starting: 08:00 (a.m.) (XX) Approximate period: 480 minutes

Purpose: TO PROVIDE COVERAGE FOR MOVEMENT OF GOVERNMENT PROPERTY FROM GSA WAREHOUSE TO THE EAST BUILDING

Reason work cannot be accomplished during regular tours of duty: NOT ENOUGH STAFF COVERAGE

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-M2-03Q
Overtime Code

A.SCARPONE, ACTING, AWO
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: MONDAY Date: 8-14-2000

Starting: 08:00 (a.m.) (XX) Approximate period: 480 minutes
Ending : 16:00 (XX) (p.m.)

and request: Overtime Pay XX
Compensatory Time ______

(Signature of Employee)

Time verified RG (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:
Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

GOVERNMENT EXHIBIT 19
PENGAD-Bayonne, N.J.