U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

December 26, 2000

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: June Bencebi, Warden's Secretary

SUBJECT Department Head/Lieutenants' Meeting Minutes

A Department Head/Lieutenants' meeting was held on December 26, 2000, at 1:00 p.m. in the Warden's Conference Room.

**Present:**
James F. Sherman, Acting Warden
Carolyn Simon, Acting Executive Assistant
Ann Scarpone, Acting Associate Warden Operations
Cynthia Godbold, Acting Associate Warden Programs
Bill Wunderle, Associate Warden Health/Food Services
Salvatore LoPresti, Captain
Hai June Bencebi, Warden's Secretary/Recorder
James Betler, Deputy Captain
Rex Ramcharan, Acting Unit Manager J/K
Cecil Lloyd, Acting Unit Manager A
Charles Neal, Acting Unit Manager Unit I
Allia Lewis, Acting Unit Manager Unit B/C
Samantha Serrano, Acting EDM
Cynthia Godbold, CMC
Raoul Watson, Computer Services Manager
Peter Hernandez, Acting HSA
Linda Draughn, Acting ISM
Susan Leibowitz, Managed Care/Designations Coordinator
Jeffrey Tacconi, FSA
Jacob Hoenig, Chaplain

GOVERNMENT EXHIBIT 27
PENGAD-Bayonne, N.J.

Nestor Mercado, Acting Safety Manager
James Cuffee, Acting Unit Manager D/E
Jessie Barnes, Acting Unit Manager G
Natalie Ledbetter, Trust Fund Supervisor
Todd Bailey, Attorney
Perry Hess, Acting Chief Psychologist
Michael Lucas, Assistant Facilities Manager
Clemmie Cooper, DHO
Jose Rosa, Lieutenant
Vincent Wash, Lieutenant
Daniel Ortiz, Lieutenant
Muriel Wilkins, Lieutenant
Douglass White, Lieutenant
Thomas Ventiere, Lieutenant
Eddie Soto, Lieutenant
Melvin Vaughn, SIA

**Muriel Wilkins:**

- Base count is 2046.
- 13 inmates are out to court.
- 88 inmates are in West SHU
- 28 inmates are on Disciplinary Segregation
- 53 inmates are on Administrative Detention

**Carolyn Simon, Out-Going Duty Officer:**

- On December 20, 2000, there were a few protesters attempting to enter the West building. They were protesting to have inamte Clark Kissinger set free.
- On December 25, 2000, one inmate refused to be stripped after his visit and also refused to be placed in restraints. Immediate use of force was used.

**Peter Hernandez, In-Coming Duty Officer:**

- Manuel Coll, HSA, is still away from the institution. He is due back January 2, 2001.
- New sick call procedures have been implemented. Health Services has been receiving positive feedback from the inmates regarding the new procedures.

**Dr. Perry Hess:**

[redacted]

- Counselors' Training has been scheduled for Wednesday and Thursday, December 27 - 28, 2000, from 12:00 pm - 2:00 pm in the West building.

January.
- Marguerite Martin, Psychologist, will be transferring to Otisville in mid-January.

**James Betler:**
- Emergency Plans must be signed by all staff by December 31, 2000.
- Inmate quarter changes must be cleared by the C&A Officer. This must be done in a timely manner.
- Rick Nared, Lieutenant, has been selected at USP Atlanta.

**Salvatore LoPresti:**
- Please ensure that you are completing security inspection sheets on a daily basis.

**James F. Sherman:**
- David M. Rardin, Regional Director, Northeast Region, will be visiting MDC Brooklyn on January 4, 2001.
- Please make sure that everyone is cognizant of sanitation.
- Staff parking in non-parking spaces in the parking lot will be warned only twice. The third time you are warned, you will lose your parking pass. Respect your parking pass and park in a parking spot only.
- A draft memo was passed out to all Department Heads regarding Housing of Inmates to Accommodate Increased Population of Male Cadre. The memo was drafted by Linda Thomas. We are requesting your suggestions or input regarding the memo. Inform the Executive Staff if the proposal will benefit or not benefit your department.
- The proposal will definitely impact Health Services, the Warehouse, Laundry and Food Service.
- A Department Head meeting has been scheduled for Thursday, January 4, 2001, at 1:00 p.m.

Meeting adjourned at 1:25 p.m.

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
28

Tuesday December 26, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 1

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM<br>P/M | 8 4:00PM--12:00AM<br>E/W |
|---|---|---|---|---|---|
| CAPTAIN | | | 4 LOPRESTI, SA | | |
| DEPUTY | | | 4 BETLER, JAME | | |
| OPS LT | 1 PENA, JUAN | | 5 WILKINS, MUR | | 8 WHITE, DOUGL |
| W-ACT LT | | 3 VENTIERE | | 7 PARLO, CHRIS | |
| SEC LT | 1 DENJEN, RAND | | 5 ~~VENTIERE, DH~~ WHITE, D(OT) | | 8 LANE, JOHN R |
| E-ACT LT | | 2 SOTO, EDDIE | | 7 LITTLES, LAC | |
| EPO | | | 4 | | |
| INTEL OFF | | | 4 DESMOND, RIC | | |
| INTEL TECH #1 | | | 4 APONTE, BREN | | |
| INTEL TECH #2 | | | 4 | | |
| INTEL TECH #3 | | | 4 | | |
| SIA #1 | | | 4 VAUGHN, MELV | | |
| SIA #2 | | | 4 N'DIAYE, LAM | | |
| SIS LT | | | 4 ROSA, JOSE | | |
| SIS TECH #1 | | | | | |
| SIS TECH #2 | | | | 7 OBANDO, WALT | |
| SIS TECH #3 | | | | | |
| PHONE MON | | 3 Corbett | 4 | 7 ~~CORBETT, LEY~~ VACATE | |
| E-1 FLR SAL | | | | | |
| FREIGHT | | 3 BEST, ALFRED | | | |
| E-TOOL ROOM | | 3 LUGO, ISMAEL | | | |
| E-REAR GATE | | 3 DAVISON, JON | | | |
| E-HOSP OFF | | | 5 BRITO, JOHNN | | |
| SHU LT | | | 4 | | |
| W-SHU OIC | 1 VERO, ALBERT | | 5 ROJAS, RONNI | | 8 MACHADO, MAR |
| W-SHU #1 | 1 PRICE, VINCE | | 5 THOMAS, ROB | | 8 O'BRIEN, JOH |
| W-SHU #2 | | 2 CUMMINGS, GL | | 7 TONANI, ANTH | |
| W-SHU #3 | | 2 ASTACIO, DAV | | 7 HOLLAND, RAS | |
| SHU REC | | | 4 ~~SENSOME, KEN~~ VACATE | | |
| SHU PROP | | | | 7 SHAW, ROBERT | |
| E-SHU #1 | 1 GORDON, SHEI | | 5 RIVERA, CHRI | | 8 MENDEZ, MARI |
| E-SHU #2 | | 2 ~~GOUNATSOS, S~~ K SMITH (OT) | | 7 WRIGHT, MICH | |
| RECEPTION | | | 4 TRELLES, LIS | | |
| E-CONTROL #1 | 1 DILONE, FRAN | | 5 ANDERSON, LE | | 8 LAKERAM, NAV |
| E-CONTROL #2 | | 2 LEWIS, TRACY | 4 | 7 FLANAGAN (OT) | |
| E-INTERN #1 | 1 JOHNSON, TYR | | 5 BRANDT, CHRI | | 8 ~~PATTERSON, D~~ RAMOS(OT) |
| E-INTERN #2 | | | | | |
| E-ACTIVITIES | 1 HUGHES, RALP | | 5 MELVIN (OT) | | 8 PADILLA, FRA |
| E-I/M ELV OP | | | 5 BONILLA, ANG | | |
| E-ATTY CONF | | | 4 ~~BATISTA, ONA~~ SMALLS | | |
| E-ICIS #1 | | 2 TRAN, XI V | | | 8 PATTERSON |
| E-ICIS #2 | | | | 6 DAVIS, NIEMA | |
| E-VISIT #1 | | | | 6 LAFRANCE, MI | |
| E-VISIT #2 | | | | 6 CARTER, ERIC | |
| E-VISIT #3 | | | | 6 DELPESHE, CH | |
| E-VISIT #4 | | | | 6 DEISHER, KYL | |
| E-VISIT ESCT | | | | 6 ALVELO, ROBE | |
| A-21 UNIT | 1 SMITH, KATIN | | 5 MANNING, ANG | | 8 ~~PEREZ, PERON~~ COX(OT) |
| A-22 UNIT | 1 PATTERSON, G | | 5 FRYAR-ASHLEY | | 8 TORO, JAIME |

