GOVERNMENT EXHIBIT 33

PENGAD-Bayonne, N. J.

Tuesday March 20, 01

MDC BROOKLYN

BROOKLYN, NEW YORK 11232

DAILY ASSIGNMENT ROSTER

PAGE: 1

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM<br>P/M | 8 4:00PM--12:00AM<br>E/W |
|---|---|---|---|---|---|
| CAPTAIN | | | 4 LOPRESTI, SA | | |
| DEPUTY | | | 4 BETLER, JAME | | |
| OPS LT | 1 SNYDER, KELL | | 5 WILKINS, MUR | | 8 WHITE, DOUGL |
| W-ACT LT | | 2 MUNDO, JENNI | 4 | 7 LITTLES, LAC | |
| SEC LT | 1 DENJEN, RAND | | 5 JOSEPH, ANTH | | 8 ORTIZ, DANIE |
| E-ACT LT | | 2 BECK, WILLIA | | 7 GORBEA, RALP | |
| EPO | | | 4 KIMBROUGH, A | | |
| INTEL OFF | | | 4 DESMOND, RIC | | |
| INTEL TECH #1 | | | 4 APONTE, BREN | | |
| INTEL TECH #2 | | | 4 BANKS, SYLVI | | |
| INTEL TECH #3 | | | 4 BUSH, LYNETT | | |
| SIA #1 | | | 4 VAUGHN, MELV | | |
| SIA #2 | | | ~~4 DIAZ, LAN~~ VACATE | | |
| SIS LT | | | 4 ROSA, JOSE | | |
| SIS TECH #1 | | 3 CORBETT, LEY | | | |
| SIS TECH #2 | | | | 7 OBANDO, WALT | |
| SIS TECH #3 | | | | 7 RIVERA, STEV | |
| PHONE MON | | 2 SAEZ, WILLIA | | | |
| E-1 FLR SAL | | | | | |
| FREIGHT | | 3 TORO, JAIME | | | |
| E-TOOL ROOM | | ~~3 LUGO, ISMAEL~~ PITTMAN (OT) | | | |
| E-REAR GATE | | 3 GRAYTON, MEM | | | |
| E-HOSP OFF | | | 4 MCMILLIAN, G | | |
| SHU LT | | | 4 BARRERE, STE | | |
| W-SHU OIC | 1 ANDERSON, LE | | 5 BYNUM, WALTE | | 8 MACHADO, MAR |
| W-SHU #1 | 1 RODRIGUEZ, B | | 5 TOLEDO, WILL | | 8 O'BRIEN, JOH |
| W-SHU #2 | | 2 DELPESHE, CH | | 7 RICE, ROOSEV | |
| W-SHU #3 | | 2 MOORE, GLADS | | 7 BATISTA, ONA | |
| W-SHU #4 | | | | | 8 ROSEBERY (OT) |
| SHU REC | | | 4 JONES, ARMAN | | |
| SHU PROP | | | | 7 SHAW, ROBERT | |
| E-SHU #1 | 1 ALLEN, KIYO | | 4 PARISH (OT) | | 8 MENDEZ, MARI |
| E-SHU #2 | | 2 ~~BROTHERS, CH~~ BACOTE (OT) | | 7 WINDHAM, LIS | |
| RECEPTION | | | 4 KIRTON, MICH | | |
| E-CONTROL #1 | 1 BACOTE, CRAI | | 5 VELAZQUEZ, C | | 8 LAWRENCE, DA |
| E-CONTROL #2 | | 2 BENYARD, WIL | | 7 HERNANDEZ, R | |
| E-INTERN #1 | 1 LEON, CHRIST | | 5 ROSEBERY, SC | | 8 PADILLA, FRA |
| E-ACTIVITIES | 1 DEISHER, KYL | | 5 TONANI, ANTH | 8 DUPUY | ~~8 C. VIVONO (OT)~~ |
| E-I/M ELV-OP | | | ~~5 MOORE, TH~~ VACATE | | |
| E-ATTY CONF | | | 4 TORRES, ARCE | | |
| E-ICIS #1 | | 2 CARTER, ERIC | | | 8 FIELDS, CW |
| E-ICIS #2 | | | | ~~6 [illegible]~~ | |
| E-VISIT #1 | | | | 6 LEWIS, TRACY | |
| E-VISIT #2 | | | | 6 LAFRANCE, MI | |
| E-VISIT #3 | | | | 6 SANTANA, VIC | |
| E-VISIT #4 | | | | 6 PEREZ, ANGEL | |
| E-VISIT ESCT | | | | 6 MANARA, MICH | |
| A-21 UNIT | 1 COX, DONNA | | 5 STUBBS, KATI | | 8 JAMES, LONNI |
| A-22 UNIT | REEVES (OT) | | 5 BEST, ALFRED | 8 LLOYD, C (OT) | ~~8 DUPUY, CLAUD~~ |

