U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

October 29, 2001

MEMORANDUM TO: DENNIS W. HASTY, WARDEN

FROM: Ida Otero, Captain's Secretary

SUBJECT: Department Head/Lieutenant's Meeting Minutes

A Department Head/ Lieutenant's Meeting was held on October 29, 2001, at 1:25 p.m. in the Warden's Conference Room. The following staff were present:

Dennis W. Hasty, Warden
Azzmeiah Ward, Executive Assistant
Linda Thomas, AW(P)
James Sherman AW(C)
Salvatore LoPresti, Captain
James Betler, Deputy Captain
Ann Scarpone, HRM
Dianna Guerrero, Chief Psychologist
Clemmet Shacks, Unit Manager
Kim Easterling, Unit Manager
Todd Bailey, Staff Attorney
Lee Tatum, Unit Manager
Robin Williams, Chief Utilities Supervisor
Anthony Kimbrough, EPO
Danny Garcia, Volunteer Coordinator
Carlos Duff, Unit Manager
Brenda Aponte, Intelligent Officer
Jacob Hoeing, Chaplain

GOVERNMENT EXHIBIT 42

Sally Hardman, EDM
Herbert Ingram, Assistant Safety Manager
Dr Hope, Psychologist
Sung Lee, Clinical Director
Mario Gonzalez, Acting General Foreman
Daniel Ortiz, Lieutenant
Raoul Watson, Computer Services Manager
Melvin Vaughn, SIA
Lamine N'Diaye, SIA
Jacqueline Felton, General Foreman
Stuart Pray, Lieutenant
Thomas Ventiere, Lieutenant
Kelly Snyder, Lieutenant
Thomas Cush, Lieutenant
Frank Maldonado, Lieutenant
John Lane, Lieutenant
Elizabeth Torres, Lieutenant
Vincent Wash, Lieutenant

Daniel Ortiz:

- Welcomed all attending staff to the Department Head/Lieutenants Meeting.
- The institution's base count as of this morning is 2385.
- Correctional Services has a staff compliment of 274.

Danny Garcia:

- Mr. Garcia stated that on Thursday the Education department will be having their retreat at Dayton Manor.

Dr Hope:

- Nothing to report.

Sung Lee:

- Nothing to report.

Mario Gonzalez:

- Mr. Gonzalez stated that the smoke detectors are being changed throughout the institution. Mr. Maldonado will be out until November 13, 2001.
- The Facilities Department is working on the grease trap project. The SPU Unit is being worked on. Facilities staff are working on the cameras in Special Housing.
- Departments need to submit work orders and each work order has 30 days to be completed.

Stuart Pray:

- Nothing to report.

James Betler:

- Deputy Captain Betler stated that the detail pouches need to be returned to Control Center.
- Deputy Captain Betler congratulated Thomas Cush on his promotion to Lieutenant.

Linda Thomas:

- Ms. Thomas stated that the Union Executive Board members have been touring the institution with Mr. Cotton and Mr. Pridgen.
- Ms. Thomas also stated that Officer Tucker was selected as Unit Secretary for Ms. Easterling.
- Ms. Thomas thanked all the departments for their hard work.

Salvatore LoPresti:

- Captain LoPresti stated that after 6 weeks, Special Housing has been running well.
- The new Regional Director will visit the institution soon.

James Sherman:

- Mr. Sherman congratulated Thomas Cush on his promotion to Lieutenant.
- Correctional Services Program Review will take place the week of January 28, 2002.
- Staff need to make rounds.

Azzmeiah Ward:

- Nothing to report.

Dennis Hasty:

- Warden Hasty stated that there have been some promotions. We have four new Lieutenants. Lieutenant Pray is leaving to MCC. Lt. Pray has been an asset to our institution. Dr. Lee is leaving to Coleman.
- Warden Hasty stated that he attended a conference last week.
- There will be a recall on November 2, 2001, which will be held in the West visiting room at 8:00 am.
- The 12 hour shift will hopefully end within the next three to four weeks.

The meeting adjourned at 2:50pm.

GOVERNMENT EXHIBIT 43
PENGAD-Bayonne, N. J.

Monday October 29, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 1

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--6:00PM A/M | 3 8:00AM--4:00PM 4 8:00AM--8:00PM D/W | 5 12:00PM-12:00AM 6 6:00PM--6:00AM P/M | 7 8:00PM--8:00AM E/W |
|---|---|---|---|---|---|
| CAPTAIN | | | 4 LOPRESTI, SA | | |
| DEPUTY | | | 4 BETLER, JAME | | |
| OPS LT | | | 4 WASH, VINCEN | | 7 WHITE, DOUGL |
| W-ACT LT | | 2 TORRES, ELIZ | 4 | 6 DENJEN, RAND | |
| SEC LT | | | 4 LANE, JOHN R | | 7 TESSEL, DAVI |
| E-ACT LT | | 2 MALDANADO, F | | | |
| EPO | | | 4 KIMBROUGH, A | | |
| INTEL OFF | | | 4 DESMOND, RIC | | |
| INTEL TECH #1 | | | 4 APONTE, BREN | | |
| INTEL TECH #2 | | | 4 BANKS, SYLVI | | |
| INTEL TECH #3 | | | 4 BUSH, LYNETT | | |
| SIA #1 | | | 4 VAUGHN, MELV | | |
| SIA #2 | | | 4 N'DIAYE, LAM | | |
| SIS LT | | | | | |
| SIS TECH #1 | | | 3 OBANDO, WALT | | |
| SIS TECH #2 | | | | | 7 CORBETT, LEY |
| SIS TECH #3 | | | | | 7 ~~RIVERA, STEV~~ VACATE |
| PHONE MON | | | | | |
| E-FREIGHT | | | 4 LAWRENCE, DA | | |
| E-TOOL ROOM | | 2 ~~LUGO, ISMAEL~~ | 2. CONNORS | | |
| E-REAR GATE | | 2 ~~CONNOR, CORN~~ | | | |
| E-HOSP OFF | | | 4 ROSA, IVETTE | | |
| E-SHU #1 | | | 4 LOPEZ, KEVIN | | 7 CANDELARIO, |
| E-SHU #2 | | WALKER | ~~4 OSTEEN, JOHN~~ | | 7 MURPHY, RAND |
| E-SHU #3 | | | 4 JORDAN, DERR | | |
| E-SHU REC | | | 4 WITSCHEL, CH | | |
| E-CONTROL #1 | | | 4 FIELDS, CARL | | 7 KEARNS, PATR |
| E-CONTROL #2 | | | 4 DELPESHE, CH | | 7 MURRAY, MARC |
| E-INTERN #1 | | WILLIAMS | ~~4 ROSEBERY, SC~~ | | 7 PITTMAN, GAR |
| E-ACTIVITIES | | | 4 RAJAPA, KEVI | | 7 FORTIER, PED |
| E-I/M ELV OP | | MUNOZ, C | ~~4 [illegible]~~ | | |
| E-ATTY CONF | | | 4 DAVISON, JON | | |
| E-ICIS #1 | | 2 LEON, CHRIST | | | 7 DAVIDSON, MA |
| E-ICIS #2 | | | | 5 ~~SMITH, WANDA~~ | |
| E-VISIT #1 | | | | 5 HERNANDEZ, R | |
| E-VISIT #2 | | | | 5 WINDHAM, LIS | |
| E-VISIT #3 | | | | 5 FELDER, DAWN | |
| E-VISIT #4 | | | | 5 DIAZ, DAVID | |
| E-VISIT ESCT | | | | 5 TSAI, WEI | |
| A-21 UNIT | | | ~~4 GITTENS, KIK~~ | VACATE | |
| A-22 UNIT | | | | | ~~7 MOFFATT, MAL~~ |
| B-31 UNIT | | | 4 MCCROREY, PH | | 7 REEVES, WILB |
| B-32 UNIT | | | 4 MORALES, PET | | 7 PATTERSON, G |
| C-41 UNIT | | | 4 GORDON, SHEI | | 7 ESPINELL, PH |
| C-42 UNIT | | | 4 TRELLES, LIS | MOFFAT, M | ~~7 CHRISTIE, AN~~ |
| D-51 UNIT | | | 4 MOORE, GLADS | | 7 HEYWARD, DAR |
| D-52 UNIT | | | 4 NOBLES-HILL, | | 7 HACKETT, NIC |
| E-61 UNIT | | | | | 7 ALLEN, KIYO |
| E-62 UNIT | | | | | |

