Tuesday April 18, 00

USP LEWISBURG
LEWISBURG, PENNSYLVANIA
DAILY ASSIGNMENT ROSTER

PAGE: 4

| DAY OFF | DAY OFF | ANNUAL LEAVE | SICK LEAVE | TRAINING | HOLIDAY | LWOP | LOANS | MIL. LEAVE |
|---|---|---|---|---|---|---|---|---|
| ADMIRE, ROB | AVERY, JEFF | BOWER, JAM12 | BROWN, JOS17 | DENSBERGER12 | | | BAUMAN, HA12 | |
| BARBEN, DAV | BARTLETT, D | CHARLES, K11 | WYANT, DAV18 | HILBERT, G18 | | | BONE, ROME20 | |
| BENSINGER, | BINGAMAN, R | CROWE, NOL17 | Pierce, T | KEISER, JA17 | | | BRIDGE, DA19 | |
| BINGAMAN, T | BLUE, SCOTT | DOCK, KEVI1 | Ruch | LOSS, RAND23 | | | FETZER, ST12 | |
| BORTZ, KEVI | BRANDIS, DE | DREESE, NE9 | Zimm. C. | MASCHAL, A1 | | | HESS, CRAI12 | |
| BUNCE, ARTH | CANDELOR, L | ELLIS, TRO25 | Landis | PREISCH, T10 | | | RECLA, JOH1 | |
| CLARK, DAVI | COHEN, ALAN | FLANAGAN, 17 | Sobleskie | RIGSBY, VI17 | | | SHIRK, WIL12 | |
| CROSS, WILL | DEVETT, ROB | GASS, CHRI23 | | SULEWSKI, 17 | | | SMITH, JOH12 | |
| DOCK, RANDY | DRESSLER, J | HERRINGTON21 | | Hartzel | | | | |
| FANTON, TOD | FISHER, BRI | JAMES, DAR17 | | | | | | |
| FLANNERY, P | FOGLE, WILL | KOBLE, DAV24 | | | | | | |
| GOOD, EDWAR | GREENAWALT, | MCKINNEY, 17 | | | | | | |
| GUTIERREZ, | HITCHCOCK, | PRUTZMAN, 17 | | | | | | |
| HUNTER, LYN | KEITT, PATI | ROWE, ALAN12 | | SPECIAL ASSIGNMENT: | | FAIRTON BUS | | |
| KLOSNER, FR | KUDRYSCH, J | SCOTT, DER17 | | WEIR OT | | | | |
| LABOSKIE, G | LASKOSKIE, | SHEESLEY, 17 | | FISHER, J. OT | | | | |
| LIESENFELD, | MARR, JAMES | SLONAKER, 25 | | FELTMAN OT | | | | |
| MCCALLUM, A | MILLER, SAM | STONEBURG,24 | | | | | | |
| MORALEZ, JO | MOYER, LARR | STROUP, BR18 | | | | | | |
| ORWIG, JOHN | PERSING, GA | WHITMAN, S18 | | | | | | |
| PERSING, JE | PINCHAK, DU | YEOMANS, R8 | | | | | | |
| PITMAN, REX | PUCKEY, STA | HOLLIDAY | | | | | | |
| RODARMEL, M | ROSS, BOYD | | | | | | | |
| ROWE JR, AL | SHAW, DANIE | | | | | | | |
| SHUMAN, BAR | SNYDER, ROB | | | | | | | |
| SPADE, RAND | SPRENKLE, D | | | | | | | |
| THIROWAY, B | TOMAINO, LI | | | | | | | |
| VANBUSKIRK, | VELEZ, JAVI | | | | | FT DIX BUS | | |
| WAGNER, TY | WALLS, DEAN | | | | | Sladek OT | | |
| WINKLER, MI | ZEIDERS, ST | | | | | Klose OT | | |
| ZIMMER, ROG | | | | | | Good OT | | |

