| | | | |
|---|---|---|---|
| Lawrence, D | Luo | Mandley, S | Matos, M |
| Moore | Morales, P | Moreira, T | Morgan |
| Morse, D | Ortiz, da | Pacheco, D | Patino |
| Perez, D | Persaud | Ranalli, D | Reyes |
| Robinson, M | Rodney | Rodriguez, br | Rosario |
| Shabazz, C | Signal | Smiley | Tamayo, L |
| Toledo, W | Vincent, B | | |

## ANNUAL LEAVE

| | | | |
|---|---|---|---|
| Dilone, F | Giralde | King, R | Madison, C |
| Medina, D | Owens-robinson | Petty, D | Rosebery, S |
| Theel | Wilkins, M | Wright, M | |

## SICK LEAVE

| | | | |
|---|---|---|---|
| Apolito, I | Ferreira, J | Foreman, L | Lytle, R |
| Patterson, V | Sutton, T | Torres, E | |

## FAMILY LV

| | | |
|---|---|---|
| Melvin, Y | Pemberton, C | Rivera, C<br>08:00 10:00 |

## ADMIN LV

Tonani, A

## LWOP

| | | | |
|---|---|---|---|
| Camacho, M | Chase, S | Cush, T | Fernandez, L |
| Ferreira, A | Franks, J | Fryar-ashley, S | Gonzalez, G |
| Herbin, S<br>16:00 20:00 | Iwuala | Kettrles, T<br>00:00 04:00 | Rodriguez, C |
| Spruill, E | Viassy, M | | |

## SUSPENSION

Toro, J

## AWOL

| | |
|---|---|
| Rock, C | Wilson, L |

## LOANS

Hernandez, A

## ****Change Records****

| Post | Splt Shft | Officer | Relieved Officer's New Status | Relieving Officer | Relieving Officer's Previous Status | Ret Shft | Changed By |
|---|---|---|---|---|---|---|---|
| Day Off | | Delaney, P | [Sick / Annual] | | | | KT 11/26 10:47 |
| Day Off | | Bussu | [Sick / Annual] | | | | KT 11/26 10:47 |
| Day Off | | Semidey, E | [Sick / Annual] | | | | KT 11/26 10:47 |
| (sp)PHONE MONITOR | 7 | Herbin, S | LWOP | <Unassigned> | | | KT 11/26 10:54 |
| (sp)PHONES | 1 | Kettrles, T | LWOP | <Unassigned> | | | KT 11/26 10:55 |
| [Sick / Annual] | | Bussu | [Removed] | | | | KT 11/26 11:03 |
| [Sick / Annual] | | Delaney, P | [Removed] | | | | KT 11/26 11:03 |
| [Sick / Annual] | | Semidey, E | [Removed] | | | | KT 11/26 11:03 |
| (sp)PHONES | 1 | <Unassigned> | | Kettrles, T | LWOP | Y | KT 11/26 11:04 |

| Shift | Staff | OT/CT | Start | End |
|---|---|---|---|---|
| PHONES | Kettrles, T | | 04:00 | 08:00 |
| LWOP | Kettrles, T | | 00:00 | 04:00 |

