IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 01-47C<br>Judge Bruggink |
| UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF LINDSEY BLEDSOE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND THEIR OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by their undersigned counsel and with the consent of Defendant, respectfully request that the Court enlarge their time from May 7, 2007, to and including May 21, 2007, to file their Reply to Defendant's Opposition to Plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment, and in support of this motion state:

1. Several times the Court extended defendant's time to file its Cross-Motion for Summary Judgment, and on April 4, 2007, defendant filed that Cross-Motion.

2. Plaintiff's Reply to Defendant's Opposition to Plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment is currently due to be filed on or before May 7, 2007.

3. Plaintiff's counsel is unable to complete that brief in time to be filed on May 7, 2007, for the following reasons: Wendy Byndloss, his associate, resigned in early March, and he was not able to replace her until about ten days ago. His father died on March 26, 2007, and he had to take virtually that entire week to travel to South Carolina for making the funeral

arrangements and initiating probate proceedings. Before and after his return to the office, he has been deluged with other litigation, including the following: preparing an opposition to a motion to compel in *McFarlane v. New Leaders for New Schools*, C.A. No. 04-0008506 (D.C. Super. Ct.), which was filed on April 3, 2007; preparing an opposition to a motion for summary judgment in *Simmons v. Cox*, Civil Action No. 1:05CV01828 (D.D.C.), which included a 45-page brief and 71 exhibits and which was filed at 9:30 p.m. on April 11 (after the court granted the undersigned four extensions of time); preparing discovery requests in *Bruce v. Mike Johanns, Secretary*, EEOC Case No. 530-2006-00190X, which were served at 10:30 p.m. on April 11, under an EEOC deadline; preparing a formal EEO complaint in *Decker v. Johanns*, which was filed on April 12; attending a mediation session on April 17 in *Decker*, which lasted about five hours; attending a mediation session in *Barovian v. Cox*, EEOC No. 570-2006-000278X, which took up over five hours on April 23; preparing for a hearing in *Oliver-Patterson v. Washington Neurological Associates*, Case No. 03-358-P (D.C. Com'n on Human Rights), on April 25-27, 2007, before that hearing was abruptly postponed; preparing an opposition for a motion for summary judgment in *Griffith v. Christopher Cox, Chair, SEC*, EEOC Case No. 570-2006-0046X, throughout the last part of April; and preparing the complainant's discovery responses in *Bruce v. Mike Johanns*, which are currently due to be served by May 14, 2007.

4. This is plaintiff's first motion for an extension of time for this purpose.

5. Defendant's counsel states that she has no objection to the Court's granting this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant him 14 additional days, from May 7, 2007, to and including May 21, 2007, in which to file their Reply to

Defendant's Opposition to Plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment.

Respectfully submitted,

________/s/ Alan Banov_____________
ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, two copies of the foregoing Plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment were served by facsimile transmission upon defendant's counsel at the following address:

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division, Classification Unit
U.S. Department of Justice
1100 L Street N.W., 8th Floor
Washington, D.C. 20530

____________________
ALAN BANOV