IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOSE L. ACEBAL, et al., Plaintiffs, v. UNITED STATES, Defendant. | Case No. 01-47C<br>Judge Bruggink |

PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF LINDSEY BLEDSOE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND THEIR OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by their undersigned counsel and with the consent of Defendant, respectfully request that the Court enlarge their time from May 21, 2007, to and including May 25, 2007, to file their Reply to Defendant's Opposition to Plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment, and in support of this motion state:

1. Several times the Court extended defendant's time to file its Cross-Motion for Summary Judgment, and on April 4, 2007, defendant filed that Cross-Motion.

2. Plaintiff's Reply to Defendant's Opposition to Plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment was originally due to be filed on or before May 7, 2007.

3. On May 8, 2007, the Court granted a consent motion to extend from May 7 to and including May 21, 2007, plaintiffs' time to file their Reply to Defendant's Opposition to Plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment.

4. Plaintiff's counsel is unable to complete that brief in time to be filed on May 21, 2007, for the following reasons: Defendant's appendix is huge, encompassing some 1,731 pages. Plaintiff's counsel has been deluged with other litigation, including, *inter alia*, the following: preparing for and participating in mediation in *Crabill v. Lockheed Martin Corporation*, 8:07-CV-353-PJM (D. Md.), which lasted virtually all day on May 9, 2007; submitting Appellant's Responses to Acknowledgment Orders in *Glenn v. Dept. of Treasury*, MSPB DC-1221-07-0590-W-1, and *Glenn v. Dept. of Treasury*, MSPB DC-1221-07-0592-W-1, which were filed on May 14, 2007; preparing discovery requests in the *Glenn* cases, which are due to be served by May 29; preparing an opposition to a removal proposal for a D.C. Government employee, which was filed on May 14, 2007; preparing the complainant's discovery responses in *Bruce v. Johanns, Secretary*, EEOC Case No. 530-2006-00190X, which were served on May 18, 2007; preparing an opposition to a removal proposal for an employee of the Department of the Interior, which is due to be filed by May 23, 2007; preparing an opposition to a motion for summary judgment in *McFarlane v. New Leaders for New Schools*, C.A. No. 04-0008506 (D.C. Super. Ct.), which is currently due to be filed by May 29, 2007; and preparing the joint appendix in *Carlsen v. United States*, Case No. 2007-5011 (Fed. Cir.), which is due to be filed in June 2007.

5. This is plaintiff's second motion for an extension of time for this purpose.

6. Defendant's counsel states that she has no objection to the Court's granting this motion.

WHEREFORE, Plaintiffs respectfully requests that the Court grant them four additional days, from May 21, 2007, to and including May 25, 2007, in which to file their Reply to

Defendant's Opposition to Plaintiff Lindsey Bledsoe's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment.

Respectfully submitted,

________/s/ Alan Banov_____________

ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiffs