IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 01-47C |
| | ) | Senior Judge Bruggink |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

BRIEF IN SUPPORT OF PLAINTIFF LINDSEY BLEDSOE'S
REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION
TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiffs

May 25, 2007

TABLE OF CONTENTS

| | Page |
|---|---|
| I. The Court Should Stay Further Proceedings Pending the Decisions by the Court of Appeals in *Carlsen* and *Shea* | 1 |
| II. The Court Should Not Apply *Doe II* to the Bureau of Prisons | 4 |
| III. Improper Reliance on Post-Deposition Affidavits | 6 |
| IV. Defendant's Motion Raises Genuine Issues of Material Fact | 11 |
| A. Plaintiff Bledsoe's USP Lewisburg Claims | 11 |
| B. Plaintiff's MDC-Brooklyn Claims | 16 |
| V. CONCLUSION | 20 |

APPENDIX

TABLE OF AUTHORITIES

**CASES................................................................................................................ PAGE**

Abrahams v. United States, 1 Cl. Ct. 305 (1982) ........................................................... 15

Albright v. United States, 10 F.3d 3 (Fed. Cir. 1993)........................................................ 3

Albright v. United States, 26 Cl. Ct. 1119 (1992) ............................................................ 3

Alexander v. Gardner-Denver Co., 415 U.S. 36 (1974) .................................................. 6

Allstate Insurance Co. v. Swann, 27 F.3d 1539 (11th Cir. 1994)................................... 16

Barwick v. Celotex Co., 736 F.2d 946 (4th Cir. 1984)..................................................... 9

Baylor v. United States, 198 Ct. Cl. 331 (1972)............................................................. 15

Bd. Of Trs. of the Teachers' Ret. Sys. v. WorldCom, Inc., 244F. Supp.2d 900 (N.D. Ill. 2002).. 1

Bishop v. United States, 72 Fed. Cl. 766, 2006 U.S. Claims LEXIS 266 (Aug. 9, 2006).......... 2, 4

Bishop v. United States, 74 Fed. Cl. 144 (2006) ............................................................ 2

Bull v. United States, 2005 U.S. Claims LEXIS 284 (Fed. Cl., Sept. 27, 2005).......................... 15

Carlsen v. United States, 72 Fed. Cl. 782 (2006) ........................................................... 2

Chempower v. McAlpine, Ltd., 849 F.Supp. 459 (S.D.W.Va. 1994)........................................... 1

Cleveland v. Policy Management Systems Corp., 526 U.S. 795 (1999) ..................................... 9

Clinton v. Jones, 520 U.S. 681 (1997)............................................................................ 1

Cobra Constr. Co. v. United States, 14 Cl. Ct. 523 (1988)................................................ 15

Cooley v. Director of Revenue, State of Missouri, 896 S.W.2d 468 (Mo. App. 1995)............... 16

Cooley, Archuleta, Ashby, 219 Ct. Cl. 587, 1979 U.S. Ct. Cl. LEXIS 13 (1979) ........................ 3

Doe v. United States, 372 F.3d 1347 (Fed. Cir. 2004) ...................................................... 2

Franks v. Nimmo, 796 F.2d 1230 (10th Cir. 1986) ........................................................ 9

Graham v. United States, 3 Cl. Ct. 791 (1983))............................................................. 15

Greene v. Howard University, 134 U.S. App. D.C. 81, 412 F.2d 1128 (1969)............................ 6

Halperin v. Abacus, 128 F.3d 191 (4th Cir. 1997) ........................................................... 9

IBP, Inc. v. Alvarez, 546 U.S. 21, 126 S.Ct. 514 (2005)................................................. 12

Ieradi v. Lorillard, Inc., 1991 U.S. Dist. LEXIS 11320 (E.D. Pa.).......................................... 10

Int’l Bus. Invs., Inc. v. United States, 11 Cl. Ct. 588 (1987)............................................. 15

Jinks-Umstead v. England, 2005 U.S. Dist LEXIS 34547 (D.D.C. 2005) ................................. 16

Kennedy v. Allied Mutual Ins. Co., 952 F.2d 262 (9th Cir. 1991)......................................... 9

Landis v. North American Co., 299 U.S. 248 (1936) .......... 1
Lindow v. United States, 738 F.2d 1057 (9th Cir. 1984) .......... 15
Lisa, S.A. v. Mayorga, 232 F.Supp. 2d 1325 (S.D. Fla. 2002), aff'd, 2003 U.S. App. LEXIS 27168 (11th Cir. 2003) .......... 2, 3
Mack v. United States, 814 F.2d 120 (2d Cir. 1987) .......... 9
Martin v. Merrell Dow Pharmaceuticals, Inc., 851 F.2d 703 (3d Cir. 1988) .......... 9
Mediterranean Enterprises, Inc. v. Ssangyong Corp., 708 F.2d 1458 (9th Cir. 1983)) .......... 3
Ortega Trujillo v. Conover & Co. Communications, Inc., 221 F.3d 1262 (11th Cir. 2000) .......... 2
Post v. United States, 121 Ct. Cl. 94 (1951)) .......... 5
Precision Pine v. U.S., 63 Fed. Cl. 122 (2004) .......... 8
R&R Associates, Inc. v. Visual Scene, Inc., 726 F.2d 36 (1st Cir. 1984)) .......... 16
Rainey v. American Forest and Paper Ass'n, 26 F.Supp 2d 82 (D.D.C. 1998) .......... 10
Riggs v. United States, 21 Cl. Ct. 664 (1990) .......... 15
Shea v. United States, Fed Cir. No. 2007-5099 .......... 2
Sinskey v. Pharmacia Ophthalmics, Inc., 982 F.2d 494 (Fed. Cir. 1992), cert. denied, 508 U.S. 912 (1993) .......... 8, 9
The Cherokee Nation of Okla. v. U.S., 124 F.3d 1413 (Fed. Cir. 1997) .......... 1
Tritek Technologies, Inc. v. U.S., 63 Fed. Cl. 740, 2005 U.S. Claims LEXIS 38 (2005) .......... 8
United States v. Finkielstain, 718 F. Supp. 1187 (S.D.N.Y. 1989) .......... 16
United States v. Taylor, 166 F.R.D. 367 (M.D. N.C. 1996) .......... 10
Walker v. Merck & Co., Inc., 2005 U.S. Dist. LEXIS 13693 (S.D. Ill. 2005) .......... 1
Whelan Sec. Co. v. United States, 7 Cl. Ct. 496 (1985) .......... 15

**STATUTES**

29 U.S.C. § 251 *et seq*. (2000) .......... 12
5 U.S.C. § 5542 .......... 4, 6

**RULES AND REGULATIONS**

FED. R. OF EVID 1004(1) .......... 16
5 C.F.R. § 550.111(c) .......... 4
5 C.F.R. §550.112(b) .......... 12