Case No. 01-47C
(Senior Judge Bruggink)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

JOSE L. ACEBAL, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

# SUPPLEMENTAL APPENDIX TO PLAINTIFF LINDSEY BLEDSOE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF LINDSEY BLEDSOE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND THEIR OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

---

ALAN BANOV
Alan Banov and Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiffs

May 25, 2007

# INDEX TO PLAINTIFF'S SUPPLEMENTAL APPENDIX

1. Deposition of Joseph Cuciti, 7/21/04 [excerpts] 1

2. Deposition of David Tessel, 7/22/04 [excerpts] 3

IN THE U.S. COURT OF FEDERAL CLAIMS

GARY L. AARON, et al,

Plaintiffs,

- against -

THE UNITED STATES OF AMERICA,

Defendant.

July 21, 2004
10:48 a.m.

DEPOSITION of JOSEPH CUCITI, a Plaintiff witness herein, pursuant to Notice, held at The Metropolitan Detention Center, 80 29th Avenue, Brooklyn, New York, before Dana A. Daufeldt, Certified Shorthand Reporter, Registered Professional Reporter, and a Notary Public of the State of New York.

Cuciti

Q. Did Captain LoPresti give you any instructions when you are serving as the administrative lieutenant or day watch operations lieutenant as to how late you had to stay for your shift?

A. Just that I had to -- just to make sure the count cleared; so to me, that would be until the end of the count.

And ma'am, if I may, when I say "end of the count", I mean a good verbal count. There is a difference between a verbal count and a confirmed count.

Q. What is a verbal count?

A. The officers and/or line staff members go around and count the inmates. They then have to call in to counts and assignments, or C&A is what we call it; and they call in the count on their unit or what we call a census count of the unit. And the person in C&A, counts and assignments, verifies that is the amount of bodies they have on their unit.

Q. How did you typically learn that the count had cleared, that you had a verbal count?

A. Control center would announce it.

IN THE U.S. COURT OF FEDERAL CLAIMS

---

GARY L. AARON, et al,

Plaintiffs,

- against -

THE UNITED STATES OF AMERICA,

Defendant.

---

July 22nd, 2004
9:25 a.m.

DEPOSITION of DAVID TESSEL, a Plaintiff herein, pursuant to Notice, held at The Metropolitan Detention Center, 80 29th Avenue, Brooklyn, New York, before Dana A. Daufeldt, Certified Shorthand Reporter, Registered Professional Reporter, and a Notary Public of the State of New York.

Tessel

A. Correct.

Q. Mr. Tessel, for what post-shift activities are you seeking compensation in this lawsuit?

A. I'm sorry?

Q. What post-shift activities, activities you have to complete after your duty, are you seeking compensation for in this lawsuit?

A. The same, handing in equipment, to finish preparing incident reports or major incident packets.

Q. You now exchange on post, you are no longer having to hand in equipment at the current time?

A. No.

Q. When you were working the day watch shift, what time would you usually leave the institution?

A. We were told that we had to wait until there was a clear count.

Q. And that was the 4 o'clock count?

A. Right. Sometimes we wouldn't get out of here until 4:45, 5:00.

Q. The evening watch count is conducted

Tessel

by the operations lieutenant; is that correct?
A. Yes.
Q. Why did you feel you needed to stay for the count to clear?
A. We were told we needed to stay.
Q. Who told you to stay?
A. AWs Humme and Bailey. You couldn't leave until there was a good verbal.
Q. Did they ever write it down that you had to stay for the count?
A. No.
Q. Did anyone else ever say that you had to stay for the 4 o'clock count?
A. No.
Q. When you were working morning watch, when did you typically leave the institution?
A. If you ever were relieved on time, you left as soon as you exchanged equipment.
Q. So right around midnight?
A. Yeah.
Q. What about the evening watch, when would you usually leave the institution?
A. When there was a good verbal, when they do the count and they have a good verbal.