# In the United States Court of Federal Claims

No. 01-47C
(Filed: June 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

JOSE L. ACEBAL, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

As discussed during oral argument in *Bishop v. United States*, No. 03-446, on June 6, 2007, defendant's reply in support of its cross-motion for summary judgment with respect to plaintiff Lindsey Bledsoe shall be filed on or before June 29, 2007. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge