IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-47C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 10 days from June 29, 2007 to July 9, 2007, for defendant to prepare and file its reply brief to plaintiff Lindsey Bledsoe’s opposition to defendant’s motion for summary judgment in this case. Defendant’s reply to Mr. Bledsoe’s opposition is due June 29, 2007, the Court having granted one unopposed motion for a 17-day enlargement of time. Defendant's counsel informed plaintiffs’ counsel of this motion, and is authorized to state that plaintiffs do not oppose defendant’s motion for enlargement of time.

Defendant’s counsel has been preparing the Government’s reply brief, but requires additional time to complete preparation of the brief and for its review by attorneys at the Bureau of Prisons and Department of Justice. Defendant’s reply brief will be accompanied by an affidavit and additional documents regarding the Government’s payment of overtime to Mr. Bledsoe, and defendant also requires this enlargement of time to complete the

affidavit. Further, defendant's counsel among other things had to prepare and file the following: 1) the Government's brief in L-3 Communications v. United States, Fed. Cl. No. 06-396 (filed June 5, 2007); and 2) the Government's brief in Sakar Int'l, Inc. v. United States, Fed. Cir. No. 2007-1173 (filed June 26, 2007). Therefore, defendant requires an additional 10 days to complete and file its reply brief to plaintiff Lindsey Bledsoe's opposition to defendant's motion for summary judgment.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 10-day enlargement of time to July 9, 2007, for the Government to complete and file its reply brief to plaintiff Lindsey Bledsoe's opposition to defendant's motion for summary judgment in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Bureau of Prisons
June 29, 2007