IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-47C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF EXCEEDING THE PAGE LIMIT RE PLAINTIFF LINDSEY BLEDSOE

Defendant, the United States, respectfully requests that the Court grant it leave to file its attached reply brief in response to plaintiff Lindsey Bledsoe's opposition to defendant's motion for summary judgment, dated July 9, 2007, in the amount of 21 pages, which exceeds the 20 page limit for a reply memorandum. Defendant's counsel has discussed this motion with plaintiff's counsel and plaintiff does not oppose this motion.

It was not possible to brief the various issues and arguments in our reply brief in less than 21 pages. It also was not possible for defendant to file the instant motion for leave to exceed the page limit earlier because defendant's reply memorandum has only recently been completed and had to be reviewed by attorneys of the Bureau of Prisons, and the Department of Justice. Accordingly, defendant respectfully requests that the Court grant this unopposed motion and allow defendant a file its 21-page reply memorandum re plaintiff's opposition to defendant's motion for summary judgment re plaintiff Lindsey Bledsoe.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Assistant General Counsel
Bureau of Prisons
July 9, 2007