Table of Contents of Appendix

| | Page |
| --- | --- |
| July 3, 2007 Declaration of Franceen Fletcher | 1848 |
| Ex. 1, Lt. Bledsoe's Overtime Authorization Forms | 1851 |
| Ex. 2, Corrected T&A record for Pay Period 8 in 2006 | 1864 |
| Ex. 3, Salary received for Pay Period 8 in 2006 | 1865 |
| Ex. 4, Corrected salary received for Pay Period 8 in 2006 | 1866 |
| Ex. 5, SPPS Payment Inquiry form | 1867 |
| Ex. 6, NFC document re payment made | 1868 |
| Excerpts from deposition of William Ey | 1869 |
| Excerpts from deposition of Michael Zenk | 1873 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE L. ACEBAL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-47C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF FRANCEEN FLETCHER

I, Franceen Fletcher, do declare as follows:

1. From August 2000 to present, I have been an Employee Services Assistant at the Metropolitan Detention Center ("MDC") Brooklyn, NY. I have responsibility for handling personnel issues for employees at MDC Brooklyn, including the processing of salaries and other payments.

2. During April 2007, I received Overtime Authorization Forms that Lieutenant Lindsey Bledsoe signed designating overtime pay for overtime work that he performed between the years 2000 and 2006. Lieutenant Bledsoe requested overtime pay for working the following overtime: (1) 9 hours in 2000, (2) 3 hours in 2001, (3) 6 hours in 2002, (4) 1.5 hours in 2003, (5) 10 hours in 2005, and (6) 3 hours in 2006. The overtime authorization forms that Lieutenant Bledsoe signed designating overtime pay for these hours are attached as Exhibit 1.

3. The Bureau of Prisons calculates overtime pay by multiplying the number of hours the employee works by 1.5. The resulting number is multiplied by the employee's hourly rate.

MDC Brooklyn processed Lieutenant Bledsoe's overtime pay for 2006 locally. On April 23, 2007, Time and Attendance Clerk Charisma Owens corrected Lieutenant Bledsoe's Time and Attendance Record for Pay Period 8 in 2006 to show that he worked 3 hours of overtime on April 28, 2006 (Exhibit 2). The StarWeb system that we use to process time and attendance records will allow changes to be made to employees' time and attendance records from up to one year ago.

4. Lieutenant Bledsoe was paid $158.24 on May 7, 2007 for the three hours of overtime that he worked on April 28, 2006. Lieutenant Bledsoe was initially paid a gross salary of $3,241.90 for pay period 8 of 2006. A sheet that I printed out from the Pinq 32 screen of the National Finance Center's ("NFC") database which shows the salary that Lieutenant Bledsoe received for pay period 8 of 2006 is attached as Exhibit 3. Lieutenant Bledsoe's gross salary for pay period 8 of 2006 was updated to $3,083.66 to include the $158.24 that he was paid for three hours of overtime. Deductions were taken out of this amount and Lieutenant Bledsoe received a net amount of $84.67. A sheet that I printed from the Pinq 32 screen of NFC's database which shows the corrected salary for pay period 8 of 2006 is attached as Exhibit 4.

5. On April 25, 2007, I forwarded the Overtime Authorization Forms for the 29.5 hours of overtime that Lieutenant Bledsoe worked from 2000 to 2005 to NFC for

processing.

6. On May 24, 2007, I checked the Special Payroll Processing System ("SPPS") in order to determine whether NFC had paid Lieutenant Bledsoe for the 29.5 hours of overtime that he worked between 2000 and 2005. After deductions were made, Lieutenant Bledsoe received a net payment of $754.38 on May 7, 2007. The SPPS Payment Inquiry form that shows this payment is attached as Exhibit 5.

7. On June 6, 2007, I received a document from NFC showing the overtime pay that it processed for Lieutenant Bledsoe for the 29.5 hours of overtime that he worked between 2000 and 2005 (Exhibit 6). The document shows that Lieutenant Bledsoe was paid a gross amount of $981.01 for the 29.5 hours of overtime

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/3/07

Franceen Fletcher

BP-A369 035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Friday Date: April 28, 2006

Starting: 8:00 a.m. Approximate period: 180 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Friday Date: April 28, 2006

Starting: 8:00 a.m. Approximate period: 180 minutes

and request: Overtime Pay ______

Compensatory Time ______

(Signature of Employee)

Time verified ______ (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions,
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.