BOP 150483

Tuesday December 26, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 2

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM 3 7:00AM--3:30PM A/M | 4 7:30AM--4:00PM 5 7:45AM--4:15PM D/W | 6 12:00PM--8:30PM 7 2:30PM--10:30PM P/M | 8 4:00PM--12:00AM E/W |
|---|---|---|---|---|---|
| B-31 UNIT | 1 MURPHY, RAND | | 4 ~~SMALLS//KAREN~~ BATTISTA | | 8 SANTIAGO, WI |
| B-32 UNIT | 1 MOFFATT, MAI | | 5 COX, DONNA | | 8 WILKES, DEID |
| C-41 UNIT | 1 SINGH, VOLDY | | 5 JACKSON, BRI | | 8 ALAMO, REYNA |
| C-42 UNIT | 1 REEVES, WILB | | 5 CLARDY, JAME | | 8 PURCELL, LOU |
| D-51 UNIT | 1 PORTU, FELIX | | 5 FRANKS, JOHN | | 8 MCCROREY, PH |
| D-52 UNIT | 1 PETERSON, ST | | 5 STUBBS, KATI | | 8 REDA, MICHAE |
| E-61 UNIT | 1 WHEELESS, TE | | 5 LABELLA, LOU | | 8 WINDHAM, LIS |
| E-62 UNIT | 1 SERVELLON, L | | 5 NOBLES-HILL, | | 8 CATALDO, ANT |
| G-41 UNIT | 1 SANTANA, VIC | | 5 THERVENAY, J | | 8 GREEN, NORRI |
| G-42 UNIT | 1 DUPREE, HERM | | 5 PEREZ, JESUS | | 8 NUNEZ, EDILI |
| G-43 UNIT | 1 PUZIE, WAYNE | | 5 HICKS, CLIFT | | 8 YOUNG, DEMET |
| H-51 UNIT | | | | | |
| H-52 UNIT | | | | | |
| H-53 UNIT | | | | | |
| I-61 UNIT | 1 ROSA, IVETTE | | 5 ANDERSON, DE | | 8 CHARIANDY, A |
| I-62 UNIT | 1 MUNOZ, CARLO | | 5 FARES, ALI | | 8 MOORE, IVY T |
| I-63 UNIT | | | | | |
| J-71 UNIT | 1 MURPHY, GEOR | | 5 ~~OWENS//CHARL~~ NEWSOME | | 8 FRANCIS, NIC |
| J-72 UNIT | | | | | |
| J-73 UNIT | 1 ~~VASQUEZ//MAR~~ WILSON(ME) | | 5 JOHNSON, FRA | | 8 LAHOZ, GEORG |
| K-81 UNIT | | | | | |
| K-82 UNIT | 1 CHRISTIE, AN | | 5 HUBER, DEAN | | 8 ESPINELL, PH |
| K-83 UNIT | | | | | |
| K-84 UNIT | 1 FLANNAGAN (OT) | | 5 SANTIAGO, IS | | 8 BOTELER, CHR |
| ADMIN LT | | | 4 WASH, VINCEN | | |
| T&A OFF #1 | | | 4 MCMILLIAN, G | | |
| T&A OFF #2 | 1 ROSADO | | 4 ~~ROSADO//DENA~~ VACATED | | |
| CAPT SEC #1 | | | 4 ROCK, CHRIST | | |
| CAPT SEC #2 | | | 4 OTERO, IDA | | |
| TRAIN LT | | | 4 | | |
| TRANSPORT LT | | | | 6 ~~JOHNSON//FRE~~ VACATE | |
| W-TOOL ROOM | | 3 CUSH, THOMAS | | | |
| W-REAR GATE | | 2 SOMERVILLE, | | | |
| W-HOSP OFF | | | 4 CONNOR, CORN | | |
| SEC OFF #1 | | | 4 | | |
| SEC OFF #2 | | | 4 BARLITZ, MIC | | |
| COURT OFF #1 | 1 PATTERSON, D. (OT) | | 4 | | |
| COURT OFF #2 | 1 PURTA, JOSEP | | | | |
| W-INTERN #1 | 1 PITTMAN, GAR | | 5 WALSH, JAMES | | 8 BROTHERS, CH |
| W-ACTIVITIES | 1 KEARNS, PATR | | 5 ~~WILSON//ST~~ MEDINA | | 8 CANDELARIO, |
| W-1 FLR SAL | | 3 SULLIVAN, WI | | | |
| W-I/M ELV OP | | | 5 ~~MEDINA//DOLL~~ WILSON | | |
| PERIMETER #1 | 1 CLARKE, SHEL | | 5 BENYARD, WIL | | 8 RICE, ROOSEV |
| PERIMETER #2 | 1 OSTEEN, JOHN | | 5 KENNEDY, ROD | | 8 MELVIN, YALE |
| PERIMETER #3 | 1 HAGENBURG, T | | 5 DUPREE(OT) | | 8 TAYLOR, RUPE |
| C&A OFF | 1 JAIKISSOON | | 5 GARCIA, ISAA | | 8 CACCIOPPOLI, |
| W-CONTROL #1 | 1 JAMES, LONNI | | 5 WHITE, RAYMO | | 8 DIAZ, RICHAR |
| W-CONTROL #2 | 1 EDWARDS, GLE | | 5 GRAYTON, MEM | | 8 BECKLES, GEO |
| W-CONTROL #3 | | 2 WASHING---- | | 7 MURRAY, MARC | |