A 441

BOP 151709

Tuesday March 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 2

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM P/M | 8 4:00PM--12:00AM E/W |
|---|---|---|---|---|---|
| B-31 UNIT | 1 PATTERSON, D | | 5 ESPINELL, PH | | 8 CAMBRIA, RIC |
| B-32 UNIT | [redacted] | | 5 SULLIVAN, WI | | 8 BOTELER, CHR |
| C-41 UNIT | 1 WRIGHT, MICH | | ~~5 MOSES, DEATR~~ MCCROREY | | 8 MEDINA, DOLL |
| C-42 UNIT | 1 LAKAT, ZOLTA | | 5 JAMES, LATEM | | 8 BEST, ALFRE* (OT) |
| D-51 UNIT | 1 WHEELESS, TE | | 5 ANDERSON, DE | | ~~8 BEEVERS, GEO~~ HUBER |
| D-52 UNIT | 1 MOFFATT, MAI | | 5 JACKSON, BRI | | 8 GREEN, TARSH |
| E-61 UNIT | 1 FRANKS, JOHN | | 5 SANTIAGO, WI | | 8 SMITH, KATIN |
| E-62 UNIT | 1 FRYAR-ASHLEY | | 5 REEVES, WILB | | 8 MELVIN, YALE |
| G-41 UNIT | [redacted] | | 5 DUPREE, HERM | | 8 WALSH, JAMES |
| G-42 UNIT | [redacted] | | 4 NUNEZ, EDILI | | 8 BUTTS, JOHN |
| G-43 UNIT | 1 WILSON, ELIZ | | 5 MANNING, ANG | | 8 CHRISTIE, AN |
| H-51 UNIT | | | | | |
| H-52 UNIT | | | | | |
| H-53 UNIT | | | 5 OGLE, TODD J | | |
| I-61 UNIT | 1 KIRCHNER, GE | | 5 LAHOZ, GEORG | | 8 MUNOZ, SAMUE |
| I-62 UNIT | ~~1 MUNOZ, CARLO~~ MONASTIRIOTI(OT) | | [redacted] | | 8 WASHINGTON, |
| I-63 UNIT | | | | | |
| J-71 UNIT | 1 SERRAO, DEXT | | [redacted] | 8 GREEN, N | ~~8 CONNOLLY (OT)~~ |
| J-72 UNIT | | | | | |
| J-73 UNIT | 1 MURPHY, RAND | | 5 FARES, ALI | | 8 KENNEDY, ROD |
| K-81 UNIT | | | | | |
| K-82 UNIT | 1 CLARDY, JAME | | 5 CATALDO, ANT | | 8 SANON, ANTHO |
| K-83 UNIT | | | 5 | | |
| K-84 UNIT | 1 GITTENS,-KIR | | 5 DIAZ, RICHAR | | 8/C. ALLEN (OT) |
| ADMIN LT | | | 4 | | |
| T&A OFF #1 | | | 4 MALONE, KATH | | |
| T&A OFF #2 | | | 5 ROSADO, DENA | | |
| CAPT SEC #1 | | | 4 | | |
| CAPT SEC #2 | | | 4 OTERO, IDA | | |
| TRAIN LT | | | 4 LANE, JOHN R | | |
| TRANSPORT LT | | | 4 PRAY, STUART | | |
| W-TOOL ROOM | | | 4 CONNOR, CORN | | |
| W-REAR GATE | | 3 DAVISON, JON | | | |
| W-HOSP OFF | | | 4 NORMAN, DENN | | |
| SEC OFF #1 | | | 4 HURLEY, CHRI | | |
| SEC OFF #2 | | 2 BARLITZ, MIC | | 6 LYTLE, ROBER | |
| COURT OFF #1 | 1 MARTINEZ, CA | | | | |
| COURT OFF #2 | 1 MARIN, LORRA | | | | |
| W-INTERN #1 | 1 PITTMAN, GAR | | | | 8 SOMERVILLE, |
| W-INTERN #2 | | | ~~5 OWENS, CHAT~~ MARTINEZ(OT) | | ~~8 HUBER, DEAN~~ DIAZ (OT) COTTON |
| W-ACTIVITIES | 1 KEARNS, PATR | | 5 THERVENAY, J | | 8 LOPEZ, KEVIN |
| W-1 FLR SAL | | ~~3 VASQUEZ, MAR~~ FRYAR-ASHLEY(OT) | | | |
| W-I/M ELV OP | | | 5 ALVELO, ROBE | | |
| PERIMETER #1 | 1 GORDON, SHEI | | 5 GRIMES, NADI | | 8 DAVIDSON, MA |
| PERIMETER #2 | 1 SANTANA, ALF | | ~~5 HOCHSTEIN~~ MARTIN (OT) | | 8 BONILLA, ANG |
| PERIMETER #3 | 1 ALEXANDER, G | | | | 8 GOUVATSOS, G |
| C&A OFF | 1 WHITE, RAYMO | | 5 GUSSAK, HOWA | | 8 GARCIA, ISAA |
| W-CONTROL #1 | 1 NEWSOME, KEN | | 5 HOUK, PETER | | 8 DILONE, FRAN |
| W-CONTROL #2 | 1 GARRETT, CHE | | 5 PATTERSON, G | | 8 ASTACIO, DAV |

BOP 151710

Tuesday March 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 3

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM 3 7:00AM--3:30PM A/M | 4 7:30AM--4:00PM 5 7:45AM--4:15PM D/W | 6 12:00PM--8:30PM 7 2:30PM--10:30PM P/M | 8 4:00PM--12:00AM E/W |
|---|---|---|---|---|---|
| W-CONTROL #3 | | 1 ~~ROSA, YVETTE~~ BROTHERS | | 7 RAMIREZ, OSC | |
| W-ATTY CONF | | | 5 CANDELARIO, | | |
| W-ATTY CONF #2 | | | | | |
| W-LOBBY | | 2 EDWARDS, GLE | | 7 LAKERAM, NAV | |
| W-ICIS #1 | | | | | |
| W-ICIS #2 | | | | 6 NOBLES-HILL, | |
| W-VISIT #1 | | | | 6 TAYLOR, HARV | |
| W-VISIT #2 | | | | 6 ROJAS, RONNI | |
| W-VISIT #3 | | | | 6 WILKES, DEID | |
| W-VISIT #4 | | | | 6 REID, SHAWN | |
| W-VISIT ESCT | | | | 6 CAMBRIDGE, A | |
| LINK OFF | | 2 RAMIREZ, ROB | | 7 DEFRANCISCO, | |
| SANITATION OFF | 1 ~~MURRAY, MARC~~ MUNOZ, C | | 4 TRAN, XI V | | |
| D&A OFF | | | 4 | | |
| SHAKEDOWN | | | | | |

CERTIFIED CORRECT:

[signature] M/W LIEUTENANT

[signature] D/W LIEUTENANT

[signature] E/W LIEUTENANT

BOP 151711

Tuesday March 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 4

| DAY OFF | DAY OFF | ANNUAL LEAVE | SICK LEAVE | TRAINING | HOLIDAY | LWOP | LOANS | MIL. LEAVE |
|---|---|---|---|---|---|---|---|---|
| ALAMO, REYN | ALLEN, GARY | BENITEZ, J4 | PARKER | BARNES, PH4 | | CRONIN, TH5 | BALDEAU, S4 | RUPCHAND, 4 |
| BLEDSOE, LI | BRANDT, CHR | CUSH, THOM4 | VASQUEZ | ~~BASKINS, E4~~ VACATE | | DAVIS, NIE4 | CUCITI, JO8 | |
| BRITO, JOHN | BROWN, ANDR | FERGUSON, 4 | LUGO | BATISTA, C4 | | GONZALEZ, 4 | MUNDO, MAR4 | |
| CHARIANDY, | CLARKE, SHE | HOLLAND, R4 | MOSES | HOWARD, SH4 | | MORALES, D4 | ROCK, CHRI4 | |
| CUMMINGS, G | DRAKE, AHME | LANDVREUGD4 | BECKLES | MARTIN-CLA4 | | THOMAS, RO4 | WOODS, VIC4 | |
| FORDE, CLAI | FORTIER, PE | OSTEEN, JO4 | | MORANT, LI4 | | | | |
| FRANCIS, NI | GALE, JOHN | PENA, JUAN4 | | STANBERRY,4 | | | | |
| GALLETA, AN | GONELL, ISI | SILVA, PED4 | | TUCKER, CH4 | | | | |
| HACKETT, NI | HAGENBURG, | SOTO, EDDI2 | | VELASQUEZ,4 | | | | |
| HEYWARD, DA | HICKS, CLIF | TRELLES, L4 | | WASH, VINC4 | | | W SHU SUICIDE WATCH | |
| HUGHES, RAL | JAIKISSOON | WOERNER, M4 | | | | | 8 ROJAS (210MINS) | |
| JOHNSON, DA | JOHNSON, FR | | | | | | | |
| JOHNSON, PE | JOHNSON, TY | | | | | | | |
| LABELLA, LO | MARIA, JUAN | | | | | | | |
| MICKENS, RA | MONASTIRIOT | | | | | RESIGNATION | | |
| MOORE, IVY | MORAN, WILL | | | | | BASKINS | | |
| MOSCHELLO, | MURPHY, GEO | | | | | | | |
| MURRAY, LAW | PARISH, HAZ | | | | | | | |
| PASSALACQUA | PETERSON, S | | | | | | | |
| PRICE, VINC | PURCELL, LO | | | H 53 | | | | |
| PURTA, JOSE | PUZIE, WAYN | | | 8 DIAZ (OT) | | | | |
| SANTIAGO, I | SERVELLON, | | | | | | | |
| SINGH, VOLD | SMALLS, KAR | | | | | | | |
| SMITH, TOWA | TAMAYO, LIZ | | | | | | | |
| TAYLOR, RUP | TESSEL, DAV | | | | | | | |
| TESTMAN, RO | VERO, ALBER | | | | | | | |
| WILSON, LEO | WITSCHEL, C | | | | | | | |
| YOUNG, DEME | | | | | | | | |