BOP 150495

Monday October 29, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 2

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--6:00PM A/M | 3 8:00AM--4:00PM / 4 8:00AM--8:00PM D/W | 5 12:00PM-12:00AM / 6 6:00PM--6:00AM P/M | 7 8:00PM--8:00AM E/W |
|---|---|---|---|---|---|
| G-41 UNIT | | | 4 FORDE, CLAIR | | 7 HUBER, DEAN |
| G-42 UNIT | | | 4 TORO, JAIME | | 7 CAMBRIA, RIC |
| G-43 UNIT | | | 4 SMITH, KATIN | | 7 SANON, ANTHO |
| H-51 UNIT | | DAVIS | 4 ~~MANNING, ANG~~ | | 7 MORSE, DANIE |
| H-52 UNIT | | | 4 WASHINGTON, | | 7 KENNEDY, ROD |
| H-53 UNIT | | | 4 JOHNSON, DAR | | 7 GONZALEZ, LU |
| I-61 UNIT | | | 4 GONELL, ISID | | 7 LAKAT, ZOLTA |
| I-62 UNIT | | | 4 ASTACIO, NEL | | 7 HOCHSTEIN, K |
| I-63 UNIT | | | 4 BARNES, PHIL | | 7 PEREZ, JESUS |
| J-71 UNIT | | | 4 WILSON, ELIZ | | 7 BRITO, JOHNN |
| J-72 UNIT | | | 4 SAUNDERS, DE | | 7 CAMBRIDGE, A |
| J-73 UNIT | | | 4 MARTIN-CLARK | | 7 DEISHER, KYL |
| K-81 UNIT | | | 4 BROWN, ANDRE | | 7 DUPUY, CLAUD |
| K-82 UNIT | | | 4 PARKER, JOSE | | 7 BOTELER, CHR |
| K-83 UNIT | | | 4 MOLLINEAU, D | | 7 LEWIS, TRACY |
| K-84 UNIT | | | | | |
| ADMIN LT | | | 4 ~~SNYDER, KELL~~ VAS SNYDER | | |
| T&A OFF | | 4 GARRETT | 4 ~~GARRETT, CHE~~ | 5 ROSADO, DENA | |
| CAPT SEC #1 | | | 4 ~~ROCK, CHRIST~~ VACATE | | |
| CAPT SEC #2 | | | 4 OTERO, IDA | | |
| TRAIN LT | | | 4 JOSEPH, ANTH | | |
| W-FREIGHT | | | 7 ~~PASSALACQUA~~ Carrillo | | |
| W-TOOL ROOM | | 2 CUSH, THOMAS | | | |
| W-REAR GATE | | 2 SOMERVILLE, | | | |
| W-HOSP OFF | | | 4 MCMILLIAN, G | | |
| SEC OFF #1 | | | 3 | | |
| SEC OFF #2 | | 2 LYTLE, ROBER | | | |
| COURT OFF #1 | | | | | 7 ~~MOSES~~ PRICE |
| COURT OFF #2 | | | | | 7 BENNETT, SEA |
| W-INTERN #1 | | | 4 JEMISON, JAM | | 7 ~~BAXUM, WALTE~~ MOSES |
| W-INTERN #2 | | | 4 MARIN, LORRA | | 7 HOWARD, S |
| W-ACTIVITIES | | | | | 7 GREEN, TARSH |
| W-I/M ELV OP | | | 4 FARES, ALI | | 7 STANBERRY |
| W-1 FLR SAL | | 2 CAMMISULI, J | | | |
| PERIMETER #1 | | | 4 VELAZQUEZ, C | | 7 MICKENS, RAY |
| PERIMETER #2 | | | 4 FIGUEROA, ST | | 7 COX, DONNA |
| PERIMETER #3 | | | 4 PARISH, HAZE | | 7 ALLEN, GARY |
| PERIMETER #4 | | | 4 MCGEE, CHRIS | | 7 ~~HOWARD, SHAW~~ BACOTE |
| PERIMETER #5 | | | | | |
| PERIMETER #6 | | | 4 ~~PETERSON, ST~~ | | 7 GOMEZ, RICHA |
| C&A OFF | | GRAYTON | 4 ~~JAMES, LONNY~~ | | 7 WHITE, RAYMO |
| W-CONTROL #1 | | ~~PETERSON~~ | 4 ~~GRAYTON, MEM~~ HOUK | | 7 LANDVREUGD, |
| W-CONTROL #2 | | | 4 ~~HOUK, PETER~~ PETERSON | | 7 FERGUSON, AR |
| W-CONTROL #3 | | | 4 LAKERAM, NAV | | 7 ~~BACOTE, CRAI~~ TRAN, X |
| W-ATTY CONF | | | 4 WILSON, LEON | | |
| W-LOBBY | | 2 WEBB, BRIAN | | 5 EDWARDS, GLE | 7 RICE, R |
| W-ICIS #1 | | | | 5 CUYLER, TONI | |
| W-ICIS #2 | | | 4 | 5 MARIA, JUAN | |
| W-VISIT #1 | | | | 5 BUTTS, JOHN | |

BOP 150496

Monday October 29, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 3

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--6:00PM A/M | 3 8:00AM--4:00PM 4 8:00AM--8:00PM D/W | 5 12:00PM-12:00AM 6 6:00PM--6:00AM P/M | 7 8:00PM--8:00AM E/W |
|---|---|---|---|---|---|
| W-VISIT #2 | | | | 5 TAYLOR, HARV | |
| W-VISIT #3 | | | 4 | 5 JOHNSON, CHA | |
| W-VISIT #4 | | | | 5 ARCINIEGAS, | |
| W-VISIT ESCT | | | | 5 HUGHES, RALP | |
| LINK OFF | | | 3 MORANT, LISA | | |
| SANITATION OFF | | GITTENS | 4 ~~GOUVATSOS, G~~ | | 7 FRANKS, JOHN |
| D&A OFF | | | | | |
| SHU LT | | | 4 ORTIZ, DANIE | | |
| W-SHU OIC | | | 4 BENITEZ, JOS | | 7 TOLEDO, WILL |
| W-SHU #1 | | | 4 MURPHY, GEOR | | 7 LEVERETT, JO |
| W-SHU #2 | | | 4 MURRAY, LAWR | | |
| W-SHU #3 | | | | | |
| SHU PROP | | OSTEEN | 4 ~~SESTO, JACK~~ | | |
| SHU REC | | 2 RAMIREZ, ROB | | | |
| RECEPTION | | | 4 KIRTON, MICH | | |
| ESCORT OFF #1 | | | 4 JONES, ARMAN | | |
| ESCORT OFF #2 | | | 4 RODRIGUEZ, B | | |
| SHAKEDOWN | | | | | |
| ADMAX LT | | | 4 BECK, WILLIA | | 7 BLEDSOE, LIN |
| ADMAX #1 | | | 4 MACHADO, MAR | | 7 MOORE, DEXTE |
| ADMAX #2 | | | 4 DEFRANCISCO, | | 7 JAIKISSOON, |
| ADMAX #3 | | | 4 DIAZ, RICHAR | | 7 ALAMO, REYNA |
| ADMAX #4 | | | 4 CHASE, SIDNE | | 7 CLARDY, JAME |
| ADMAX #5 | | | 4 JAMES, LATEM | | 7 WRIGHT, MICH |

CERTIFIED CORRECT:

M/W LIEUTENANT

D/W LIEUTENANT

E/W LIEUTENANT

BOP 150497

Monday October 29, 01

MDC BROOKLYN

BROOKLYN, NEW YORK 11232

DAILY ASSIGNMENT ROSTER PAGE: 4

| DAY OFF | DAY OFF | ANNUAL LEAVE | SICK LEAVE | TRAINING | HOLIDAY | LWOP | LOANS | MIL. LEAVE |
|---|---|---|---|---|---|---|---|---|
| ALEXANDER, | ALVELO, ROB | BARLITZ, M2 | ~~STANBERRY~~ | APOLITO, I4 | | CRONIN, TH3 | | HURLEY, CH3 |
| BECKLES, GE | BEST, ALFRE | BROTHERS, 7 | MELVIN | CALDERON, 4 | | DAVIS, NIE3 | | Santiago, W |
| BONILLA, AN | BRANDT, CHR | FRANCIS, N4 | LUGO | CHANG, WEI7 | | GONZALEZ, 3 | | |
| BURGOS, MIC | CARTER, ERI | ~~MOSES, DEA7~~ | MANNING | DELANEY, P4 | | ~~MCCABE, MI4~~ | | |
| CLARKE, SHE | DILONE, FRA | MUNDO, MAR4 | GOVATSOS | GODFREY, D3 | | MORALES, D3 | | |
| DUPREE, HER | ELIAS, STEV | ~~MUNOZ, CAR4~~ | SZETO | LEWIS, DAV4 | | RUPCHAND, 3 | | |
| FRYAR-ASHLE | GALE, JOHN | ~~RICH, ROOSS~~ | ~~Garrett~~ | MASON, ANT4 | | | | |
| GIL, VICTOR | GORBEA, RAL | TESTMAN, R7 | HUNTER | MCFARLAND,3 | | | | |
| GREEN, NORR | GUSSAK, HOW | THOMAS, RO4 | BYNUM | ORTIZ, GUI4 | | | | |
| HAGENBURG, | HAMMER, AND | TONANI, AN7 | CHRISTIE | SILVA, PED3 | | | | |
| HENDERSON, | HICKS, CLIF | ~~TRAN, XI Y7~~ | ~~SNYDER~~ | TAWADROUS,4 | | | | |
| HOLT, ALFRE | ITURRALDE, | WILKINS, M3 | ROCK | VELAZQUEZ,4 | | | | |
| JACKSON, BR | JOHNSON, FR | ~~Passalacqua~~ | | | | | | |
| JOHNSON, TY | KAYES, PHIL | JAMES, LON | | | | | | |
| KIRCHNER, G | LABELLA, LO | Smith, W | | | | | | |
| LUCE, CHARL | MANARA, MIC | | | | | | | |
| MEDINA, DOL | MOORE, IVY | | | | | | | |
| MORAN, WILL | MUNOZ, SAMU | | | | | | | |
| NUNEZ, EDIL | OWENS, CHAR | | | | | | | |
| PEREZ, ANGE | PURCELL, LO | | | | | | | |
| PUZIE, WAYN | RAMIREZ, OS | | | | | | | |
| REID, SHAWN | ROJAS, RONN | | | | | | | |
| SANTANA, AL | SHAW, ROBER | | | | | | | |
| SINGH, VOLD | SMITH, TOWA | | | | | | | |
| STUBBS, KAT | SULLIVAN, W | | | | | | | |
| TAMAYO, LIZ | THERVENAY, | | | | | | | |
| TUCKER, CHA | WALLACE, CL | | | | | | | |
| WHEELESS, T | WILKES, DEI | | | | | | | |
| YOUNG, DEME | RIVERA, S | | | | | | | |

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| CUMMINGS, 3 | | | MENDEZ, MA3 | | Local Hosp | ASTACIO, D4 | | Passalacqua |
| RIVERA, CH4 | | | ~~PRICE, TIM7~~ | | It'S Off | BARRERE, S4 3 | | |
| | | | | | W-Intern | BONILLA, J4 | | |
| | | | | | | ~~CARRILLO, 4~~ | | |
| | | | | | ~~Command Ctr~~ | CUCITI, JO4 | | |
| | | | | | | ~~DAVIS, JAM4~~ | | |
| | | | | | | ~~HUNTER, JA7~~ | | |
| | | | | | | JAMES, NAT4 7 | | |
| | | | | | | ~~MELVIN, YA4~~ | | |
| | | | | | W-Intern | MOSCHELLO,4 | | |
| | | | | | Command Ctr | PRAY, STUA4 | | |
| | | | | | | ~~SANTIAGO, 4~~ | | |
| | | | | | | SMALL, KAR7 | | |
| | | | | | | TORRES, AR7 | | |
| | | | | | Command Ctr | VASQUEZ, M4 | | |
| | | | | | Perimeter | VENTIERE, 4 | | |

A 474

BOP 150498

Monday October 29, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 5

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | WALKER, JU4 | | |
| | | | | | | WILLIAMS 4 | | |
| | | | | | Local hosp | rosebery 4 | | |
| | | | | | Hosp 3rd fl | Francis | | |
| | | | | | E-SHU | MCCABE 4 | | |

BOP 150499

Monday October 29, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER
RECORD OF CHANGES

PAGE: 6

| SHIFT | POST | OFFICER | RELIEVED BY | STATUS | REMARKS | LT'S INITIALS |
|---|---|---|---|---|---|---|
| 2 | W-FREIGHT | PASSALACQUA | CARRILLO | FAMILY LEAVE | REQUESTED | MW. mw |
| 4 | SPEC ASSING | CARRILLO | VACATE | W-FREIGHT | ROS ADJ | MW. mw |
| 4 | E-TOOL ROOM | LUGO | CONNOR | SICK LEAVE | ROS ADJ. | D.T DT |
| 4 | EAST REAR SAL | CONNOR | VACATE | EAST TOOL ROOM | ROS ADJ. | D.T DT |
| 4 | SANITATION | GOVATSOS | GITTENS | SICK LEAVE | ROS ADJ. | D.T DT |
| 4 | SPEC ASSIGN | MELVIN | FRANCIS | SICK LEAVE | ROS ADJ. | D.T DT |
| 4 | C & A OFF | JAMES, LON | GRAYTON | E.A.L. | ROS ADJ. | D.T DT |
| 4 | SHU PROP | SZETO | OSTEEN | SICK LEAVE | ROS ADJ. | D.T DT |
| 4 | SE-SHU #2 | OSTEEN | WALKER | W-SHU PROP | ROS ADJ | VJW |
| 4 | PERIMETER # 6 | PETERSON | VACATE | W-CONTROL # 2 | ROS ADJ | VJW |
| 4 | SPEC ASSG | WILLIAMS | VACATE | E-INTERNAL # 1 | ROS ADJ | VJW |
| 4 | ANNUAL LEAVE | MUNOZ, C | VACATE | E-I/M EL OP | ROS ADJ | VJW |
| 4 | A-21 UNIT | GITTENS | VACATE | SANITATION | ROS ADJ | VJW |
| 4 | T&A Off | Garrett | Vacate | Sick Leave | Requested | VJW. |
| 4 | E-I/M Elv Op | Francis | Munoz, C | Spec Assgn | Hosp 3rd flr | VJW |
| 4 | sPEC ASSGN | WALKER | VACATE | E-SHU #2 | ROS ADJ | VJW |
| 4 | E-INTERN #1 | ROSEBERY | WILLIAMS | SPEC ASSGN | LOCAL HOSP | VJW |
| 4 | ANNUAL LEAVE | FRANCIS | VACATE | E-I/M-ELV OP | ROS ADJ | VJW |
| 4 | w-CONTROL #1 | gRAYTON | HOUK | C&A OFF | ROS ADJ | VJW |
| 4 | W-CONTROL #2 | HOUCK | PETERSON, S | W-CONTROL #1 | ROS aDJ | VJW |
| N/a | lwop | MCCABE | VACATE | SPEC ASSGN | E-SHU | VJW |
| 5 | E-ICIS #2 | SMITH, W | VACATE | ANNUAL LEAVE | REQUESTED | VJW |
| 7 | SPEC ASSGN | HUNTER | VACATE | SICK LEAVE | REQUESTED | VJW |
| 7 | INTERNAL # 1 | BYNUM | Allen, K | SICK LEAVE | REQUESTED | VJW |
| 7 | A-22 UNIT | MOFFAT | VACATE | G-42 UNIT | REQUESTED | VJW |
| 7 | G-42 UNIT | CHRISTIE | MOFFAT | SICK LEAVE | REQUESTED | VJW |
| 7 | E-61 Unit | Allen, K | Vacate | W-intern #1 | Ros Adj | VJW |
| NA | ADMIN LEAVE | PRICE | VACATE | COURT OFF# 1 | ROS, ADJ | DKW |
| NA | ANNUAL LEAVE | MOSES | VACATWE | W INTERN# 1 | ROS, ADJ | DKW |
| NA | SICK LEAVE | STANBERRY | VACATE | W IM ELV OP | ROS, ADJ | DKW |
| NA | ANNUAL LEAVE | TRAN, X | VACATE | W CONTROL #3 | rOS, ADJ | DKW |
| 7 | W CONTROL# 3 | BACOTE | TRAN, X | PERIMETER# 4 | ROS, ADJ | DKW |
| 7 | PERIMETER# 4 | HOWARD, S | BACOTE | W INTERN#2 | ROS, ADJ | DKW |
| 4 | ADMIN LT | SNYDER | VACATE | SICK LEAVE | REQUESTED | DKW |
| 4 | CAPT SEC # 1 | ROCK | VACATE | SICK LEAVE | REQUESTED | DKW |
| 7 | SIS TECH | RIVERA, S | VACATE | DAY OFF | ROS, ADJ | DKW |
| NA | ANNUAL LEAVE | RICE | VACATE | W LOBBY | ROS, ADJ | DKW |
| N/A | SICK LEAVE | GARRETT | VACATE | T&A OFF (4) | ROSTER ADJ | DKW |
| N/A | SICK LEAVE | SNYDER | VACATE | ADMIN LT(5) | ROSTER ADJ | DKW |