| CONT.OF PAY | TRIP STATUS | HOME DUTY | ADMIN. LEAVE | T. OFF AWARD | COMP. TIME | SPEC. ASSIGN | OVERTIME | FAMILY |
|---|---|---|---|---|---|---|---|---|
| | BUNCH, JEF17 | | FERNANDEZ,1 | | SIS | COPE, STEP1 | WEIR | Kepner |
| | | | | | SIS | ESCALANTE,24 | FISHER, J. | Olvany |
| | | | | | C BLOCK | LESHO, JOH12 | FELTMAN | |
| | | | | | A BLOCK | LUTZ, JOSE12 | SLADEK | |
| | | | | | LKSP | PEALER, JE14 | KLOSE | |
| | | | | | ADMIN OFC | PETERSON, 17 | GOOD | |
| | | | | | SIS | VAYDA, JOH17 | KEIM | |
| | | | | | ADMIN OFC DNP | Reed J. | HOLDREN | |
| | | | | | LKSP | SLONAKER | BACON | |
| | | | | | | | WHEELAND | |
| | | | | | | | JOHNSON, K. | |

Tuesday April 18, 00

USP LEWISBURG
LEWISBURG, PENNSYLVANIA
DAILY ASSIGNMENT ROSTER
RECORD OF CHANGES

PAGE: 5

| SHIFT | POST | OFFICER | RELIEVED BY | STATUS | REMARKS | LT'S INITIALS |
|---|---|---|---|---|---|---|
| ---- | A/L | James | none | A blk | R/A | DRS |
| D/W | A blk | Whitney | James | A #2 | R/A | DRS |
| AM | A-Block 2 | Whitney | Vacate | Yard Off | R/A | KWJ |
| DW | Yard Off | Reed | Whitney | Spec Assg | R/A | KWJ |
| M/W | Tower #1 | Pierce,T | Johnson,S | S/L | Ros Adjust | LB |
| M/W | Seg. #3 | Johnson, S | Vacate | Tower #1 | Ros Adjust | LB |
| MW | B-BLK | Ruch | Bacon | S/L | OT | HS |
| MW | B-BLK | Bacon | Keim | Trade Shift | OT | HS |
| AM | Camp#2 | Keim | Bacon | Trade Shift | OT | HS |
| DW | G-Rec#2 | Zimm. C | Wheeland | S/L | OT | HS |
| DW | T&A Clerk | Landis | Vacate | S/L | R/A | KWJ |
| DW | Twr #3 | Adams | Bennage | R/A SEC #2 | R/A | WGP |
| DW | Visit Rm#1 | Bennage | Vacate | R/A | R/A | WGP |
| D/W | Lockshop | Hartzel | Adams | R/A | Training | WGP |
| EW | A-Blk#2 | Kepner | Vacate | FFL | FFL | WGP |
| PM | Act Off 2 | Sobleskie | Vacate | S/L | R/A | KWJ |
| | Training | Loss | N/A | G2#1 | R/A | KWJ |
| EW | G2#1 | Olvany | Loss | FFL | R/A | KWJ |
| E/W | Res Patrol | Holliday | Crawford | EAL | Ros Adjust | LB |
| P/M | F-Block #2 | Crawford | Vacate | Res Patrol | Ros Adjust | LB |
| D/W | A/L | SLONAKER | VACATE | LOCKSHOP | R/A | VCR |
| M/W | OPS LT | FERNANDEZ | JOHNSON | ADMIN LV | OT | VCR |
| M/W | TOWER #8 | RECLA | HOLDREN | LOAN | OT | VCR |