| Post | Splt | Shft | Officer | Relieved Officer's New Status | Relieving Officer | Relieving Officer's Previous Status | Ret Shft | Changed By |
|---|---|---|---|---|---|---|---|---|
| (sp)PHONES | | 7 | <Unassigned> | | Herbin, S | LWOP | Y | KT 11/26 11:04 |
| | | | | | Shift | Staff | OT/CT | Start End |
| | | | | | PHONES | Herbin, S | | 20:00 00:00 |
| | | | | | LWOP | Herbin, S | | 16:00 20:00 |
| Day Off | | | Linsenmeyer | [Sick / Annual] | | | | KT 11/27 11:22 |
| J-72 UNIT | | 4 | Brewer | 4 B-31 UNIT | Linsenmeyer | [Sick / Annual] | | KT 11/27 11:23 |
| A-22 UNIT | | 4 | Elias | Day Off | Chaparro | 4 SICK/ANN1(sp) | | KT 11/28 09:04 |
| Day Off | | | Elias | [Sick / Annual] | | | | KT 11/28 09:07 |
| [Sick / Annual] | | | Elias | [Removed] | | | | KT 11/28 09:08 |
| (sp)ESCORT#5 | | 4 | Lopez, K | 3 TOOL ROOM2(sp) | <Unassigned> | | | KT 11/28 12:14 |
| K-83 UNIT | | 4 | Washington, C | 4 CAPT ASST(sp) | Washington, N. | 4 SICK/ANN2(sp) | | KT 11/28 12:16 |
| (sp)LUTHERAN #1 | | 1 | <Unassigned> | | Burgos, M | 1 H-53 UNIT | | RP 12/2 17:51 |
| (sp)LUTHERAN TRAV1 | | 4 | <Unassigned> | | Burgos, M | 1 LUTHERAN #1(sp) | Y | RP 12/2 17:51 |
| | | | | | Shift | Staff | OT/CT | Start End |
| | | | | | LUTHERAN TRAV1 | Burgos, M | OT | 08:00 08:30 |
| | | | | | LUTHERAN #1 | Burgos, M | | |
| (sp)LUTHERAN #1 | | 7 | <Unassigned> | | Lopez, A | 7 D-51 UNIT | | RP 12/2 17:52 |
| D-51 UNIT | | 7 | <Unassigned> | | Ramnarine | 7 SICK/ANN#5(sp) | | RP 12/2 17:52 |
| (sp)SICK/ANN#5 | | 7 | <Unassigned> | | Tinnerello, D | 7 J-72 UNIT | | RP 12/2 17:52 |
| J-72 UNIT | | 7 | <Unassigned> | | Sanders, D | 7 B-31 UNIT | | RP 12/2 17:53 |
| (sp)SICK/ANN2 | | 1 | Melvin, Y | Family LV | <Unassigned> | | | SL 12/4 20:17 |
| (sp)NY DOWN TOWN#1 | | 1 | <Unassigned> | | Kearns, P | 1 H-52 UNIT | | SL 12/4 21:33 |
| H-52 UNIT | | 1 | <Unassigned> | | Clarke, S | 1 B-32 UNIT | | SL 12/4 21:34 |
| (sp)NY DOWN TOWN#2 | | 1 | <Unassigned> | | Palumbo, S | 1 C-41 UNIT | | SL 12/4 21:34 |
| H-53 UNIT | | 1 | <Unassigned> | | Barnes | 1 SICK/ANN7(sp) | | SL 12/4 21:34 |
| W-SHU #2 | | 4 | Tonani, A | Admin LV | <Unassigned> | | | RP 12/4 21:36 |
| W-SHU #2 | | 4 | <Unassigned> | | Moore, G | 4 SICK & ANNUAL | | RP 12/4 21:38 |
| (sp)LUTHERAN TRAV1 | | 1 | <Unassigned> | | Tinnerello, D | 7 SICK/ANN#5(sp) | Y | RP 12/4 22:32 |
| | | | | | Shift | Staff | OT/CT | Start End |
| | | | | | LUTHERAN TRAV1 | Tinnerello, D | OT | 00:00 00:30 |
| | | | | | SICK/ANN#5 | Tinnerello, D | | |
| (sp)NYDT TRAV #1 | | 1 | <Unassigned> | | Jackson, B | 7 W-INTERN #1 | Y | RP 12/4 22:35 |
| | | | | | Shift | Staff | OT/CT | Start End |
| | | | | | NYDT TRAV #1 | Jackson, B | OT | 00:00 01:00 |
| | | | | | W-INTERN #1 | Jackson, B | | |
| (sp)NYDT TRAV #2 | | 1 | <Unassigned> | | Toledo, W | Day Off | Y | RP 12/4 22:36 |
| | | | | | Shift | Staff | OT/CT | Start End |
| | | | | | NYDT TRAV #2 | Toledo, W | OT | 00:00 01:00 |
| | | | | | Day Off | Toledo, W | | |
| C-41 UNIT | | 1 | <Unassigned> | | Palumbo, S | 1 NY DOWNTOWN#2(sp) | | RP 12/4 23:17 |
| (sp)SICK/ANN#2 | | 1 | <Unassigned> | | Foreman, L | 1 W-SHU #1 | | RP 12/4 23:19 |
| W-SHU #1 | | 1 | <Unassigned> | | Clarke, S | 1 H-52 UNIT | | RP 12/4 23:20 |
| H-52 UNIT | | 1 | <Unassigned> | | Kearns, P | 1 NY DOWNTOWN#1(sp) | | RP 12/4 23:20 |
| (sp)NYDT TRAV #1 | | 1 | Jackson, B | [Sick / Annual] | <Unassigned> | | | RP 12/4 23:22 |
| [Sick / Annual] | | | Jackson, B | [Removed] | | | | RP 12/4 23:22 |
| (sp)NYDT TRAV #2 | | 1 | Toledo, W | [Sick / Annual] | <Unassigned> | | | RP 12/4 23:23 |
| [Sick / Annual] | | | Toledo, W | [Removed] | | | | RP 12/4 23:23 |