EXHIBIT 2

BP-A369.035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March , 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: October 11, 2005

Starting: 1:00 pm Approximate period: 180 minutes

Purpose: To attend lieutenants' meeting.

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: October 11 2005

Starting: 1:00 pm Approximate period: 180 minutes

and request: Overtime Pay PAY

Compensatory Time

(Signature of Employee)

Time verified ______ (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.

BP-A369.035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Wednesday Date: September 14, 2005

Starting: 8:00 am Approximate period: 240 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to his day off.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Wednesday Date: September 14, 2005

Starting: 8:00 am Approximate period: 240 minutes

and request: Overtime Pay Pay
Compensatory Time

(Signature of Employee)

Time verified (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.

BP-A389.035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: August 16, 2005

Starting: 1:00 pm Approximate period: 180 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: August 16, 2005

Starting: 1:00 pm Approximate period: 180 minutes

and request: Overtime Pay Pay

Compensatory Time

(Signature of Employee)

Time verified (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words 'per names and periods on reverse side.'
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.

BP-A369.036
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: July 22, 2003

Starting: 1:00 pm Approximate period: 90 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work the 2:30 pm - 10:30 pm shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: July 22, 2003

Starting: 1:00 pm Approximate period: 90 minutes

and request: Overtime Pay Pay

Compensatory Time

(Signature of Employee)

Time verified ______ (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.



PAGE 13/16

BP-A369.035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: September 17, 2002

Starting: 1:20 pm Approximate period: 180 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to his day off.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: September 17, 2002

Starting: 1:20 pm Approximate period: 180 minutes

and request: Overtime Pay PAY
Compensatory Time

(Signature of Employee)

Time verified (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.



PAGE 12/16 CHAPLAINS OFFICE

BP-A369.035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: January 22, 2002

Starting: 1:10 pm Approximate period: 180 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to his day off.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: January 22, 2002

Starting: 1:10 pm Approximate period: 180 minutes

and request: Overtime Pay PAY YB

Compensatory Time

(Signature of Employee)

Time verified (supervisor's initial).

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.



PAGE 11/16 CAPTAINS OFFICE

BP-A369.035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Thursday Date: August 23, 2001

Starting: 1:25 pm Approximate period: 180 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Thursday Date: August 23, 2001

Starting: 1:25 pm Approximate period: 180 minutes

and request: Overtime Pay Pay

Compensatory Time

(Signature of Employee)

Time verified (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.



PAGE 18/16
CAPTAINS OFFICE

BP-A369.035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday  Date: October 31, 2000

Starting: 1:00 pm  Approximate period: 180 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday  Date: October 31, 2000

Starting: 1:00 pm  Approximate period: 180 minutes

and request: Overtime Pay PAY 11
Compensatory Time

(Signature of Employee)

Time verified (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:
Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.



PAGE 09/16
CAPITAINS OFFICE

BP-A269 035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: September 19, 2000

Starting: 1:00 pm Approximate period: 180 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: September 19, 2000

Starting: 1:00 pm Approximate period: 180 minutes

and request: Overtime Pay Pay

Compensatory Time

(Signature of Employee)

Time verified ________ (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.



PAGE 08/18

CAPITANS OFFICE

BP-A389 035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: April 18, 2000

Starting: 8:00 am Approximate period: 60 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: April 18, 2000

Starting: 8:00 am Approximate period: 60 minutes

and request: Overtime Pay
Compensatory Time

(Signature of Employee)

Time verified (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.

BP-A389.035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March, 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: March 21, 2000

Starting: 8:00 am Approximate period: 60 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: March 21, 2000

Starting: 8:00 am Approximate period: 60 minutes

and request: Overtime Pay PAY
Compensatory Time

(Signature of Employee)

Time verified ______ (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions:
(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.

BP-A369 035
NOV 1991

# OVERTIME AUTHORIZATION

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC Brooklyn
(Institution Location)

To Bledsoe, Lindsey
(Name of Employee)

March , 2007

You are authorized to work overtime as follows:

Day of Week: Tuesday Date: January 25 , 2000

Starting: 8:00 am Approximate period: 60 minutes

Purpose: To attend lieutenants' meeting

Reasons work cannot be accomplished during regular tours of duty: Lieutenant was assigned to work other shift.

Warden or Authorized Supervisor

In accordance with above authorization I certify I worked the following overtime:

Day of Week: Tuesday Date: January 25 , 2000

Starting: 8:00 am Approximate period: 60 minutes

and request: Overtime Pay Pay 13

Compensatory Time

(Signature of Employee)

Time verified ______ (supervisor's initial)

(To be used where not authorized in advance by Warden)

Approved:

Warden

Instructions.