BOP 150484

Tuesday December 26, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 3

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM / 3 7:00AM--3:30PM A/M | 4 7:30AM--4:00PM / 5 7:45AM--4:15PM D/W | 6 12:00PM--8:30PM / 7 2:30PM--10:30PM P/M | 8 4:00PM--12:00AM E/W |
|---|---|---|---|---|---|
| W-ATTY CONF | | | 4 LAKAT, ZOLTA | | |
| W-LOBBY | | 2 WOERNER, MIC | | 7 ~~HAGKE, PETER~~ BUTTS | |
| W-ICIS #1 | | | 4 | 6 ~~BUTTS, JOHN~~ NOBLES HILL (OT) | |
| W-ICIS #2 | | | | 6 MOSCHELLO, A | |
| W-VISIT #1 | | | | 6 ROSEBERY, SC | |
| W-VISIT #2 | | | | 6 DEFRANCISCO, | |
| W-VISIT #3 | | | | 6 RAMIREZ, ROB | |
| W-VISIT #4 | | | | 6 ALEXANDER, G | |
| W-VISIT ESCT | | | | 6 GALE, JOHN A | |
| LINK OFF | | 2 ~~WEBB, BRIAN~~ PATTERSON, G. (OT) | | 7 GOMEZ, RICHA | |
| SANITATION OFF | 1 LEON, CHRIST | | 5 TERBECKI, KE | | |
| D&A OFF | | | | 7 SILVA, PEDRO | |
| SHAKEDOWN | | | | | |

CERTIFIED CORRECT: [signature] M/W LIEUTENANT [signature] D/W LIEUTENANT [signature] E/W LIEUTENANT

BOP 150485

Tuesday December 26, 00

MDC BROOKLYN

BROOKLYN, NEW YORK 11232

DAILY ASSIGNMENT ROSTER PAGE: 4

| DAY OFF | DAY OFF | ANNUAL LEAVE | SICK LEAVE | TRAINING | HOLIDAY | LWOP | LOANS | MIL. LEAVE |
|---|---|---|---|---|---|---|---|---|
| ALLEN, GARY | ALLEN, KIYO | BALDEAU, S4 | BESS5 | BARNES, PH4 | | CERDA, ALF4 | ISAAC, DON4 | |
| BACOTE, CRA | BLEDSOE, LI | BANKS, SYL4 | WEBB | BASKINS, E4 | | GONZALEZ, 4 | JOHNSON, E4 | |
| BROWN, ANDR | CAMBRIA, RI | BARRERE, S4 | GOUVATSO 6HR | BATISTA, C4 | | KIRTON, MI4 | JONES, ARM4 | |
| CAMBRIDGE, | CHASE, SIDN | BUSH, LYNE4 | OWENS | CRONIN, TH4 | | LOVE, CHAR4 | SERRAO, DE4 | |
| CUYLER, TON | DRAKE, AHME | BYNUM, WAL4 | PEREZ, V | HOWARD, SH4 | | RIVERA, ST4 | WOODS, VIC4 | |
| DUPUY, CLAU | FERGUSON, A | CUCITI, JO4 | Joseph | MARTIN-CLA4 | | | | |
| FIELDS, CW | FORTIER, PE | DAVIDSON, 8 | HAGRE | MARTINEZ, 4 | | | | |
| GATES, ROBE | GITTENS, KI | GALLETA, A2 | | MORANT, LI4 | | | | |
| GONELL, ISI | GREEN, TARS | GORBEA, RA4 | | STANBERRY, 4 | | | | |
| GUSSAK, HOW | HEYWARD, DA | GRIMES, NA4 | | TUCKER, CH4 | | | | |
| HOCHSTEIN, | HOUK, PETER | HERNANDEZ, 4 | | | | | | |
| JAMES, LATE | JOHNSON, DA | HURLEY, CH4 | | | | | | |
| KIRCHNER, G | LANDVREUGD, | JEMISON, J6 | | | | | | |
| LOPEZ, KEVI | MARIA, JUAN | KIMBROUGH, 4 | | | | | | |
| MARIN, LORR | MICKENS, RA | LAWRENCE, 4 | | | | | | |
| MONASTIRIOT | MOORE, GLAD | LYTLE, ROB8 | | | | | | |
| MOSES, DEAT | MUNOZ, SAMU | MALONE, KA4 | | | | | | |
| MURRAY, LAW | OGLE, TODD | MORAN, WIL4 | | | | | | |
| PARISH, HAZ | PARKER, JOS | MUNDO, JEN4 | | | | | | |
| PEREZ, ANGE | POWELL, BRY | MUNDO, MAR4 | | | | | | |
| PURDIE, DER | RAMIREZ, OS | NARED, RIC4 | | | | | | |
| REID, SHAWN | RODRIGUEZ, | PRAY, STUA4 | | | | | | |
| RUPCHAND, R | SANON, ANTH | SAEZ, WILL4 | | | | | | |
| SANTANA, AL | SMITH, TOWA | TAYLOR, HA4 | | | | | | |
| SNYDER, KEL | TESSEL, DAV | TESTMAN, R4 | | | | | | |
| TOLEDO, WIL | TORRES, ARC | VELASQUEZ, 5 | | | | | | |
| VELAZQUEZ, | WHITE, KINA | VASQUEZ(ME) | | | | | | |
| ~~WILSON, LEO~~ | WITSCHEL, C | | | | | | | |

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| MORALES, D3 | | | | | | ~~BESS, DAY12~~ | FLANNAGAN(1,7) | NORMAN, DE4 |
| | | | | | | ~~JOSEPH, AN4~~ | WHITE, D | JOHNSON, P |
| | | | | | | MOORE, DEX6 | RAMOS 5 | |
| | | | | | | | MELVIN (5) | |

PATERSON, D(1)
DUPREE(OT)5
PATTERSON(OT)5
K SMITH (OT)6hr
WOERNER(OT) 60min
NOBLES-HILL(OT)

BOP 150486

Tuesday December 26, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER
RECORD OF CHANGES