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| GOMEZ, RIC4 | | | BESS, DAVI4 | | VENTIERE, 4 | JEMISON, J6 | PARISH | N'DIAYE |
| PEREZ, JES4 | | | CHASE, SID4 | | | MOORE, DEX6 | REEVES | MURRAY, M |
| ROSA, I 2 | | | CUYLER, TO4 | | | WEBB, BRIA | HUBER | |
| | | | ~~GREEN, NORA~~ VACATE | | VACATE | ~~GREEN, N~~ 8 | BUTTS | |
| | | | RIVERA, CH5 | | | | MONASTIRIOT | |
| | | | | | | | MARTINEZ | |

MARIN
WEST FRIGHT
BACOTE
PITTMAN
WEST FRIGHT
HOSP ESCORT
LAKERAM
SOMERVILL
DIAZ 8
ROSEBERY
COTTON(8)
ROJAS(8)

BOP 151712

A 444

Tuesday March 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER
RECORD OF CHANGES

PAGE: 5

| SHIFT | POST | OFFICER | RELIEVED BY | STATUS | REMARKS | LT'S INITIALS |
|---|---|---|---|---|---|---|
| 8 | OFF ROSTER | C. LLOYD | N/A | E-ACTIVITIES | OVERTIME | VJW |
| 8 | OFF ROSTER | COTTON | N/A | J-71 UNIT | OVERTIME | VJW |
| 8 | OFF ROSTER | C. ALLEN | N/A | K-84 UNIT | OVERTIME | VJW |
| NA | TIME OFF | PARISH | NA | G 42 (1) | OVERTIME | DKW |
| NA | TIME OFF | PARISH | NA | E SHU #1 (5) | OVERTIME | DKW |
| 4 | ADMIN LEAVE | GREEN, N. | VACATE | SPEC ASSIGN (8) | ROS ADJ | VJW |
| 2 | W-CONTROL #3 | ROSA, I | BROTHERS | COP | ROSTER ADJ | MW |
| 4 | STA #2 | N'DIAYE | VACATE | FFLA | ROSTER ADJ | MW |
| 4 | TRAINING | BASKINS | VACATE | RESIGNATION | ROSTER ADJ | MW |
| 1 | A-22 UNIT | VACATE | REEVES | N/A | OVER TIME | MW. |
| NA | TIME OFF | HUBER | NA | G 41 | OVERTIME | DKW |
| NA | TIME OFF | BUTTS | NA | B 32 | OVERTIME | DKW |
| 1 | SANITATION OFF | MURRAY, M | MUNOZ, C | FAMILY LEAVE | ROS, ADJ | DKW |
| 1 | I -62 | MUNOZ, C | MONASTIRIOT | SANITATION OFF | ROS, ADJ | DKW |
| NA | TIME OFF | MONASTIRIOT | NA | I 62 | OVERTIME | DKW |
| 4 | W INTERN#2 | OWENS | MARTINEZ | I 62 UNIT | ROS ADJ | KJS |
| N/A | TIME OFF | MARTINEZ | N/A | W INTERN#2 | OVERTIME | KJS |
| 4 | PERIMETER#2 | HOCHESTEIN | MARTIN | J 71 UNIT | ROS ADJ | KJS |
| N/A | TIME OFF | MARTIN | N/A | PERIMETER#2 | OVERTIME | KJS |
| 2 | E SHU | BROTHERS | BACOTE | W CONTROL#3 | ROS ADJ | KJS |
| N/A | TIME OFF | BACOTE | N/A | E SHU #2 | OVERTIME | KJS |
| 3 | W 1ST FLR SAL | VASQUEZ | FRAY-ASHLEY | SICK LEAVE | ROS ADJ | KJS |
| N/A | TIME OFF | FRAY-ASHLEY | N/A | W 1 FLR SAL | OVERTIME | KJS |
| 6 | E ICIS#1 | PARKER | | SICK LEAVE | ROS ADJ | KJS |
| 3 | E TOOL RM | LUGO | PITTMAN | SICK LEAVE | ROS ADJ | KJS |
| N/A | TIME OFF | PITTMAN | N/A | E TOOL RM | OVERTIME | KJS |
| 5 | E-I/M ELEV | MCCROREY | VACATE | G-41 UNIT | ROSTER ADJ. | MW |
| 5 | G-41 UNIT | MOSES | MCCROREY | SICK LEAVE | ROSTER ADJ | MW |
| 5 | TIME OFF | SOMERVILLE | N/A | HOSP ESCORT | OVER TIME | MW. |
| 5 | TIME OFF | LAKRAM | N/A | W-FRIGHT | OVER TIME | MW. |
| 8 | D-51 UNIT | BECKLES | HUBER | SICK LEAVE | ROS ADJ | MW |
| 8 | W-INTERN #2 | HUBER | DIAZ | D-51 UNIT | ROS ADJ | MW |
| 8 | TIME OFF | DIAZ | N/A | W-INTERN #2 | OVERTIME | MW |
| NA | TIME OFF | ROSEBERY | NA | W SHU#4 | OVERTIME | DKW |
| 8 | J 71 | COTTON | GREEN, N | W INTERN #2 | OVERTIME | DKW |
| 8 | SPEC ASSIGN | GREEN, N | VACATE | J 71 | ROS, ADJ | DKW |
| 8 | W INTERN#2 | DIAZ | COTTON | H 53 | OVERTIME | DKW |
| 8 | E ACTIVITIES | LLOYD, C | DUPUY | A 22 | ROS, ADJ | DKW |
| 8 | A 22 | DUPUY | LLOYD, C | E ACTIVITIES | ROS, ADJ | DKW |
| NA | TIME OFF | ROJAS | NA | W SHU SUICIDE WATCH | (OT) | DKW |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Tuesday March 20, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 6

RECAPITULATION

| | |
|---|---|
| MORNING WATCH | ~~34~~ 33 |
| A/M | ~~18~~ 15 |
| DAY WATCH | ~~59~~ 57 |
| P/M | ~~25~~ 24 |
| EVENING WATCH | ~~35~~ 32 |
| TRIP STATUS | 0 |
| SPECIAL ASSIGN | 3 |
| ANNUAL LEAVE | 11 |
| SICK LEAVE | ~~0~~ 05 |
| DAY OFF | 55 |
| TRAINING | 10 |
| LOANS | 5 |
| HOLIDAY | 0 |
| LEAVE W/O PAY | 5 |
| MIL. LEAVE | 1 |
| CONT. OF PAY | ~~2~~ 03 |
| HOME DUTY | 0 |
| ADMIN LEAVE | ~~5~~ 04 |
| T. O. A. | 0 |
| COMP. TIME | 1 |
| OVERTIME | 0 |
| OTHER | ~~0~~ 03 |
| TOTAL | 267 |

CAPTAIN: [signature]

DATE: Tuesday March 20, 01

BOP 151714

BP-S369.035 OVERTIME AUTHO...IZATION CDFRM
NOV 91

DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC BROOKLYN
(Institution Location)

MARCH 20, 2001

To SEE ATTACHMENT
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: MARCH 20, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

?3-0214-53E1
rtime Code

S. LoPRESTI, CAPTAIN
Warden or Authorized Supervisor

accordance with above authorization I certify I worked the following overtime:

Date of week: TUESDAY Date: MARCH 20, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX DOUGLAS/WHITE/

(Signature of Employee)

Time verified S.L. (supervisor's initial)

GOVERNMENT EXHIBIT 34
PENGAD-Bayonne, N.J.