BOP 150500

Monday October 29, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 7

RECAPITULATION

| | | |
|---|---|---|
| MORNING WATCH | 0 | |
| A/M | ~~11~~ 09 | |
| DAY WATCH | ~~81~~/~~77~~ | 78 |
| P/M | ~~16~~/~~15~~ | 16 |
| EVENING WATCH | ~~55~~ ~~56~~ | 57 |
| TRIP STATUS | 0 | |
| SPECIAL ASSIGN | ~~13~~ 14 | |
| ANNUAL LEAVE | ~~12~~/~~11~~ | 10 |
| SICK LEAVE | ~~11~~/~~11~~ | 09 |
| DAY OFF | ~~57~~ 58 | |
| TRAINING | 12 | |
| LOANS | 0 | |
| HOLIDAY | 0 | |
| LEAVE W/O PAY | ~~6~~ 05 | |
| MIL. LEAVE | ~~1~~ 02 | |
| CONT. OF PAY | 2 | |
| HOME DUTY | 0 | |
| ADMIN LEAVE | ~~2~~ 01 | |
| T. O. A. | 0 | |
| COMP. TIME | 0 | |
| OVERTIME | 0 | |
| OTHER | ~~0~~ 01 | |
| TOTAL | 274 | |

CAPTAIN: [signature]

DATE: Monday October 29, 01

BOP 150501

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

December 12, 2001

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: Christine Rock, Captain's Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on November 27, 2001, at 1:10 p.m. in the Warden's Conference Room. The following staff were present:

**Present:**
**Dennis W. Hasty, Warden**
**Azzmeiah V. Ward, Executive Assistant**
**Linda Thomas, Associate Warden, Programs**
**James Sherman, Associate Warden, Custody**
**Luis German, Associate Warden, Operations**
**Ron Booher, Associate Warden, Health/Food Services**
**Joseph Cuciti, Acting Captain**
**Johanny Handel, Acting HRM**
**Carlos Duff, Unit Manager I**
**Clemmet Shacks, Unit Manager J/K**
**Sung Lee, Clinical Director**
**Adolfo Maldonado, Facilities Manager**
**Todd Bailey, Staff Attorney**
**Maurice Mays, Acting EDM**
**Natalie Ledbetter, Trust Fund Supervisor**
**Raoul Watson, Computer Services Manager**
**Tanya Matthewson, Acting Inmate Systems Manager**
**Angel Motta, Supervisor of Education**
**Wanda Velez, Acting CMC**

GOVERNMENT EXHIBIT 44
PENGAD-Bayonne, N. J.



A 478

BOP 39593

Kim Easterling, Unit Manager B/C
Martha Licon, Unit Manager G
Perry Hess, Acting Chief Psychologist
Dawn Brideson, Acting Unit Manager E
Danny Garcia, Volunteer Coordinator
Earl Knight, Supervisor of Recreation
Herbert Ingrim, Acting Safety Manager
Jacob Hoenig, Chaplain
Louise Gudonis, Acting Food Service Administrator
David Williams, Designation Coordinator
Clemmie Cooper, DHO
Melvin Vaughn, Special Investigative Agent
Vincent Wash, Lieutenant
Stuart Pray, Lieutenant
William Beck, Lieutenant
Frank Maldanado, Lieutenant
Kelly Snyder, Lieutenant
John Lane, Lieutenant
Howard Gussak, Lieutenant
Thomas Cush, Lieutenant
Christopher Hurley, Security Officer
Christine Rock, Captain's Secretary/Recorder

The following Lieutenants were unable to attend:

Sal LoPresti, Captain (Sick Leave)
James Betler, Deputy Captain (ACA Review Audit)
David Tessel, Lieutenant (Day Off)
Anthony Joseph, Lieutenant (Training)
Steven Barrere, Lieutenant (Annual Leave)
Lyndsay Bledsoe, Lieutenant (Day Off)
Lamine N'Daiye, SIA (Conducting Interviews)
Anthony Kimbrough, EPO (Annual Leave)
Richard Desmond, Intelligence Officer (Field Work)

The following Lieutenants were unable to attend due to mandatory 12 hour shift schedules.

Daniel Ortiz, Lieutenant
Douglas White, Lieutenant
William Moran, Lieutenant
Randy Denjen, Lieutenant
Muriel Wilkins, Lieutenant
Ralph Gorbea, Lieutenant
Elizabeth Torres, Lieutenant
Marcial Mundo, Lieutenant

BOP 39594

- The Warden asked staff not to forget that inmates are not with their families and they may be a little down because of this during the holiday season. Suicide rates go up this time of year and we should look for signs of depression in the inmates.

- Warden Hasty congratulated the following individuals on their promotions:

  - * Mickey Velasquez, Assistant Security Officer, MDC Brooklyn.
  - * Nestor Mecardo, Safety Manager, FCI Fairton
  - * Audrey Taylor, Assistant HRM, MDC Brooklyn
  - * Angela Thomas, 2nd Assistant HRM, MDC Brooklyn
  - * Joe Eberhart, Lieutenant, MDC Brooklyn
  - * Curtis Cole, Lieutenant, MDC Brooklyn
  - * Jorge Maldonado, Lieutenant, MDC Brooklyn

- Ms. Licon and Mr. Shacks are still interested in taking donations for the CFC Campaign. All staff are encouraged to support those less fortunate.

- A GroupWise message was sent out concerning the Holiday Committee headed by Earl Knight.

- A memorandum was disseminated on November 16, 2001, concerning sanitation and commissary limitation. If a unit is found to be dirty, the inmate's commissary will be reduced.

- Annual Refresher Training will be nine weeks long this upcoming year.

- In conclusion, Warden Hasty requested that staff get in the state of readiness for the ACA audit and to keep it in the forefront.

- With nothing further to discuss the meeting adjourned at 2:15pm.

GOVERNMENT EXHIBIT 45

PENGAD-Bayonne, N.J.

Tuesday November 27, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 1

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>6 8:00AM--8:00PM<br>D/W | 7 12:00PM--8:30PM<br>8 2:30PM--10:30PM<br>P/M | 9 4:00PM--12:00PM<br>10 8:00PM--8:00AM<br>E/W |
|---|---|---|---|---|---|
| CAPTAIN | | | 4 ~~LOPRESTI, SA~~ Criti | | |
| DEPUTY | | | 4 | | |
| OPS LT | 1 ~~TESSEL, DAVI~~ WHITE, D (OT) | | 5 WASH, VINCEN | | 9 WHITE, DOUGL |
| W-ACT LT | | 2 LANE, JOHN R | | 7 ~~MUNDO, MARCI~~ Gussak | |
| SEC LT | 1 ~~DENJEN, RAND~~ ~~WILKINS (OT)~~ TESSEL | 5 MALDANADO, F | | | 9 WILKINS, MUR |
| E-ACT LT | | | | 7 ~~GUSSAK, HOWA~~ | |
| EPO | | | 4 KIMBROUGH, A | | |
| INTEL OFF | | | 4 DESMOND, RIC | | |
| INTEL TECH #1 | | | 4 APONTE, BREN | | |
| INTEL TECH #2 | | | 4 BANKS, SYLVI | | |
| INTEL TECH #3 | | | 4 BUSH, LYNETT | | |
| SIA #1 | | | 4 VAUGHN, MELV | | |
| SIA #2 | | | 4 N'DIAYE, LAM | | |
| SIS LT | | | | | |
| SIS TECH #1 | | 3 OBANDO, WALT | | | |
| SIS TECH #2 | 1 SILVA, PEDRO | | | | |
| SIS TECH #3 | | | | | |
| PHONE MON | | 2 CORBETT, LEY | | | |
| E-FREIGHT | | 3 ~~DAVISON, JON~~ Brothers | | | |
| E-TOOL ROOM | | 3 JEMISON, JAM | | | |
| E-REAR GATE | | 3 JONES, ARMAN | | | |
| E-HOSP OFF | | | | | |
| E-SHU #1 | 1 MORSE, DANIE | | 5 THERVENAY, J | | 9 RAMIREZ, ROB |
| E-SHU #2 | | 2 MUNOZ, CARLO | | 8 SHAW, ROBERT | |
| RECEPTION | | | 4 KIRTON, MITCH | | |
| E-CONTROL #1 | 1 TESTMAN, RON | | 5 MCMILLIAN, G | | 9 LAWRENCE, DA |
| E-CONTROL #2 | | 2 GRAYTON, MEM | | 8 SMITH, KATIN | |
| E-INTERN #1 | 1 BUTTS, JOHN | | 5 LEON, CHRIST | | 9 FIELDS, CARL |
| E-ACTIVITIES | | | | | |
| E-I/M ELV OP | | | | | |
| E-ATTY CONF | | | 4 KIRCHNER, GE | | |
| E-ICIS #1 | | 2 WILSON, ELIZ | | | 9 DAVIDSON, MA |
| E-ICIS #2 | | | | 7 SMITH, WANDA | |
| E-VISIT #1 | | | | 7 HERNANDEZ, R | |
| E-VISIT #2 | | | | 7 LUGO, ISMAEL | |
| E-VISIT #3 | | | | 7 ~~BROTHERS, CH~~ | |
| E-VISIT #4 | | | | 7 DIAZ, DAVID | |
| E-VISIT ESCT | | | | 7 TSAI, WEI | |
| A-21 UNIT | | | | | |
| A-22 UNIT | | | | | |
| B-31 UNIT | 1 BRANDT, CHRI | | 5 FRANCIS, NIC | | 9 TRAN, XI V |
| B-32 UNIT | 1 MICKENS, RAY | | 5 MCCROREY, PH | | 9 GOMEZ, RICHA |
| C-41 UNIT | 1 MOFFATT, MAI | | 5 GOUVATSOS, G | | 9 REEVES, WILB |
| C-42 UNIT | 1 HAMMER, ANDR | | 5 ESPINELL, PH | | 9 WILKES, DEID |
| D-51 UNIT | 1 KENNEDY, ROD | | 5 MORALES, PET | | 9 CARTER, ERIC |
| D-52 UNIT | 1 WHEELESS, TE | | 5 PARKER, JOSE | | 9 TORO, JAIME |
| E-61 UNIT | | | | | |
| E-62 UNIT | | | | | |