Tuesday April 18, 00

USP LEWISBURG
LEWISBURG, PENNSYLVANIA
DAILY ASSIGNMENT ROSTER

PAGE: 6

RECAPITULATION

| | | |
|---|---|---|
| MORNING WATCH | ( 27 ) | ( 24) 25 |
| A/M | 14 | |
| DAY WATCH | (61 ) | 58 |
| P/M | (19 ) | 16 |
| EVENING WATCH | 28 | |
| TRIP STATUS | 1 | |
| SPECIAL ASSIGN | (7 ) | (8 ) 9 |
| ANNUAL LEAVE | (21) | 20 |
| SICK LEAVE | ( 2 ) | 7 |
| DAY OFF | 61 | |
| TRAINING | 8 | |
| LOANS | 8 | |
| HOLIDAY | 0 | |
| LEAVE W/O PAY | 0 | |
| MIL. LEAVE | 0 | |
| CONT. OF PAY | 0 | |
| HOME DUTY | 0 | |
| ADMIN LEAVE | 1 | |
| T. O. A. | 0 | |
| COMP. TIME | 0 | |
| OVERTIME | 0 | |
| OTHER | ( 0 ) | 2 |
| TOTAL | 258 | |

CAPTAIN: [signature]

DATE: Tuesday April 18, 00



BOP 150852

AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 01 DATE: 01-16-00

&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

AN USE SPECIAL PREFIX/SUFFIX CODES

| REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 18.2 | 14. | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | 13.2 | 18. | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | 3.2 | 3.2 | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | 4.2 | 4.2 | 023 0207 04E1 |
| | O/T OVER 40HR-WEEK | | . | 4.1 | 023 0207 04B2 |

WEEKLY HOURS IN PAY STATUS.....: 40.0 44.1

TOTAL HOURS IN PAY STATUS ........: 84.1

---------- LEAVE RECORD ----------

| | TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|---|
| NNUAL LEAVE CATEGORY: 6 - CEILING: 240.0 | ANNUAL | 240.0 | 6 | 0.0 | 246.0 |
| ICK LEAVE CATEGORY--: 4 | SICK | 1032.2 | 4 | 0.0 | 1036.2 |

ERTIFIED
IMEKEEPER CSL EMPLOYEE__________ SUPERVISOR ________
CERTIFIED CORRECT:ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

GOVERNMENT EXHIBIT W
PENGAD-Bayonne, N. J.

AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 02 DATE: 01-30-00

&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

AN USE SPECIAL PREFIX/SUFFIX CODES

| REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 10.2 | 14. | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | 13.2 | 18. | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | 3.2 | 3.2 | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | 4.2 | 4.2 | 023 0207 04E1 |
| | OTHER LEAVE USED | | 3.2 | . | 023 0207 04E1 |
| | OTHER LEAVE USED | LV-ND | 4.2 | . | 023 0207 04E1 |
| | HOLIDAY WORK | | 8. | . | 023 0207 04E1 |

WEEKLY HOURS IN PAY STATUS.....: 48.0 40.0

TOTAL HOURS IN PAY STATUS ........: 88.0

NNUAL LEAVE CATEGORY: 6 - CEILING: 240.0

ICK LEAVE CATEGORY--: 4

---------- LEAVE RECORD ----------

| TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|
| ANNUAL | 246.0 | 6 | 0.0 | 252.0 |
| SICK | 1036.2 | 4 | 0.0 | 1040.2 |
| OTHER | ------ | ----- | 8.0 | ----- |

ERTIFIED
IMEKEEPER CSL EMPLOYEE__________ SUPERVISOR __________

CERTIFIED CORRECT:ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

'AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 03 DATE: 02-13-00

'&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

'AN USE SPECIAL PREFIX/SUFFIX CODES

| REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 14. | 14. | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | 18. | 18. | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | 3.2 | 3.2 | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | 4.2 | 4.2 | 023 0207 04E1 |
| | O/T OVER 40HR-WEEK | | 6. | . | 023 0207 04B2 |