| Post | Splt | Shft | Officer | Relieved Officer's New Status | Relieving Officer | Relieving Officer's Previous Status | Ret | Shft Changed By | | |
|---|---|---|---|---|---|---|---|---|---|---|
| J-73 UNIT | | 1 | Elias, S | SICK/ANN#1 1(sp) | Pedroza | [SWAP] | | PM 12/4 23:55 | | |
| Assignment Swap | | | | | | | | | | |
| K-83 UNIT | | 1 | Jaikissoon, J | SICK/ANN 1(sp) | Gibson | [SWAP] | | PM 12/4 23:56 | | |
| Assignment Swap | | | | | | | | | | |
| W-SHU #1 | | 1 | Clarke, S | C-41 UNIT 1 | Palumbo, S | [SWAP] | | PM 12/4 23:57 | | |
| Assignment Swap | | | | | | | | | | |
| (sp)SICK/ANN5 | | 5 | <Unassigned> | | Sims | 5 W-ACT LT(sp) | | PM 12/5 00:00 | | |
| (sp)SICK/ANN5 | | 7 | <Unassigned> | | Forrest | 7 W-ACT LT(sp) | | PM 12/5 00:00 | | |
| (sp)SICK/ANN1 | | 1 | Reed, B. | H-52 UNIT 1 | Kearns, P | [SWAP] | | PM 12/5 02:26 | | |
| Assignment Swap | | | | | | | | | | |
| (sp)W-INTERN #2 | | 4 | <Unassigned> | | Doctor, T | 4 LOCATOR | | PM 12/5 02:26 | | |
| (sp)LUTHERAN #1 | | 4 | <Unassigned> | | Havighorst, W | 4 ESCORT#2(sp) | | PM 12/5 02:27 | | |
| W-CONTROL #2 | | 2 | Patterson, V | LINK OFF 2 | Cox, D | [SWAP] | | PM 12/5 02:30 | | |
| Assignment Swap | | | | | | | | | | |
| LINK OFF | | 2 | Patterson, V | W-LOBBY 2 | Thomas, S. | [SWAP] | | PM 12/5 02:30 | | |
| Assignment Swap | | | | | | | | | | |
| W-LOBBY | | 2 | Patterson, V | Sick Leave | Elias, S | 1 SICK/ANN#1(sp) | Y | PM 12/5 04:46 | | |
| | | | | | Shift | Staff | OT/CT | | Start | End |
| | | | | | W-LOBBY | Elias, S | | | 06:30 | 08:00 |
| | | | | | SICK/ANN#1 | Elias, S | | | 00:00 | 06:30 |
| W-LOBBY | Y | 2 | Elias, S | [Sick / Annual] | Doctor, T | 4 W-INTERN #2(sp) | | PM 12/5 04:48 | | |
| | | | | | Shift | Staff | OT/CT | | Start | End |
| | | | | | [Sick / Annual] | Elias, S | | | | |
| | | | | | W-LOBBY | Elias, S | | | 06:30 | 08:00 |
| W-LOBBY | | 2 | Doctor, T | [Time Change] | | | | PM 12/5 04:49 | | |
| | | | | | Shift | Staff | OT/CT | | Start | End |
| | | | | | W-LOBBY | Doctor, T | | | 08:00 | 16:00 |
| (sp)W-INTERN #2 | | 4 | <Unassigned> | | Gonzalez, A | 4 B-32 UNIT | | PM 12/5 04:50 | | |
| (sp)SICK/ANN#2 | | 1 | Foreman, L | Sick Leave | | | | PM 12/5 04:51 | | |
| [Sick / Annual] | | | Elias, S | [Removed] | | | | PM 12/5 04:58 | | |
| SEC OFF #2 | | 2 | Lytle, R | Sick Leave | <Unassigned> | | | PM 12/5 06:19 | | |
| (sp)LT'S MTG #1 | | 4 | <Unassigned> | | Lidicker, S | 6 W-ACT LT | Y | MM 12/5 14:15 | | |
| | | | | | Shift | Staff | OT/CT | | Start | End |
| | | | | | LT'S MTG #1 | Lidicker, S | OT | | 08:00 | 12:15 |
| | | | | | W-ACT LT | Lidicker, S | | | | |
| (sp)LT'S MTG #2 | | 4 | <Unassigned> | | Pasley | 7 OPS LT | Y | MM 12/5 14:18 | | |
| | | | | | Shift | Staff | OT/CT | | Start | End |
| | | | | | LT'S MTG #2 | Pasley | CT | | 08:00 | 12:15 |
| | | | | | OPS LT | Pasley | | | | |
| (sp)LT'S MTG #3 | | 4 | <Unassigned> | | Edwards, A. | Day Off | Y | MM 12/5 14:20 | | |
| | | | | | Shift | Staff | OT/CT | | Start | End |
| | | | | | LT'S MTG #3 | Edwards, A. | CT | | 08:00 | 12:15 |
| | | | | | Day Off | Edwards, A. | | | | |
| (sp)LT'S MTG #4 | | 4 | <Unassigned> | | Murdock | 1 OPS LT | Y | MM 12/5 14:22 | | |
| | | | | | Shift | Staff | OT/CT | | Start | End |
| | | | | | LT'S MTG #4 | Murdock | CT | | 08:00 | 12:15 |
| | | | | | OPS LT | Murdock | | | | |
| (sp)LT'S MTG #5 | | 4 | <Unassigned> | | Tessel, D | 7 E-ACT LT | Y | MM 12/5 14:23 | | |
| | | | | | Shift | Staff | OT/CT | | Start | End |
| | | | | | LT'S MTG #5 | Tessel, D | OT | | 08:00 | 12:15 |
| | | | | | E-ACT LT | Tessel, D | | | | |