(1) Where several employees authorized, use reverse side and insert in space for "name of employee" the words "per names and periods on reverse side."
(2) "Authorized Supervisor" in accordance with written delegation of authority at institutional level per regulations.
(3) To be prepared in Original only, processed in accordance with institutional regulations and filed in payroll folder.

STAR Time and Attendance Report



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME: | BLEDSOE , LINDSEY | SSN#: | [redacted] | T & A PAY PERIOD: | 08 | DATE: | 6/11/2007 |
| T & A CONTACT POINT: | FP 36 4170 21 05 | FT | | PAY PERIOD DUTY: | 80.0 | | |
| ALT WORK SCHD: | Normal | | | | | | |
| Correction ID: | 1 | | | | | | |

| TRANS CODE | | | TRANS NARRATIVE | TRANS AMOUNT | WEEK 1 | WEEK 2 | ACCOUNTING DATA |
|---|---|---|---|---|---|---|---|
| | 01 | | REGULAR TIME | | 10.00 | 8.00 | 623021453E1 |
| | 11 | | NIGHT DIFFERENTIAL | | 30.00 | 24.00 | 623021453E1 |
| | 61 | | ANNUAL LEAVE | | 0 00 | 8.00 | 623021453E1 |
| | 21 | 5 | OT DOJ ONLY | | 8.00 | 3.00 | 623021453E1 |
| WEEKLY HOURS IN PAY STATUS | | | | | 48.00 | 43.00 | |
| TOTAL HOURS IN PAY STATUS | | | | | | 91.00 | |
| WEEKLY OTHER HOURS | | | | | 0.00 | 0.00 | |
| TOTAL OTHER HOURS | | | | | | 0.00 | |

| | |
|---|---|
| ANNUAL LEAVE CATEGORY: | 8 |
| SICK LEAVE CATEGORY: | 4 |
| CEILING: | 240.0 |

REMARKS

OT 4/28, (OT 4/17)

| | |
|---|---|
| PAY PERIOD: | 08 |
| BEGIN DATE: | 04/16/2006 |
| END DATE: | 04/29/2006 |

LEAVE RECORD

| TYPE | BALANCE FORWARD | ACCRUED | USED | ENDING BALANCE |
|---|---|---|---|---|
| ANNL | 296.00 | 8.00 | 8.00 | 296.00 |
| SICK | 1,437.50 | 4.00 | 0.00 | 1,441.50 |

| CERTIFIED TIMEKEEPER | | EMPLOYEE | | SUPERVISOR | |
|---|---|---|---|---|---|

Certified Correct: All Regular Time, Leave Overtime, Night Differential and Holiday Time was worked and approved to Law and Regulations.

EXHIBIT 2

PQ032 [redacted] FP 07 07 PAYROLL-LISTING 06/11/07

CORRECTED T&A

NAME BLEDSOE LINDSEY

ADDRESS

| | |
|---|---|
| AGENCY FP | DO CD 3 |
| PAY PLAN | GS F/T |
| GRADE/STEP | 11 10 |
| HOURLY RATE | 36.45 |
| BASE SAL | 76072.00 |

| | | | | | |
|---|---|---|---|---|---|
| DESG AGENT 0000 | FLSA NO | COMPRESS WK NO | | | |
| PAY PERIOD | 06 | * * * * * D E D U C T I O N S * * * * | | | |
| SAL RATE CODE | PA | RETIREMENT | -37.91 | RETIRE PERCENT | .0130 |
| HB CODE 0 0 | 0 | LIFE INS | -11.85 | OPT INS | .00 |
| FEGLI CODE | C0 | HEALTH INS | .00 | BOND | .00 |
| SCHEDULE NO | 7BN071 | FED TAX S00 | -615.92 | EXTRA FED | .00 |
| BLOCK/BATCH | 35 063192 | STATE1 36 S00 | -177.59 | EXTRA STATE1 | .00 |
| CUR BOND REFUND | .00 | STATE2 00 000 | .00 | EXTRA STATE2 | .00 |
| 1ST WEEK HOURS | .00 | CITY CD/TX 4170 | -104.15 | IMPRES FUND | .00 |
| 2ND WEEK HOURS | .00 | CTY CD/TAX 000 | .00 | HITS TAX | -44.71 |
| TOTAL HOURS | .00 | OASDI TAX | -191.19 | UNION DUES | .00 |
| | | CHAR CONT | .00 | MEALS | .00 |
| GROSS PAY | -3,083.66 | COMMISSARY | .00 | QUARTERS | -411.50 |
| NET PAY | -1,488.84 | FIN ORG | .00 | ADVANCE | .00 |
| | | CHILD/SUP & ALIM | .00 | PERS-TAX-EXEMPT-CD | 0 |
| | | THRIFT SAVINGS | .00 | PRIVATE-TAX-CD | 0 |
| | | FLEXFUND | .00 | OTHER DED | .00 |