PAGE: 5

| SHIFT | POST | OFFICER | RELIEVED BY | STATUS | REMARKS | LT'S INITIALS |
|---|---|---|---|---|---|---|
| NA | TIME OFF | FLANNAGAN | NA | K 84(1) | OVERTIME | DKW |
| NA | TIME OFF | FLANNAGAN | NA | CONTROL # 2(7) | OVERTIME | DKW |
| 5 | SEC LT | VENTIERE | WHITE, D | W ACT LT (4) | ROS, ADJ | DKW |
| NA | TIME OFF | WHITE, D. | NA | SEC LT (5) | OVERTIME | DKW |
| 8 | E INTERN#1 | PATTERSON, | RAMOS | E ICIS#1(8) | ROS ADJ | KJS |
| N/A | NON CUSTODY | RAMOS | N/A | E INTERN#1(8) | OVERTIME | KJS |
| NA | TIME OFF | MELVIN | NA | E ACTIVITIES | OVERTIME | DKW |
| 1 | SHIFT OFF | PATERSON, D. | N/A | COURT OFFICER1 | OVERTIME | JDP |
| 1 | J-73 | VASQUEZ | WILSON | DAY OFF | MUTUAL EXCHANG | JDP |
| 4 | T&A OFFICER | ROSADO | N/A | T&A OFFICER | SHIFT #1 ROS ADJ | JDP |
| 1 | DAY OFF | WILSON | VASQUEZ | J-73 | MUTUAL EXCHANGE | JDP |
| 5 | SHIFT OFF | DUPREE | N/A | PERIMETER #3 | OVERTIME | JDP |
| 7 | PHONE MON | CORBETT | VACATE | PHONE MON | SHIFT 3 | JRR |
| 5 | LINK OFFICER | WEBB | PATTERSON,G | SICK LEAVE | REQUESTED | JDP |
| 5 | SHIFT OFF | PATTERSON | N/A | LINK OFF | OVERTIME | JDP |
| 5 | SPEC. ASSGN | BESS | VACATED | SICK LEAVE | REQUESTED | JDP |
| 2 | E-SHU# 2 | GOUVATSOS | K SMITH | SICK LEAVE | REQUESTED 6HR | MW. |
| N/A | TIME OFF | K SMITH | N/A | E-SHU#2 | OVER TIME | MW. |
| 5 | W-I/M ELV OP | MEDINA | WILSON | W-ACTIVITIES | ROS ADJ | MW |
| 5 | W-ACTIVITIES | WILSON | MEDINA | W-I/M ELV OP | ROS ADJ | MW. |
| 5 | J-71 UNIT | OWENS | NEWSOME | SICK LEAVE | REQUESTED | MW. |
| 4 | W-SHU REC OFF | NEWSOME | VACATED | J-71 UNIT | ROS ADJ | MW |
| 8 | A-21 UNIT | PEREZ V | COX | SICK LEAVE | REQUESTED | MW. |
| 4 | Spec assgn | Joseph | Vacate | Sick Leave | Requested | MW |
| 7 | W-LOBBY | HAGRE | BUTTS | SICK LEAVE | REQUESTED | MW. |
| 6 | W-ICIS#1 | Butts | NOBLES-HILL | W-LOBBY | ROS ADJ | MW |
| N/A | TIME OFF | COX | N/A | A-21 UNIT | OVER TIME | MW. |
| N/A | TIME OFF | NOBLES-HILL | N/A | W-ICIS #1 | OVER TIME | MW. |
| 5 | B 31 | SMALL S | BATISTA | E ATTNY CONF | ROS,ADJ | DKW |
| 4 | E ATTNY CONF | BATISTA | SMALLS | B 31 | ROS,ADJ | DKW |
| 6 | TRANSPORT LT | JOHNSON, P | VACATE | FAMILY LEAVE | ROS,ADJ | DKW |

BOP 150487

Tuesday December 26, 00

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 6

RECAPITULATION

| | |
|---|---|
| MORNING WATCH | ~~36~~ 37 |
| A/M | 15 |
| DAY WATCH | ~~55~~ 52 |
| P/M | ~~26~~ 23 |
| EVENING WATCH | ~~35~~ 34 |
| TRIP STATUS | 0 |
| SPECIAL ASSIGN | ~~3~~ 01 |
| ANNUAL LEAVE | 26 |
| SICK LEAVE | ~~6~~ 07 |
| DAY OFF | 56 |
| TRAINING | 10 |
| LOANS | 5 |
| HOLIDAY | 0 |
| LEAVE W/O PAY | 5 |
| MIL. LEAVE | 0 |
| CONT. OF PAY | 1 |
| HOME DUTY | 0 |
| ADMIN LEAVE | 0 |
| T. O. A. | 0 |
| COMP. TIME | 0 |
| OVERTIME | 0 |
| OTHER | ~~1~~ 02 |
| TOTAL | 274 |

CAPTAIN: [signature]

DATE: Tuesday December 26, 00

BOP 150488

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

February 16, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: C. Rock
Christine Rock, Captain's Secretary

THRU: Salvatore LoPresti, Captain

SUBJECT: Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's meeting was held on January 23, 2001 at 1:00 p.m. in the Warden's Conference Room.

Present:
Dennis W. Hasty, Warden
James F. Sherman, AW(C)
Salvatore LoPresti, Captain
James Betler, Deputy Captain
Ann Scarpone, HRM
Cynthia Godblod, CMC
Carolyn Simon, Unit Mgr.
Rauol Watson, CSM
Stuart Pray, Lieutenant
Steven Barrere, Lieutenant
Vincent Wash, Lieutenant
Thomas Ventiere, Lieutenant
Anthony Joseph, Lieutenant
Melvin Vaughn, SIA
Joseph Cuciti, Lieutenant
Raymond Cotton, Union President
Angel Motta, SOE
Daniel Garcia, Volunteer Coord.
Adolfo Maldonado, Facilities Mgr.
Ida Otero, Recorder
Linda R. Thomas, AW(P)
Sally Hardman, EDM
Luis V. German, AW(O)
Clemmie Cooper, DHO
Bill Wunderle, AW(H/FS)
Jose Rosa, Lieutenant
Peter Hernandez, AHSA
Muriel Wilkens, Lieutenant
Thomas Cush, Tool Room Ofcr.
Sung Lee, Clinical Director
Jacob Hoenig, Chaplain
Rick Nared, Lieutenant
Eddie Soto, Lietuenant
Clemmet Shacks, Unit Mgr.

GOVERNMENT EXHIBIT 29
PENGAD-Bayonne, N. J.

Warden Hasty's Comments Continued:

- We are going to need a second visiting area in the West building. There is a place we are considering to designate as the visiting area.
- Staff from the training center in Glynco is expected to shoot a training film at MDC Brooklyn on the use of firearms in an MCC and MDC setting.

The meeting adjourned at 2:00 p.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

February 20, 2001

**MEMORANDUM TO:** DENNIS W. HASTY, WARDEN

**FROM:** Christine Rock, Captain's Secretary

**THRU:** Salvatore LoPresti, Captain

**SUBJECT:** Department Head / Lieutenants Meeting Minutes

A Department Head / Lieutenants Meeting was held on February 20, 2001 at 1:00 p.m., in the Warden's Conference Room. The following staff were present:

Dennis W. Hasty, Warden
Sal LoPresti, Acting AW(C)
Linda Thomas, AW (P)
Luis German, AW(O)
William Wunderle, AW(H/FS)
Azzmeiah V. Ward, Executive Assist.
Christine Rock, Secretary/Recorder
Clemmie Cooper, DHO
Yemisi Oladunmoye, Act'g Trust Fund Spv.
Ulises Vargas, HSA
Sally Hardman, EDM
Todd Bailey, Attorney
Angel Motta, Education Supv.
Lamine N'Diaye, SIA
Ann Scarpone, HRM
Clemmet Shacks, Unit Mgr. J/K
Orlando Valentin, Act'g CSM
David Williams, Unit Manager H
Martha Licon, Unit Manager G
Linda Draughn, Act'g ISM
Melvin Vaughn, SIA
Joseph Cuciti, Lieutenant
Muriel Wilkins, Lieutenant
Anthony Joseph, Lieutenant
Stuart Pray, Lieutenant
William Moran, Lieutenant
John Lane, Lieutenant
Vincent Wash, Lieutenant
Thomas Ventiere, Lieutenant
William Beck, Lieutenant
John Kroll, Unit Manager D/E
Jeff Tacconi, Food Svc Admn
Carolyn Simon, Unit Mgr. B/C
Emily Streeter, Act'g Chief Psych.
Andrew Butler, Safety Mgr.
Sereathia Kesee, Act'g Unit Mgr. A
Susan Leibowitz, Designation Coord.
Jacob Hoenig, Rabbi
Sung Lee, Clinical Director
Danny Garcia, Volunteer Coordinator
Cynthia Godbold, CMC
Carlos Duff, Unit Manager I

GOVERNMENT EXHIBIT 30

PENGAD-Bayonne, N.J.