(To be used where not authorized in advance by Warden)

Approved:

A 447

DENNIS W. HASTY, WARDEN

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

(3) To be prepared in Or nal only, processed in accordance ı institutional regulation and filled in payroll folder

(This form may be replicated via WP) Continued Below BP-S369 (continued)

**ıen employee sign he/she should indicate"P" for Overtime Pay or "C" for Compensatory time**

| ‥ of Employee | Date | Time In | Time Out | P* C* | Signature of Employee | Supervisor's |
|---|---|---|---|---|---|---|
| BLEDSOE | 3-20-01 | 1pm | 4:pm | C | [signature] | [initials] |
| MORAN | 3-20-01 | 1pm | 4:pm | C | [signature] | [initials] |
| Johnson | 3-20-01 | 1pm | 4:pm | C | [signature] | [initials] |
| Tessel | 3/20/01 | 1pm | 4pm | C | David E Tessel | [initials] |

) FORM

A 448

2

5-2

BP-S369.035 OVERTIME AUTH... ...TION CDFRM
NOV 91
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC BROOKLYN
(Institution Location)

MARCH 20, 2001

To DOUGLAS WHITE
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: MARCH 20, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

123-0214-53E1
Overtime Code

S. LoPRESTI, CAPTAIN
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: TUESDAY Date: MARCH 20, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX

DOUGLAS WHITE
(Signature of Employee)

Time verified S.L. (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:
DENNIS W. HASTY, WARDEN

A 449

nstructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

10-2

BP-S369.035 OVERTIME AUTHORIZATION CDFRM
NOV 91
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC BROOKLYN
(Institution Location)
MAY 29, 2001

To DOUGLAS WHITE
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: MAY 29, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

123-0214-53E1
Overtime Code

S. LoPRESTI, CAPTAIN
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: TUESDAY Date: MARCH 29, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX

DOUGLAS WHITE
(Signature of Employee)

Time verified S.L. (supervisor's initial)

GOVERNMENT EXHIBIT 35

(To be used where not authorized in advance by Warden)

Approved:
DENNIS W. HASTY, WARDEN

A 450

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

August 3, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Christine Rock, Captain's Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on June 27, 2001, at 1:25 p.m. in the Warden's Conference Room. The following staff were present:

**Present:**
Dennis W. Hasty, Warden
Azzmeiah V. Ward, Executive Assistant
Linda Thomas, Associate Warden, Programs
James Sherman, Associate Warden, Custody
Ann Scarpone, Acting Associate Warden, Operations
Ulises Vargas, Acting Associate Warden, Health/Food Services
Salvatore LoPresti, Captain
James Betler, Deputy Captain
Carlos Duff, Unit Manager I
Clemmet Shacks, Unit Manager J/K
Sung Lee, Clinical Director
Sixto Rios, Acting Health Services Administrator
Adolfo Maldonado, Facilities Manager
Les Owen, Senior Staff Attorney
Todd Bailey, Staff Attorney
Sally Hardman, EDM
Yemisi Oladunmoye, Acting Trust Fund Supervisor
David Lucena, Acting Computer Services Manager
Terry Gosnell, Inmate Systems Manager
Angel Motta, Supervisor of Education

GOVERNMENT EXHIBIT 36

PENGAD-Bayonne, N.J.

Cynthia Godbold, CMC
Carolyn Simon, Unit Manager B/C
Martha Licon, Unit Manager G
Dianna Guerrero, Chief Psychologist
Raymond Kaufman, Acting Unit Manager E
Andrew Butler, Safety Manager
Jacob Hoenig, Chaplain
Jeff Tacconi, Food Service Administrator
Kimo Elraheb, Assistant Food Service Administrator
David Williams, Designation Coordinator
Raymond Cotton, Union President, Local 2005
Clemmie Cooper, DHO
Melvin Vaughn, Special Investigative Agent
Lamine N'Daiye, Special Investigative Agent
Anthony Kimbrough, Emergency Preparedness Officer
William Beck, Lieutenant
Lindsey Bledsoe, Lieutenant
Frank Maldanado, Lieutenant
Douglas White, Lieutenant
Kelly Snyder, Lieutenant
Joseph Cuciti, Lieutenant
John Lane, Lieutenant
Thomas Ventiere, Lieutenant
William Moran, Lieutenant
Randy Denjen, Lieutenant
Muriel Wilkins, Lieutenant
Ralph Gorbea, Lieutenant
Elizabeth Torres, Lieutenant
Marcial Mundo, Lieutenant
Howard Gussak, Lieutenant
Richard Desmond, Intelligence Officer
Christopher Hurley, Security Officer
Christine Rock, Captain's Secretary/Recorder

The following Lieutenants were unable to attend:

Vincent Wash, Lieutenant (Annual Leave)
David Tessel, Lieutenant (Annual Leave)
Stuart Pray, Lieutenant (Sick Leave)
Daniel Ortiz, Lieutenant (LWOP)
Lacey Littles, Lieutenant (Annual Leave)
Anthony Joseph, Lieutenant (LWOP)
Steven Barrere, Lieutenant (Annual Leave)

more.

- Department Heads were instructed to pick up the new mouse pads from June Bencebi, following this meeting. The mouse pads displays the realignment of institutions in all regions of the BOP.

- Warden Hasty stated that David Rardin and himself feel that MDC Brooklyn is on the right course. He thanked staff for the good job that they are doing and encouraged them to continue to stay on the right course.

The meeting adjourned at 3:05pm.

BP-S369.035 OVERTIME AUTHORIZATION CDFRM
NOV 91
U S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

122

MDC BROOKLYN
(Institution Location)
JUNE 27, 2001

To WILLIAM MORAN
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: WEDNESDAY Date: JUNE 27, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

123-0214-53E1
Overtime Code

S. LoPRESTI, CAPTAIN
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: WEDNESDAY Date: JUNE 27, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX WILLIAM MORAN
(Signature of Employee)

Time verified SL (supervisor's initial)

GOVERNMENT EXHIBIT 37
PENGAD-Bayonne, N.J.

(To be used where not authorized in advance by Warden)

Approved:
DENNIS W. HASTY, WARDEN

A 454

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

BP-S369.035 OVERTIME AUTHORIZ. ION CDFRM
NOV 91

12-2

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC BROOKLYN
(Institution Location)

JUNE 27, 2001

To DOUGLAS WHITE
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: WEDNESDAY Date: JUNE 27, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes

Purpose: TO ATTEND A MANDATORY LT'S AND DEPARTMENT HEAD MEETING.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS DEPLETED OF ALL AVAILABLE STAFF.