BOP 150502

Tuesday November 27, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 2

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>6 8:00AM--8:00PM<br>D/W | 7 12:00PM--8:30PM<br>8 2:30PM--10:30PM<br>P/M | 9 4:00PM--12:00PM<br>10 8:00PM--8:00AM<br>E/W |
|---|---|---|---|---|---|
| G-41 UNIT | 1 BECKLES, GEO | | 5 NUNEZ, EDILI | | 9 GORDON, SHEI |
| G-42 UNIT | 1 JOHNSON, FRA | | 5 BEST, ALFRED | | 9 HENDERSON, G |
| G-43 UNIT | 1 BENNETT, SEA | | 5 TORRES, ARCE | | 9 GONZALEZ, LU |
| H-51 UNIT | 1 VELAZQUEZ, C | | 5 KAYES, PHILL | | 9 LEWIS, DAVID |
| H-52 UNIT | 1 ALEXANDER, G | | 5 MOORE, IVY T | | 8 COX, DONNA |
| H-53 UNIT | 1 PEREZ, JESUS | | 5 JOHNSON, DAR | | 9 PURCELL, LOU |
| I-61 UNIT | 1 BRITO, JOHNN | | 5 SINGH, VOLDY | | 9 MUNOZ, SAMUE |
| I-62 UNIT | 1 JOHNSON, TYR | | 5 CALDERON, PE | | 9 MCGEE, CHRIS |
| I-63 UNIT | 1 ALLEN, GARY | | 5 GODFREY, DAR | | 9 RODRIGUEZ, B |
| J-71 UNIT | 1 ~~MURPHY, RAND~~ CONELL (OT) | | 5 MARIA, JUAN | | 9 DEISHER, KYL |
| J-72 UNIT | 1 RIGNEY, JAME | | 5 GIL, VICTOR | | 9 DAVIS, JAMES |
| J-73 UNIT | 1 SMITH, TOWAN | | 5 PUZIE, WAYNE | | 9 GALE, JOHN A |
| K-81 UNIT | 1 WALKER, JUMA | | 5 MANARA, MICH | | 9 MORANT, LISA |
| K-82 UNIT | 1 TONANI, ANTH | | 5 GREEN, TARSH | | 9 BONILLA, ANG |
| K-83 UNIT | 1 WALLACE, GLO | | 5 NOBLES-HILL, | | 9 KAYES (OT) |
| K-84 UNIT | | | | | |
| ADMIN LT | | | 4 SNYDER, KELL | | |
| T&A OFF | | | 4 GARRETT, CHE | 8 APOLITO, ING | 9 ROSADO, DENA |
| CAPT SEC #1 | | | 4 ROCK, CHRIST | | |
| CAPT SEC #2 | | | 4 OTERO, IDA | | |
| TRAIN LT | | | 4 JOSEPH, ANTH | | |
| W-FREIGHT | | 3 ~~PASSALACQUA~~ Davison, J | | | |
| W-TOOL ROOM | | 2 LOPEZ, KEVIN | | | |
| W-REAR GATE | | 3 SOMERVILLE, | | | |
| W-HOSP OFF | 1 LAKERAM (OT) | | 4 ROSA, IVETTE | | 9 FLETCHER (OT) |
| SEC OFF #1 | | | 4 HURLEY, CHRI | | |
| SEC OFF #2 | | 2 BARLITZ, MIC | | 7 LYTLE, ROBER | |
| COURT OFF #1 | 1 KEARNS, PATR | | | | |
| COURT OFF #2 | | | | | |
| W-INTERN #1 | 1 LEWIS, TRACY | | 5 ASTACIO, DAV | | 9 BYNUM, WALTE |
| W-INTERN #2 | | | 4 FORDE, CLAIR | | 9 [illegible] (OT) |
| W-ACTIVITIES | | | 5 Jackson, B | | 9 DUPREE, H (OT) |
| W-1 FLR SAL | | 3 CAMMISULI, J | | | |
| W-I/M ELV OP | | | 5 MARIN, LORRA | | |
| PERIMETER #1 | 1 HOUK, PETER | | 5 GITTENS, KIR | | 9 BACOTE, CRAI |
| PERIMETER #2 | 1 LANDVREUGD, | | 5 FIGUEROA, ST | | 9 MASON, ANTHO |
| PERIMETER #3 | 1 ~~STANBERRY, W~~ MCCABE (OT) | | 5 RICE, ROOSEV | | 10 MCCABE, MICH |
| C&A OFF | 1 WHITE, RAYMO | | 5 JAMES, LONNI | | 9 ~~LEVERETT, JO~~ EDWARDS |
| W-CONTROL #1 | 1 ~~PITTMAN, GAR~~ RAMIREZ, R (OT) | | 5 TAMAYO, LIZZ | | 9 TOLEDO, WILL |
| W-CONTROL #2 | 1 FERGUSON, AR | | 5 OWENS, CHARI | | 9 PATTERSON, G |
| W-CONTROL #3 | | 2 CARRILLO, TH | | 8 DELANEY, PAT | |
| W-ATTY CONF | | | 4 ROSEBERRY, SC | | |
| W-LOBBY | | 2 WEBB, BRIAN | | 7 SANTANA, ALF | |
| W-ICIS #1 | | 2 ~~PETERSON, ST~~ | | 7 ~~DUPREE, HERM~~ | |
| W-ICIS #2 | | | | 7 ORTIZ, GUILL | |
| W-VISIT #1 | | | | 7 ALVELO, ROBE | |
| W-VISIT #2 | | | | 7 CUYLER, TONI | |
| W-VISIT #3 | | | | 7 CHRISTIE, AN | |

BOP 150503

Tuesday November 27, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 3

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>6 8:00AM--8:00PM<br>D/W | 7 12:00PM--8:30PM<br>8 2:30PM--10:30PM<br>P/M | 9 4:00PM--12:00PM<br>10 8:00PM--8:00AM<br>E/W |
|---|---|---|---|---|---|
| W-VISIT #4 | | | | 7 ARCINIEGAS, | |
| W-VISIT ESCT | | | | 7 HUGHES, RALP | |
| LINK OFF | | 2 HOWARD, SHAW | | 8 FARES, ALI | |
| SANITATION OFF | 1 MURRAY, LAWR | | 4 CUMMINGS, GL | | |
| D&A OFF | 1 RIVERA, STEV | | | | |
| SHAKEDOWN | | | | | |
| ESCORT OFF #1 | | | | | |
| ESCORT OFF #2 | | | | | |
| SHU LT | | | 4 ~~ORTIZ, DANIE~~ | | |
| W-SHU OIC | 1 ROJAS, RONNI | | 4 BENITEZ, JOS | | 9 DUPUY, CLAUD |
| W-SHU #1 | 1 SULLIVAN, WI | | 4 MOSCHELLO, A | | 9 ~~EDWARDS, ELE~~ COTTON, R(OT) |
| W-SHU #2 | | 2 BROWN, ANDRE | | 8 CLARKE, SHEL | |
| W-SHU #3 | | 2 HOLT, ALFRED | | ~~8~~ LUCE, CHARLE | |
| SHU PROP | | | | 8 SZETO, JACK | |
| SHU REC | | | 4 BONILLA, JAM | | |
| ADMAX LT | | | 4 BARRERE, STE | | 10 BLEDSOE, LIN |
| ADMAX #1 | | | 4 OSTEEN, JOHN | | 10 JAIKISSOON, |
| ADMAX #2 | | | 4 WITSCHEL, CH | | 10 CLARDY, JAME |
| ADMAX #3 | | | 4 JORDAN, DERR | | 10 MOORE, DEXTE |
| ADMAX #4 | | | 4 HICKS, CLIFT | | 10 ALAMO, REYNA |
| ESCORT LT | | | 4 ~~OCCHI, JOSE~~ | | |

CERTIFIED CORRECT:

M/W LIEUTENANT

D/W LIEUTENANT

E/W LIEUTENANT

BOP 150504

Tuesday November 27, 01

MDC BROOKLYN

BROOKLYN, NEW YORK 11232

DAILY ASSIGNMENT ROSTER

PAGE: 4

| DAY OFF | DAY OFF | ANNUAL LEAVE | SICK LEAVE | TRAINING | HOLIDAY | LWOP | LOANS | MIL. LEAVE |
|---|---|---|---|---|---|---|---|---|
| ALLEN, KIYO | BARNES, PHI | BETLER, JA4 | HEYWARD, D9 | ASTACIO, N3 | | CRONIN, TH5 | | |
| BECK, WILLI | BOTELER, CH | CONNOR, CO3 | PASSALACQUA | ~~BIANCO, FR3~~ | VACATE | DAVIS, NIE4 | | |
| CAMBRIA, RI | CAMBRIDGE, | MOORE, GLA5 | LoPresti | ~~BURGOS, MI5~~ | | GONZALEZ, 4 | | |
| CANDELARIO, | CHANG, WEI- | TAYLOR, HA4 | Ortiz, D | ELIAS, STE3 | | MORALES, D4 | | |
| CHASE, SIDN | DEFRANCISCO | THOMAS, RO5 | Mindo, M | FERREIRA, 3 | | RUPCHAND, 4 | | |
| DELPESHE, C | DIAZ, RICHA | Peterson | | GREGORY, J3 | | | | |
| DILONE, FRA | FORTIER, PE | DENJEN (FAL) | | LAMOUR, JA3 | | | | |
| FRANKS, JOH | FRYAR-ASHLE | PITTMAN (FAL) | | RODRIGUEZ, 3 | | | | |
| GONELL, ISI | GORBEA, RAL | LEVERETT | | SAUNDERS, 3 | | | | |
| GREEN, NORR | HACKETT, NI | RIVERA, S | (120MINS) | TORRES, EL2 | | | | |
| HAGENBURG, | HILL, ROLST | | | VELAZQUEZ, 4 | | | | |
| HOCHSTEIN, | HUBER, DEAN | | | | | | | |
| HUNTER, JAN | ITURRALDE, | | | | | | | |
| ~~JACKSON, BR~~ | JAMES, LATE | | | | | RESIGN | | |
| JOHNSON, CH | LABELLA, LO | | | | | BIANCO 3 | | |
| LAKAT, ZOLT | LAKERAM, NA | | | | | | | |
| MANNING, AN | MARTIN-CLAR | | | | | | | |
| MCFARLAND, | MEDINA, DOL | | | | | | | |
| MELVIN, YAL | MOLLINEAU, | | | | | AWOL | | |
| MORAN, WILL | MOSES, DEAT | | | | | ~~MURPHY, R~~ | VACATE | |
| MURPHY, GEO | MURRAY, MAR | | | | | ~~STANBERRY~~ | VACATE | |
| PARISH, HAZ | PEREZ, ANGE | | | | | | | |
| PRICE, VINC | RAJAPA, KEV | | | | | | | |
| RAMIREZ, OS | REID, SHAWN | | | | | | | |
| SANTIAGO, W | SMALL, KARE | | | | | | | |
| STUBBS, KAT | TRELLES, LI | | | | | | | |
| VENTIERE, T | WASHINGTON, | | | | | | | |
| WILLIAMS, D | WILSON, LEO | | | | | | | |
| WINDHAM, LI | WRIGHT, MIC | | | | | | | |
| YOUNG, DEME | BURGOS | | | | | | | |

MURPHY, R

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| FELDER, DA3 | | | | | E-Act Lt | CUSH, THOMS | ~~WILKINS~~ | |
| RIVERA, CH2 | | | | | Command Ctr | PRAY, STUA5 | LAKERAM | |
| SANON, ANT9 | | | | | Command Ctr | VASQUEZ, M5 | RAMIREZ, R | |
| | | | | | W-Hosp | Dupree5 | WHITE, D | |

LT'S CFF STANBERRY 9

LANDVREUGD
GONELL
MCCABE
COTTON
KAYES
DUPREE
FLETCHER

BOP 150505

Tuesday November 27, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER
RECORD OF CHANGES

PAGE: 5

| SHIFT | POST | OFFICER | RELIEVED BY | STATUS | REMARKS | LT'S INITIALS |
|---|---|---|---|---|---|---|
| 1 | W CONTROL#1 | PITTMAN | RAMIREZ, R | FAL | REQUESTED | DKW |
| NA | TIME OFF | RAMIREZ, R | NA | W CONTROL#1 | OVERTIME | DKW |
| NA | TIME OFF | LAKERAM | NA | W HOSP OFF | OVERTIME | DKW |
| 1 | SEC LT | DENUEN | WILKINS | FAL | REQUESTED | DKW |
| NA | TIME OFF | WILKINS | NA | SEC LT (1) | OVERTIME | DKW |
| 1 | OPS LT | TESSEL | WHITE, D | SEC LT | ROSD, ADJ | DKW |
| NA | TIM E OFF | WHITE, D | NA | OPS LT | OVERTIME | DKW |
| 1 | SEC LT | WILKINS | TESSEL | TIME OFF | ROS, ADJ | DKW |
| NA | TIME OFF | LANDVREUGD | NA | W INTERN#2 | OVERTIME | DKW |
| 3 | W FREIGHT | PASSALACQUA | Davison, J | SICK LEAVE | REQUESTED | DKW |
| 1 | J 71 | MURPHY, R | CONELL | AWOL | ROS, ADJ | DKW |
| NA | TIME OFF | CONELL | NA | J 71 | OVERTIME | DKW |
| 1 | PERIMETER#1 | STANBERRY | MCCABE | AWOL | ROS, ADJ | DKW |
| NA | TIME OFF | MCCABE | NA | PERIMETER# 1 | OVERTIME | DKW |
| 3 | E-Freight | Davison, J | Brothers | W-Freight | Ros Adj | VJW |
| 7 | E-Visit #3 | Brothers | Vacate | E-Frieght | Shift Change | VJW |
| 7 | W-Icis #1 | Dupree | Vacate | Spec Assgn | Shift Change | VJW |
| N/A | Day Off | Jackson, B | N/A | W-Activities | Ros Adj | VJW |
| 2 | W-Icis #2 | Peterson | Vacate | annual Leave | Requested | VJW |
| 4 | Shu Lt | Ortiz, D | Vacate | Sick Leave | Ros Adj | VJW |
| 4 | Captain | LoPresti | Cciti | Sick Leave | Requested | VJW |
| 4 | Escort Lt | Cciti | Vacate | Captain | Ros Adj | VJW |
| 7 | W-Act Lt | Mindo | Gussak | Sick Leave | Requested | VJW |
| 7 | E-Act lt | Gussak | Vacate | W-Act Lt | Ros Adj | VJW |
| 9 | C & A OFF | LEVERETT | EDWARDS | ANNUAL LEAVE | REQUESTED | DKW |
| 9 | W SHU # 1 | EDWARDS | COTTON | C & A OFF | ROS, ADJ | DKW |
| NA | TIME OFF | COTTON | NA | W SHU # 1 | OVERTIME | DKW |
| NA | TIME OFF | KAYES | NA | K 83 | OVERTIME | DKW |
| NA | TIME OFF | DUPREE | NA | W ACTIVITIES | OVERTIME | DKW |
| NA | AWOL | MURPHY, R | VACATE | DAY OFF | ROS, ADJ | DKW |
| 3 | TRAINING | BIANCO | VACATE | RESIGN | REQUESTED | DKW |
| NA | AWOL | STANBERRY | VACATE | SPEC ASSIGN | ROS, ADJ | DKW |
| NA | TIME OFF | FLETCHER | NA | 3RD FL HOSP | OVERTIME | DKW |
| 1 | D & A OFF | RIVERA, S | NA | ANNUAL LEAVE | 120MINS USED | DKW |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BOP 150506

Tuesday November 27, 01

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 6

RECAPITULATION

| | |
|---|---|
| MORNING WATCH | ~~39~~ 35 |
| A/M | ~~20~~ 19 |
| DAY WATCH | ~~64~~ 63 |
| P/M | ~~25~~ 22 |
| EVENING WATCH | ~~41~~ 40 |
| TRIP STATUS | 0 |
| SPECIAL ASSIGN | ~~3~~ 05 |
| ANNUAL LEAVE | ~~5~~ 09 |
| SICK LEAVE | ~~1~~ 05 |
| DAY OFF | ~~59~~ 60 |
| TRAINING | ~~1~~ 09 |
| LOANS | 0 |
| HOLIDAY | 0 |
| LEAVE W/O PAY | 5 |
| MIL. LEAVE | 0 |
| CONT. OF PAY | 3 |
| HOME DUTY | 0 |
| ADMIN LEAVE | 0 |
| T. O. A. | 0 |
| COMP. TIME | 0 |
| OVERTIME | 0 |
| ~~OTHER~~ RESIGN | ~~0~~ 01 |
| TOTAL | 276 |

CAPTAIN ________________

DATE: Tuesday November 27, 01

BOP 150507

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Brooklyn, New York 11232*

April 4, 2002

**MEMORANDUM TO:** James G. Warner, Correctional Services Administrator, Northeast Region

**FROM:** J. Betzer, Deputy Captain

**SUBJECT:** Lieutenant/Department Head Meeting for December 2001

Due to mandatory twelve hour shifts created by the attack on the World Trade Center, there was no Lieutenant/Department Head Meeting for the month of December.