WEEKLY HOURS IN PAY STATUS.....: 46.0 40.0

TOTAL HOURS IN PAY STATUS ........: 86.0

---------- LEAVE RECORD ----------

| | TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|---|
| NNUAL LEAVE CATEGORY: 6 - CEILING: 240.0 | ANNUAL | 252.0 | 6 | 0.0 | 258.0 |
| ICK LEAVE CATEGORY--: 4 | SICK | 1040.2 | 4 | 0.0 | 1044.2 |

ERTIFIED
IMEKEEPER CSZ EMPLOYEE________ SUPERVISOR [signature]

CERTIFIED CORRECT: ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 04 DATE: 02-27-00

&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

AN USE SPECIAL PREFIX/SUFFIX CODES

| REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 7. | 7. | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | 9. | 9. | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | 3.2 | . | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | 4.2 | . | 023 0207 04E1 |
| | OTHER LEAVE USED | | . | 3.2 | 023 0207 04E1 |
| | OTHER LEAVE USED | LV-ND | . | 4.2 | 023 0207 04E1 |
| | ANNUAL LEAVE USED | | 16. | 16. | 023 0207 04E1 |

WEEKLY HOURS IN PAY STATUS.....: 40.0 40.0

TOTAL HOURS IN PAY STATUS ........: 80.0

NNUAL LEAVE CATEGORY: 6 - CEILING: 240.0

ICK LEAVE CATEGORY--: 4

---------- LEAVE RECORD ----------

| TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|
| ANNUAL | 258.0 | 6 | 32.0 | 232.0 |
| SICK | 1044.2 | 4 | 0.0 | 1048.2 |
| OTHER | ------ | ----- | 8.0 | ----- |

ERTIFIED
IMEKEEPER CJL EMPLOYEE LB SUPERVISOR

CERTIFIED CORRECT:ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 05 DATE: 03-12-00

&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

AN USE SPECIAL PREFIX/SUFFIX CODES

| REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 14. | 14. | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | 18. | 18. | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | 3.2 | 3.2 | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | 4.2 | 4.2 | 023 0207 04E1 |

WEEKLY HOURS IN PAY STATUS.....: 40.0 40.0

TOTAL HOURS IN PAY STATUS ........: 80.0

---------- LEAVE RECORD ----------

| | | TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|---|---|
| NNUAL LEAVE CATEGORY: 6 - CEILING: | 240.0 | ANNUAL | 232.0 | 6 | 0.0 | 238.0 |
| ICK LEAVE CATEGORY--: 4 | | SICK | 1048.2 | 4 | 0.0 | 1052.2 |

ERTIFIED
IMEKEEPER CSL EMPLOYEE__________ SUPERVISOR BL

CERTIFIED CORRECT: ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

[AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 06 DATE: 03-27-00

'&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

:AN USE SPECIAL PREFIX/SUFFIX CODES

| 'REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 40. | 14. | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | . | 18. | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | . | 3.2 | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | . | 4.2 | 023 0207 04E1 |
| | O/T OVER 40HR-WEEK | | 2. | . | 023 0207 04E1 |
| | O/T OVR 40HR W/NITE | | 4.2 | . | 023 0207 04E1 |

WEEKLY HOURS IN PAY STATUS.....: 46.2 40.0

TOTAL HOURS IN PAY STATUS ........: 86.2

---------- LEAVE RECORD ----------

| | TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|---|
| ANNUAL LEAVE CATEGORY: 6 - CEILING: 240.0 | ANNUAL | 238.0 | 6 | 0.0 | 244.0 |
| SICK LEAVE CATEGORY--: 4 | SICK | 1052.2 | 4 | 0.0 | 1056.2 |

:ERTIFIED
:IMEKEEPER CSL EMPLOYEE________ SUPERVISOR ________

CERTIFIED CORRECT: ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

IAME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 07 DATE: 04-09-00

'&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

:AN USE SPECIAL PREFIX/SUFFIX CODES

| 'REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 14. | 7. | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | 18. | 9. | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | 3.2 | 3.2 | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | 4.2 | 4.2 | 023 0207 04E1 |
| | ANNUAL LEAVE USED | | . | 16. | 023 0207 04E1 |