| Post | Splt | Shft | Officer | Relieved Officer's New Status | Relieving Officer | Relieving Officer's Previous Status | Ret Shft | Changed By | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (sp)LT'S MTG #6 | | 4 | <Unassigned> | | Bledsoe, L | 1 E-ACT LT | Y | MM 12/5 14:24 | | |
| | | | | | Shift | Staff | | OT/CT | Start | End |
| | | | | | LT'S MTG #6 | Bledsoe, L | | OT | 08:00 | 12:15 |
| | | | | | E-ACT LT | Bledsoe, L | | | | |
| T&A CLERK | | 4 | Owens-Robinson | Sick Leave | <Unassigned> | | | GD 12/5 15:05 | | |
| W-ATTY CONF | | 4 | Rivera, C | Family LV | <Unassigned> | | | GD 12/5 15:05 | | |
| W-ATTY CONF | | 4 | <Unassigned> | | Rivera, C | Family LV | Y | GD 12/5 15:06 | | |
| | | | | | Shift | Staff | | OT/CT | Start | End |
| | | | | | W-ATTY CONF | Rivera, C | | | 10:00 | 16:00 |
| | | | | | Family LV | Rivera, C | | | 08:00 | 10:00 |
| K-82 UNIT | | 7 | Sutton, T | Sick Leave | <Unassigned> | | | GD 12/5 15:36 | | |
| K-82 UNIT | | 7 | <Unassigned> | | Eben, P | 7 B-32 UNIT | | GD 12/5 15:36 | | |
| W-SHU #3 | | 6 | Pemberton, C | Family LV | <Unassigned> | | | GD 12/5 17:01 | | |
| W-SHU #3 | | 6 | <Unassigned> | | Sims | 5 SICK/ANN5(sp) | | GD 12/5 17:02 | | |
| W-SHU #3 | | 6 | Sims | [Time Change] | | | | GD 12/5 17:02 | | |
| | | | | | Shift | Staff | | OT/CT | Start | End |
| | | | | | W-SHU #3 | Sims | | | 12:00 | 20:00 |
| (sp)LUTHERAN TRAV1 | | 7 | <Unassigned> | | Havighorst, W | 4 LUTHERAN #1(sp) | Y | RP 12/5 21:21 | | |
| | | | | | Shift | Staff | | OT/CT | Start | End |
| | | | | | LUTHERAN TRAV1 | Havighorst, W | | OT | 16:00 | 16:45 |
| | | | | | LUTHERAN #1 | Havighorst, W | | | | |
| Sick Leave | | | Owens-Robinson | Annual Leave | | | | KT 12/7 14:39 | | |