EXHIBIT 3

PQ032 [redacted] FP 07 07 PAYROLL-LISTING 06/11/07

CORRECTED T&A

NAME BLEDSOE . LINDSEY

ADDRESS

AGENCY FP DO CD 3

PAY PLAN GS F/T

GRADE/STEP 11 10

| | | | | | |
|---|---|---|---|---|---|
| DESG AGENT 0000 | FLSA NO | COMPRESS WK NO | | HOURLY RATE | 36.45 |
| PAY PERIOD | 06 | * * * * D E D U C T I O N S * * * * | | BASE SAL | 76072.00 |
| SAL RATE CODE | PA | RETIREMENT | 37.91 | RETIRE PERCENT | .0130 |
| HB CODE 0 | 0 0 | LIFE INS | 11.85 | OPT INS | .00 |
| FEGLI CODE | C0 | HEALTH INS | .00 | BOND | .00 |
| SCHEDULE NO | 7BN071 | FED TAX S00 | 660.22 | EXTRA FED | .00 |
| BLOCK/BATCH | 35 070971 | STATE1 36 S00 | 188.42 | EXTRA STATE1 | .00 |
| CUR BOND REFUND | .00 | STATE2 00 000 | .00 | EXTRA STATE2 | .00 |
| 1ST WEEK HOURS | .00 | CITY CD/TX 4170 | 110.48 | IMPRES FUND | .00 |
| 2ND WEEK HOURS | .00 | CTY CD/TAX 000 | .00 | HITS TAX | 47.01 |
| TOTAL HOURS | .00 | OASDI TAX | 201.00 | UNION DUES | .00 |
| | | CHAR CONT | .00 | MEALS | .00 |
| | | COMMISSARY | .00 | QUARTERS | 411.50 |
| GROSS PAY | 3,241.90 | FIN ORG | .00 | ADVANCE | .00 |
| NET PAY | 1,573.51 | CHILD/SUP & ALIM | .00 | PERS-TAX-EXEMPT-CD | 0 |
| | | THRIFT SAVINGS | .00 | PRIVATE-TAX-CD | 0 |
| | | FLEXFUND | .00 | OTHER DED | .00 |



EXHIBIT 4

# Special Payroll Processing System (SPPS)

## Payment Inquiry

Employee

Computation | Close

SSN [redacted] LINDSEY BLEDSOE

T and A Contact Point AG FP POI 4509

State 36 City 4170 Unit 21 TimeKeeper 5 OR Designated Agent Code 0

Payee Name

Check Mailing Address

Street Address

City State Zip Code

Or Bank Deposit

Type of Account C

Account DD/EFT Number 0593904943

Routing Number 26011701

Schedule Number 7B0901

Financial Allotments and TSP Loan

| Routing Num | Acct Number | Amount | Sched Num |
|---|---|---|---|

Disbursement Date 5/7/2007 Disbursement Amount 754.38

powered by NFC About Spps | Site Map | Privacy Policy | Contact Us | © 2004 National Finance Center

EXHIBIT 5

DATE 02/19/07 SPPS8101 NFC-29 S IN SEQUENCE BY AGENCY AND SUBMITTING OFFICE NUMBER COMPUTATION LIST PAGE 4

SENSITIVE PERSONNEL DATA - USE IS RESTRICTED PAY PERIOD 09 DB 05

SSN: [redacted] BLEDSOE AG: FP POI: 4509 02 00 20 05 7B0901 3

BEGIN PP: 02 00 END PP: 20 05 7B0901

| TYPE | IN/DEBIT AMT | OUT/CREDIT AMT | DIFFERENCE | IN/DEBIT CODES | OUT/CREDIT CODES |
|---|---|---|---|---|---|
| GROSS | 981.01 | 0.00 | 981.01 | | |
| FEDERAL TAX | 117.50 | 0.00 | 117.50 | | |
| SOC SEC TAX | 60.82 | 0.00 | 60.82 | 2007 000981.01 | |
| MEDICARE TAX | 14.22 | 0.00 | 14.22 | 2007 000981.01 | 0000 000000.00 |
| STATE TAX | 34.09 | 0.00 | 34.09 | 36 | 0000 000000.00 |
| NET | 754.38 | 0.00 | 754.38 | | |

| | NO | IN-OUT | PRE | CODE | SUF | HOURS | AMOUNT | CLASS | NO | AMOUNT | ACCOUNTING CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | 1 | 2 | 00 | 21 | 0 | 29.50 | 981.01 | 00 | 00 | | 72302145 3E1 |