The following Staff were absent:

David Tessel, Lieutenant - S/L
Steven Barrere, Lieutenant - A/L
Juan Pena, Lieutenant - ADMIN LV
Lacy Littles, Lieutenant - S/L
Kelly Snyder, Lieutenant - Day Off
Jose Rosa, Lieutenant - ADMIN LV
James Betler, Deputy Capt.- Training
Daniel Oritiz, Lieutenant - Day Off
Ralph Gorbea, Lieutenant - Day Off
Eddie Soto, Lieutenant - ADMIN LV
Douglas White, Lieutenant - A/L
Percy Johnson, Lieutenant - Training
Linday Bledsoe, Lieutenant - Day Off
Anthony Kimbrough, EPO - A/L
Randy Denjen, Lieutenant - A/L

**Muriel Wilkins:**
- Welcomed all attending staff to February's 2001 combined Department Head / Lieutenants Meeting.
- The inmate base count as of this morning was 2066. There is a total of 78 inmates in West Special Housing. The breakdown is as follows; 53 inmates in D/S, 20 inmates in A/D and five inmates on total separation status.

**Angel Motta (Duty Officer):**
- It was reported that the sanitation of the institution was at an acceptable level.
- Staff morale was good. Inmate visiting was heavy and went well.
- Last Tuesday, inmate [redacted], [redacted], who was on suicide watch, began banging her head on the wall inside her cell. Inmate [redacted] had to be placed in four point. The restraints were removed from the inmate the next day. On February 15, 2001, inmate [redacted] was transferred to FMC Carswell.
- On Friday, February 16, 2001, two fights occurred simultaneously at 9:40 p.m. One fight occurred on Unit G-41. Two inmates were fighting over the use of the telephone. The other fight occurred on Unit D-A. The fight may have stemmed from an inmate's religious rug being used for an exercise mat by another inmate. The SIS office is investigating the altercation.
- Saturday, February 17, 2001, [redacted], [redacted] was housed in the Special Housing Unit at MDC Brooklyn and was released from our custody the next day.
- Saturday, February 17, 2001, a pregnant female inmate was experiencing discharge and it was thought the inmate was preparing to give birth. The inmate was taken to Lutheran Hospital but was later returned to the institution.

**Anna Scarpone (On-coming Duty Officer):**
- Nothing to report.

**Todd Bailey:**
- This will probably be the last Department Head Meeting that he will attend because Les Owens, Supervisory Attorney, will be on our payroll as of February 25, 2001.
- Thanked everyone for assisting the legal department while they were going through their transition.

**Jeff Taconni:**
- Nothing to report.

**Yemis Oladunmoye:**
- He is acting on behalf of Natalie Ledbetter, Trust Fund Supervisor.

Warden Hasty:

- An FBI agent with 27 years on the job was arrested at his home for espionage. It was determined that the FBI agent was giving information to the Russians.
- A lot of MDC Brooklyn staff is on the move. It is good to see that our staff are wanted at other institutions. To name a few, Officer Anthony Caccioppoli was selected at FCI Otisville, Materials Handler Supervisor Richard Everest and Lieutenant Eddie Soto was selected at Coleman, Officer Michael Woerner was selected at Hawaii as was Lieutenant Juan Pena and wife, and Lieutenant Jose Rosa was selected at MDC Guaynabo.
- Inmates will be moved from the East building to the West building. Anyone having questions as to how the transition will occur should speak with Associate Warden Linda Thomas.
- Congratulations are in order for Kecia Carter, Annecia Campbell, Carolyn Simon and Emily Streeter for doing a great job arranging recall for Black History Month. The recall went well because of excellent planning.
- Line staff are sending out a great deal of e-mail. Some of the e-mail's are inappropriate. Staff need to get with their department head before sending out GroupWise messages to alleviate the large volume of e-mail.
- Associate Warden Luis German touched on the subject of taking other people's property. It is also a concern of Warden Hasty. It needs to be reinforced to staff that it is inappropriate to take belongings from one another. We know the difference between right and wrong. This information need to be passed on to staff at meetings. An e-mail concerning this matter may be sent to line staff.
- The Special Housing Unit Meeting is scheduled for Wednesday, February 21, 2001, at 1:00 p.m.

The meeting adjourned at 1:55 p.m.

cc: NERO
Exec Staff
Dept Heads
Lt's
AFGE

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 31

Tuesday February 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 1

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM 3 7:00AM--3:30PM A/M | 4 7:30AM--4:00PM 5 7:45AM--4:15PM D/W | 6 12:00PM--8:30PM 7 2:30PM--10:30PM P/M | 8 4:00PM--12:00AM E/W |
|---|---|---|---|---|---|
| CAPTAIN | | | 4 LOPRESTI, SA | | |
| DEPUTY | | | 4 | | |
| OPS LT | 1 TESSEL, DAVI | | 5 WILKINS, MUR | | 8 WHITE, DOUGL |
| W-ACT LT | | 2 JOSEPH, ANTH | | 7 LANE, JOHN R | |
| SEC LT | 1 DENJEN, RAND | | 5 VENTIERE, TH | | 8 MORAN, WILLI |
| E-ACT LT | | 2 BECK, WILLIA | | 7 LITTLES, LAC | |
| EPO | | | 4 | | |
| INTEL OFF | | | 4 DESMOND, RIC | | |
| INTEL TECH #1 | | | 4 APONTE, BREN | | |
| INTEL TECH #2 | | | 4 BANKS, SYLVI | | |
| INTEL TECH #3 | | | 4 BUSH, LYNETT | | |
| SIA #1 | | | 4 VAUGHN, MELV | | |
| SIA #2 | | | 4 N'DIAYE, LAM | | |
| SIS LT | | | 4 | | |
| SIS TECH #1 | | 3 CORBETT, LEY | | | |
| SIS TECH #2 | | | | 7 OBANDO, WALT | |
| SIS TECH #3 | | | 4 RIVERA, STEV | | |
| PHONE MON | | 2 SAEZ, WILLIA | | | |
| E-1 FLR SAL | | | | | |
| FREIGHT | | 3 TORO, JAIME | | | |
| E-TOOL ROOM | | 3 LUGO, ISMAEL | | | |
| E-REAR GATE | | 3 GRAYTON, MEM | | | |
| E-HOSP OFF | | | 4 BALDEAU, SHE | | |
| SHU LT | | | 4 | | |
| W-SHU OIC | 1 GALLETA, AND | | 5 BYNUM, WALTE | | 8 MACHADO, MAR |
| W-SHU #1 | 1 RODRIGUEZ, B | | 5 TOLEDO, WILL | | 8 O'BRIEN, JOH |
| W-SHU #2 | | ~~2 DELFESHE, CH~~ BROTHERS | | 7 RICE, ROOSEV | |
| W-SHU #3 | | 2 MOORE, GLADS | | 7 TORRES, ARCE | |
| W-SHU #4 | | | 5 LANDVREUGD, | | 8 LABELLA, LOU |
| SHU REC | | | 4 JONES, ARMAN | | |
| SHU PROP | [redacted] | | 4 | | |
| E-SHU #1 | | | 5 RIVERA, CHRI | | 8 ~~MENDEZ, MAX~~ VACATE |
| E-SHU #2 | | ~~2 BROTHERS, CH~~ VACATE | | 7 MANNING, ANG | |
| RECEPTION | | | 4 TRELLES, LIS | | |
| E-CONTROL #1 | 1 BACOTE, CRAI | | 5 VELAZQUEZ, C | 8 RIVERA, B | 8 ~~LAWRENCE, PA~~ |
| E-CONTROL #2 | | 2 BENYARD, WIL | | 7 ROBINSON | |
| E-INTERN #1 | 1 LEON, CHRIST | | 5 ROSEBERY, SC | | 8 PADILLA, FRA |
| E-ACTIVITIES | 1 DEISHER, KYL | | 5 TONANI, ANTH | | 8 DAMICO |
| E-I/M ELV OP | | | 5 REID, SHAWN | | |
| E-ATTY CONF | | | 4 BATISTA, ONA | | |
| E-ICIS #1 | | 2 CARTER, ERIC | | | 8 FIELDS, CW |
| E-ICIS #2 | | | | 7 MCCROREY, PH | |
| E-VISIT #1 | | | | 6 ~~LEWIS, TRACY~~ | 8 DUPREE (OT) |
| E-VISIT #2 | | | | 6 LAFRANCE, MI | |
| E-VISIT #3 | | | | 6 SANTANA, VIC | |
| E-VISIT #4 | | | | 6 PUZIE, WAYNE | |
| E-VISIT ESCT | | | | 6 ~~FORTY, FELIX~~ | |
| A-21 UNIT | 1 RAMIREZ, OSC | | 5 STUBBS, KATI | | 8 JAMES, LONNI |
| A-22 UNIT | 1 STIANO, LARR | | 5 BEST, ALFRED | | 8 DUPUY, CLAUD |