123-0214-53E1
Overtime Code

S. LoPRESTI, CAPTAIN
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Date of week: WEDNESDAY Date: JUNE 27, 2001

Starting: 1:00 (XXXX) (P.M.) Approximate period: 180 minutes
Ending : 4:00 (XXXX) (A.M.)

and request: Overtime Pay
Compensatory Time XXXXXX

DOUGLAS WHITE
(Signature of Employee)

Time verified S.L. (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

DENNIS W. HASTY, WARDEN

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

A 455

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

July 27, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Carla R. Allen, Associate Warden Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head Meeting was held on Tuesday, July 24, 2001 at 1:00 p.m., in the Wardens Conference Room. The following staff were present:

Dennis W. Hasty, Warden
James F. Sherman, AW(C)
Angel Motta, Act'g AW (P)
R. M. Booher, AW(T)
Luis V. German, AW(O)
Carolyn Simon, Act'g Exec Asst.
Jeff Taconni, FSA
Diana Guerrero, Chief Psych.
Todd Bailey, Attorney
Sal Lopresti, Captain
Clemmet Shacks, Unit Manager
Raoul Watson, CSM
Terry Gosnell, ISM
Andrew Butler, Safety Manager
Marti Licon, Oncoming Duty Officer
Natalie Ledbetter, Trust Fund Supvr.
Vincent Wash, Lieutenant
Lindsay Bledsoe, Lieutenant
Randy Denjen, Lieutenant
Thomas Ventiere, Lieutenant
Sung Lee, Clinical Director
Esker Tatum, Duty Officer
Deborah Cavalone, Act'g Unit Mgr
Raymond Kaufman, Act'g Unit Mgr
Cynthia Godbold, CMC
Ulises Vargas, HSA
Sally Hardman, EDM
Lamine N'Diaye, SIS
James Betler, Deputy Captain
Ann Scarpone, HRM
Adolfo Maldonado, Facilities Mgr
Frank Maldanado, Lieutenant
Steven Barrere, Lieutenant
Robert Lytle, Security Specialist
Carla Allen, AW Secretary

GOVERNMENT EXHIBIT 38

***Vincent Wash:***

- The institution count is 2342. There are 97 inmates housed in the West Special Housing Unit (SHU) and 4 inmates housed in the

- Staff are to assist Food Service until equipment is in place and the Cook/Chill program is underway.

- The Food Service Department's program review has been postponed until March 31, 2002 through April 5, 2002.

- I have been assured that the rear gate will be repaired by the end of the day. It appears to be closed (in control) when it actually is wide open. Proper security measures will be taken until this is corrected.

- Warden Hasty stated during his leave of absence next week, Associate Warden Sherman will be acting in his behalf.

- Staff are asked to challenge staff members who are not familiar to them. Have them produce credentials and do not be embarrassed.

[redacted]

- Congratulations to Astry Rivera, she has been selected as EDM at FCI Fairton. Fairton will be receiving a well trained EDM.

[redacted]

- Warden Hasty bid farewell to Carolyn Simon. The Warden stated Ms. Simon has done an outstanding job and is a very solid confident and knowledgeable individual. He further stated Ms. Simon has been an asset to this institution and will be leaving our midst.

Meeting adjourned at 2:20pm.

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

August 28, 2002

MEMORANDUM TO: DENNIS W. HASTY, WARDEN

FROM: Ida Otero, Captain's Secretary

SUBJECT: Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on August 23,2001 at 1:25 p.m. in the Warden's Conference Room. The following staff were present.

Dennis W. Hasty, Warden
Azzmeiah Ward, Executive Assistant
Linda Thomas, AW(P)
Luis German, AW(O)
Salvatore LoPresti, Captain
James Betler, Deputy Captain
Ron Booher, AW (Health/Food Services)
Melvin Vaughn, SIA
Lamine N'Diaye, SIA
Vincent Wash, Lieutenant
William Beck, Lieutenant
Muriel Wilkins, Lieutenant
John Lane, Lieutenant
William Moran, Lieutenant
Howard Gussak, Lieutenant
Frank Maldonado, Lieutenant
Thomas Ventiere, Lieutenant
Marcial Mundo, Lieutenant
Joseph Cuciti, Lieutenant

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 39

Kelly Snyder, Lieutenant
Lindsey Bledsoe, Lieutenant
Andrew Butler, Safety Manager
Perry Hess, Psychologist
Mario Gonzalez, Acting General Foreman
Daniel Garcia, Volunteer Coordinator
Kim Easterling, Unit Manager
Jeff Tacconi, Food Service Administrative
Todd Bailey, Staff Attorney
Raymond Cotton, Union President
Nestor Mercardo, Assistant Safety Manager
Sung Lee, Clinical Director
Lee Tatum, Unit Manager
Martha Licon, Unit Manager
Robin Williams, Duty Officer
Raoul Watson, Computer Service Manager
Angel Motta, Education Supervisor
Natalie Ledbetter, Trust Fund Supervisor
Sally Hardman, EDM
Jacob Hoenig, Chaplain
Adolfo Maldonado, Facility Manager

William Beck:

- Lt. Beck welcomed all attending staff to the Department Head/Lieutenants Meeting.
- Lieutenant Beck stated the institution's base count is 2387.

Martha Licon:

- Ms. Licon stated that inmate visiting is getting very crowded during both visiting hours.

Parry Hess:

- Nothing to report.

Luis Williams:

- Nothing to report.

Raul Watson:

- Mr. Watson asked Department Heads to remind their staff to be especially careful with the printer due to printers being jammed with paper.

Angel Motta:

- Nothing to report.

Natalie Ledbetter:

- Ms. Ledbetter stated they will be having a budget meeting on inmate services.

- Captain LoPresti stated staff covering main line need to sign the unit log book.
- Use of Force is a very strong issue and staff need to keep in mind that when using four point restraints they are responsible for the inmate. Not every situation means that staff need to use four-point restraints. Staff need to follow policy.
- Correctional Services Program Review is soon. Any assistance given to Correctional Services will be appreciated.
- Contingency Plans need to be signed no exceptions.

Linda Thomas:

- AW Thomas stated that the schedule for main line was disseminated to all staff. After the second week staff stopped going to main line. We have a schedule for main line and staff need follow it. Supervisors and Managers should use the Supplemental Master Agreement. Those who do not have a copy may contact AW Thomas or HRM. AW Thomas will be out next week.

Luis German:

- AW German stated that sometimes things said to staff are taken personal and in the wrong way.

Dennis Hasty:

- Warden Hasty welcomed Kim Easterling aboard.
- Safety received a Superior on their Program Review.
- Warden Hasty congratulated Mr. Cotton for his re-election to Union President.
- Al Sharpton was released last Friday. He also congratulated Mrs. Ward for the wonderful job she did with the media.
- Unit K-81 will be used for SPU.
- Staff should call the information line at extension 5850. There are only 70 hits on the information line, which means only 70 people have called.
- The Link walls are beginning to deteriorate. Staff are not supervising their inmates carefully or staff themselves are not being careful with the carts.
- On September 19, 2001 Assistant Director, Mr. Cooksey will be here in the institution and Warden Hasty will be showing him around the institution.
- In the last three to four weeks, MDC Brooklyn inmates population has gotten bigger than Atlanta's. This is a large complex institution and it is well managed by staff. A lot of good things are occurring in this institution . Let us continue this team effort.