GOVERNMENT EXHIBIT 46

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

Brooklyn, New York 11232

January 25, 2002

MEMORANDUM TO DENNIS W. HASTY, WARDEN

FROM: C. Rock
Christine Rock, Captain's Secretary

SUBJECT Department Head/Lieutenant's Meeting Minutes

A Department Head/Lieutenant's Meeting was held on January 22, 2002, at 1:10 p.m. in the Warden's Conference Room. The following staff were present:

Present:
Luis German, Acting Warden
Azzmeiah V. Ward, Executive Assistant
Linda Thomas, Associate Warden, Programs
James Sherman, Associate Warden, Custody
Ron Booher, Associate Warden, Health/Food Services
Sal LoPresti, Captain
James Betler, Deputy Captain
Audrey Taylor, Acting HRM
Carlos Duff, Unit Manager I
William Facey, Acting Unit Manager J/K
Adolfo Maldonado, Facilities Manager
Todd Bailey, Staff Attorney
Maurice Mays, Acting EDM
Yemisi Oladunmoye, Acting Trust Fund Supervisor
Raoul Watson, Computer Services Manager
Terry Gosnell, Inmate Systems Manager
Earl Knight, Acting Supervisor of Education
Cynthia Godbold, CMC
Kim Easterling, Unit Manager B/C

GOVERNMENT EXHIBIT 47

Martha Licon, Unit Manager G
Dianna Guerrero, Chief Psychologist
David Schiavone, Unit Manager D
Esker Tatum, Unit Manager H
Ulysis Vargas, Health Services Administrator
William Pridgen III, Union President
Danny Garcia, Volunteer Coordinator
Earl Knight, Supervisor of Recreation
Andrew Butler, Safety Manager
Jacob Hoenig, Chaplain
Jeff Tacconi, Food Service Administrator
David Williams, Designation Coordinator
Clemmie Cooper, DHO
Melvin Vaughn, Special Investigative Agent
Joe Eberhart, Lieutenant
Joseph Cuciti, Lieutenant
Frank Maldonado, Lieutenant
Kelly Snyder, Lieutenant
David Tessel, Lieutenant
Lyndsay Bledsoe, Lieutenant
Thomas Cush, Lieutenant
Daniel Ortiz, Lieutenant
Marcial Mundo, Lieutenant
Jorge Maldonado, Lieutenant
Lamine N'Daiye, SIA
Anthony Kimbrough, EPO
Richard Desmond, Intelligence Officer
Christopher Hurley, Security Officer
Christine Rock, Captain's Secretary/Recorder

The following Lieutenants were unable to attend:

Anthony Joseph, Lieutenant (Training)
Steven Barrere, Lieutenant (Annual Leave)
Douglas White, Lieutenant
William Moran, Lieutenant
Randy Denjen, Lieutenant
Muriel Wilkins, Lieutenant
Ralph Gorbea, Lieutenant
Elizabeth Torres, Lieutenant
Vincent Wash, Lieutenant
William Beck, Lieutenant
John Lane, Lieutenant
Howard Gussak, Lieutenant

**Ron Booher:**

- Mr. Booher reported that stretchers that were stationed in various areas in the institution have been moved. One stretcher has been placed in the break room on the second floor of the West building. Stretchers have also been placed in the stairwell on floors 6 - 8 of the West building.

- Sanitation in the institution needs to be improved. Staff must ensure that inmates clean the thresholds underneath doorways. Stairwells are also in need of cleaning. Staff are asked to check these areas.

- New equipment will soon be used to make signs and name tags. The operation has been moved over to Dayton Manor. Hopefully, staff will begin to receive the signs and name tags they requested.

**Linda Thomas:**

- Ms. Thomas stated that WTC inmates are asking questions as to why they are still being housed in the Special Housing Unit. The inmates may have deportation issues.

- She further stated that the only social visit's WTC inmates are allowed are visits from immediate family members. Staff are asked not to add individuals to the list who have not been cleared.

- She announced that Lieutenant Eberhart's wife has been assigned as Unit Secretary.

- Ms. Thomas wished Psychology and Correctional Services good luck on their Program Review next week.

**Luis German:**

- Acting Warden German stated that Sal Paparone and James Lombardo will be supervising the inmates assigned to make name tags and signs.

- He announced that we have four buffers in the warehouse. If anyone is in need of a buffer, they can contact Mr. Harris in the Warehouse.

- He stated that Department Heads need to stand mainline.

- In conclusion, staff were asked to support the Psychology Department and Correctional Services during Program Review of their departments.

- With nothing further to discuss the meeting adjourned at 2:10pm.

BOP 39632

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
48

Tuesday January 22, 02

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER

PAGE: 1

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM<br>P/M | 8 4:00PM--12:00AM<br>E/W |
|---|---|---|---|---|---|
| CAPTAIN | | | 4 LOPRESTI, SA | | |
| DEPUTY | | | 4 BETLER, JAME | | |
| OPS LT | 1 MORAN, WILLI | | ~~5 TESSEL, DAVI~~ | Maldonado, J.L. | ~~8 WILKINS, MUR~~ |
| W-ACT LT | | ~~2 MALDONADO, J~~ | | ~~7 LANE, JOHN R~~ | 8 COTTON, R O/T |
| SEC LT | 1 GUSSAK, HOWA | | ~~5 COLE, CURTIS~~ | Tessel, D. | ~~8 EBERHARDT~~ |
| EPO | | | 4 KIMBROUGH, A | | |
| INTEL OFF | | | 4 DESMOND, RIC | | |
| INTEL TECH #1 | | | 4 APONTE, BREN | | |
| INTEL TECH #2 | | | 4 BANKS, SYLVI | | |
| INTEL TECH #3 | | | 4 BUSH, LYNETT | | |
| SIA #1 | | | 4 VAUGHN, MELV | | |
| SIA #2 | | | 4 N'DIAYE, LAM | | |
| SIS LT | | | | | |
| D&A OFF | | | | | |
| SIS TECH #1 | | 2 CORBETT, LEY | | | |
| SIS TECH #2 | | | | 7 RIVERA, STEV | |
| SIS TECH #3 | 1 SILVA, PEDRO | | | | |
| PHONE MON | | | 4 OBANDO, WALT | 7 CHANG, WEI-F | |
| E-FREIGHT | | 3 MANNING, ANG | | | |
| E-TOOL ROOM | | 3 CONNOR, CORN | | | |
| E-REAR GATE | | 3 JONES, ARMAN | | | |
| E-HOSP OFF | | | | | |
| E-SHU #1 | 1 KEARNS, PATR | | 5 GITTENS, KIR | | 8 KIRCHNER, GE |
| E-SHU #2 | | 2 | 5 MOORE, D O/T | 7 GREGORY, JAS | |
| E-SHU REC | | | 4 BARNES, PHIL | | |
| RECEPTION | | | 4 CUYLER, TONI | | |
| E-CONTROL #1 | 1 CLARKE, SHEL | | 5 BEST, ALFRED | | 8 TAMAYO, LIZZ |
| E-CONTROL #2 | | 2 THERVENAY, J | | 7 LAWRENCE, DA | |
| E-INTERN #1 | 1 BUTTS, JOHN | | 5 LEON, CHRIST | | 8 FIELDS, CARL |
| E-I/M ELV OP | | | 5 HOWARD O/T | | |
| E-ATTY CONF | | | 4 MCMILLIAN, G | | 8 OWENS, C (OT) |
| E-ICIS #1 | | 2 SMITH, W O/T | | | 8 GORDON, SHEI |
| E-ICIS #2 | | | | 6 MANARA, MICH | |
| E-VISIT #1 | | | | 6 HERNANDEZ, R | |
| E-VISIT #2 | | | | 6 LUGO, ISMAEL | |
| E-VISIT #3 | | | 5 | ~~6 VARGAS, BILL~~ | 6 BARNES, P. O/T |
| E-VISIT #4 | | | | 6 SAUNDERS, DE | |
| E-VISIT ESCT | | | | 6 FERREIRA; JO | |
| B-31 UNIT | 1 PATTERSON, G | | 5 MOORE, GLADS | | 8 WHEELESS, TE |
| B-32 UNIT | 1 FRYAR-ASHLEY | | 5 ESPINELL, PH | | 8 ROTHERS O/T |
| C-41 UNIT | ~~1 CLARDY, JAME~~ | HILL (OT) | 5 REEVES, WILB | | 8 CARTER, ERIC |
| C-42 UNIT | 1 HOWARD, SHAW | | 5 RAJAPA, KEVI | | 8 JOHNSON, CHA |
| D-51 UNIT | 1 RIGNEY, JAME | | 5 MELVIN, YALE | | 8 GOMEZ, RICHA |
| D-52 UNIT | 1 BECKLES, GEO | | 5 ARCINIEGAS, | | 8 CHRISTIE, AN |
| G-41 UNIT | 1 STANBERRY, M | | 5 BROTHERS, CH | | 8 MILES O/T |
| G-42 UNIT | 1 KENNEDY, ROD | | 5 CALDERON, PE | | 8 PEREZ, JESUS |
| G-43 UNIT | 1 WILSON, LEON | | 5 MCFARLAND, P | | 8 HUBER, DEAN |
| H-51 UNIT | 1 BENNETT, SEA | | 5 MORANT, LISA | | 8 BACOTE, CRAI |
| H-52 UNIT | 1 MICKENS, RAY | | 5 SINGH, VOLDY | | 8 MARIA, JUAN |