WEEKLY HOURS IN PAY STATUS.....: 40.0 40.0

TOTAL HOURS IN PAY STATUS ........: 80.0

---------- LEAVE RECORD ----------

| | TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|---|
| NNUAL LEAVE CATEGORY: 6 - CEILING: 240.0 | ANNUAL | 244.0 | 6 | 16.0 | 234.0 |
| ICK LEAVE CATEGORY--: 4 | SICK | 1056.2 | 4 | 0.0 | 1060.2 |

ERTIFIED
IMEKEEPER________ EMPLOYEE________ SUPERVISOR________

CERTIFIED CORRECT:ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 08 DATE: 04-23-00

&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

AN USE SPECIAL PREFIX/SUFFIX CODES

| REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 14. | 10.2 | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | 18. | 13.2 | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | 3.2 | 3.2 | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | 4.2 | 4.2 | 023 0207 04E1 |
| | SICK LEAVE USED | | . | 8. | 023 0207 04E1 |

WEEKLY HOURS IN PAY STATUS.....: 40.0 40.0

TOTAL HOURS IN PAY STATUS ........: 80.0

---------- LEAVE RECORD ----------

| | | TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|---|---|
| NNUAL LEAVE CATEGORY: 6 - CEILING: | 240.0 | ANNUAL | 234.0 | 6 | 0.0 | 240.0 |
| ICK LEAVE CATEGORY--: 4 | | SICK | 1060.2 | 4 | 8.0 | 1056.2 |

ERTIFIED
IMEKEEPER CSL EMPLOYEE LB SUPERVISOR BQ
CERTIFIED CORRECT:ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 09 DATE: 05-07-00

&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

AN USE SPECIAL PREFIX/SUFFIX CODES

| REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | REGULAR TIME | | 14. | 14. | 023 0207 04E1 |
| | REG.TIME W/NITE DIF | | 18. | 18. | 023 0207 04E1 |
| | REG.TIME W/SUN.DIFF | | 3.2 | 3.2 | 023 0207 04E1 |
| | REG.TIME W/SUN&NITE | | 4.2 | 4.2 | 023 0207 04E1 |
| | O/T OVR 40HR W/NITE | | 1.2 | . | 023 0207 04E1 |
| | O/T OVER 40HR-WEEK | | 8. | . | 023 0207 04E1 |
| | O/T OVER 40HR-WEEK | | 2. | . | 023 0207 04B2 |

WEEKLY HOURS IN PAY STATUS.....: 51.2 40.0

TOTAL HOURS IN PAY STATUS ........: 91.2

NNUAL LEAVE CATEGORY: 6 - CEILING: 240.0

ICK LEAVE CATEGORY--: 4

---------- LEAVE RECORD ----------

| TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|
| ANNUAL | 240.0 | 6 | 0.0 | 246.0 |
| SICK | 1056.2 | 4 | 0.0 | 1060.2 |

ERTIFIED
IMEKEEPER C.S.L. EMPLOYEE ________ SUPERVISOR BS

CERTIFIED CORRECT:ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

AME: BLEDSOE, LINDSEY SS#: [redacted] T&A PAY PERIOD: 10 DATE: 05-21-00

&A CONTACT POINT: FP-42-4053-19-10 GS FULL TIME PAY PERIOD DUTY HOURS: 80.0

AN USE SPECIAL PREFIX/SUFFIX CODES

| REFIX | TRANSACTION-DESCRIP | SUFFIX | WEEK1 | WEEK2 | ACCOUNTING DATA |
|---|---|---|---|---|---|
| | ANNUAL LEAVE USED | | 40. | 40. | 023 0207 04E1 |
| | WEEKLY HOURS IN PAY STATUS.....: | | 40.0 | 40.0 | |
| | TOTAL HOURS IN PAY STATUS ........: | | | 80.0 | |