******Recapitulation******

| | |
|---|---|
| Morning Watch | 47 |
| AM Watch | 14 |
| Day Watch | 63 |
| PM Watch | 16 |
| Evening Watch | 48 |

****Back Page Categories****

| | |
|---|---|
| Sick Leave | 7 |
| Day Off | 62 |
| Annual Leave | 11 |
| Family LV | 2 |
| Admin LV | 1 |
| LWOP | 12 |
| SUSPENSION | 1 |
| AWOL | 2 |
| Loans | 1 |

**Total Correctional Svcs. Staff: 287**
**Non Correctional Svcs. Staff: 3**

**Overtime Occurrences: 6**
**Comptime Occurrences: 3**

**Ops Lt. Evening Watch Signature:** ____________________

**Captain's Signature:** ____________________

BOP 151881



A 1717

~~BP-S169~~.035 OVERTIME AUTHO 'ATION CPD RSTPGM
November 1991

9-2 6 copies

U.S. Department of Justice Federal Bureau of Prisons

MDC Brooklyn
(Institution Location) Cost Center: 623021453E1

To: (Per Names and Periods on Reverse Side) Bledsoe Date: 05/20/2006
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: Tuesday Date: 05/09/2006

Starting: (See Reverse) Approximate period: (See Reverse) minutes

Purpose: TO ATTEND MANDATORY LIEUTENANT'S MEETING AND LESS THAN LETHAL MUNITIONS TRAINING/RECERTIFICATION.

Reason work cannot be accomplished during regular tours of duty:

POLICY REQUIREMENT. THERE WERE NO OTHER STAFF AVAILABLE TO COVER THE POSTS.

Warden or Authorized Supervisor: [signature]

In accordance with above authorization I certify I worked the following overtime:

Day of week: Tuesday Date: 05/09/2006

Starting: (See Reverse) Ending (See Reverse) Approximate period: (See Reverse) minutes

and request: Overtime Pay (See Reverse)

Compensatory Time (See Reverse) (See Reverse)

(Signature of Employee)

Time verified (See Reverse) (Supervisor's initial)

(To be used where not authorized in advance by Warden) Approved:

Warden

GOVERNMENT EXHIBIT 49
PENGAD-Bayonne, N.J.

Instructions:

(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side'.
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level ~~per~~ regulations.
(3) To be prepared in Orignal only, processed in accordance with institutional regulations and filed in payroll folder.