NET 754.38 paid ot from court settlement for 29.50 hrs of ot for 2000-9hrs, 2001-3 hrs, 2002-6 hrs, 2003-1.50 hrs, and 2005-10hrs.

EXHIBIT 6

tabbies

USDA NFC-SHALI

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

. . . . . . . . . . . . . . . . . . . . . . . . X

GARY L. AARON, et al., DARYL A. AABERG, et al., CHARLES CARLSEN, JR., et al., JOSE L. ACEBAL, et al., FRIEDA ADKINS, et al., BUDDY J. ADELSBERGER, et al., ANGIE CRUZ ALDRIDGE, et al., MICHAEL ATTY, et al., JANINE A. BANKS, et al., DENNIS AVRIPAS, et al.,

Plaintiffs,

-against-

Nos. 00-315C, 00-454C, 00-617C, 01-47C, 01-313C, 01-314C, 01-480C, 02-35C, 03-446C, 03-2363C

THE UNITED STATES,

Defendant.

. . . . . . . . . . . . . . . . . . . . . . . . X

80 29th Street
Brooklyn, New York

January 30th, 2004
1:50 p.m.

DEPOSITION of WILLIAM HARRY EY, JR., the Non-Party witness, taken on behalf of the Plaintiffs, pursuant to Notice, held at the above-mentioned time and place, before Maria Cirillo, a Notary Public of the State of New York.

W. Ey, Jr.
A If they are a GS 12 or above if it is regularly scheduled -- let me -- if they are GS 12 or above they receive compensation time. Once they get it approved by their supervisor which is usually an AW if they are a department head. If it is regularly scheduled in advance then we can pay them overtime. If it is a lieutenant even though they are non-bargaining if voluntarily they want to work but yet they have the option to if it is scheduled to get paid overtime and they can voluntarily take comp time.
Q Let me go back if I can to operations memorandum Exhibit Number 5. When do you recall first seeing that document?
A When do I recall first seeing this?
Q Yes.
A You mean at Brooklyn?
Q Anywhere.
A Oh, 1995 when it came out.
Q Okay. In 1995 you were a lieutenant at Terre Haute?
A Terre Haute.
Q And you recall reading it at that time?



W. Ey, Jr.
A Yes. The captain at the time in a lieutenants meeting made sure we all were familiar with this because of the portal-to-portal issue. He actually gave us a copy and we reviewed it. We dealt with a lot of overtime there.
Q What was your understanding about what this operations memorandum did?
A It clarified for those people that weren't sure on the issue about -- as it states it is pretty self-explanatory -- about being in the key line, dropping equipment off and the procedures of when they start work, when they get off of work. And it is allowable to have staff members that aren't being relieved to go to the key line prior to 4:00. Let's say they were getting off so they could be in the key line -- get through the key line and be off and out the door in a timely manner so they wouldn't be eligible for overtime just because they are waiting in the key line. That was my understanding at the time.
Q Did the U.S. Penitentiary at Terre Haute change its schedules as a result of the



W. Ey, Jr.
operations memorandum 214-95?
MS. KIRCHNER: Objection. Outside the scope of the 30B6. You can answer.
A Yes, they did.
Q How so?
A They adjusted shifts as we have done here. They did it various different ways. They had what they called twenty-four hour keys to a lot of their department heads. Meaning you don't have to go to the key line, you have these keys with you at all times. As long as it wasn't a Folger Adams, which is a big, big key, they were able to go right through without going to the key line. That was one of the things majority of the department heads actually did. It is an older penitentiary, therefore, they have a lot of sliding doors that don't require keys. They are electronic, therefore, it was easier as opposed to this place that we have a lot of keys that we have to turn for them to do that. They had the ability to do it for securities purposes.
Q How would they open the sliding door, with a combination?
A No, they are electronic. You push