BOP 151703

Tuesday February 20, 01

MDC BROOKLYN

BROOKLYN, NEW YORK 11232

DAILY ASSIGNMENT ROSTER

PAGE: 2

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM<br>P/M | 8 4:00PM--12:00AM<br>E/W |
|---|---|---|---|---|---|
| B-31 UNIT | 1 KENNEDY, ROD | | 4 WOERNER, MIC | 8 MENDEZ | 8 ~~B. RIVERA~~ |
| B-32 UNIT | 1 WILSON, ELIZ | | 5 MARIN, LORRA | | 8 SANTANA, ALF |
| C-41 UNIT | 1 ALAMO, REYNA | | 5 MOSES, DEATR | | 8 MEDINA, DOLL |
| C-42 UNIT | 1 LAKAT, ZOLTA | | 5 JAMES, LATEM | 8 GOUVATSOS | 8 ~~PEREZ, JESUS~~ |
| D-51 UNIT | 1 JACKSON, B (OT) | | 5 HACKETT, NIC | | 8 BECKLES, GEO |
| D-52 UNIT | 1 MARTIN-CLARK | | 5 FRANKS, JOHN | | 8 HUGHES, RALP |
| E-61 UNIT | 1 BONILLA, ANG | | 5 BARNES, PHIL | | 8 JACKSON, BRI |
| E-62 UNIT | 1 MOSCHELLO (OT) | | 5 I. ANTHONY | | 8 COX, DONNA |
| G-41 UNIT | 1 HOLLAND, RAS | | 5 DUPREE, HERM | | 8 METLES |
| G-42 UNIT | 1 OSTEEN, JOHN | | 5 NUNEZ, EDILI | | 8 BUTTS, JOHN |
| G-43 UNIT | 1 SMITH, KATIN | | 5 CLARDY, JAME | | 8 HOWARD, SHAW |
| H-51 UNIT | | | | | |
| H-52 UNIT | | | 5 ~~R. MARTINEZ~~ | | |
| H-53 UNIT | | | 5 OGLE, TODD J | | |
| I-61 UNIT | 1 CHASE (OT) | | 4 LAHOZ, GEORG | | 8 MUNOZ, SAMUE |
| I-62 UNIT | 1 HOCHSTEIN, K | | 4 ~~STANBERRY~~ M WASHINGTON | | 8 WALSH, JAMES |
| I-63 UNIT | | | | | |
| J-71 UNIT | 1 BASKINS, EVE | | 5 CUTTINO | | 8 BATISTA, CHA |
| J-72 UNIT | | | 4 | | |
| J-73 UNIT | 1 MURPHY, RAND | | 5 ~~ARCHER~~ R. MARTINEZ | | 8 FORDE, CLAIR |
| K-81 UNIT | | | | | |
| K-82 UNIT | 1 VASQUEZ, MAR | | 5 CATALDO, ANT | | 8 SANON, ANTHO |
| K-83 UNIT | | | | | |
| K-84 UNIT | 1 GITTENS, KIR | | 5 DIAZ, RICHAR | | 8 FERGUSON, AR |
| ADMIN LT | | | 4 WASH, VINCEN | | |
| T&A OFF #1 | | | 4 MALONE, KATL | | |
| T&A OFF #2 | | | 5 ROSADO, DENA | | |
| CAPT SEC #1 | | | 4 ROCK, CHRIST | | |
| CAPT SEC #2 | | | 4 | | |
| TRAIN LT | | | 5 PRAY, STUART | | |
| TRANSPORT LT | | | 4 | | |
| W-TOOL ROOM | | 3 CUSH, THOMAS | | | |
| W-REAR GATE | | 3 DAVISON, JON | | | |
| W-HOSP OFF | | | 4 NORMAN, DENN | | |
| SEC OFF #1 | | | 4 HURLEY, CHRI | | |
| SEC OFF #2 | | | 4 BARLITZ, MIC | | |
| COURT OFF #1 | 1 MARTINEZ, CA | | | | |
| COURT OFF #2 | 1 FARAG | | 4 | | |
| W-INTERN #1 | 1 PITTMAN, GAR | | 5 MUNDO, JENNI | | 8 SOMERVILLE, |
| W-INTERN #2 | | | 5 REEVES, WILB | | 8 PARKER, JOSE |
| W-ACTIVITIES | 1 KEARNS, PATR | | 5 THERVENAY, J | | 8 LOPEZ, KEVIN |
| W-1 FLR SAL | | 3 CONNOR, CORN | 4 | | |
| W-I/M ELV OP | | | 5 ALVELO, ROBE | | |
| PERIMETER #1 | 1 GORDON, SHEI | | 5 GRIMES, NADI | | 8 DAVIDSON, MA |
| PERIMETER #2 | 1 JOHNSON, FRA | | 5 WILSON, LEON | | 8 BENITEZ, JOS |
| PERIMETER #3 | 1 JOHNSON, ERI | | 5 CHARTANDY (OT) | 8 PEREZ, J | 8 ~~GOUVATSOS~~ |
| C&A OFF | 1 THOMAS, ROBE | | 5 GUSSAK, HOWA | | 8 GARCIA, ISAA |
| W-CONTROL #1 | 1 NEWSOME, KEN | | 5 HOUK, PETER | | 8 DILONE, FRAN |
| W-CONTROL #2 | 1 WHITE, RAYMO | | 5 PATTERSON, G | | 8 ASTACIO, DAV |