The meeting adjourned at 3:00pm.

GOVERNMENT EXHIBIT 40

PENGAD-Bayonne, N. J.

Thursday August 23, 01

MDC BROOKLYN

BROOKLYN, NEW YORK 11232

DAILY ASSIGNMENT ROSTER PAGE: 1

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM<br>P/M | 8 4:00PM--12:00AM<br>E/W |
|---|---|---|---|---|---|
| CAPTAIN | | | 4 LOPRESTI, SA | | |
| DEPUTY | | | 4 BETLER, JAME | | |
| OPS LT | 1 BLEDSOE, LIN | | 5 SNYDER, KELL | | 8 WHITE, DOUGL |
| W-ACT LT | | 2 VENTIERE, TH | | 7 LANE, JOHN R | |
| SEC LT | 1 TORRES, ELIZ | | 5 GUSSAK, HOWA | | 8 MORAN, WILLI |
| E-ACT LT | | 2 DENJEN, RAND | | 7 GORBEA, RALP | |
| EPO | | | 4 | | |
| INTEL OFF | | | 4 | | |
| INTEL TECH #1 | | | 4 APONTE, BREN | | |
| INTEL TECH #2 | | | 4 BANKS, SYLVI | | |
| INTEL TECH #3 | | | 4 BUSH, LYNETT | | |
| SIA #1 | | | 4 VAUGHN, MELV | | |
| SIA #2 | | | 4 N'DIAYE, LAM | | |
| SIS LT | | | | | |
| SIS TECH #1 | | 3 OBANDO, WALT | | | |
| SIS TECH #2 | | | | 7 SILVA, PEDRO | |
| SIS TECH #3 | 1 CHANG, WEI-F | | | | |
| PHONE MON | | | 4 | | |
| E-FREIGHT | | 3 LAWRENCE, DA | | | |
| E-TOOL ROOM | | 3 LUGO, ISMAEL | | | |
| E-REAR GATE | | 3 CONNOR, CORN | | | |
| E-HOSP OFF | | | 4 ROSA, IVETTE | | |
| E-SHU #1 | 1 BEST, ALFRED | | 5 RIVERA, CHRI | | 8 ~~HEYWARD, DAR~~ BUSH(OT) |
| E-SHU #2 | | 2 ~~DIAZ, DAVID~~ Mccrorey(OT) | | 7 ~~GONELL, ISID~~ VACATE | |
| RECEPTION | | | 4 KIRTON, MICH | | |
| E-CONTROL #1 | 1 KEARNS, PATR | | 5 FIELDS, CARL | | 8 ~~CHARLANDY, A~~ BACOTE |
| E-CONTROL #2 | | 2 DELPESHE, CH | | 7 MURRAY, MARC | |
| E-INTERN #1 | 1 TESTMAN, RON | | 5 MCMILLIAN, G | | 8 ~~BACOTE, CRA~~ ROSEBERy(OT) |
| E-ACTIVITIES | Velazquez C.F. (OT) | | 5 THERVENAY, J | | 8 MOORE, IVY T |
| E-I/M ELV OP | | | 5 TAMAYO, LIZZ | | |
| E-ATTY CONF | | | 4 DAVISON, JON | | |
| E-ICIS #1 | | 2 LEON, CHRIST | 4 | | 8 APOLITO, ING |
| E-ICIS #2 | | | | 6 PARISH, HAZE | |
| E-VISIT #1 | | | | 6 HERNANDEZ, R | |
| E-VISIT #2 | | | | 6 ALVELO, ROBE | |
| E-VISIT #3 | | | | 6 WINDHAM, LIS | |
| E-VISIT #4 | | | | | |
| E-VISIT ESCT | | | | 6 ~~PANAYIOTOU, B~~ | |
| A-21 UNIT | | | | | |
| A-22 UNIT | | | | | |
| B-31 UNIT | 1 ~~CARRILLO, TI~~ BACOTE(OT) | | 5 GORDON, SHEI | | 8 REEVES, WILB |
| B-32 UNIT | 1 BROTHERS, OH | | 5 MARTIN-CLARK | | 8 GOMEZ, RICHA |
| C-41 UNIT | 1 FRYAR-ASHLEY | | 5 ~~HICKS, CLIFT~~ Fryar-Ashley OT | | ~~Mieles (OT) WILKES~~ GONELL |
| C-42 UNIT | 1 MOFFATT, MAI | | 5 ASTACIO, DAV | | 8 PURCELL, LOU |
| D-51 UNIT | 1 LAKAT, ZOLTA | | 5 JOHNSON, DAR | | 8 PETERSON, ST |
| D-52 UNIT | 1 MURRAY, LAWR | | 5 TRELLES, LIS | | 8 PEREZ, ANGEL |
| E-61 UNIT | | | | | |
| E-62 UNIT | | | | | |
| G-41 UNIT | 1 DIAZ, RICHAR | | 5 LAKERAM, NAV | | 8 ~~WILKES, DEID~~ MIELES(OT) |