8 Maldonado, J.L
LANE, JOHN

BOP 150508

Tuesday January 22, 02

MDC BROOKLYN

BROOKLYN, NEW YORK 11232

DAILY ASSIGNMENT ROSTER

PAGE: 2

| POST | 1 12:00AM--8:00AM M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM<br>P/M | 8 4:00PM--12:00AM<br>E/W |
|---|---|---|---|---|---|
| H-53 UNIT | ~~1 HEYWARD, DAR~~ | PASSALACQUA | 4 MOORE, IVY T | | 8 PURCELL, LOU |
| I-61 UNIT | 1 CAMMISULI, J | | 4 HUNTER, JANI | | 8 MUNOZ, SAMUE |
| I-62 UNIT | 1 DEISHER, KYL | | 4 MASON, ANTHO | | 8 ALEXANDER, G |
| I-63 UNIT | 1 MURPHY, RAND | | 4 TORO, JAIME | | 8 DEISHER O/T |
| J-71 UNIT | 1 LAKAT, ZOLTA | | ~~5 PUZYR, WAYNE~~ 5 RIGNEY O/T | | 8 HENDERSON, G |
| J-72 UNIT | 1 MURRAY, MARC | | 4 BROWN, ANDRE | | ~~8 JOHNSON, YEA~~ 8 Torres, Elba |
| J-73 UNIT | 1 MCGEE, CHRIS | | 5 WEBB, BRIAN | | 8 BRANDT, CHRI |
| K-81 UNIT | 1 ALLEN, GARY | | 4 LAMOUR, JACQ | | 8 ALAMO, REYNA |
| K-82 UNIT | 1 KAYES, PHILL | | ~~5 [illegible] O/T~~ | | 8 GREEN, TARSH |
| K-83 UNIT | ~~1 MUNOZ, CARLO~~ | HOSHSTEIN (OT) | 5 WASHINGTON, | | 8 WILKES, DEID |
| K-84 UNIT | | | | | |
| ADMIN LT | | | 4 SNYDER, KELL | | |
| T&A OFF | | | 5 APOLITO, ING | 7 GARRETT, CHE | |
| CAPT SEC #1 | | | 4 ROCK, CHRIST | | |
| CAPT SEC #2 | | | 4 OTERO, IDA | | |
| TRAIN LT | | | 4 JOSEPH, ANTH | | |
| W-FREIGHT | | 3 | | | |
| W-TOOL ROOM | | 3 LOPEZ, KEVIN | | | |
| W-REAR GATE | | 3 SOMERVILLE, | | | |
| W-HOSP OFF | | | 4 TAYLOR, HARV | | |
| SEC OFF #1 | | | 4 HURLEY, CHRI | | |
| SEC OFF #2 | 1 BARLITZ O/T | 3 BARLITZ, MIC | 4 | | |
| SEC OFF #3 | | | | 6 LYTLE, ROBER | |
| COURT OFF #1 | 1 TONANI, ANTH | | | | |
| W-INTERN #1 | 1 LEWIS, TRACY | | 4 BONILLA, JAM | | 8 THOMAS, ROBE |
| W-INTERN #2 | | | 4 OWENS, CHARI | | ~~8 COLON, R O/T~~ 8 RODRIGUEZ, T. O |
| W-ACTIVITIES | ~~1 PASSALACQUA~~ | TAMAYO (OT) | | | |
| W-1 FLR SAL | | 3 LEWIS, DAVID | | | |
| W-I/M ELV OP | | | 4 PETERSON, ST | | ~~8 COLON, T O/T~~ |
| PERIMETER #1 | 1 CAMBRIA, RIC | | 4 BURGOS, MICH | | 8 GOUVATSOS, G |
| PERIMETER #2 | 1 TSAI, WEI | | 4 MURRAY, LAWR | | 8 COX, DONNA |
| PERIMETER #3 | 1 GONELL, ISID | | 4 PEREZ, ANGEL | | 8 DUPUY, CLAUD |
| C&A OFF | 1 FERGUSON, AR | | 4 GRAYTON, MEM | | 8 LEVERETT, JO |
| W-CONTROL #1 | 1 SHAW, ROBERT | | 4 ROJAS, RONNI | | 8 TOLEDO, WILL |
| W-CONTROL #2 | 1 KIRTON, MICH | | 4 MCCROREY, PH | | 8 LAKERAM, NAV |
| W-CONTROL #3 | | 2 ROSA, IVETTE | | 7 STUBBS, KATI | |
| W-ATTY CONF | | | 4 DUPREE, HERM | | |
| W-LOBBY | | 2 PARISH, HAZE | | 7 HUGHES, RALP | |
| W-ICIS #1 | | | | 6 WILSON, ELIZ | |
| W-ICIS #2 | | | | 6 GODFREY, DAR | |
| W-VISIT #1 | | | | 6 ALVELO, ROBE | |
| W-VISIT #2 | | | | 6 SANON, ANTHO | |
| W-VISIT #3 | | | | 6 DELANEY, PAT | |
| W-VISIT #4 | | | | 6 MOSES, DEATR | |
| W-VISIT ESCT | | | | 6 MEDINA, DOLL | |
| LINK OFF | | | ~~4 RAMIREZ, ROB~~ | VACATE | |
| SANITATION #1 | 1 ALLEN, KIYO | | 4 SMITH, KATIN | | 8 EDWARDS, GLE |
| SANITATION #2 | 1 KIRCHNER O/T | | | | |
| SHAKEDOWN #1 | | | | | |

BOP 150509

Tuesday January 22, 02

MDC BROOKLYN
BROOKLYN, NEW YORK 11232
DAILY ASSIGNMENT ROSTER PAGE: 3

| POST | 1 12:00AM--8:00AM<br>M/W | 2 6:00AM--2:30PM<br>3 7:00AM--3:30PM<br>A/M | 4 7:30AM--4:00PM<br>5 7:45AM--4:15PM<br>D/W | 6 12:00PM--8:30PM<br>7 2:30PM--10:30PM<br>P/M | 8 4:00PM--12:00AM<br>E/W |
|---|---|---|---|---|---|
| SHAKEDOWN #2 | | | | | |
| ESCORT OFF | | | | | |
| SHU LT | | | 4 ORTIZ, DANIE | | |
| W-SHU OIC | ~~1~~ BYNUM, WALTE | | 5 BENITEZ, JOS | | 8 ASTACIO, DAV |
| W-SHU #1 | ~~1 MURPHY, GEOR~~ | RAMIREZ (OT) | 5 HOLT, ALFRED | | 8 TRAN, XI V |
| W-SHU #2 | | ~~2~~ FARAG, TARIC | | 7 DIAZ, DAVID | |
| W-SHU #3 | | 2 SANTANA, ALF | | 7 ITURRALDE, C | |
| SHU PROP | | | 4 SZETO, JACK | | |
| W-SHU REC | | 2 ROSEBERY, SC | | | |
| ADMAX LT | 1 BARRERE, STE | | ~~5 BECK, WILLIA~~ | Cole, Curtis | 8 MUNDO, MARCI |
| ADMAX #1 | 1 JAIKISSOON, | | 5 DIAZ, RICHAR | | 8 DEFRANCISCO, |
| ADMAX #2 | 1 MOORE, DEXTE | | 5 HOUK, PETER | | 8 OSTEEN, JOHN |
| ADMAX #3 | | | 5 VELAZQUEZ, C | | |
| ADMAX #4 | | | 5 CHASE, SIDNE | | |
| ESCORT LT | | | 4 CUCITI, JOSE | | |
| QTR LT | | | | | 8 MALDANADO, F |

CERTIFIED CORRECT:

[signature] M/W LIEUTENANT

[signature] D/W LIEUTENANT

[signature] E/W LIEUTENANT

BOP 150510