---------- LEAVE RECORD ----------

| | TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|---|
| NNUAL LEAVE CATEGORY: 6 - CEILING: 240.0 | ANNUAL | 246.0 | 6 | 80.0 | 172.0 |
| ICK LEAVE CATEGORY--: 4 | SICK | 1060.2 | 4 | 0.0 | 1064.2 |

ERTIFIED
IMEKEEPER CSZ EMPLOYEE__________ SUPERVISOR BG

CERTIFIED CORRECT:ALL REGULAR TIME, LEAVE, OVERTIME, NIGHT DIFFERENTIAL AND HOLIDAY TIME WAS WORKED AND APPROVED TO LAW AND REGULATIONS.

CORRECTIONAL OFFICER ASSIGNMENT CARD
METROPOLITAN DETENTION CENTER
BROOKLYN, NEW YORK

OFFICER'S NAME: BLEDSOE,LINDSEY
E.O.D.: 07/19/1987
GRADE: GS-11

| DATE | ASSIGNMENT | SHIFT | OFF | REASON/REMARKS |
|---|---|---|---|---|
| 06/18-09/16/00 | SR-1 | VAR | T/F | |
| 09/17-12/16/00 | SR-1 | VAR | T/F | |
| 12/17/00-03/17/01 | SEC LT | D/W | M/T | |
| 3/18/01-6/16/01 | SEC LT | D/W | M/T | |
| 6/17/01-9/15/01 | OPS LT | M/W | T/W | |
| 09/16/01-12/16/01 | ADMAX LT. | E/W | T/F | 12 HOUR EMERGENCY ROSTER |
| 12/17/01-03/16/02 | ADMAX LT. | M/W | M/T | |

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT X

MDC Brooklyn
Brooklyn, New York 11232
Assignment Cards - 1/10/2007 8:42:44 AM



| Start | End | Shift | Assignment | Days Off | Note |
|---|---|---|---|---|---|
| Name: Bledsoe, Lindsey | | | | EOD: 7/19/1987 | Current Grade: GS-11 |
| 3/31/2002 | 6/29/2002 | VAR | SIS LT | M,T | |
| 6/30/2002 | 9/28/2002 | VAR | SIS LT | M,T | |
| 9/29/2002 | 12/28/200 | VAR | SIS LT | M,T | |
| 12/29/200 | 3/29/2003 | VAR | SIS LT | M,T | |
| 3/30/2003 | 6/28/2003 | VAR | SIS LT | M,T | |
| 6/29/2003 | 9/27/2003 | VAR | SIS LT | M,T | |
| 9/28/2003 | 12/27/200 | M/W | OPS LT | S,M | |
| 12/28/200 | 3/27/2004 | M/W | OPS LT | S,M | |
| 3/28/2004 | 6/26/2004 | D/W | SHU LT | S,Sa | |
| 6/27/2004 | 9/25/2004 | D/W | OPS LT | F,Sa | |
| 9/26/2004 | 1/1/2005 | D/W | SEC LT | S,M | |
| 1/2/2005 | 3/26/2005 | E/W | OPS LT | Th,F | |
| 3/27/2005 | 6/25/2005 | VAR | SR-2 | F,Sa | |
| 6/26/2005 | 9/24/2005 | E/W | SEC LT | W,Th | |
| 9/25/2005 | 12/24/200 | E/W | SEC LT | W,Th | |
| 1/8/2006 | 3/25/2006 | E/W | E-ACT LT | W,Th | |
| 3/26/2006 | 6/24/2006 | M/W | OPS LT | S,M | |
| 6/25/2006 | 9/23/2006 | M/W | OPS LT | S,M | |
| 9/24/2006 | 12/23/200 | VAR | SR-2 | F,Sa | |
| 12/24/200 | 3/24/2007 | VAR | SR-2 | F,Sa | |