A 1718

Continued Below
(This form may be replicated via WP)

5 hrs

filled in payroll fol

(This form may be replicated via WP) Continued Below BP-S369 (continued)

* When employee sign he/she should indicate "P" for Overtime Pay or "C" for Compensatory time

| Name of Employee | Date | Time In | Time Out | P* C* | Signature of Employee | Supervisor's |
|---|---|---|---|---|---|---|
| M. A. STANCIL | 5/9/06 | 8:00 | 1:00PM | P | M. A. Stancil | [signature] |
| R. PASLEY, JR | 5-9-06 | 8:00AM | 1:00PM | C | R. Pasley Jr. | [signature] |
| D. Tessel | 5/9/06 | 8:00 AM | 1:00PM | P | David Tessel | [signature] |
| R. M. DESMOND | 5/9/06 | 8:00 AM | 1:00PM | C | R. M. Desmond | [signature] |
| L. Tamayo | 5/9/06 | 8:00 am | 1:00PM | P | [signature] | [signature] |
| Shaw | 5/9/06 | 8am | 1:00PM | P | [signature] | [signature] |
| L. Bledsoe | 5-9-06 | 8:00 | 1:00PM | P | [signature] | [signature] |

END FORM

A 1719

14-2

BP-S369.035 **OVERTIME AUTHORIZATION** CDFRM
NOV 91

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

MDC Brooklyn
(Institution Location)

JULY 18, 2006

To BLEDSOE, LINDSEY
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: JULY 18, 2006

Starting: 8:00 (A.M.) Approximate period: 90 minutes

Purpose: TO ATTEND THE MONTHLY LIEUTENANT'S MEETING

Reason work cannot be accomplished during regular tours of duty:
MEETING SCHEDULED AFTER WORKING HOURS

**623-0214-53E1**
Overtime Code

R. SCHOENFELDER, CPT/JUSTIN ANDREWS, AW (P).
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

DAY of week: TUESDAY Date: JULY 18, 2006

Starting: 8:00 (A.M.) Approximate period: 90 minutes
Ending : 9:30 (A.M.)

and request: Overtime Pay **XXXX**
Compensatory Time ______

BLEDSOE, LINDSEY
(Signature of Employee)

Time verified P.M. (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Paul M. Laird, Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulation and filled in payroll folder.

A 1720

160-2

BP-S369.035 **OVERTIME AUTHORIZATION** CDFRM
NOV 91

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

MDC Brooklyn
(Institution Location)

AUGUST 15, 2006

To BLEDSOE, LINDSEY
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: AUGUST 15, 2006

Starting: 8:00 (A.M.) Approximate period: 150 minutes

Purpose: TO ATTEND THE MONTHLY LIEUTENANT'S MEETING

Reason work cannot be accomplished during regular tours of duty:
MEETING SCHEDULED AFTER WORKING HOURS

**623-0214-53E1**
Overtime Code

R. SCHOENFELDER, CPT/JUSTIN ANDREWS, AW (P)
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

DAY of week: TUESDAY Date: AUGUST 15, 2006

Starting: 8:00 (A.M.) Approximate period: 150 minutes
Ending : 10:30 (A.M.)

and request: Overtime Pay **XXXX**
Compensatory Time ______

BLEDSOE, LINDSEY
(Signature of Employee)

Time verified ~~RB.~~ MB (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Paul M. Laird, Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulation and filed in payroll folder.

A 1721

202

BP-S369.035 **OVERTIME AUTHORIZATION** CDFRM
NOV 91

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

MDC Brooklyn
(Institution Location)

OCTOBER 10, 2006

To BLEDSOE, LINDSEY
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: TUESDAY Date: OCTOBER 10, 2006

Starting: 8:00 (A.M.) Approximate period: 180 minutes

Purpose: TO ATTEND THE MONTHLY LIEUTENANT'S MEETING

Reason work cannot be accomplished during regular tours of duty:
MEETING SCHEDULED AFTER WORKING HOURS

**623-0214-53E1**
Overtime Code

R. SCHOENFELDER, CPT/JUSTIN ANDREWS, AW (P)
Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

DAY of week: TUESDAY Date: OCTOBER 10, 2006

Starting: 8:00 (A.M.) Approximate period: 180 minutes
Ending : 11:00 (A.M.)

and request: Overtime Pay **XXXX**
Compensatory Time______

BLEDSOE, LINDSEY
(Signature of Employee)

Time verified EJB (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Paul M. Laird, Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulation and filled in payroll folder.