W. Ey, Jr.
a button or you turn a switch and the doors automatically slide open. Therefore, you didn't need a key to do that.
Q Are there doors like that here?
A For our staff only operated by the control center.
Q Any discussions about the operations memorandum with anybody since it was given to you at Terre Haute?
A This memo?
Q Yes.
A It has come up in training that I have been through as a supervisor on various different times. Maybe not this specific operational memo but the portal-to-portal issue insuring that we have our rosters adjusted so that staff are afforded the time to get in and out of the institutions. Did they refer to this memo? No, more to the human resources policy since it was integrated in there I think in '96 or '97 when that happened.
Q Have supervisors at Brooklyn talked with you about operations memorandum 214-95 or what the policy represents?

IN THE U.S. COURT OF FEDERAL CLAIMS

---

GARY L. AARON, et al,

Plaintiffs,

- against -

THE UNITED STATES OF AMERICA,

Defendant.

---

July 21, 2004

9:17 a.m.

CONTINUED DEPOSITION of WILLIAM H. EY, JR., a non-party witness herein, pursuant to Notice, held at The Metropolitan Detention Center, 80 29th Avenue, Brooklyn, New York, before Dana A. Daufeldt, Certified Shorthand Reporter, Registered Professional Reporter, and a Notary Public of the State of New York.

Ey

tell him, "Yeah, that's fine. Go ahead."
You want another example?
Q. That would be a situation where somebody has to come in on their off day?
A. Not necessarily. That could be after their prior shift that they just worked.
Q. Staying longer?
A. Yes. We call them a double.
Q. So how are they compensated for the time they spent in overtime work on such an occasion?
A. Time and a half.
Q. And is that also for employees who are GS-12 and above?
A. No. GS-12s, it is a little different situation. If it is scheduled prior to the week, then I have to authorize it. If it comes up during the week, it would be something that they call me up and say, "Hey, sir, I would like to stay over because I have some work to do", then they get compensated by comp time.
Q. What about the situation you talked about where someone is sick and can't come in and you ask someone, "Can you please stay over, work



Ey

a double shift", in that situation, are they paid overtime?
A. Not GS-12s because that doesn't occur.
Q. So there are no situations where any GS-12s or above have gotten overtime pay at time and a half for working overtime where it did come up during the course of the work week?
A. I won't say there has never been a situation where they got paid. I wouldn't say that. But from my knowledge, from me, you asked about me, I haven't approved anybody to get paid overtime since I have been here that is GS-12 or above if it wasn't ahead of time.
Q. If it wasn't scheduled ahead of time, are they paid comp time?
A. Comp time, yes.
Q. Is that hour for hour?
A. Yes.
Q. Are there any other situations you want to tell me about where people had to work overtime that you were involved in scheduling them?
MS. KIRCHNER: Objection. Ambiguous.



Ey

A. I can't think of any right now other than lieutenants. That is pretty much it.
Q. Have employees had to come back to the institution to respond to emergencies?
A. Yes.
Q. What is the practice for paying them?
A. They get paid overtime.
Q. Have you ever directed or required any employees at MDC Brooklyn to attend any meetings?
A. Yes.
Q. What kinds of meetings have you ordered or required them to attend?
A. Department head meetings.
Q. And how have you done that?
A. What do you mean how have I done that? I told them to be at the department head meeting.
Q. Orally, writing?
A. Usually orally.
Q. In writing sometimes?
A. No, not really.
Q. Have you ever done e-mails, "Please come to a meeting", something like that?



Ey

A. No.
Q. Other people at MDC Brooklyn have sent e-mails to at least encourage employees to come to those meetings, right?
A. I am sure, yes.
Q. You have never given any written directions to attend those meetings?
A. No, not to my knowledge.
Q. And so in the first part of your deposition you testified when Warden Hasty was warden, if the combined department heads were not scheduled to work, they were not required to appear at those meetings, Pages 61 and 62. The question is, if they attended --
MS. KIRCHNER: Let's find 61 and 62.
Q. You have mentioned that there, Pages 61 and 62 --
MS. KIRCHNER: What lines, Alan, please?
MR. BANOV: Line 14, approximately.
A. Yes, okay. I see that.
Q. So the question is: If they did attend, were they compensated?
A. You mean if they weren't at work?