BOP 151704

Tuesday February 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 3

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM 3 7:00AM--3:30PM A/M | 4 7:30AM--4:00PM 5 7:45AM--4:15PM D/W | 6 12:00PM--8:30PM 7 2:30PM--10:30PM P/M | 8 4:00PM--12:00AM E/W |
|---|---|---|---|---|---|
| W-CONTROL #3 | | ~~2 WRIGHT, MICH~~ | 4 CAMBRIA | 7 OWENS, CHARI | |
| W-ATTY CONF | | | 4 KIRTON, MICH | | |
| W-ATTY CONF #2 | | | | | |
| W-LOBBY | | 2 CUYLER, TONI | 4 | 7 J. ANDERSON | |
| W-ICIS #1 | | | | 6 EDWARDS, GLE | |
| W-ICIS #2 | | | 4 | ////////// | 8 FORTIER (OT) |
| W-VISIT #1 | | | | 6 TAYLOR, HARV | |
| W-VISIT #2 | | | | ~~6 ROJAS, RONNI~~ | 8 COTTON, R(OT) |
| W-VISIT #3 | | | | 6 WILKES, DEID | |
| W-VISIT #4 | | | | 6 HICKS, CLIFT | |
| W-VISIT ESCT | | | | 6 BOTELER, CHR | |
| LINK OFF | | 2 RAMIREZ, ROB | | 7 DEFRANCISCO, | |
| SANITATION OFF | 1 MURRAY, MARC | | 5 TAMAYO, LIZE | | |
| D&A OFF | | | | 7 SILVA, PEDRO | |
| SHAKEDOWN | | | | | |

CERTIFIED CORRECT:

M/W LIEUTENANT

D/W LIEUTENANT

E/W LIEUTENANT

BOP 151705

Tuesday February 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 4

| DAY OFF | DAY OFF | ANNUAL LEAVE | SICK LEAVE | TRAINING | HOLIDAY | LWOP | LOANS | MIL. LEAVE |
|---|---|---|---|---|---|---|---|---|
| BLEDSOE, LI | BRANDT, CHR | ALLEN, KIY1 | WRIGHT | ALEXANDER,4 | | CRONIN, TH4 | CUCITI, JO4 | DELPECHE |
| BRITO, JOHN | BROWN, ANDR | ANDERSON, 5 | ROJAS | ALLEN, GAR4 | | DAVIS, NIE4 | MUNDO, MAR4 | |
| CACCIOPPOLI | CHARIANDY, | ANDERSON, 1 | STANBERRY | BETLER, JA4 | | GONZALEZ, 4 | WOODS, VIC4 | |
| CHASE, SIDN | CLARKE, SHE | BARRERE, S4 | LEWIS | CAMBRIDGE,4 | | MORALES, D4 | | |
| CUMMINGS, G | FORTIER, PE | CANDELARIO5 | LAWRENCE | CHRISTIE, 4 | | | | |
| FRANCIS, NI | GALE, JOHN | KIMBROUGH,4 | FORTU | DRAKE, AHM4 | | | | |
| GARRETT, CH | GONELL, ISI | MOORE, DEX6 | | ESPINELL, 4 | | | | |
| GORBEA, RAL | HAGENBURG, | WHEELESS, 1 | | FARES, ALI4 | | | | |
| HEYWARD, DA | HUBER, DEAN | | | FRYAR-ASHL4 | | | | |
| JAIKISSOON | JOHNSON, DA | | | GOMEZ, RIC4 | | | | |
| JOHNSON, TY | MELVIN, YAL | | | GREEN, TAR4 | | | | |
| MICKENS, RA | MOORE, IVY | | | HERNANDEZ,4 | | | | |
| MORANT, LIS | MOSCHELLO, | | | JOHNSON, P4 | | | | |
| MURRAY, LAW | NOBLES-HILL | | | KIRCHNER, 4 | | | | |
| ORTIZ, DANI | PARISH, HAZ | | | LAKERAM, N4 | | | | |
| PASSALACQUA | PATTERSON, | | | LYTLE, ROB8 | | | | |
| PEREZ, VERO | PRICE, VINC | | | MARIA, JUA4 | | | | |
| PURCELL, LO | RUPCHAND, R | | | MOFFATT, M4 | | | | |
| SANTIAGO, W | SERRAO, DEX | | | MONASTIRIO4 | | | | |
| SINGH, VOLD | SNYDER, KEL | | | MUNOZ, CAR4 | | | | |
| SULLIVAN, W | TAYLOR, RUP | | | MURPHY, GE4 | | | | |
| TESTMAN, RO | TUCKER, CHA | | | OTERO, IDA4 | | | | |
| VERO, ALBER | WINDHAM, LI | | | PEREZ, ANG4 | | | | |
| WITSCHEL, C | YOUNG, DEME | | | PETERSON, 4 | | | | |
| | | | | PURTA, JOS4 | | | | |
| | | | | SANTIAGO, 4 | | | | |
| | | | | SERVELLON,4 | | | | |
| | | | | SHAW, ROBE4 | | | | |
| | | | | SMALLS, KA4 | | | | |
| | | | | SMITH, TOW4 | | | | |
| | | | | TRAN, XI V4 | | | | |
| | | | | VELASQUEZ,4 | | | | |

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| ~~MANARA//M15~~ | | | GREEN, NOR4 | | | BESS, DAVI2 | JACKSON, B | |
| ROSA, IVET4 | | | MCMILLIAN,4 | | | ~~CAMBRIDGE//G4~~ | MOSCHELLO | |
| | | | PENA, JUAN1 | | | JEMISON, J6 | CHASE | |
| | | | ROSA, JOSE4 | | | ~~WASHINGTON//~~ | FORTIER | |
| | | | SOTO, EDDI2 | | | WEBB, BRIA2 | CHARIANDY | |
| | | | | | | MANARA | COTTON, R | |
| | | | | | | | DUPREE | |

BOP 151706

Tuesday February 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER
RECORD OF CHANGES