BOP 150489

Thursday August 23, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 2

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM 3 7:00AM--3:30PM A/M | 4 7:30AM--4:00PM 5 7:45AM--4:15PM D/W | 6 12:00PM--8:30PM 7 2:30PM--10:30PM P/M | 8 4:00PM--12:00AM E/W |
|---|---|---|---|---|---|
| G-42 UNIT | 1 SERRAO, DEXT | | 5 BONILLA, JAM | | 8 CAMBRIA, RIC |
| G-43 UNIT | 1 BECKLES, GEO | | 5 CHRISTIE, AN | | 8 HUBER, DEAN |
| H-51 UNIT | 1 ALLEN, KIYO | | 5 MCFARLAND, P | | 8 HAGENBERG/ GREEN, T(OT) |
| H-52 UNIT | 1 KENNEDY, ROD | | 5 BEST/ ALFRE* PRICE/ HENDERSON | | Allen (OT)/ RAMIREZ(OT) |
| H-53 UNIT | 1 TORO, JAIME | | 5 PUZIE, WAYNE | | 8 GALE, JOHN A |
| I-61 UNIT | 1 MARIA, JUAN | | 5 BROWN/ ANDRE/ HICKS | | 8 MANDRA/ MICH/ HEYWARD |
| I-62 UNIT | 1 STUBBS, KATI | | 5 FRANKS, JOHN | | 8 FORDE, CLAIR |
| I-63 UNIT | 1 TONANI, ANTH | | 5 GREEN, TARSH | | 8 PEREZ, JESUS |
| J-71 UNIT | 1 MURPHY, RAND | | 5 NUNEZ, EDILI | | 8 MUNOZ, SAMUE |
| J-72 UNIT | 1 SULLIVAN, WI | | 5 SANTIAGO, WI | | 8 CAMBRIDGE, A |
| J-73 UNIT | 1 DRAKE, AHMED | | 5 WILSON, ELIZ | | 8 BRITO, JOHNN |
| K-81 UNIT | | | 4 | | |
| K-82 UNIT | 1 ALLEN, GARY | | 5 CHASE, SIDNE | | 8 BONILLA, ANG |
| K-83 UNIT | 1 CLARDY, JAME | | 5 HUGHES, RALP | | 8 ITURRALDE, C |
| K-84 UNIT | 1 LEWIS, TRACY | | 5 GOUVATSOS, G | | 8 LEVERETT, JO |
| ADMIN LT | | | 4 WASH, VINCEN | | |
| T&A OFF | | 3 | 4 GARRETT, CHE | | |
| CAPT SEC #1 | | | 4 ROCK, CHRIST | | |
| CAPT SEC #2 | | | 4 OTERO, IDA | | |
| TRAIN LT | | | 4 BECK, WILLIA | | |
| W-FREIGHT | | 3 FIGUEROA, ST | | | |
| W-TOOL ROOM | | 3 CUSH, THOMAS | | | |
| W-REAR GATE | | 3 SOMERVILLE, | | | |
| W-HOSP OFF | | | 4 ORTIZ, GUILL | | |
| SEC OFF #1 | | | 4 HURLEY/ CHRIS/ VACATE | | |
| SEC OFF #2 | | 2 BARLITZ, MIC | | 6 LYTLE, ROBER | |
| COURT OFF #1 | 1 MARTINEZ, CA | | | | |
| COURT OFF #2 | 1 THOMAS, R(OT) | | | | |
| W-INTERN #1 | 1 MOORE, DEXTE | | 5 ROSEBERY, SC | | 8 BYNUM/ WALTE/ CHASE(OT) |
| W-INTERN #2 | | | 5 BENETIZ(OT) | | 8 TSAI, WEI |
| W-ACTIVITIES | 1 JOHNSON, FRA | | 5 HENDERSON/ PRICE(OT) | | 8 MEDINA, DOLL |
| W-1 FLR SAL | | 3 CAMMISULI, J | | | |
| W-I/M ELV OP | | | 5 MARIN, LORRA | | |
| PERIMETER #1 | 1 WHEELESS, TE | | 5 VELAZQUEZ, C | | 8 RAJAPA, KEVI |
| PERIMETER #2 | 1 WRIGHT, MICH | | 5 STANBERRY, M | | 8 [illegible] HICKS(OT) |
| PERIMETER #3 | | | | | |
| C&A OFF | 1 WHITE, RAYMO | | 5 JAMES, LONNI | | 8 DILONE, FRAN |
| W-CONTROL #1 | 1 JAIKISSOON, | | 5 ROJAS, RONNI | | 8 FERGUSON, AR |
| W-CONTROL #2 | 1 PRICE, VINCE | | 5 GRAYTON, MEM | | 8 LOPEZ, KEVIN |
| W-CONTROL #3 | | 2 TUCKER, CHAN | | 7 CARRILLO, TH | |
| W-ATTY CONF | | | 5 OWENS, CHARI | | |
| W-LOBBY | | 2 WEBB, BRIAN | | 7 RAMIREZ, OSC | |
| W-ICIS #1 | | | | 6 CUYLER, TONI | |
| W-ICIS #2 | | | 4 | 6 TORRES, ARCE | |
| W-VISIT #1 | | | | 6 BUTTS, JOHN | |
| W-VISIT #2 | | | | 6 TAYLOR, HARV | |
| W-VISIT #3 | | | 4 | 6 CALDERON, PE | |
| W-VISIT #4 | | | | 6 HOWARD, SHAW | |
| W-VISIT ESCT | | | | 6 DELANEY, PAT | |

BOP 150490

Thursday August 23, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 3

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM<br>P/M | 8 4:00PM--12:00AM<br>E/W |
|---|---|---|---|---|---|
| LINK OFF | | | 5 JACKSON, BRI | | |
| SANITATION OFF | 1 DEISHER, KYL | | 5 DUPREE, HERM | | |
| D&A OFF | | | 4 RIVERA, STEV | | |
| SHAKEDOWN | | | | | |
| ESCORT OFF #1 | | ~~3 MACHADO, MAR~~ | | 7 DEFRANCISCO, | 8 MACHADO |
| ESCORT OFF #2 | | | 4 | 7 RODRIGUEZ, B | |
| SHU LT | | | 4 CUCITI, JOSE | | |
| W-SHU OIC | 1 CARTER, ERIC | | 5 THOMAS, ROBE | | 8 TOLEDO, WILL |
| W-SHU #1 | 1 GREEN, NORRI | | 5 SHAW, ROBERT | | 8 BENITEZ, JOS |
| W-SHU #2 | | 2 HOLT, ALFRED | | 7 MICKENS, RAY | |
| W-SHU #3 | | 2 MCCABE, MICH | | 7 OSTEEN, JOHN | |
| SHU PROP | | | | 7 SZETO, JACK | |
| SHU REC | | | 4 RAMIREZ, ROB | | |

CERTIFIED CORRECT:

[signature]
M/W LIEUTENANT

[signature]
D/W LIEUTENANT

[signature]
E/W LIEUTENANT

BOP 150491

Thursday August 23, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 4

| DAY OFF | DAY OFF | ANNUAL LEAVE | SICK LEAVE | TRAINING | HOLIDAY | LWOP | LOANS | MIL. LEAVE |
|---|---|---|---|---|---|---|---|---|
| ALAMO, REYN | ALEXANDER, | BARRERE, S4 | LABELLA, L4 | ARCINIEGAS4 | | CRONIN, TH4 | | EDWARDS, G4 |
| BARNES, PHI | BATISTA, CH | CLARKE, SH4 | MELVIN, YA4 | DEPUY, RIC4 | | DAVIS, NIE4 | | PITTMAN, G4 |
| BENNETT, SE | BOTELER, CH | CORBETT, L4 | BROWN | HAMMER, AN4 | | GONZALEZ, 4 | | |
| BRANDT, CHR | CANDELARIO, | DAVIDSON, 4 | CHAIRANDY | JOHNSON, C4 | | JOSEPH, AN4 | | |
| COX, DONNA | CUMMINGS, G | DESMOND, R4 | BYNUM | JORDAN, DE4 | | MORALES, D4 | | |
| ESPINELL, P | FARES, ALI | DUPUY, CLA4 | HAGENBURG | KAYES, PHI4 | | ORTIZ, DAN4 | | Resignation |
| FORTIER, PE | FRANCIS, NI | GALLETTA, 4 | | KIMBROUGH,4 | | RUPCHAND, 4 | | Criscroulo |
| GITTENS, KI | GODREY, DAR | HOLLAND, R4 | | LUCE, CHAR4 | | SINGH, VOL4 | | |
| HACKETT, NI | HOCHSTEIN, | HUNTER, JA1 | | MCGEE, CHR4 | | Tawadrous | | |
| HOUK, PETER | JAMES, LATE | JEMISON, J4 | | MORALES, P4 | | | | |
| JOHNSON, TY | KIRCHNER, G | JONES, ARM4 | | PEMBERTON,4 | | | | |
| LANDVREUGD, | MALDANADO, | MCCROREY, 4 | | ROSADO, DE3 | | | | |
| MANNING, AN | MASON, ANTH | MUNOZ, CAR4 | | SMITH, WAN4 | | | | |
| MELIA, MICH | MENDEZ, MAR | PRAY, STUA4 | | VELAZQUEZ,4 | | | | |
| MOORE, GLAD | MORANT, LIS | WILKES(FAL) | | WALLACE, C4 | | | | |
| MORSE, DANI | MOSCHELLO, | | | Hurley | | | | |
| MOSES, DEAT | MUNDO, MARC | | | | | | | |
| MURPHY, GEO | NOBLES-HILL | | | | | | | |
| PADILLA, FR | PARKER, JOS | | | | | | | |
| PASSALACQUA | PATTERSON, | | | | | | | |
| REID, SHAWN | RICE, ROOSE | | | | | | | |
| SANON, ANTH | SANTANA, AL | | | | | | | |
| SMALL, KARE | SMITH, KATI | | | | | | | |
| SMITH, TOWA | TESSEL, DAV | | | | | | | |
| TRAN, XI V | VASQUEZ, MA | | | | | | | |
| WASHINGTON, | WILKINS, MU | | | | | | | |
| WILSON, LEO | WITSCHEL, C | | | | | | | |
| YOUNG, DEME | | | | | | | | |