A 1722

U.S. Department of Justice — Federal Bureau of Prisons

MDC Brooklyn
(Institution Location)

Cost Center: 623021453E1

To: David Tessel
(Name of Employee)

Date: 10/10/2006

You are authorized to work overtime as follows:

Day of week: Tuesday — Date: 10/10/2006

Starting: 08:00 — Approximate period: 180 minutes

Purpose: Special Assignment, Shift 4 (D/W), LT'S MEETING#2

Reason work cannot be accomplished during regular tours of duty:
TO ATTEND A MANDATORY LIEUTENANTS MEETING ON MY TIME OFF.

Warden or Authorized Supervisor: ____________

In accordance with above authorization I certify I worked the following overtime:

Day of week: Tuesday — Date: 10/10/2006

Starting: 08:00 — Ending 11:00 — Approximate period: 180 minutes

and request: Overtime Pay X
Compensatory Time ____

(Signature of Employee)

Time verified ____________ (Supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved: ____________
Warden

Instructions:

(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side'.
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Orignal only, processed in accordance with institutional regulations and filed in payroll folder.

Continued Below
(This form may be replicated via WP)

U.S. Department of Justice Federal Bureau of Prisons

MDC Brooklyn
(Institution Location)

Cost Center: 623021453E1

To: (Per Names and Periods on Reverse Side) Bledsoe
(Name of Employee)

Date: 12/05/2006

You are authorized to work overtime as follows:

Day of week: Tuesday Date: 12/05/2006

Starting: (See Reverse) Approximate period: (See Reverse) minutes

Purpose: To attend mandatory Lieutenant's Meeting.

Reason work cannot be accomplished during regular tours of duty:

Not all Lieutenant's were currently on shift. Mandated by the Captain.

Warden or Authorized Supervisor: ____________________

In accordance with above authorization I certify I worked the following overtime:

Day of week: Tuesday Date: 12/05/2006

Starting: (See Reverse) Ending (See Reverse) Approximate period: (See Reverse) minutes

and request: Overtime Pay (See Reverse)

Compensatory Time (See Reverse)

(See Reverse)
(Signature of Employee)

Time verified (See Reverse) (Supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved: ____________________
Warden

Instructions:

(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side'.
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Orignal only, processed in accordance with institutional regulations and filed in payroll folder.

Continued Below
(This form may be replicated via WP)

WHEN EMPLOYEE SIGNS HE SHOULD INDICATE "P" FOR OVERTIME PAY OR "C" FOR COMPENSATORY TIME.

| NAME OF EMPLOYEE | DATE | START TIME | END TIME | P C | SIGNATURE EMPLOYEE | SUPERV. INITIALS |
|---|---|---|---|---|---|---|
| Shawn Ludicker | 12/05/06 | 8:00pm | 12:15pm | P | [signature] | [initials] |
| R. PASLEY, JR | 12-05-06 | 800AM | 12:15pm | C | R. Pasley Jr. | [initials] |
| A. Edwards | 12/5/06 | 8:00Am | 12:15pm | C | A. Edwards | [initials] |
| P. Murdock | 12-5-06 | 8:00Am | 12:15pm | C | P. Murdock | [initials] |
| David Tessel | 12/5/06 | 8:00Am | 12:15pm | P | David Tessel | [initials] |
| Lin Bledsoe | 12-5-06 | 8AM | 12:15pm | P | [signature] | [initials] |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-S369.035 OVERTIME AUTHORIZATION CDFRM
NOV 91

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

MDC, BROOKLYN
(Institution Location)

SEPTEMBER 14 ,2005

To LIDICKER, S
(Name of Employee)

You are authorized to work overtime as follows:

Day of week: WEDNESDAY Date: September 14 ,2005

Starting: 6:00 (AM) (XX) Approximate period: 360 minutes

Purpose: TO ATTEND THE DIRECTORS AND REGIONAL DIRECTORS LIEUTENANTS MEETING THAT WAS MANDATED FOR ALL LIEUTENANTS TO ATTEND.

Reason work cannot be accomplished during regular tours of duty: THE ROSTER WAS COMPLETELY DEPLETED NO OTHER STAFF WAS AVAILABLE TO PROVIDE COVERAGE.