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

. . . . . . . . . . . . . . . . . . . . . . . . X

GARY L. AARON, et al., DARYL A. AABERG, et al., CHARLES CARLSEN, JR., et al., JOSE L. ACEBAL., et al., FRIEDA ADKINS, et al., BUDDY J. ADELSBERGER, et al., ANGIE CRUZ ALDRIDGE, et al., MICHAEL ATTY, et al., JANINE A. BANKS, et al., DENNIS AVRIPAS, et al.,

Plaintiffs,

Nos. 00-315C, 00-454C, 00-617C, 01-47C, 01-313C, 01-314C, 01-480C, 02-35C, 03-446C, 03-2363C

-against-

THE UNITED STATES,

Defendant.

. . . . . . . . . . . . . . . . . . . . . . . X

80 29th Street
Brooklyn, New York

January 30th, 2004
3:54 p.m.

DEPOSITION of MICHAEL ANTHONY ZENK, the Non-Party witness, taken on behalf of the Plaintiffs, pursuant to Notice, held at the above-mentioned time and place, before Maria Cirillo, a Notary Public of the State of New York.

6

M. Zenk
were responsive to that request?
A I did have some.
Q Did you give all those documents to the BOP lawyers?
A Yes.
Q Do you have any other documents in your possession, custody, control that come in purview of this request?
A No, not to my knowledge.
Q If you do come across them please give them to Ms. Kirchner or Ms. Courtney.
Did you have any conversations with anyone besides the government attorneys in this case about the case?
A About this case?
Q Yes.
A No.
Q Any conversations with Associate Warden Ey about this case?
A No.
Q Any conversations with Justin Andrews about this case?
A No.
Q Is that your assistant?

7

M. Zenk
A Yes.
Q Do he do some kind of a survey of the times it took to get around the institution?
A Yes, he was assigned that task.
Q You assigned that to him?
A Yes.
Q It wasn't AW Ey who assigned him the task?
A No, he works for me.
Q What did you ask him to do?
A I asked him to assist the attorneys as requested with trying to determine I guess what amount of time it took to move from the control center throughout the institution.
Q And did he do that?
A To my knowledge, yes, he did.
Q When was that?
A It was this week. I don't know the exact date.
Q Let me show you Exhibit 63, do you recognize that?
A I have not seen this until now.
Q Let me show you Exhibit 64, have you seen that?

8

M. Zenk
A No, not until now.
Q You asked Mr. Andrews to -- say again what you told him to do?
A I asked him to assist the attorneys with their request to try to determine the amount of time it took to move from the control center to various parts of the institution.
Q Didn't he report back to you on what he found?
A He provided that to the attorneys.
Q Did he also provide it to AW Ey?
A I don't know.
Q Do you know anything about what time of day he clocked the times from the control center to places within the institution?
A I don't know the specific time.
Q Do you know whether he did it 11:00 in the morning for example?
A No, I don't know.
Q Did you read any documents to prepare for the deposition today?
A Yes, I did.
Q What did you read, please?
A Review the operations memo, '95

9

M. Zenk
memo on portal-to-portal. Excuse me, I think that was '96 actually. Also reviewed Bureau of Prisons' policy on start stop times that is referenced in the human resource manual. There were some documents I had issued that related to portal-to-portal that I had reviewed. A memo to staff June 2003 that talked about compensation for time worked outside of regular hours and how to go about making sure approval was given so they would be compensated appropriately. And those were the ones that I recall.
Q Did you have any conversations with Ms. Scarpone about this case in any way?
A Other than the fact that we were going to have BOP attorneys and yourself visit and make preparations for that and provide the necessary documents that were requested pursuant to your request. Just make sure we complied with that and facilitate these depositions.
Q Did you have any conversations with Ms. Scarpone about the MDC Brooklyn policies on scheduling overtime or compensating for overtime?
A In what regard?
Q Any way. At any time.

M. Zenk

A Since I have been warden?
Q Yes.
A We have talked about compensation for staff and making sure we follow appropriate BOP policy and federal regulations and importance of making sure staff are aware of those procedures and supervisors are following the procedures.
Q Do you know what this lawsuit is about?
A Yes, I have a general understanding.
Q What is your understanding, please?
A My understanding is it is about non-bargaining unit staff that feel they have not been compensated for time that they were required to work outside of the regular work hours.
Q Do you know whether they are complaining about not being paid for certain pre-shift activities?
A To my knowledge, yes, that is one of the areas.
Q Some are complaining about not being paid for post-shift activities?