PAGE: 5

| SHIFT | POST | OFFICER | RELIEVED BY | STATUS | REMARKS | LT'S INITIALS |
|---|---|---|---|---|---|---|
| 6 | E VISIT ESCT | PORTU | | SICK LEAVE | ROS, ADJ | DKW |
| NA | TIME OFF | MOSCHELLO | NA | E 62 | OVERTIME | DKW |
| NA | TIME OFF | CHASE | NA | I 61 | OVERTIME | DKW |
| NA | TIME OFF | JACKSON,B | NA | D 51 | OVERTIME | DKW |
| NA | TIME OFF | FORTIER | NA | W ICIS #2 (8) | OVERTIME | DKW |
| 5 | W-CONTROL#3 | WRIGHT | CAMBRIA | SICK LEAVE | REQUESTED | MW. |
| 2 | W -SHU #2 | DELPECHE | BROTHERS | MIL LEAVE | REQUESTED | MW. |
| 2 | E- SHU #2 | BROTHERS | VACATE | W-SHU #2 | ROS ADJ | MW. |
| 5 | SPEC. ASSIGN | CAMBRIA | N/A | W-CONTROL #3 | ROS ADJ | MW. |
| 6 | W- VISIT #2 | ROJAS | COTTON, R | SICK LEAVE | REQUESTED | MW. |
| 6 | E- VISIT #2 | LEWIS | DUPREE | SICK LEAVE | REQUESTED | MW. |
| 5 | TIME OFF | CHARTANDY | N/A | PERIMETER #3 | OVER TIME | MW. |
| 5 | I -62 UNIT | STANBERRY | WASHINGTON | SICK LEAVE | REQUESTED | MW. |
| 5 | SPEC. ASSIGN | WASHINGTON | N/A | I -62 U NIT | ROS ADJ | MW. |
| 5 | CON. OF PAY | MANARA | N/A | SPEC. ASSIGN | ROS ADJ | MW. |
| 8 | W-CONTROL #1 | LAWRENCE | RIVERA, B | SICK LEAVE | REQUESTED | MW. |
| NA | TIME OFF | COTTON, R | NA | W VISIT #2 | OVERTIME | DKW |
| NA | TIME OFF | DUPREE | NA | E VISIT#2 | OVERTIME | DKW |
| 8 | B 31 | RIVERA, B | MENDEZ | E CONTROL #1 | ROS,ADJ | DKW |
| 8 | E SHU #1 | MENDEZ | VACATE | B 31 | ROS, ADJ | DKW |
| 4 | CAPT SEC | ROCK | NA | ANNUAL LEAVE | 4HRS | DKW |
| 8 | C 42 | PEREZ, J | GOUVATSOS | PERIMETER#3 | ROS, ADJ | DKW |
| 8 | PERIMETER#3 | GOUVATSOS | PEREZ, J | C 42 | ROS,ADJ | DKW |

BOP 151707

Tuesday February 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 6

RECAPITULATION

| | |
|---|---|
| MORNING WATCH | 33 |
| A/M | ~~18~~ 17 |
| DAY WATCH | 58 |
| P/M | ~~21~~ 18 |
| EVENING WATCH | ~~35~~ 34 |
| TRIP STATUS | 0 |
| SPECIAL ASSIGN | ~~5~~ 04 |
| ANNUAL LEAVE | 8 |
| SICK LEAVE | ~~0~~ 06 |
| DAY OFF | 48 |
| TRAINING | 32 |
| LOANS | 3 |
| HOLIDAY | 0 |
| LEAVE W/O PAY | 4 |
| MIL. LEAVE | ~~0~~ 01 |
| CONT. OF PAY | ~~2~~ 01 |
| HOME DUTY | 0 |
| ADMIN LEAVE | 5 |
| T. O. A. | 0 |
| COMP. TIME | 0 |
| OVERTIME | 0 |
| OTHER | 0 |
| TOTAL | 272 |

CAPTAIN: [signature]

DATE: Tuesday February 20, 01

BOP 151708

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

---

Brooklyn, New York 11232

April 18, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Ida Otero, Captain's Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on March 20, 2001, at 1:00 p.m. in the Warden's Conference Room. The following staff were present:

Present:
Dennis W. Hasty, Warden
Susan Leibowitz, Acting Executive Assistant
Carolyn Simon, Acting Associate Warden, Programs
Salvatore Lopresti, Acting Associate Warden, Custody
Jeffery Tacconi, Acting Associate Warden, Health/Food Services
James Betler, Deputy Captain
Carlos Duff, Unit Manager
Clemmet Shacks, Unit Manager
Sung Lee, Clinical Doctor
Ulises Vargas, HSA
Michael Lucas, Acting Facilities Manager
Les Owen, Staff Attorney
Jacob Hoenig, Supervisory Chaplain
Astry Rivera, Acting EDM
Natalie Ledbetter, Trust Fund Supervisor
Raoul Watson, Computer Services Manager
Daniel Garcia, Volunteer Coordinator
Linda Draughn, Acting Inmate Systems Manager
Angel Motta, Supervisor of Education
Raymond Cotton, Union President

GOVERNMENT EXHIBIT 32

PENGAD-Bayonne, N. J.

Melvin Vaughn, Special Investigative Agent
Anthony Kimbrough, Emergency Preparedness Coordinator
William Beck, Lieutenant
Lindsey Bledsoe, Lieutenant
Jose Rosa, Lieutenant
Daniel Ortiz, Lieutenant
Percy Johnson, Lieutenant
William Moran, Lieutenant
Douglas White, Lieutenant
John Lane, Lieutenant
Kelly Snyder, Lieutenant
Anthony Joseph, Lieutenant
Joseph Cuciti, Lieutenant
Steven Barrere, Lieutenant
Muriel Wilkins, Lieutenant
Stuart Pray, Lieutenant
Ralph Gorbea, Lieutenant
Jennifer Mundo, Lieutenant
Marcial Mundo, Lieutenant
Ida Otero, Captain's Secretary/Recorder

The following Lieutenant's were unable to attend:

Thomas Ventiere, Lieutenant (Annual Leave)
Vincent Wash, Lieutenant (Training)

Astry Rivera:
- Mrs. Rivera stated that the next Institutional Familiarization class will begin on March 26, 2001.

Carlos Duff:
- Mr. Duff asked that staff report unacceptable inmate behavior in his units.

Linda Draughn:
- Ms. Draughn stated that ISM is scheduled for Program Review the week of April 16 thru 22, 2001.

Anthony Kimbrough:
- Mr. Kimbrough reminded staff who have recently had their telephone number changed to ensure that he is notified.

- He also congratulated Marcial and Jennifer Mundo on their promotion to Lieutenant.

Raul Watson:
- Mr. Watson asked that all lap top computers be returned to the Computer Services Department.

- She asked that the officers working the Front Lobby call the Unit Teams before turning away visitors mandated by the courts.

- She stated that there are three female inmates housed in the East SHU and 140 female inmates housed at this institution.

Warden Hasty:
- Warden Hasty informed staff that Dr. Diana Guerrero would be back to work next week. She is looking forward to returning. He also stated that she would only be working on Mondays, Tuesdays and Thursdays.

- He relayed that Art Baggott had called and had informed him that everything was going well for him and his family.

- Mr. Hasty announced that two new GS-9 Lieutenants had been selected. Lt. Frank Maldonado from MCC New York and Lt. Elizabeth Torres from FDC Philadelphia.

- The Warden congratulated both Marcial and Jennifer Mundo on their selections. He then presented Lt. Rosa with a going away plague and wished him the best of luck.

- He encouraged staff to join and support the Employees Club.

- Mr. Hasty discussed the new rate increases at Dayton Manor. He stated that all staff would be receiving a letter and that the increases were mandated by Office of Management and Budget.

- Mr. Hasty then briefly discussed the installation of security grills in the Special Housing Unit which when installed, will divide inmates housed in Administrative Detention and Disciplinary Segregation. He also outlined the plan to have an area constructed in the Special Housing Unit for high security inmates. The project referred to as a "Side Pocket" will be utilized for inmates who are highly assaultive/disruptive or who require special supervision.

With nothing further to discuss the meeting adjourned at 2:00pm.