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| Diaz, D | | | SANTANA, V4 | | | | THOMAS 1 | Manara |
| | | | | | | | BACOTE(1) | |
| | | | | | | | VELAZQUEZ(1) | |
| | | | | | | | MCROREY 8:am-2:30pm | |
| | | | | | | | Fryar-Ashley (5) | |
| | | | | | | | PRICE (5) | |
| | | | | | | | HICKS 8 | |
| | | | | | | | BENEITZ 5 | |
| | | | | | | | RAMIREZ 8 | |
| | | | | | | | ROSEBERY 8 | |
| | | | | | | | CHASE 8 | |
| | | | | | | | GREEN,T 8 | |

BOP 150492

A 464

Thursday August 23, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER
RECORD OF CHANGES

PAGE: 5

| SHIFT | POST | OFFICER | RELIEVED BY | STATUS | REMARKS | LT'S INITIALS |
|---|---|---|---|---|---|---|
| N/A | TIME OFF | THOMAS R | N/A | COURT OFF#2 | OVERTIME | KJS |
| 1 | B 31 | CARRILLO | BACOTE | TIME OFF | ROS, ADJ | DKW |
| NA | TIME OFF | BACOTE | NA | B 31 | OVERTIME | DKW |
| 5 | I 61 | BROWN | HICKS | SICK LEAVE | ROS, ADJ | DKW |
| N/A | TIME OFF | VELAZQUEZ | N/A | E-ACTIVITIES | OVERTIME | LB |
| 2 | E-SHU #2 | DIAZ, D | MCCROREY | COP | ROS ADJUST | LB |
| N/A | TIME OFF | MCCROREY | N/A | E-SHU #2 | OVERTIME | LB |
| 4 | SEC OFF #1 | HURLEY | VACATE | TRAINING | ROS ADJUST | LB |
| 5 | G-41 UNIT | HICKS | Fryar-Ashley | I-61 UNIT | ROS ADJUST | LB |
| N/A | TIME OFF | Fryar-Ashley | N/A | G-41 UNIT | OVERTIME | LB |
| 5 | H-52 UNIT | BEST | PRICE | OT-CANCEL | ROS ADJUST | LB |
| N/A | TIME OFF | PRICE | N/A | H-52 UNIT | OVERTIME | LB |
| 5 | TIME OFF | BENETIZ | N/A | W INTERN#2(5) | OVERTIME | KJS |
| 5 | W ACTIVITIES | HENDERSON | PRICE | H 52 UNIT | ROS ADJ | KJS |
| 5 | H 52 UNIT | PRICE | HENDERSON | W ACTIVITIES | OVERTIME | KJS |
| N/A | TIME OFF | RAMIREZ | N/A | H 52 UNIT(8) | OVERTIME | KJS |
| N/A | TIME OFF | HICKS | N/A | PERIMETER #2 | OVERTIME | KJS |
| 8 | E SHU #1 | HEYWARD | BUSH | I 61 UNIT | ROS ADJ | KJS |
| N/A | TIME OFF | BUSH | N/A | E SHU #1 | OVERTIME | KJS |
| 3 | ESCORT OFF#1 | MACHADO | N/A | ESCORT OFF#!(8) | ROS ADJ | KJS |
| 8 | E CONTROL #1 | CHATRANDY | BACOTE | SICK LEAVE | ROS ADJ | KJS |
| 8 | E INTERNAL #1 | BACOTE | ROSEBERY | E CONTROL#1(8) | ROS ADJ | KJS |
| N/A | TIME OFF | ROSEBERY | N/A | E INTERNAL #1(8) | OVERTIME | KJS |
| N/A | TIME OFF | CHASE | N/A | W INTERNAL #1(8) | OVERTIME | KJS |
| 8 | W INTERNAL #1 | BYNUM | CHASE | SICK LEAVE | ROS ADJ | KJS |
| 8 | H 51 UNIT | HAGENBURG | GREEN,T | SICK LEAVE | ROS ADJ | KJS |
| N/A | TIME OFF | GREEN,T | N/A | H 51 UNIT(8) | OVERTIME | KJS |
| 8 | C 41 UNIT | MIELES | WILKES | G 41 UNIT(8) | ROS ADJ | KJS |
| 8 | G 41 UNIT | WILKES | MIELES | C 41 UNIT(8) | ROS ADJ | KJS |
| 8 | C 41 | WILKES | CONEIL | FAL | ROS, ADJ | DKW |
| 7 | E SHU# 2 | CONEIL | VACATE | C 41 | ROS, ADJ | DKW |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BOP 150493

Thursday August 23, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 6

RECAPITULATION

| | |
|---|---|
| MORNING WATCH | 37 |
| A/M | ~~19~~ 17 |
| DAY WATCH | ~~50~~ 58 |
| P/M | ~~25~~ 23 |
| EVENING WATCH | ~~36~~ 32 |
| TRIP STATUS | 0 |
| SPECIAL ASSIGN | 0 |
| ANNUAL LEAVE | ~~14~~ 15 |
| SICK LEAVE | ~~2~~ 06 |
| DAY OFF | 55 |
| TRAINING | ~~15~~/16 |
| LOANS | 0 |
| HOLIDAY | 0 |
| LEAVE W/O PAY | ~~8~~/ 09 |
| MIL. LEAVE | 2 |
| CONT. OF PAY | ~~0~~ 01 |
| HOME DUTY | 0 |
| ADMIN LEAVE | 1 |
| T. O. A. | 0 |
| COMP. TIME | 0 |
| OVERTIME | 0 |
| OTHER | ~~10~~/ 02 |
| TOTAL | 274 |

CAPTAIN: [signature]

DATE: Thursday August 23, 01

BOP 150494

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

April 4, 2002

MEMORANDUM TO: James G. Warner, Correctional Services Administrator, Northeast Region

FROM: J. Betler, Deputy Captain

SUBJECT: Lieutenant/Department Head Meeting for December 2001

Due to the attack on the World Trade Center, there was no Lieutenant/Department Head Meeting for the month of September.

GOVERNMENT EXHIBIT 41

PENGAD-Bayonne, N. J.



BOP 39643