OVERTIME CODES

R. SCHOENFELDER, CAPTAIN / J. L. CLEMENS, AW(P)

523-0214-53E1

In accordance with above authorization I certify I worked the following overtime:

Date of week: WEDNESDAY Date: SEPTEMBER 14, 2005

Starting: 6:00 (AM)
Ending : 12:00 (PM)

and request: Overtime Pay
Compensatory Time XXXXXXX

LIDICKER, S
(Signature of Employee)

Time verified CP (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

PAUL M. LAIRD, WARDEN

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.

**From:** Marcial Mundo III
**To:** BRO/Lieutenants
**Date:** 4/25/2005 2:15:50 PM
**Subject:** Department Head/Lieutenant's Meeting

There is a mandatory Department Head/Lieutenant's Mtg on April 26, 2005, at 1:00PM in the Warden's Conference Room. As per the Captain, all Lieutenants must attend if not on scheduled annual leave or sick leave.

Thanks,

Mundo

started 4-26-05, 1 pm - over at 4 pm

Lt. [signature]

GOVERNMENT EXHIBIT 50

PENGAD-Bayonne, N. J.

**From:** Marcial Mundo III
**To:** BRO/Lieutenants
**Date:** 5/5/2006 3:35:33 PM
**Subject:** MANDATORY-Lieutenant's Mtg

As per the Captain, there will be a MANDATORY Lieutenant's Meeting on Tuesday, May 9, 2006 at 8:00am. The meeting will be held in the Warden's Conference Room. ALL LIEUTENANTS will be in attendance.

In addition, the Captain wants every Lieutenant to submit their shift or post preference to him at this meeting on Tuesday, May 9, 2006.

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 51

**From:** Rick Schoenfelder
**To:** BRO/Lieutenants
**Date:** 6/1/2005 6:54:37 AM
**Subject:** LIEUTENANT ISSUES AND MANDATORY MEETING

There will be a mandatory LIEUTENANTS MEETING Tuesday, June 7th, 2005, at 1:00 PM. All Lieutenants must attend and have a topic to discuss. Please send me what you will be discussing, by Friday. We will be discussing all officers SILs. You need to have their QUARTERLIES COMPLETED for the lieutenants to sign. We will be discussing BP-9s and TORTS. Also we will discuss lateness, audits and areas of expertise..

The following items need to be addressed:

OFFICERS MUST ENSURE INMATES ARE SCRUBBING CORNERS, WALLS, VENTS ETC.
PAY NO E-1 OVERTIME WITHOUT MY AUTHORIZATION
ALWAYS CALL THE CAPTAIN ON ALL INCIDENTS
ENSURE 583'S ARE COMPLETED IN A TIMELY MANNER SAME DAY

Thanks, and if any further assistance is needed please do not hesitate to call me.

R. A. Schoenfelder, Captain
MDC Brooklyn
100 29th Street
Brooklyn, New York, 11232
Tel. No. 718-840-4200 ext 5163

GOVERNMENT EXHIBIT 52
PENGAD-Bayonne, N. J.

**From:** Marcial Mundo III
**To:** BRO/Lieutenants
**Date:** 4/20/2006 2:59:11 PM
**Subject:** MANDATORY- Lieutenant's Meeting

As per Captain Schoenfelder, there will be a MANDATORY Lieutenant's Meeting on Tuesday, April 25, 2006. Lieutenants will report to the Captain's Complex at 7:45am. All Lieutenants are expected to be present. No Exceptions!!!

All questions pertaining to this email should be directed to the Captain, at ext 5163.

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 53



BOP 150919

**From:** Marcial Mundo III
**To:** BRO/Lieutenants
**Date:** 10/6/2006 11:43:29 AM
**Subject:** Lieutenant's Meeting

On Tuesday, October 10, 2006, at 8:00 A.M., there will be a Mandatory Lieutenant's Meeting in the Warden's Conference Room. In addition to, topics of discussion selected by the Captain, we will be receiving refresher training on Roster Management (roster changes etc), 583 packets and Performance Evaluations (probationary & non-probationary), Please raise any questions or concerns about these areas at the meeting. We are hoping this will get everyone on the same page.

Thanks,

Mundo

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 54



BOP 150924