M. Zenk

A Yes.
Q Are some complaining that they weren't paid for attending lieutenants meetings at times when they weren't scheduled to work?
A Yes, to my knowledge that is also part of it.
Q Are some also complaining about being required to attend department head meetings at times when they weren't normally scheduled to work?
A I am not certain on that.
Q Have you seen any of the court complaints in this case?
A Yes.
Q And when did you see those complaints?
A The complaint?
Q Yes.
A I just saw that recently actually.
Q Are there other documents related to this case that you have seen besides your deposition notice and the complaint and the documents you mentioned before?
A That?



M. Zenk

Q Relate to this case.
A The only other thing that I also had I had some notes from my attendance at the warden's conference 2003 where I took some notes when this issue was discussed. And also I had a calendar entry on my 2003 calendar that just referenced portal-to-portal as far as follow-up issue for me to look into as warden here at Brooklyn.
Q Any other documents you can think of that you read that referred to this case in any way or involved in this case?
A Not to my knowledge, no.
Q Do you recognize Exhibit Number 54?
A Yes.
Q What is that?
A This is from my 2003 calendar the month of April.
Q And you have a note there at the bottom right number one report to RD about portal-to-portal?
A Yes.
Q What does that refer to?
A Regional director asked all the



M. Zenk

wardens of the region to review start stop time procedures at the institution to assure we were complying with appropriate requirements as far as compensation of staff.
Q Was the regional director at that time Mickey Ray?
A Yes.
Q Did Mr. Ray explain why he was asking wardens for that information?
A No, he didn't really go into a lot of detail, other than the fact it was our responsibility to comply with regulations and policies in that area.
Q Let me show you Exhibit Number 55, do you recognize that?
A Yes, I do.
Q What is that?
A This would be from the minutes that reflect my entry in the April calendar. From a teleconference call that the regional director would have had with the wardens that would have been on April 9th, 2003.
Q Do you recall that conference call?
A Yes.

M. Zenk

A Yes, annual leave I believe or comp time.

Q Why did you send them that memo?

A That in accordance with guidance I received from the agency in terms of how we should handle their appearance if they were at work for the deposition.

Q Where did you obtain that guidance from the agency?

A From the attorneys that I spoke to.

Q Did you talk with Ms. Scarpone about whether it was proper to advise them to take comp time or annual leave to appear here?

A I don't recall if I spoke with her. I know we talked about it after the fact. After I received the guidance from the attorneys regarding this issue.

Q You know my clients are not happy about that and they are complaining about it. We are complaining about it.

Do you know what the policies are in the bureau for allowing employees to take administrative leave to testify in depositions or trials or hearings?



M. Zenk

A I know for certain types of hearings or proceedings official time or administrative leave can be granted. But my understanding this was not one of those types of proceedings.

Q Do you know whether the bureau allows employees in EEO cases for example to take administrative leave --

A Yes.

Q -- for testifying in hearings or trials?

A Yes.

Q -- or depositions?

A Yes.

Q Do you know whether the bureau allows employees in MSPB cases against the agency to take administrative leave or official time for hearings?

A To my knowledge, yes.

Q Have you had any conversations with any plaintiffs in other institutions about this lawsuit?

A I am not sure if he is a plaintiff on this lawsuit or not. The only individual I



M. Zenk

remember really talking to me about this was an associate warden at -- there were two associate wardens that worked for me at Allenwood. I think they were trying to decide if they should be plaintiffs in the case and they just mentioned it. And that is my only recollection of it. We didn't talk about the specifics. I didn't give them any guidance. I said you guys have to make your own decision. That is your issue.

Q You told them to make their own decision?

A Correct.

Q Did you write anything to prepare for the deposition today --

A No.

Q -- any notes of any sort?

I am going to go back, this is June of '93 I guess you said the last three pages --

A June 2003.

Q The last three pages of this exhibit are June 2003?

A June 2003, correct.

Q Do you have it in front of you?

A Yes.



M. Zenk

Q Exhibit Number?

A 55.

Q Looking please to the next to the last page I see at the bottom an asterisk, please read that into the record.

A Portal-to-portal do not allow anyone to work past eight hours without compensation. Need to take away remote access from staff including executive staff. Need to put out a written memorandum to all staff to this effect. Order staff to not do this, no working off the clock. Need to compensate staff for time in the institution. Key factor in the portal-to-portal defense is the documentation showing that the warden directed slash ordered staff to not work beyond regular hours without compensation. Need to provide clear guidance to staff on claiming comp time for work at home with remote access.

Q What does remote access mean?

A Staff had the ability to request remote access to our LAN system. So they can actually access it from their home if they so chose.